UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY and BARRY ROMERIL,<br><br>               Defendants. | Case No.: 3:00-CV-1621 (AWT)<br><br>LEAD CASE |
| This Document pertains to<br><br>   3:00 CV 1758 (AWT) - Feder<br>   3:00 CV 1824 (AWT) - Fleischman<br>   3:00 CV 1908 (AWT) - Corwin | January 6, 2004 |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

    Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC.  J. Daniel Sagarin and David A. Slossberg, continue to represent the

plaintiffs and no hardship will be caused by this withdrawal.

By_____
J. Daniel Sagarin CT 042889
David A. Slossberg CT 13116
**HURWITZ & SAGARIN, LLC**
147 N. Broad Street
P.O. Box 112
Milford, CT 06460
(203) 877-8000

Certificate of Service

    This is to certify that a copy of the foregoing was mailed, first class mail, to

James F. Stapleton, Esq.
Thomas D. Goldberg, Esq.
Jonathan B. Tropp, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT  06901-2047

Kenneth M. Kramer, Esq.
Tammy P. Bieber, Esq.
John Gueli, Esq.
Shearman & Sterling
599 Lexington Avenue
New York, NY  10022

Jay Kasner, Esq.
Michael Gruenglas, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY  10036

Jeffrey C. Block, Esq.
Michael G. Lange, Esq.
Berman, DeValerio & Pease, LLP
One Liberty Square
Boston, MA  02109

Steven D. Ecker, Esq.
Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103

Elias A. Alexiades, Esq.
P.O. Box 3859
Amity Station
New Haven, CT  06510

Margaret E. Haering, Esq.
61 Center Street
Westport, CT  06880


on January 6, 2004.

                                                                                         _____
                                                                                           J. Daniel Sagarin

Co-Counsel:

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
Schatz & Nobel, P.C.
330 Main Street, 2nd Floor
Hartford, CT  06106-1851

Jacob B. Perkinson, Esq.
Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, Vermont  05403

Francis P. Karam, Esq.
Cary L. Talbot, Esq.
Milberg Weiss Bershad Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119-0165

Mel E. Lifshitz, Esq.
Jeffrey M. Haber, Esq.
Timothy MacFall, Esq.
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016

Jules Brody, Esq.
Mark Levine, Esq.
Aaron Brody, Esq.
Stull Stull & Brody
6 East 45th Street
New York, NY  10017