

00CV1621 mtn w/d atty Hearing



202

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | Case No.: 3:00-CV-1621 (AWT) |
| Plaintiff, | LEAD CASE |
| v. | |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY and BARRY ROMERIL, | |
| Defendants. | |

-------------------------------------X

This Document pertains to

   3:00 CV 1758 (AWT) - Feder
   3:00 CV 1824 (AWT) - Fleischman
   3:00 CV 1908 (AWT) - Corwin

-------------------------------------X    January 6, 2004

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Margaret E. Haering as counsel of record for plaintiffs, as she has separated from the law firm of Hurwitz & Sagarin, LLC. J. Daniel Sagarin and David A. Slossberg, continue to represent the

2004 JAN 13 A 11: 31
U.S. DISTRICT COURT
HARTFORD, CT

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/12/04

-1-