# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On　:
Behalf Of All Others Similarly Situated,　:

        Plaintiff,　:　Civil Action No. 3:00-cv-01621 (AWT)

v.　:　**ALL CASES**

XEROX CORPORATION, KPMG, LLP,　:
PAUL ALLAIRE, G. RICHARD THOMAN,　:
ANN MULCAHY, BARRY ROMERIL,　:
GREGORY TAYLER and PHILIP　:
FISHBACH,　:　June 23, 2004

        Defendants.　:

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Patrick A. Klingman respectfully moves, pursuant to Local Civil Rule 7(e), for leave to

withdraw his appearance for Lead Plaintiffs in the above-captioned action.  Attorneys Andrew M.

Schatz (ct00603) and Jeffrey S. Nobel (ct04855) will continue to serve as liaison counsel for

Lead Plaintiffs.

Respectfully submitted,

**THE PLAINTIFFS**

By:_____
Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Patrick A. Klingman ct17813
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street  Suite 1700
Hartford, Connecticut  06103-3290
(860) 493-6292

J. Daniel Sagarin (ct04289)
Hurwitz, Sagarin & Slossberg LLC
147 N. Broad Street, P.O. Box 112
Milford, Connecticut  06460
(203) 877-8000

**Co-Liaison Counsel**

Dennis J. Johnson
Jacob B. Perkinson
Johnson & Perkinson
1690 Williston Road
South Burlington, Vermont  05403
(802) 862-0030

Brad N. Friedman (ct24911)
Elizabeth A. Berney (ct24910)
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
(212) 594-5300

Jeffrey C. Block
Sara B. Davis
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, Massachusetts  02109
(617) 542-8300

**Co-Lead Counsel**

## CERTIFICATION

I hereby certify that on June 23, 2004, a copy of the foregoing was sent, via first class U.S. mail, postage prepaid, to:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7415

Thomas D. Goldberg
Terence J. Gallagher, III
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut 06103

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street Suite 2100
Wilmington, Delaware 19801

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, Connecticut 06103

_____
Patrick A. Klingman