D 204

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On :
Behalf Of All Others Similarly Situated, :
:
    Plaintiff, :
: Civil Action No. 3:00-cv-01621 (AWT)
v. :
: ALL CASES
XEROX CORPORATION, KPMG, LLP, :
PAUL ALLAIRE, G. RICHARD THOMAN, :
ANN MULCAHY, BARRY ROMERIL, :
GREGORY TAYLER and PHILIP :
FISHBACH, : June 23, 2004
:
    Defendants. :

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Patrick A. Klingman respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Lead Plaintiffs in the above-captioned action. Attorneys Andrew M. Schatz (ct00603) and Jeffrey S. Nobel (ct04855) will continue to serve as liaison counsel for Lead Plaintiffs.

Respectfully submitted,

THE PLAINTIFFS

By: _____
Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Patrick A. Klingman ct17813
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103-3290
(860) 493-6292

GRANTED. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J
Hartford, CT   7/1/04