UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br><br><br><br><br>Date: February 9, 2005 |

## MOTION TO PERMIT SERVICE OF
## NON-PARTY DOCUMENT PRESERVATION SUBPOENAS

Plaintiffs move this Court for permission to serve discovery subpoenas requiring the preservation (but not production) of documents on Citibank, PricewaterhouseCoopers, Rank Group Plc and First Boston (collectively the "non-parties"). In support of this motion, Plaintiffs submit herewith a memorandum of law. Attached to the memorandum of law are the proposed subpoenas Plaintiffs seek to serve on the non-parties. These subpoenas identify the particular documents the non-parties would be required to preserve.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to serve document preservation subpoenas on the non-parties identified above.

DATED: February 9, 2005

Respectfully submitted,

**LEAD PLAINTIFFS**

*/s/ Andrew M. Schatz*
Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Justin S. Kudler ct25167
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
(860) 493-6292

J. Daniel Sagarin ct04289
**Hurwitz, Sagarin & Slossberg, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

Glen DeValerio
Jeffrey C. Block
Leslie R. Stern
**Berman DeValerio Pease Tabacco
 Burt & Pucillo**
One Liberty Square
Boston, MA 02109
(617) 542-8300

Melvyn I. Weiss
Brad Friedman
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza 49th Floor
New York, New York 10119-0165
(212) 594-5300

Dennis J. Johnson
Jacob B. Perkinson
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

**Co-Lead Counsel**

2

## CERTIFICATION

I hereby certify that on February  9 , 2005, a copy of the foregoing was sent, via first class U.S. mail, postage prepaid, to:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7415

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut  06103

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC  20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street  Suite 2100
Wilmington, Delaware  19801

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut 06103

_____
Justin S. Kudler