# CERTIFICATION

THIS IS TO CERTIFY THAT a copy of Xerox Defendants' Response To Plaintiffs' Motion To Permit Service Of Non-Party Document Preservation Subpoenas was sent by first class mail, postage prepaid, this 22nd day of February 2005, to:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco
    Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3290

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

Melvyn I. Weiss, Esq.
Brad Friedman, Esq.
Milberg Weiss Bershad
    & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
Cityplace II, 10th Fl.
185 Asylum Street
Hartford, CT 06103

Tammy P. Bieber, Esq.
Kenneth M. Kramer, Esq.
Seth M. Kean, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

*/s/ Kevin J. Orsini*
Kevin J. Orsini