UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-----------------------------------------------------------------x
:
RUSSELL CARLSON, INDIVIDUALLY AND ON :
BEHALF OF ALL OTHERS SIMILARLY :
SITUATED, :
:
                                Plaintiffs, :  Case No.: 3:00-CV-1621 (AWT)
:  ALL CASES
      v. :
:
XEROX CORPORATION, KPMG LLP, PAUL :
ALLAIRE, G. RICHARD THOMAN, ANN :
MULCAHY, BARRY ROMERIL, GREGORY :  March 2, 2005
TAYLER and PHILIP FISHBACH, :
:
                              Defendants. :
:
-----------------------------------------------------------------x

**RESPONSE OF DEFENDANT KPMG LLP TO PLAINTIFFS' MOTION TO PERMIT SERVICE OF NON-PARTY DOCUMENT PRESERVATION SUBPOENAS**

Defendant KPMG LLP ("KPMG") respectfully submits the following response to plaintiffs' Motion to Permit Service of Non-Party Document Preservation Subpoenas (the "Motion"):  The plaintiffs have filed a motion asking this Court to permit the service of document preservation subpoenas on PricewaterhouseCoopers, Rank Group Plc and First Boston.  KPMG takes no position with respect to the Motion.  KPMG, however, expressly reserves all of its rights and objections regarding any request for documents from these entities and with respect to any other subpoenas issued on these or any other non-parties.

For the record, KPMG notes that it does not appear that the plaintiffs' proposed document preservation subpoenas are limited to the preservation of documents.  Rather, the instructions in these documents (attached as Exhibits 1-4 to the Motion) relate to the production, rather than the preservation, of documents.  KPMG expects that if the

Motion is granted, the plaintiffs' subpoenas will clarify that they require preservation, rather than production, of documents.

          Respectfully submitted,

THOMAS J. MURPHY (ct07959)
STEVEN D. ECKER (ct03762)
COWDERY, ECKER & MURPHY, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 5249-0012
E-mail: tmurphy@cemlaw.com

and

Stuart J. Baskin (ct25986)
Tammy P. Bieber (ct22089)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
E-mail: sbaskin@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2005, a copy of the foregoing Response of Defendant KPMG LLP to Plaintiffs' Motion to Permit Service of Non-Party Document Preservation Subpoenas was sent, via first class U.S. mail, postage prepaid, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7415

Brad N. Friedman, Esq.
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

J. Daniel Sagarin, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Alfred U. Pavlis, Esq.
Daly & Pavlis LLC
107 John Street
Southport, CT 06940

_____
Thomas J. Murphy, Esq.