UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, et al. | : |
| Plaintiff, | : CIVIL NO. 3:00CV1621 (AWT) |
| v. | : |
| XEROX CORPORATION, et al. | : |
| Defendants. | : May 10, 2005 |

MOTION FOR ADMISSION OF
STUART J. BASKIN, TAI H. PARK, AND
PANAGIOTAS KATSAMBAS AS VISITING LAWYERS

Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby moves that the following three attorneys from the law firm of Shearman & Sterling LLP – (1) Stuart J. Baskin, (2) Tai H. Park, and (3) Panagiotas Katsambas – be permitted to appear in this matter as visiting lawyers on behalf of the defendant KPMG LLP.

The accompanying affidavits of Messrs. Baskin, Park, and Katsambas in support of this motion are attached here at Tabs A, B, and C, respectively. Those affidavits set forth the respective contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court for Messrs. Baskin, Park, and Katsambas. Based on the attached affidavits, undersigned counsel represents that Messrs. Baskin, Park, and Katsambas each appears to satisfy all of the Court's requirements to be permitted to appear as visiting a lawyer in this matter. Accordingly, undersigned counsel respectfully requests that the Court admit Messrs. Baskin, Park, and Katsambas as visiting lawyers for that purpose.

A check for $75 payable to the Clerk of the Court is submitted with this motion to cover the $25 fee required for the admission of each of Messrs. Baskin, Park, and Katsambas.

>Respectfully submitted,
>DEFENDANT,
>KPMG LLP
>
>By: *[signature]*
>Thomas J. Murphy (ct07959)
>Steven D. Ecker (ct03762)
>Cowdery, Ecker & Murphy, L.L.C.
>750 Main Street
>Hartford, CT 06103-2703
>(860) 278-5555
>(860) 249-0012 Fax
>E-mail: tmurphy@cemlaw.com
>         ecker@cemlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, : | |
| Plaintiff, : | CIVIL NO. 3:00CV1621 (AWT) |
| v. : | |
| XEROX CORPORATION, et al. : | |
| Defendants. : | |

ORDER

Thomas J. Murphy, Esq., a member of the bar of this Court, having moved for the admission of Stuart J. Baskin, Esq., Tai H. Park, Esq., and Panagiotis Katsambas, Esq. as visiting lawyers for the purpose of representing defendant KPMG LLP in this matter, and it appearing that the motion is in conformity with Local Rule 83.1(d)1, it is hereby ORDERED that the motion is GRANTED.

Dated at Hartford, Connecticut on this ___ day of _____, 2005.

Alvin W. Thompson
United States District Judge

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL CARLSON, INDIVIDUALLY AND ON : 
BEHALF OF ALL OTHERS SIMILARLY :
SITUATED, :
:
                            Plaintiffs, : Case No.: 3:00-CV-1621 (AWT)
: ALL CASES
     v. :
:
XEROX CORPORATION, KPMG LLP, PAUL :
ALLAIRE, G. RICHARD THOMAN, ANN :
MULCAHY, BARRY ROMERIL, GREGORY :
TAYLER and PHILIP FISHBACH, :
:
                           Defendants. :
:

## AFFIDAVIT OF STUART J. BASKIN

Stuart J. Baskin, being duly sworn, deposes and says as follows:

1.     I am over the age of 18 and believe in the obligations of an oath.

2.     I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.     I am a partner of the law firm of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, NY, 10022-6069. My telephone number is (212) 848-4974; my fax number is (646) 848-4974; and my e-mail address is sbaskin@shearman.com.

3.     I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Seventh, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

4. I have not been denied admission or disciplined by this or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Stuart J. Baskin

Sworn to and subscribed before me this 6 day of May, 2005.

_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105560
Qualified in New York County
Commission Expires February 9, 2008

B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

RUSSELL CARLSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs,

v.

XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,

    Defendants.

Case No.: 3:00-CV-1621 (AWT)
ALL CASES

---

## AFFIDAVIT OF TAI H. PARK

Tai H. Park, being duly sworn, deposes and says as follows:

1.    I am over the age of 18 and believe in the obligations of an oath.

2.    I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.    I am a partner of the law firm of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, NY, 10022-6069. My telephone number is (212) 848-5364; my fax number is (646) 848-5364; and my e-mail address is tpark@shearman.com.

3.    I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York, and the U.S. Court of Appeals for the Second Circuit Court.

4.    I have not been denied admission or disciplined by this or any other Court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Tai H. Park

Sworn to and subscribed before me this 9 day of May, 2005.

_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105560
Qualified in New York County
Commission Expires February 9, 20 08

C

Case 3:00-cv-01621-AWT    Document 213    Filed 05/12/2005    Page 10 of 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

RUSSELL CARLSON, INDIVIDUALLY AND ON : 
BEHALF OF ALL OTHERS SIMILARLY :
SITUATED, :
                           Plaintiffs, : Case No.: 3:00-CV-1621 (AWT)
                                      : ALL CASES
       v. :

XEROX CORPORATION, KPMG LLP, PAUL :
ALLAIRE, G. RICHARD THOMAN, ANN :
MULCAHY, BARRY ROMERIL, GREGORY :
TAYLER and PHILIP FISHBACH, :
                            Defendants. :
                                              :

---

## **AFFIDAVIT OF PANAGIOTIS KATSAMBAS**

Panagiotis Katsambas, being duly sworn, deposes and says as follows:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3. I am an associate of the law firm of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY, 10022-6069. My telephone number is (212) 848-7778; my fax number is (646) 848-7778; and my e-mail address is panagiotis.katsambas@shearman.com.

3. I am a member in good standing of the New York State Bar and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York.

4. I have not been denied admission or disciplined by this or any other Court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Panagiotis Katsambas

Sworn to and subscribed before me this 6 day of May, 2005.

_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105560
Qualified in New York County
Commission Expires February 9, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2005, a copy of the foregoing Motion for Admissions of Stuart J. Baskin, Tai H. Park, and Panagiotis Katsambas as Visiting Lawyers was sent, via first class U.S. mail, postage prepaid, to:

Sandra C. Goldstein, Esq.  
Cravath, Swaine & Moore  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY 10019-7415  

Brad N. Friedman, Esq.  
Milberg, Weiss, Bershad & Schulman LLP  
One Pennsylvania Plaza, 49th Floor  
New York, NY 10119-0165  

Andrew M. Schatz, Esq.  
Schatz & Nobel, P.C.  
330 Main Street  
Hartford, CT 06106  

J. Daniel Sagarin, Esq.  
Hurwitz, Sagarin & Slossberg, LLC  
147 North Broad Street  
P.O. Box 112  
Milford, CT 0646  

Dennis J. Johnson, Esq.  
Johnson & Perkinson  
1690 Williston Road  
South Burlington, VT 05403  

Glen DeValerio, Esq.  
Berman DeValerio Pease Tabacco Burt & Pucillo  
One Liberty Square  
Boston, MA 02109  

Thomas D. Goldberg, Esq.  
Day, Berry & Howard LLP  
One Canterbury Green  
Stamford, CT 06901  

Andrew N. Vollmer, Esq.  
Wilmer Cutler Pickering Hale and Dorr LLP  
2445 M Street, NW  
Washington, DC 20037  

Alfred U. Pavlis, Esq.  
Daly & Pavlis LLC  
107 John Street  
Southport, CT 06940  

_____  
Thomas J. Murphy