**ORIGINAL**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

RUSSELL CARLSON, et al.

               Plaintiff,     :     CIVIL NO. 3:00CV1621 (AWT)

    v.

XEROX CORPORATION, et al.

             Defendants.    :    May 10, 2005

MOTION FOR ADMISSION OF
STUART J. BASKIN, TAI H. PARK, AND

PANAGIOTAS KATSAMBAS AS VISITING LAWYERS

    Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby

moves that the following three attorneys from the law firm of Shearman & Sterling LLP – (1)

Stuart J. Baskin, (2) Tai H. Park, and (3) Panagiotas Katsambas – be permitted to appear in this

matter as visiting lawyers on behalf of the defendant KPMG LLP.

    The accompanying affidavits of Messrs. Baskin, Park, and Katsambas in support of this

motion are attached here at Tabs A, B, and C, respectively. Those affidavits set forth the

respective contact information, bar memberships, admission and/or discipline information, and

knowledge of the rules of this Court for Messrs. Baskin, Park, and Katsambas. Based on the

attached affidavits, undersigned counsel represents that Messrs. Baskin, Park, and Katsambas

each appears to satisfy all of the Court's requirements to be permitted to appear as visiting a

lawyer in this matter. Accordingly, undersigned counsel respectfully requests that the Court

admit Messrs. Baskin, Park, and Katsambas as visiting lawyers for that purpose.

A check for $75 payable to the Clerk of the Court is submitted with this motion to cover

the $25 fee required for the admission of each of Messrs. Baskin, Park, and Katsambas.

> Respectfully submitted,
> DEFENDANT,
> KPMG LLP
>
>
> By: Thomas J. Murphy (ct07959)
> Steven D. Ecker  (ct03762)
> Cowdery, Ecker & Murphy, L.L.C.
> 750 Main Street
> Hartford, CT 06103-2703
> (860) 278-5555
> (860) 249-0012 Fax
> E-mail: tmurphy@cemlaw.com
> ecker@cemlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

2005 MAY 17 P 9 18

RUSSELL CARLSON,                    :

                    Plaintiff,       :       CIVIL NO. 3:00CV1621 (AWT)

        v.                          :

                                    :

XEROX CORPORATION, et al.           :

                    Defendants.      :

---

<u>ORDER</u>

Thomas J. Murphy, Esq., a member of the bar of this Court, having moved for the admission of Stuart J. Baskin, Esq., Tai H. Park, Esq., and Panagiotis Katsambas, Esq. as visiting lawyers for the purpose of representing defendant KPMG LLP in this matter, and it appearing that the motion is in conformity with Local Rule 83.1(d)1, it is hereby ORDERED that the motion is GRANTED.

Dated at Hartford, Connecticut on this 17th day of _May_, 2005.

_____
Alvin W. Thompson
United States District Judge

Exhibit
A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| RUSSELL CARLSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : <br> : <br> : <br> : |
| Plaintiffs, | : Case No.: 3:00-CV-1621 (AWT) <br> : ALL CASES |
| v. | : <br> : |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## AFFIDAVIT OF STUART J. BASKIN

Stuart J. Baskin, being duly sworn, deposes and says as follows:

1.       I am over the age of 18 and believe in the obligations of an oath.

2.       I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.       I am a partner of the law firm of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, NY, 10022-6069.  My telephone number is (212) 848-4974; my fax number is (646) 848-4974; and my e-mail address is sbaskin@shearman.com.

3.       I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York, the U.S. District Court for the District of Colorado, the U.S. Court of Appeals for the First, Second, Third, Fifth, Sixth, Seventh, Tenth and Eleventh Circuits, and the U.S. Supreme Court.

4.    I have not been denied admission or disciplined by this or any other Court.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Stuart J. Baskin


Sworn to and subscribed before me this _6_ day of _May_____, 2005.


_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105560
Qualified in New York County
Commission Expires February 9, 2008

Exhibit

B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                                 Plaintiffs,

          v.

XEROX CORPORATION, KPMG LLP, PAUL
ALLAIRE, G. RICHARD THOMAN, ANN
MULCAHY, BARRY ROMERIL, GREGORY
TAYLER and PHILIP FISHBACH,

                                 Defendants.

Case No.: 3:00-CV-1621 (AWT)
ALL CASES

## AFFIDAVIT OF TAI H. PARK

Tai H. Park, being duly sworn, deposes and says as follows:

1.     I am over the age of 18 and believe in the obligations of an oath.

2.     I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.     I am a partner of the law firm of Shearman & Sterling, LLP, 599 Lexington Avenue, New York, NY, 10022-6069.  My telephone number is (212) 848-5364; my fax number is (646) 848-5364; and my e-mail address is tpark@shearman.com.

3.     I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York, and the U.S. Court of Appeals for the Second Circuit Court.

4.     I have not been denied admission or disciplined by this or any other Court.

5.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Tai H. Park

Sworn to and subscribed before me this 9 day of May , 2005.

_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105560
Qualified in New York County
Commission Expires February 9, 20 08



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | : <br> : <br> : <br> : |
| Plaintiffs, | : Case No.: 3:00-CV-1621 (AWT) <br> : ALL CASES |
| v. | : <br> : |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## AFFIDAVIT OF PANAGIOTIS KATSAMBAS

Panagiotis Katsambas, being duly sworn, deposes and says as follows:

1.     I am over the age of 18 and believe in the obligations of an oath.

2.     I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.     I am an associate of the law firm of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY, 10022-6069.  My telephone number is (212) 848-7778; my fax number is (646) 848-7778; and my e-mail address is panagiotis.katsambas@shearman.com.

3.     I am a member in good standing of the New York State Bar and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York.

4.  I have not been denied admission or disciplined by this or any other Court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Panagiotis Katsambas

Sworn to and subscribed before me this _6_ day of ___May___, 2005.

_____
Notary Public

MEAGHAN A. KELLY
Notary Public, State of New York
No. 01KE6105580
Qualified in New York County
Commission Expires February 9, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, a copy of the foregoing Motion for Admissions of Stuart J. Baskin, Tai H. Park, and Panagiotis Katsambas as Visiting Lawyers was sent, via first class U.S. mail, postage prepaid, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7415

Brad N. Friedman, Esq.
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

J. Daniel Sagarin, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 0646

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Alfred U. Pavlis, Esq.
Daly & Pavlis LLC
107 John Street
Southport, CT 06940

Thomas J. Murphy