UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>　　　　　Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br>Date: February 9, 2005 |

**MOTION TO PERMIT SERVICE OF**
**NON-PARTY DOCUMENT PRESERVATION SUBPOENAS**

Plaintiffs move this Court for permission to serve discovery subpoenas requiring the preservation (but not production) of documents on Citibank, PricewaterhouseCoopers, Rank Group Plc and First Boston (collectively the "non-parties"). In support of this motion, Plaintiffs submit herewith a memorandum of law. Attached to the memorandum of law are the proposed subpoenas Plaintiffs seek to serve on the non-parties. These subpoenas identify the particular documents the non-parties would be required to preserve.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to serve document preservation subpoenas on the non-parties identified above.

GRANTED, based on the discussion at the telephonic status conference held on the record on May 20, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/23/05