UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758   00-cv-01908   01-cv-00449<br>00-cv-01779   00-cv-01916   01-cv-00497<br>00-cv-01792   00-cv-01967   01-cv-00583<br>00-cv-01795   00-cv-02029   01-cv-00584<br>00-cv-01824   01-cv-00244   01-cv-00591<br>00-cv-01846   01-cv-00285   01-cv-00614<br>00-cv-01883   01-cv-00341<br><br>July 26, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including September 30, 2005.

The Xerox Defendants submit that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is July 27, 2005. The extension of time to September 30, 2005, will allow counsel fully to address the numerous issues raised in the Complaint.

The Xerox Defendants have not previously sought an extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

**NO ORAL ARGUMENT REQUESTED**

Counsel for the Xerox Defendants has inquired of counsel for plaintiffs concerning this motion. Plaintiffs consent to this motion, as evidenced in the accompanying Stipulation.

### Requested Relief

The Xerox Defendants respectfully request that the Stipulation and Order be so ordered, thereby extending the Xerox Defendants' time to answer the Complaint to and including September 30, 2005.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By _____
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

DEFENDANTS PHILIP FISHBACH, G. RICHARD THOMAN, AND ANNE MULCAHY

By _____
Thomas D. Goldberg (ct 04386)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

DEFENDANTS PAUL A. ALLAIRE, BARRY D. ROMERIL, AND GREGORY TAYLER

By /s/ *Andrew N. Vollmer*
_____
Andrew N. Vollmer (ct 23728)
Heather A. Jones (ct 24194)
WILMER CUTLER PICKERING HALE and DORR LLP
2445 M Street, NW
Washington, DC 20037
(202) 663-6000

Alfred U. Pavlis (ct 08603)
DALY & PAVLIS, LLC
107 John Street
Southport, CT 06490
(203) 255-6700

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
(203) 968-3000
Attorney for Xerox Corporation

3