UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>Date: July 26, 2005 |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. The time for defendants to serve answers to the Third Consolidated Amended Complaint in this action is extended to and including September 30, 2005.

2. The parties agree that extension of the time to serve answers will not preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever on any matters relating to discovery, including the timing or scope of discovery.

July 26, 2005

                        Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Ivy Thomas McKinney
Xerox Corporation
800 Long Ridge Road
P.O. Box 1600
Stamford, CT 06904

By: _____
     Attorneys for defendant Xerox Corporation

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

By: _____
     Attorneys for individual defendants Philip
     Fishbach, G. Richard Thoman and Anne
     Mulcahy

Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037

Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

By: _____
     Attorneys for individual defendants Paul A.
     Allaire, Barry D. Romeril and Gregory
     Tayler

Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119

Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

By: *Brad Friedman /py*
Attorneys for plaintiffs

SO ORDERED THIS ____ day of _____, 2005:

_____
Alvin W. Thompson
United States District Judge