UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>July 27, 2005 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including September 30, 2005.

KPMG submits that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is July 27, 2005. The extension of time to September 30, 2005, will allow counsel adequate time to fully address the numerous issues raised in the Complaint.

KPMG has not previously sought an extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

NO ORAL ARGUMENT REQUESTED

Counsel for KPMG has inquired of counsel for plaintiffs concerning this motion. Plaintiffs consent to this motion, as evidenced in the accompanying Stipulation.

### Requested Relief

KPMG respectfully requests that the Stipulation and Order be so ordered, thereby extending KPMG's time to answer the Complaint to and including September 30, 2005.

Respectfully submitted,

KPMG LLP

By: _____
Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 524-0012

Stuart J. Baskin (ct25986)
Tai H. Park (ct25826)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for defendant KPMG LLP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>July 27, 2005 |

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. The time for defendant KPMG LLP to serve an answer to the Third Consolidated Amended Complaint in this action is extended to and including September 30, 2005.

2. The parties agree that extension of the time to serve an answer will not preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever on any matters relating to discovery, including the timing or scope of discovery.

NYDOCS04/436001.1

July 27, 2005

        Thomas J. Murphy (ct07959)
        Cowdery, Ecker & Murphy, L.L.C.
        750 Main Street
        Hartford, CT 06103-2703

        Stuart J. Baskin (ct25986)
        Tai H. Park (ct25826)
        Shearman & Sterling LLP
        599 Lexington Avenue
        New York, NY 10022-6069

        By: _/s/ Thomas J. Murphy_
            Attorneys for defendant KPMG LLP

        Milberg Weiss Bershad & Schulman LLP
        One Pennsylvania Plaza, 49th Fl.
        New York, NY 10119

        Johnson & Perkinson
        1690 Williston Road
        South Burlington, VT 05403

        Schatz & Noble, P.C.
        One Corporate Center
        20 Church Street, Suite 1700
        Hartford, CT 06103

        Berman DeValerio Pease Tobacco Burt & Pucillo
        One Liberty Square
        Boston, MA 02109

        Hurwitz, Sagarin & Slossberg, LLC
        147 N. Broad Street
        P.O. Box 112
        Milford, CT 06460

        By: _/s/ Brad Friedman /TJM_
            Attorneys for plaintiffs

NYDOCS04/436001.1

SO ORDERED THIS \_\_\_\_ day of _____, 2005:

_____
Alvin W. Thompson
United States District Judge

NYDOCS04/436001.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, a copy of the foregoing was sent, via first class U.S. mail, postage prepaid, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7415

Thomas D. Goldberg, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Brad N. Friedman, Esq.
Milberg, Weiss, Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106

J. Daniel Sagarin, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew N. Vollmer, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Alfred U. Pavlis, Esq.
Daly & Pavlis LLC
107 John Street
Southport, CT 06940

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 06103


_____
Thomas J. Murphy, Esq.