D 224

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>July 27, 2005 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including September 30, 2005.

KPMG submits that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is July 27, 2005. The extension of time to September 30, 2005, will allow counsel adequate time to fully address the numerous issues raised in the Complaint.

KPMG has not previously sought an extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

**GRANTED. It is so ordered.**

NO ORAL ARGUMENT REQUESTED

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/7/05