UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>          Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758 00-cv-01908 01-cv-00449<br>00-cv-01779 00-cv-01916 01-cv-00497<br>00-cv-01792 00-cv-01967 01-cv-00583<br>00-cv-01795 00-cv-02029 01-cv-00584<br>00-cv-01824 01-cv-00244 01-cv-00591<br>00-cv-01846 01-cv-00285 01-cv-00614<br>00-cv-01883 01-cv-00341<br><br>July 27, 2005 |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

  1.  The time for defendant KPMG LLP to serve an answer to the Third Consolidated Amended Complaint in this action is extended to and including September 30, 2005.

  2.  The parties agree that extension of the time to serve an answer will not preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever on any matters relating to discovery, including the timing or scope of discovery.

NYDOCS04/436001.1

July 27, 2005

         Thomas J. Murphy (ct07959)
         Cowdery, Ecker & Murphy, L.L.C.
         750 Main Street
         Hartford, CT 06103-2703

         Stuart J. Baskin (ct25986)
         Tai H. Park (ct25826)
         Shearman & Sterling LLP
         599 Lexington Avenue
         New York, NY 10022-6069

         By: _/s/ Thomas Murphy/_
         Attorneys for defendant KPMG LLP

         Milberg Weiss Bershad & Schulman LLP
         One Pennsylvania Plaza, 49th Fl.
         New York, NY 10119

         Johnson & Perkinson
         1690 Williston Road
         South Burlington, VT 05403

         Schatz & Noble, P.C.
         One Corporate Center
         20 Church Street, Suite 1700
         Hartford, CT 06103

         Berman DeValerio Pease Tobacco Burt & Pucillo
         One Liberty Square
         Boston, MA 02109

         Hurwitz, Sagarin & Slossberg, LLC
         147 N. Broad Street
         P.O. Box 112
         Milford, CT 06460

         By: _/s/ Brad Friedman/_ TJM
         Attorneys for plaintiffs

NYDOCS04/436001.1

SO ORDERED THIS 7th day of September, 2005:

                                        Alvin W. Thompson
                                        United States District Judge

NYDOCS01/436001.1

3