UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE<br><br>Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:00-CV-1621 (AWT)<br><br><br><br><br>3:02-CV-1303 (AWT) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. Within the time for service of answers agreed to by the parties in Carlson et al. v. Xerox Corp., et al. (No. 3:00-CV-1621 (AWT)) ("Carlson"), defendants shall serve answers only to those factual allegations unique to the Amended Complaint in Florida State Board Admin., et al. v. Xerox Corp., et al. (No. 3:02-CV-1303) (AWT) ("FSB") as listed in plaintiffs' letter dated November 12, 2002, a copy of which is attached hereto as Exhibit A. Other than the allegations listed in plaintiffs' letter, and except as provided in paragraph 2 below, defendants will not be required to answer the FSB Amended Complaint.

2. Following service of answers to the FSB Amended Complaint as specified in paragraph 1 above, counsel for FSB plaintiffs shall have the right to request in writing that defendants serve answers to the remaining allegations, provided that defendants are given at least

60 days within which to serve those answers.

July 27, 2005

          Thomas J. Murphy (ct07959)
          Cowdery, Ecker & Murphy, L.L.C.
          750 Main Street
          Hartford, CT 06103-2703

          Stuart J. Baskin (ct25986)
          Tai H. Park (ct25826)
          Shearman & Sterling LLP
          599 Lexington Avenue
          New York, NY 10022-6069

By: _____
          Attorneys for defendant KPMG LLP

          Grant & Eisenhofer, P.A.
          1201 N. Market Street, Suite 2100
          Wilmington, DE 19801

          Ruben, Johnson & Morgan, P.C.
          249 Pearl Street 3rd Fl.
          Hartford, CT 06103

By: _____ /TJM
          Attorneys for FSB plaintiffs

SO ORDERED THIS ___7th___ day of ___September___, 2005:

          _____
          Alvin W. Thompson
          United States District Judge