UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE | 3:00-CV-1621 (AWT) |
| Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:02-CV-1303 (AWT) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. Notwithstanding anything in the Stipulation and Order dated July 27, 2005, relating to service of KPMG's answer, and the Stipulation and Order approved and so ordered on January 16, 2003, nunc pro tunc, to November 22, 2002, KPMG's right to move to dismiss claims based on issues uniquely related to the FSB plaintiffs is preserved and shall be separately briefed according to a schedule to be determined at a later date.

July 27, 2005

Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Stuart J. Baskin (ct25986)
Tai H. Park (ct25826)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

By: *(signature)*
Attorneys for defendant KPMG LLP


Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Fl.
Hartford, CT 06103

By: *Geoffrey Jarvis / TJM*
Attorneys for FSB plaintiffs

SO ORDERED THIS 7th day of September, 2005:


_____
Alvin W. Thompson
United States District Judge