

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. | ) | 3:00-CV-1621 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MASTER CASE | ) | |
| | ) | |
| Florida State Board of Admin., et al. | ) | 3:02-CV-1303 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MEMBER CASE. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. Within the time for service of answers agreed to by the parties in <u>Carlson et al. v. Xerox Corp., et al.</u> (No. 3:00-CV-1621 (AWT)) ("<u>Carlson</u>"), defendants shall serve answers only to those factual allegations unique to the Amended Complaint in <u>Florida State Board of Admin., et al. v. Xerox Corp., et al.</u> (No. 3:02-CV-1303) (AWT) ("<u>FSB</u>") as listed in plaintiffs' letter dated November 12, 2002, a copy of which is attached hereto as Exhibit A. Other than the allegations listed in plaintiffs' letter, and except as provided in paragraph 2 below, defendants will not be required to answer the <u>FSB</u> Amended Complaint.

2. Following service of answers to the <u>FSB</u> Amended Complaint as specified in paragraph 1 above, counsel for <u>FSB</u> plaintiffs shall have the right to request in writing that defendants serve answers to the remaining allegations, provided that defendants are given at least 60 days within which to serve those answers.

July 25, 2005

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Ivy Thomas McKinney
Xerox Corporation
800 Long Ridge Road
P.O. Box 1600
Stamford, CT 06904

By: *Sandra C. M___*
Attorneys for defendant Xerox Corporation

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

By: *Thomas D. Goldberg /my*
Attorneys for individual defendants
Philip Fishbach, G. Richard Thoman and
Anne M. Mulcahy

Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037

Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

By: *Alfred U. Pavlis /my*
Attorneys for individual defendants Paul
Allaire, Barry Romeril and Gregory Tayler

Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

> Ruben, Johnson & Morgan, P.C.
> 249 Pearl Street 3rd Fl.
> Hartford, CT 06103
>
> By: *Geoffrey Jarvis /m)*
> Attorneys for FSB Plaintiffs

SO ORDERED THIS 7th day of September, 2005:

_____
Alvin W. Thompson
United States District Judge