
## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. | ) | 3:00-CV-1621 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MASTER CASE | ) | |
| | ) | |
| Florida State Board of Admin., et al. | ) | 3:02-CV-1303 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MEMBER CASE. | ) | |



### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. Notwithstanding anything in the Stipulation and Order dated July 25, 2005, relating to service of defendants' answers, and the Stipulation and Order approved and so ordered on January 16, 2003, nunc pro tunc, to November 22, 2002, defendants' right to move to dismiss claims based on issues uniquely related to the FSB plaintiffs is preserved and shall be separately briefed according to a schedule to be determined at a later date.

July 26, 2005

                                                Cravath, Swaine & Moore LLP
                                                Worldwide Plaza
                                                825 Eighth Avenue
                                                New York, NY 10019

                                                Ivy Thomas McKinney
                                                Xerox Corporation
                                                800 Long Ridge Road
                                                P.O. Box 1600
                                                Stamford, CT 06904

                                                By: _____
                                                Attorneys for defendant Xerox Corporation

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

By: *Thomas D. Goldberg /aj*
Attorneys for individual defendants
Philip Fishbach, G. Richard Thoman and
Anne M. Mulcahy

Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037

Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

By: *Alfred U. Pavlis /aj*
Attorneys for individual defendants Paul
Allaire, Barry Romeril and Gregory Tayler

Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Ruben, Johnson & Morgan, P.C.
249 Pearl Street 3rd Fl.
Hartford, CT 06103

By: *Geoffrey Jarvis /aj*
Attorneys for FSB plaintiffs

SO ORDERED THIS 7th day of September, 2005:

_____
Alvin W. Thompson
United States District Judge