UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. ) | 3:00-CV-1621 (AWT) | |
| v. ) | | |
| Xerox Corp., et al. ) | | |
| ) | | |
| MASTER CASE ) | | |
| ) | | |
| Florida State Board of Admin., et al. ) | 3:02-CV-1303 (AWT) | |
| v. ) | | |
| Xerox Corp., et al. ) | | |
| ) | July 26, 2005 | |
| MEMBER CASE. ) | | |

FILED 2005 JUL 27 A 9: 11 DISTRICT COURT HARTFORD CT

**GRANTED. It is so ordered.**
Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/7/05

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the factual allegations uniquely presented in the Amended Complaint in Florida State Bd. of Admin., et al., v. Xerox Corp., et al. ("Complaint") (as set forth in plaintiffs' letter dated November 12, 2002, attached hereto as Exhibit A) to and including September 30, 2005, and, following service of answers to these unique allegations, for an extension of time to file a separate answer, if deemed necessary by plaintiffs, solely addressing the allegations in the Complaint to and including at least sixty (60) days after plaintiffs have requested such answers. The Xerox Defendants also move for an extension of time to move to dismiss claims based on allegations uniquely presented in the Complaint, according to a schedule to be determined at a later date by the parties.

The Xerox Defendants submit that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the

**NO ORAL ARGUMENT REQUESTED**