UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>        v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>          Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>September 15, 2005 |

**AFFIDAVIT OF KARIN A. DEMASI**

Karin A. DeMasi, being duly sworn, deposes and says:

  1.  I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel to defendant Xerox Corporation in the above referenced matter.

  2.  I make this affidavit in support of the motion of Ivy Thomas McKinney for an order, pursuant to Local Rule 83.1(d), for my admission Pro Hac Vice to participate in all matters relating to this litigation.

  3.  My office address, telephone number, fax number and email address are as follows:

       Cravath, Swaine & Moore LLP
       Worldwide Plaza
       825 Eighth Avenue
       New York, New York 10019
       T: (212) 474-1000
       F: (212) 474-3700
       kdemasi@cravath.com

4. I am a member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York.

5. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The $25 fee required by Local Rule 83.1(d) accompanies this affidavit.

_____
Karin A. DeMasi

Subscribed and sworn before me on
this 15th day of September, 2005.

_____
Notary Public

JAMES FIORENTINO
Notary Public, State of New York
No. 24-5041052 - Qualified in Kings County
Certificate Filed in New York County
Commission Expires March 27, 20 07

- 2 -

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, by first class mail, this 15th day of September, 2005 to:

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Stuart J. Baskin, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Melvyn I. Weiss
Milberg, Weiss, Bershad & Shulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

_____
Ryan D. Junck