UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>September 15, 2005 |

## MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, respectfully moves for the admission of Attorney Kevin J. Orsini as a visiting attorney pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Orsini is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. He is a member in good standing of the Bar of the States of New York and New Jersey and of the United States District Court for the Southern District of New York. Upon information and belief, Mr. Orsini has never been denied admission or disciplined by this Court or any other court. Mr. Orsini's affidavit in support of this motion and payment to the Clerk in the amount of $25.00 accompany this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Orsini designates the undersigned as the member of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Mr. Orsini be admitted to appear as visiting lawyer to represent defendant Xerox Corporation.

By: *[signature]*
Ivy Thomas McKinney (ct09351)
Xerox Corporation
800 Long Ridge Road
Stamford, Connecticut 06904
Tel: (203) 968-3000

Attorney for Xerox Corporation

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, by first class mail, this 15th day of September, 2005 to:

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Stuart J. Baskin, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Melvyn I. Weiss
Milberg, Weiss, Bershad & Shulman LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

_____
Ryan D. Junck