# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH, <br><br> Defendants. | Civil Action No. 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br> September 15, 2005 |

## MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, respectfully moves for the admission of Attorney Timothy W. Blakely as a visiting attorney pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Blakely is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. He is a member in good standing of the Bar of the States of New York and Maine and of the United States District Court for the District of Maine, the United States District Court for the Southern District of New York and the United States District Court for the Eastern District of New York. Upon information and belief, Mr. Blakely has never been denied admission or disciplined by this Court or any other court. Mr. Blakely's affidavit in support of this motion and payment to the Clerk in the amount of $25.00 accompany this application.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/21/05