


## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>        Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>September 15, 2005 |



### MOTION FOR ADMISSION OF VISITING LAWYER

The undersigned, a member of the bar of this Court, respectfully moves for the admission of Attorney Ryan D. Junck as a visiting attorney pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Junck is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. He is a member in good standing of the Bar of the State of New York. Upon information and belief, Mr. Junck has never been denied admission or disciplined by this Court or any other court. Mr. Junck's affidavit in support of this motion and payment to the Clerk in the amount of $25.00 accompany this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Junck designates the undersigned as the member of the bar of this Court upon whom service of all papers shall also be made.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 9/21/05

- 1 -