## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) | 3:00-CV-1621 (AWT) |

RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,

         Plaintiffs,

    v.

XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,

         Defendants.

3:00-CV-1621 (AWT)

This document relates to:

| | | |
|---|---|---|
| 00-cv-01758 | 00-cv-01908 | 01-cv-00449 |
| 00-cv-01779 | 00-cv-01916 | 01-cv-00497 |
| 00-cv-01792 | 00-cv-01967 | 01-cv-00583 |
| 00-cv-01795 | 00-cv-02029 | 01-cv-00584 |
| 00-cv-01824 | 01-cv-00244 | 01-cv-00591 |
| 00-cv-01846 | 01-cv-00285 | 01-cv-00614 |
| 00-cv-01883 | 01-cv-00341 | |

September 29, 2005

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including October 31, 2005.

The Xerox Defendants submit that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is September 30, 2005. The extension of time to October 31, 2005, will allow counsel fully to address the numerous issues raised in the Complaint.

The Xerox Defendants previously sought one extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

## NO ORAL ARGUMENT REQUESTED

Counsel for the Xerox Defendants has inquired of counsel for plaintiffs concerning this motion. Plaintiffs consent to this motion, as evidenced in the accompanying Stipulation.

<u>Requested Relief</u>

The Xerox Defendants respectfully request that the Stipulation and Order be so ordered, thereby extending the Xerox Defendants' time to answer the Complaint to and including October 31, 2005.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By

Evan R. Chesler (ct 03777)
Sandra C. Goldstein (ct 24019)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

DEFENDANTS PHILIP FISHBACH, G. RICHARD
THOMAN, AND ANNE MULCAHY

By

Thomas D. Goldberg (ct 04386)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

DEFENDANTS PAUL A. ALLAIRE, BARRY D.
ROMERIL, AND GREGORY TAYLER

By

_Andrew  N. Vollmer / Ko_

Andrew N. Vollmer (ct 23728)
Heather A. Jones (ct 24194)
WILMER CUTLER PICKERING HALE
and DORR LLP
2445 M Street, NW
Washington, DC 20037
(202) 663-6000

Alfred U. Pavlis (ct 08603)
DALY & PAVLIS, LLC
107 John Street
Southport, CT 06490
(203) 255-6700

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
(203) 968-3000
Attorney for Xerox Corporation

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On
Behalf Of All Others Similarly Situated,

                  Plaintiffs,

        v.

XEROX CORPORATION, KPMG LLP,
PAUL A. ALLAIRE, G. RICHARD THOMAN,
ANNE MULCAHY, BARRY D. ROMERIL,
GREGORY TAYLER AND PHILIP FISHBACH

                  Defendants.

3:00-CV-1621 (AWT)

This document relates to:

| 00-cv-01758 | 00-cv-01908 | 01-cv-00449 |
| 00-cv-01779 | 00-cv-01916 | 01-cv-00497 |
| 00-cv-01792 | 00-cv-01967 | 01-cv-00583 |
| 00-cv-01795 | 00-cv-02029 | 01-cv-00584 |
| 00-cv-01824 | 01-cv-00244 | 01-cv-00591 |
| 00-cv-01846 | 01-cv-00285 | 01-cv-00614 |
| 00-cv-01883 | 01-cv-00341 | |

Date: September 26, 2005

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the

parties herein, that:

1.    The time for defendants to serve answers to the Third Consolidated

Amended Complaint in this action is extended to and including October 31, 2005.

2.    The parties agree that extension of the time to serve answers will not

preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever

on any matters relating to discovery, including the timing or scope of discovery.

September 26, 2005

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Ivy Thomas McKinney
Xerox Corporation
800 Long Ridge Road
P.O. Box 1600
Stamford, CT 06904

By: _____
      Attorneys for defendant Xerox Corporation

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

By: _____Thomas D. Goldberg /KO_____
      Attorneys for individual defendants Philip
      Fishbach, G. Richard Thoman and Anne
      Mulcahy


Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037

Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

By: _____Andrew Wellm /Ko_____
      Attorneys for individual defendants Paul A.
      Allaire, Barry D. Romeril and Gregory
      Tayler


Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119

Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

-2-

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Berman DeValerio Pease Tabacco Burt &
Pucillo
One Liberty Square
Boston, MA 02109

Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

By: _____
    Attorneys for plaintiffs

SO ORDERED THIS ____ day of _____, 2005:


_____
Alvin W. Thompson
United States District Judge

-3-

CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was sent by Federal Express courier service, postage prepaid, this 29th day of September 2005, to:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco
    Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3290

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

Melvyn I. Weiss, Esq.
Brad Friedman, Esq.
Milberg Weiss Bershad
    & Schulman LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Stuart J. Baskin, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Kevin J. Orsini
Kevin J. Orsini