UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>　　　　　　　　　　　Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758　00-cv-01908　01-cv-00449<br>00-cv-01779　00-cv-01916　01-cv-00497<br>00-cv-01792　00-cv-01967　01-cv-00583<br>00-cv-01795　00-cv-02029　01-cv-00584<br>00-cv-01824　01-cv-00244　01-cv-00591<br>00-cv-01846　01-cv-00285　01-cv-00614<br>00-cv-01883　01-cv-00341<br><br>September 30, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

　　Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including October 31, 2005.

　　KPMG submits that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is September 30, 2005. The extension of time to October 31, 2005, will allow counsel adequate time to fully address the numerous issues raised in the Complaint.

　　KPMG has previously sought one more extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

**NO ORAL ARGUMENT REQUESTED**

Counsel for KPMG has inquired of counsel for plaintiffs concerning this motion. Plaintiffs consent to this motion, as evidenced in the accompanying Stipulation.

Requested Relief

KPMG respectfully requests that the Stipulation and Order be so ordered, thereby extending KPMG's time to answer the Complaint to and including October 31, 2005.

Respectfully submitted,

KPMG LLP

By: _____
Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 524-0012

Stuart J. Baskin (ct25986)
Tai H. Park (ct25826)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for defendant KPMG LLP

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>September 30, 2005 |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1.  The time for defendant KPMG LLP to serve an answer to the Third Consolidated Amended Complaint in this action is extended to and including October 31, 2005.

2.  The parties agree that extension of the time to serve an answer will not preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever on any matters relating to discovery, including the timing or scope of discovery.

September 30, 2005

Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Stuart J. Baskin (ct25986)
Tai H. Park (ct25826)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

By: /s/ Thomas J. Murphy
Attorneys for defendant KPMG LLP


Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119

Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Schatz & Noble, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Berman DeValerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

By: /s/ Leslie Stein
Attorneys for plaintiffs

SO ORDERED THIS ____ day of _____, 2005:

_____
Alvin W. Thompson
United States District Judge

## **CERTIFICATION**

I hereby certify that a true copy of the foregoing Motion on Consent for Extension of Time was sent by first-class mail, postage prepaid, this September 30, 2005 to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Elizabeth A. Berney, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew N. Vollmer, Esq.
Gordon Pearson, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 0610

_____
Thomas J. Murphy