UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | 3:00-CV-1621 (AWT) |
| Plaintiffs, | This document relates to: |
| v. | 00-cv-01758  00-cv-01908  01-cv-00449 |
| | 00-cv-01779  00-cv-01916  01-cv-00497 |
| XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH, | 00-cv-01792  00-cv-01967  01-cv-00583 |
| | 00-cv-01795  00-cv-02029  01-cv-00584 |
| | 00-cv-01824  01-cv-00244  01-cv-00591 |
| | 00-cv-01846  01-cv-00285  01-cv-00614 |
| | 00-cv-01883  01-cv-00341 |
| Defendants. | September 29, 2005 |

**MOTION ON CONSENT FOR EXTENSION OF TIME**

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including October 31, 2005.

The Xerox Defendants submit that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is September 30, 2005. The extension of time to October 31, 2005, will allow counsel fully to address the numerous issues raised in the Complaint.

The Xerox Defendants previously sought one extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law, and therefore a separate memorandum of law will not be submitted.

*Extension GRANTED, nunc pro tunc, to and including October 31, 2005. It is so ordered.*

**NO ORAL ARGUMENT REQUESTED**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   10/7/05