

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>September 30, 2005 |

### MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the Third Consolidated Amended Complaint ("Complaint") to and including October 31, 2005.

KPMG submits that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is September 30, 2005. The extension of time to October 31, 2005, will allow counsel adequate time to fully address the numerous issues raised in the Complaint.

KPMG has previously sought one more extension of time with respect to the limitation for service of an answer to the Complaint. This motion raises no issues of law and therefore a separate memorandum of law will not be submitted.

*Extension GRANTED, nunc pro tunc, to and including October 31, 2005. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT  10/7/05*

**NO ORAL ARGUMENT REQUESTED**