

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE<br><br>Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:00-CV-1621 (AWT)<br><br><br><br><br>3:02-CV-1303 (AWT)<br><br><br><br>September 30, 2005 |



Extension GRANTED to and including October 31, 2005. It is so ordered.

Alvin W. Thompson U.S.D.J.
Hartford, CT 10/7/05

## MOTION ON CONSENT FOR EXTENSION OF TIME

Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, for an extension of time to answer the factual allegations uniquely presented in the Amended Complaint in <u>Florida State Bd. of Admin., et al., v. Xerox Corp., et al.</u> ("Complaint")(as set forth in plaintiffs' letter dated November 12, 2002, attached hereto as Exhibit A) to and including October 31, 2005, and, following service of answers to these unique allegations, for an extension of time to file a separate answer, if deemed necessary by plaintiffs, solely addressing the allegations in the Complaint to and including at least sixty (60) days after plaintiffs have requested such answers. KPMG also moves for an extension of time to move to dismiss claims based on allegations uniquely presented in the Complaint, according to a schedule to be determined at a later date by the parties.

KPMG submits that there is good cause for the extension in that the Complaint raises complex issues that must be addressed in detail. The date presently set for the service of an answer to the Complaint is September 30, 2005. The extension of time to answer the factual

**NO ORAL ARGUMENT REQUESTED**