UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH<br><br>Defendants. | 3:00-CV-1621 (AWT)<br><br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341<br><br>Date: September 26, 2005 |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. The time for defendants to serve answers to the Third Consolidated Amended Complaint in this action is extended to and including October 31, 2005.

2. The parties agree that extension of the time to serve answers will not preclude a conference pursuant to Fed. R. Civ. P. 26(f), nor will it have any impact whatsoever on any matters relating to discovery, including the timing or scope of discovery.

September 26, 2005

        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019

        Ivy Thomas McKinney
        Xerox Corporation
        800 Long Ridge Road
        P.O. Box 1600
        Stamford, CT 06904

        By: _____
            Attorneys for defendant Xerox Corporation

        Day, Berry & Howard LLP
        One Canterbury Green
        Stamford, CT 06901

        By: _____
            Attorneys for individual defendants Philip
            Fishbach, G. Richard Thoman and Anne
            Mulcahy


        Wilmer Cutler Pickering Hale and Dorr LLP
        2445 M Street, N.W.
        Washington, D.C. 20037

        Daly & Pavlis, LLC
        107 John Street
        Southport, CT 06490

        By: _____
            Attorneys for individual defendants Paul A.
            Allaire, Barry D. Romeril and Gregory
            Tayler


        Milberg Weiss Bershad & Schulman LLP
        One Pennsylvania Plaza, 49th Fl.
        New York, NY 10119

        Johnson & Perkinson
        1690 Williston Road
        South Burlington, VT 05403

Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

By: _____
Attorneys for plaintiffs

SO ORDERED THIS 14th day of October, 2005:

_____
Alvin W. Thompson
United States District Judge