UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On  :
Behalf Of All Others Similarly Situated,  :
: 
    Plaintiff,  :    Civil Action No. 3:00-cv-01621 (AWT)
:
v.  :    **ALL CASES**
:
XEROX CORPORATION, KPMG, LLP,  :
PAUL ALLAIRE, G. RICHARD THOMAN,  :
ANN MULCAHY, BARRY ROMERIL,  :
GREGORY TAYLER and PHILIP  :
FISHBACH,  :    October 24, 2005
    Defendants.

## MOTION FOR ADMISSION OF VISITING ATTORNEY BETH KASWAN

Justin S. Kudler, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Beth Kaswan to represent the Plaintiff and other class members in the above-captioned class action. In support of this motion, the Declaration of Attorney Kaswan is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Justin S. Kudler at Schatz & Nobel, P.C., One Corporate

Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

Dated: October 24, 2005

                                              **SCHATZ & NOBEL, P.C.**

                                              _/s/ Andrew M. Schatz_

                                              Andrew M. Schatz (ct00603)
                                              Jeffrey S. Nobel (ct04855)
                                              Justin S. Kudler (ct25167)
                                              One Corporate Center
                                              20 Church Street, Suite 1700
                                              Hartford, CT 06103
                                              Tel: (860) 493-6292
                                              Fax: (860) 493-6290

## **CERTIFICATION**

      Copies of the foregoing document were sent via first class mail, this 24th day of October 2005, to the following parties or counsel of record:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7415

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut 06103
(860) 249-0012 (fax)

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street  Suite 2100
Wilmington, Delaware  19801
(302) 622-7100 (fax)

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut  06103

_____
Justin S. Kudler