A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-cv-01621 (AWT)<br><br>**ALL CASES** |

## AFFIDAVIT OF BETH KASWAN

I, Beth Kaswan, under penalty of perjury, state as follows:

1. I am a partner in Milberg Weiss Bershad & Schulman LLP, located at One Pennsylvania Plaza, 49th Floor, New York, NY, 10119; telephone (212) 594-5300; facsimile (212) 868-1229; e-mail bkaswan@milbergweiss.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bars of the State of New York and the Commonwealth of Massachusetts, as well as the bars of the United States Courts of Appeals for the Second Circuit, and the United States District Court for the Southern District of New York.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4.   I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Beth Kaswan

Subscribed and sworn to before me
this 18th day of October, 2005.

_____
Notary Public (My Commission Expires 1/17/07)

> DENISE A. MACHA
> Notary Public, State Of New York
> No. 01MA5037975
> Qualified In New York County
> Commission Expires Jan. 17, 2007

2