A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-cv-01621 (AWT)<br><br>**ALL CASES** |

**AFFIDAVIT OF JAMES M. SHAUGHNESSY**

STATE OF NEW YORK   )
                    :SS.:
COUNTY OF NEW YORK  )

I, James M. Shaughnessy, under penalty of perjury, state as follows:

1. I am Special Counsel to Milberg Weiss Bershad & Schulman LLP, located at One Pennsylvania Plaza, 49th Floor, New York, NY, 10119; telephone (212) 594-5300; facsimile (212) 868-1229; e-mail jshaughnessy@milbergweiss.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bars of the States of New York, New Jersey, and California, as well as the bars of the United States Supreme Court, the United States Courts of Appeals for the Second, Fifth, and Ninth Circuits, the United States District Courts for the Southern District of New York, Eastern District of New York, Northern District of New York, Western District of New York, District of New Jersey, and Southern District of California, and the United States Tax Court.

3.  I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
James M. Shaughnessy

Sworn to this 18 day of October, 2005.

_____
Notary Public

KAREN T. MILES
Notary Public, State of New York
No. 01MI4704613
Qualified in New York County
Commission Expires April 30, 20 07