## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | x | |
| RUSSELL CARLSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILAR SITUATED, | : : : | Case No.: 3:00-CV-1621 (AWT): |
| Plaintiffs, | : | ALL CASES |
| | : | |
| v. | : : | |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : : : : : | |
| | : | October 28, 2005 |
| Defendants. | : | |
| | : | |
| | x | |

### MOTION FOR ADMISSION OF
### MARK J. LEMIRE, ESQ. AS VISITING LAWYER

Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby moves that Mark J. Lemire, Esq. be permitted to appear in this matter as a visiting lawyer on behalf of KPMG LLP.  The accompanying Affidavit of Mark J. Lemire, Esq. in support of this motion, see Tab A, sets forth Mr. Lemire's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court.  Based on that affidavit, undersigned counsel represents that Mr. Lemire appears to satisfy all of the Court's requirements to be permitted to represent KPMG LLP in this matter.  Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Lemire as a visiting lawyer for that purpose.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The $25 fee required for Mr. Lemire's admission is submitted with this motion.

Respectfully submitted,
KPMG LLP

By: Thomas J. Murphy, Esq.
Cowdery, Ecker, & Murphy, LLC
750 Main Street, Suite 910
Hartford, CT 06103
E-mail: tmurphy@cemlaw.com
(860) 278-555 Office
(860) 249-0012 Facsimile

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
_____x
RUSSELL CARLSON, INDIVIDUALLY    :
AND ON BEHALF OF ALL OTHERS      :
SIMILAR SITUATED,                :      Case No.: 3:00-CV-1621 (AWT)
                    Plaintiffs,  :      ALL CASES
                                 :
        v.                       :
                                 :
XEROX CORPORATION, KPMG LLP,     :
PAUL ALLAIRE, G. RICHARD THOMAN, :
ANN MULCAHY, BARRY ROMERIL,      :
GREGORY TAYLER and PHILIP        :
FISHBACH,                        :
                                 :
                    Defendants.  :
                                 :
_____x
```

## ORDER

Thomas J. Murphy, Esq., a member of the bar of this Court, having moved for the

admission of Mark J. Lemire, Esq. as a visiting lawyer for the purpose of representing KPMG

LLP in this matter, and it appearing that the motion is in conformity with Local Rule 83.1(d)1, it

is hereby ORDERED that the motion is GRANTED.

Dated at Hartford, Connecticut on this ___ day of _____, 2005.


                                        _____
                                        Alvin W. Thompson
                                        United States District Judge

A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
————————————————————————x
RUSSELL CARLSON, INDIVIDUALLY    :
AND ON : BEHALF OF ALL OTHERS    :
SIMILARLY SITUATED,              :
                                 :
                Plaintiffs,      :     Case No.: 3:00-CV-1621 (AWT):
                                 :     ALL CASES
        v.                       :
                                 :
XEROX CORPORATION, KPMG LLP,     :
PAUL ALLAIRE, G. RICHARD THOMAN, :
ANN MULCAHY, BARRY ROMERIL,      :
GREGORY TAYLER and PHILIP        :
FISHBACH,                        :
                                 :
                Defendants.      :
                                 :
————————————————————————x
```

## AFFIDAVIT OF MARK J. LEMIRE

Mark J. Lemire, being duly sworn, deposes and says as follows:

1.    I am over the age of 18 and believe in the obligations of an oath.

2.    I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.    I am an associate at the law firm of Hogan & Hartson LLP, 875 Third Avenue, New York, NY, 10022. My telephone number is (212) 918-3609; my fax number is (212) 918-3100; and my e-mail address is mjlemire@hhlaw.com.

4.    I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Northern, Eastern, and Southern Districts of New York.

5.    I have not been denied admission or disciplined by this or any other Court.

6.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

1

_____
Mark J. Lemire

Sworn to and subscribed before me this 19th day of Oct. , 2005.

_____
Notary Public

LILLIAN A. MARTINEZ
Notary Public, State of New York
No. 01MA6092520
Qualified in Westchester County
Commission Expires May 19, 2007

2

## CERTIFICATION

I hereby certify that a true copy of the foregoing Motion for Admission of Mark J. Lemire, Esq. As Visiting Lawyer was mailed, postage prepaid, this 28th day of October, 2005, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Elizabeth A. Berney, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Stuart Baskin, Esq.
Tai H. Park, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew N. Vollmer, Esq.
Gordon Pearson, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 0610

Thomas J. Murphy