UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| _____x | | |
| RUSSELL CARLSON, INDIVIDUALLY | : | |
| AND ON BEHALF OF ALL OTHERS | : | |
| SIMILAR SITUATED, | : | Case No.: 3:00-CV-1621 (AWT): |
| Plaintiffs, | : | ALL CASES |
|  | : | |
| v. | : | |
|  | : | |
| XEROX CORPORATION, KPMG LLP, | : | |
| PAUL ALLAIRE, G. RICHARD THOMAN,: | | |
| ANN MULCAHY, BARRY ROMERIL, | : | |
| GREGORY TAYLER and PHILIP | : | |
| FISHBACH, | : | |
|  | : | October 28, 2005 |
| Defendants. | : | |
|  | : | |
| _____x | | |

**MOTION FOR ADMISSION OF
GEORGE A. SALTER, ESQ. AS VISITING LAWYER**

Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby

moves that George A. Salter, Esq. be permitted to appear in this matter as a visiting lawyer on

behalf of KPMG LLP.  The accompanying Affidavit of George A. Salter, Esq. in support of this

motion, see Tab A, sets forth Mr. Salter's contact information, bar memberships, admission

and/or discipline information, and knowledge of the rules of this Court.  Based on that affidavit,

undersigned counsel represents that Mr. Salter appears to satisfy all of the Court's requirements

to be permitted to represent KPMG LLP in this matter.  Accordingly, undersigned counsel

respectfully requests that the Court admit Mr. Salter as a visiting lawyer for that purpose.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

The $25 fee required for Mr. Salter's admission is submitted with this motion.

Respectfully submitted,
KPMG LLP

By: Thomas J. Murphy, Esq.
Cowdery, Ecker, & Murphy, LLC
750 Main Street, Suite 910
Hartford, CT 06103
E-mail: tmurphy@cemlaw.com
(860) 278-555 Office
(860) 249-0012 Facsimile

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
_____x
RUSSELL CARLSON, INDIVIDUALLY    :
AND ON BEHALF OF ALL OTHERS      :
SIMILAR SITUATED,                :         Case No.: 3:00-CV-1621 (AWT)
                      Plaintiffs, :        ALL CASES
                                 :
                                 :
        v.                       :
                                 :
                                 :
XEROX CORPORATION, KPMG LLP,     :
PAUL ALLAIRE, G. RICHARD THOMAN,:
ANN MULCAHY, BARRY ROMERIL,      :
GREGORY TAYLER and PHILIP        :
FISHBACH,                        :
                                 :
                     Defendants. :
                                 :
                                 :
_____x
```

## ORDER

Thomas J. Murphy, Esq., a member of the bar of this Court, having moved for the admission of George A. Salter, Esq. as a visiting lawyer for the purpose of representing KPMG LLP in this matter, and it appearing that the motion is in conformity with Local Rule 83.1(d)1, it is hereby ORDERED that the motion is GRANTED.

Dated at Hartford, Connecticut on this ____ day of _____, 2005.

                                        _____
                                        Alvin W. Thompson
                                        United States District Judge

A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

—————————————————————x

RUSSELL CARLSON, INDIVIDUALLY
AND ON : BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

                       Plaintiffs,

      v.

XEROX CORPORATION, KPMG LLP,
PAUL ALLAIRE, G. RICHARD THOMAN,
ANN MULCAHY, BARRY ROMERIL,
GREGORY TAYLER and PHILIP
FISHBACH,

                    Defendants.

—————————————————————x

Case No.: 3:00-CV-1621 (AWT):
ALL CASES

## AFFIDAVIT OF GEORGE A. SALTER

George A. Salter, being duly sworn, deposes and says as follows:

1.     I am over the age of 18 and believe in the obligations of an oath.

2.     I make this affidavit in support of a motion by Thomas J. Murphy, Esq. seeking my admission as a visiting attorney in the above-captioned case.

3.     I am a partner of the law firm of Hogan & Hartson LLP, 875 Third Avenue, New York, NY, 10022. My telephone number is (212) 918-3521; my fax number is (212) 918-3100; and my e-mail address is gasalter@hhlaw.com.

4.     I am a member in good standing of the New York State Bar, and I am admitted to practice before the U.S. District Courts for the Eastern and Southern Districts of New York, and the U.S. Court of Appeals for the Second Circuit.

5.     I have not been denied admission or disciplined by this or any other Court.

6.     I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_George A. Salter_
George A. Salter

Sworn to and subscribed before me this 26th day of Oct. , 2005.

_Lillian A. Martinez_
Notary Public

LILLIAN A. MARTINEZ
Notary Public, State of New York
No. 01MA6092520
Qualified in Westchester County
Commission Expires May 19, 2007

2

## CERTIFICATION

I hereby certify that a true copy of the foregoing Motion for Admission of George A. Salter, Esq. As Visiting Lawyer was mailed, postage prepaid, this 28th day of October, 2005, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Elizabeth A. Berney, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Patrick A. Klingman, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Stuart Baskin, Esq.
Tai H. Park, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew N. Vollmer, Esq.
Gordon Pearson, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 0610

_____
Thomas J. Murphy