UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. | ) | 3:00-CV-1621 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| MASTER CASE | ) | |
| | ) | |
| Florida State Board of Admin., et al. | ) | 3:02-CV-1303 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| MEMBER CASE. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. The Xerox Defendants shall file any Rule 12(b) motion to dismiss claims based on issues uniquely related to the plaintiffs in Florida State Board of Admin., et al. v. Xerox Corp., et al. (No. 3:02-CV-1303) (AWT) ("FSB") no later than December 9, 2005;

2. The FSB plaintiffs shall file, no later than January 31, 2006, any opposition to such motion;

3. The Xerox Defendants shall file any reply brief no later than February 28, 2006;

4. Thereafter, the Xerox Defendants shall, as contemplated by and in accordance with the Stipulation and Order dated July 25, 2005, as granted and so ordered on September 7, 2005, serve answers to those factual allegations unique to the Amended Complaint in FSB; and

5. The filing of a motion pursuant to the above briefing schedule shall not effect a stay of discovery in <u>FSB</u> or in <u>Carlson, et al. v. Xerox Corp., et al.</u> (No. 3:00-CV-1621) (AWT).

October 28, 2005

                                      Cravath, Swaine & Moore LLP
                                      Worldwide Plaza
                                      825 Eighth Avenue
                                      New York, NY 10019

                                      Ivy Thomas McKinney
                                      Xerox Corporation
                                      800 Long Ridge Road
                                      P.O. Box 1600
                                      Stamford, CT 06904

                                      By: _____
                                             Attorneys for defendant Xerox Corporation

                                      Day, Berry & Howard LLP
                                      One Canterbury Green
                                      Stamford, CT 06901

                                      By: _____
                                             Attorneys for individual defendants
                                             Philip Fishbach, G. Richard Thoman and
                                             Anne M. Mulcahy

                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      2445 M Street, N.W.
                                      Washington, D.C. 20037

                                      Daly & Pavlis, LLC
                                      107 John Street
                                      Southport, CT 06490

                                      By: _____
                                             Attorneys for individual defendants Paul
                                             Allaire, Barry Romeril and Gregory Tayler

-3-

        Grant & Eisenhofer, P.A.
        1201 N. Market Street, Suite 2100
        Wilmington, DE 19801

        Ruben, Johnson & Morgan, P.C.
        249 Pearl Street 3rd Fl.
        Hartford, CT 06103

        By: _Geoffrey C. Jarvis /KJO_____
            Attorneys for FSB plaintiffs

SO ORDERED THIS ____ day of _____, 2005:

_____
Alvin W. Thompson
United States District Judge

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing Motion on Consent to Establish a Briefing Schedule and the attachment thereto were sent by Federal Express courier service, postage prepaid, this 28th day of October 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Stuart J. Baskin, Esq.
Kenneth M. Kramer, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

*Elizabeth Lasorte*
Elizabeth M. Lasorte