95. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies the remaining allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Statement of Financial Accounting Standards No. 5 for its full and complete contents.

96. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 2000 Form 10-K for its full and complete contents.

97. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint.

98. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph of the Complaint, and respectfully refers the Court to Arthur Levitt's speech at New York University for its full and complete contents.

99. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 31, 2001 edition of the *Chicago Sun* for its full and complete contents.

100. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to June 1, 2001 edition of *The Wall Street Journal* for its full and complete contents.

101. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 1, 2001 edition of the *National Post* for its full and complete contents.

102.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 31, 2001 report by AFX for its full and complete contents.

103.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 1, 2001 report by CSFB for its full and complete contents.

104.  KPMG denies the allegations contained in this paragraph of the Complaint as they relate to KPMG and denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph, and respectfully refers the Court to the Dow Jones historical stock prices for the price of Xerox's stock.

105.  KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 1, 2001 editions of *The Wall Street Journal* and *The New York Times* for their full and complete contents.

106.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed with the SEC on January 7, 2002 for its full and complete contents.

107.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 7, 2002 report by Lehman Brothers for its full and complete contents.

108.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 8, 2002 report by Salomon Smith Barney for its full and complete contents.

109. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 15, 2002 report by Merrill Lynch for its full and complete contents.

110. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Dow Jones historical stock prices for the price of Xerox's stock on January 7, 2002.

111. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's January 28, 2002 press release and the January 29, 2002 edition of *The Wall Street Journal* for their full and complete contents.

112. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the statements made by Ms. Mulcahy during a January 28, 2002 conference call for their full and complete contents.

113. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 29, 2002 edition of *The Wall Street Journal* for its full and complete contents.

114. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 29, 2002 report by Deutsche Bank Alex Brown for its full and complete contents.

115. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers

the Court to the Dow Jones historical stock prices for the price of Xerox's stock on January 28 and January 29, 2002.

116. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 1, 2002 report by the *Associated Press* for its full and complete contents.

117. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 1, 2002 edition of *Dow Jones Business News* for its full and complete contents.

118. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 2, 2002 edition of *The Washington Post* for its full and complete contents.

119. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 2, 2002 edition of *The Washington Post* for its full and complete contents.

120. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 2, 2002 edition of *The Wall Street Journal* for its full and complete contents.

121. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 2, 2002 reports by UBS Warburg and Lehman Brothers for their full and complete contents.

122. KPMG denies the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief

as to the truth of the allegations contained in the second sentence of this paragraph, except admits that KPMG and Michael Conway received Wells Notices from the SEC. KPMG denies the allegations contained in the third sentence of this paragraph of the Complaint, and respectfully refers the Court to SEC's rules and regulations regarding the meaning and purpose of a Wells Notice. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and respectfully refers the Court to *The Wall Street Journal* article for its full and complete contents and to the Dow Jones historical stock prices for the price of Xerox's stock on April 10, 2002.

123. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 11, 2002 SEC Release for its full and complete contents.

124. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Release for its full and complete contents.

125. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Xerox press release cited therein for its full and complete contents.

126. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 11, 2002 edition of *Dow Jones Business News* for its full and complete contents.

127. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers

the Court to the Dow Jones historical stock prices for the price of Xerox's stock on April 11, 2002.

128. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the transcript of the April 24, 2002 Xerox conference call for its true and complete contents.

129. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first, third, and fourth sentences of this paragraph of the Complaint, and respectfully refers the Court to the May 1, 2002 Moody's Investors Service announcement and the May 2, 2002 edition of the *Dow Jones Business News* for their full and complete contents. KPMG denies the allegations contained in the second sentence of this paragraph, and respectfully refers the Court to the Dow Jones historical stock prices for the price of Xerox's stock on May 2, 2002.

130. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

131. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies the remaining allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on June 28, 2002 announcing the details of the second restatement for its full and complete contents.

132. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies the allegations contained in the second sentence of this paragraph of the Complaint.

133.   KPMG denies the allegations contained in this paragraph of the Complaint.

134.   KPMG denies the allegations contained in the first sentence of this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents. KPMG denies the remaining allegations contained in this paragraph, and respectfully refers the Court to Xerox's consolidated financial statements in Xerox's Form 10-Ks filed with the SEC for the years 1997-2001 for their full and complete contents.

135.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents.

136.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents.

137.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's June 28, 2002 announcement for its full and complete contents.

138.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on June 28, 2002 announcing the details of the second restatement for its full and complete contents.

139. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on June 28, 2002 announcing the details of the second restatement for its full and complete contents.

140. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

141. KPMG denies the allegations contained in this paragraph of the Complaint.

142. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies the remaining allegations contained in this paragraph of the Complaint.

143. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 2001 Form 10-K for its full and complete contents.

144. KPMG denies the allegations contained in this paragraph of the Complaint.

145. KPMG denies the allegations contained in this paragraph of the Complaint.

146. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

147. KPMG denies the allegations contained in this paragraph of the Complaint.

148. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court Xerox's June 28, 2002 Form 8-K regarding Xerox's second restatement.

149.  KPMG denies the allegations contained in this paragraph of the Complaint.

150.  KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court Xerox's May 31, 2001 and June 28, 2002 Form 8-Ks for their full and complete contents.

151.  KPMG denies the allegations contained in this paragraph of the Complaint.

152.  KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 31, 2001 and June 28, 2002 Form 8-Ks for their full and complete contents.

153.  KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 31, 2001 and June 28, 2002 Form 8-Ks for their full and complete contents.

154.  KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 31, 2001 and June 28, 2002 Form 8-Ks for their full and complete contents.

155.  KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

156.  KPMG denies the allegations contained in this paragraph of the Complaint.

157.  KPMG denies the allegations contained in this paragraph of the Complaint.

158.  KPMG denies the allegations contained in the first, fourth and fifth sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient

24

to form a belief as to the truth of the allegations contained in the second and third sentence of this paragraph of the Complaint.

159.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the APB Opinion No. 20 for its full and complete contents.

160.   KPMG denies the allegations contained in this paragraph of the Complaint.

161.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

162.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Ks for their full and complete contents.

163.   KPMG denies the allegations contained in this paragraph of the Complaint.

164.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

165.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

166.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Statement of Financial Concepts No. 7 ("CON 7") for its full and complete contents.

167.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint and respectfully refers the Court to the statement by Kimber Bascom therein for its full and complete contents.

168. KPMG denies the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint.

169. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the report by Akin Gump Strauss Hauer Feld LLP ("Akin Gump") for its full and complete contents.

170. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

171. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

172. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 1, 2001 edition of *The Wall Street Journal* for its full and complete contents.

173. KPMG denies the allegations contained in this paragraph of the Complaint as they relate to KPMG and denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint as they relate to other defendants, and respectfully refers the Court to International Monetary Fund historical interest rates ant to the SEC Complaint for their full and complete contents.

174. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

175. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers

the Court to the February 6, 2001 edition of *The Wall Street Journal* for its full and complete contents.

176. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 31, 2001 Form 8-K for its full and complete contents.

177. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Item 303(a)(3)(ii) of Regulation S-K for its full and complete contents.

178. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

179. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13, ¶ 17c. for its full and complete contents.

180. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to FASB Technical Bulletin No. 90-1 for its full and complete contents.

181. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Statement of Financial Concepts No. 5 for its full and complete contents.

182. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

183. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

184. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

185. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13, ¶ 8(a) for its full and complete contents.

186. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

187. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

188. KPMG denies the allegations contained in this paragraph of the Complaint.

189. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

190. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

191. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

192. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained this paragraph of the Complaint.

193. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 22, 2001 edition of *The Wall Street Journal* for its full and complete contents.

194. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

195. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 6, 2001 edition of *The Wall Street Journal* for its full and complete contents.

196. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

197. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to *The Wall Street Journal* cited therein for its full and complete contents.

198. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

199. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

200. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to paragraph 22 of SFAS 13 for its full and complete contents.

201. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 for its full and complete contents.

202. KPMG denies the allegations contained in this paragraph of the Complaint.

203. KPMG denies the allegations contained in this paragraph of the Complaint.

204. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

205. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

206. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

207. KPMG denies the allegations in the first sentence in this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint.

208. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

209. KPMG denies the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint.

210. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS No. 5 and CON 5 for their full and complete contents.

211. KPMG denies the allegations contained in this paragraph of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint concerning what "directives emanated from Xerox senior management at corporate headquarters" and whether the Xerox Defendants cooperated with the SEC.

212. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.