213. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

214. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents.

215. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, except admits that Allaire, Romeril, Thoman, Fishbach, Tayler, and Mulcahy were Xerox executives during the purported class period.

216. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint and the April 12, 2002 edition of *Dow Jones Business News* for their full and complete contents.

217. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 1, 2001 Xerox press release for its full and complete contents.

218. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

219. KPMG denies the allegations contained in this paragraph of the Complaint.

220. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

221. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

222. KPMG denies the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents.

223. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 7, 2001 edition of *The Wall Street Journal* for its full and complete contents.

224. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

225. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

226. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

227. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the edition of *The Wall Street Journal* cited therein for its full and complete contents.

228. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

229. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

230. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

231. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

232. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the complaint filed by James Bingham in the Connecticut Superior Court for its full and complete contents.

233. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 6, 2001 edition of *The Wall Street Journal* for its full and complete contents.

234. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

235. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

236. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

237. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

238. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

239. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

240. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

241. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

242. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 2, 2002 edition of *The Grand Rapids Press* for its full and complete contents.

243. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

244. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

245. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Form 8-K filed by Xerox with the SEC on October 5, 2001 for its full and complete contents.

246. KPMG denies the allegations contained in this paragraph of the Complaint.

247. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 29, 2002 edition of the *Washington Post* for its full and complete contents.

248. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 29, 2002 edition of the *Los Angeles Times* for its full and complete contents.

249. KPMG denies the allegations contained in this paragraph of the Complaint.

250. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph of the Complaint, except denies that it had knowledge that challenges to Xerox's accounting practices were "meritorious." KPMG denies the allegations contained in the third sentence of this paragraph of the Complaint.

251. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

252. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, except admits that Xerox's Audit Committee had hired Akin Gump and respectfully refers the Court to the April 10, 2002 article by *The Wall Street Journal* for its full and complete contents.

253. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 1, 2001 press release by Xerox for its full and complete contents.

254. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

255. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, except admits that KPMG insisted that Xerox delay the filing of its 2000 Form 10-K.

256. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

257. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, except denies plaintiffs' allegation that Xerox's first restatement was "nothing more than a whitewash."

258. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

259. KPMG denies the allegations contained in the first, second, and third sentence of this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on October 5, 2001 for its full and complete contents. KPMG denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph of the Complaint.

260. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

261. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

262. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 12, 2002 edition of the *Dow Jones Business News* for its full and complete contents.

263. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

264. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

265. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

266. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

267. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

268. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

269. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

270. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

271. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 14, 2000 proxy statement for its full and complete contents.

272. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the SEC Complaint for its full and complete contents.

273. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's registration statement in Form S-3 dated July 17, 1998, Xerox's registration statement in Form S-3 dated March 10, 1999, and Xerox's registration statements in connection with the offerings described in subparagraphs (b), (d), and (e).

274. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

275. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

276. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

277. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's October 23, 2001, April 17, 2002, and June 24, 2002 press releases for their full and complete contents.

278. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 11, 2002 report by Salomon Smith Barney for its full and complete contents.

279. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that it has a Stamford, Connecticut office, it served as Xerox's independent outside auditor for over 30 years until October 4, 2001, and provided Independent Auditors' Reports for Xerox's financial statements for the fiscal years 1997 through 2000 to which KPMG respectfully refers the Court for their full and complete contents.

280. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that it served as Xerox's independent auditor for at least 30 years, and that it provided, in some instances, services to Xerox in addition to audit services.

281. KPMG denies the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's Proxy Statement filed on July 13, 2001 for its full and complete contents.

282. KPMG denies the allegations contained in this paragraph of the Complaint.

283. KPMG denies the allegations contained in this paragraph of the Complaint.

284. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that it served as Xerox's independent outside auditor until October 4, 2001, and respectfully refers the Court to KPMG's website for its full and complete contents.

285. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that it served as Xerox's independent outside auditor until October 4, 2001.

286. KPMG denies the allegations contained in this paragraph of the Complaint, except that it denies knowledge or information sufficient to form a belief as to what the "former Xerox Stamford employee" may have said.

287. KPMG denies the allegations contained in this paragraph of the Complaint.

288. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 2000 Form 10-K for its full and complete contents.

289. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that Michael Conway replaced Ronald Safran as the audit engagement partner for the Xerox engagement.

290. KPMG denies the allegations contained in this paragraph of the Complaint.

291.   KPMG denies the allegations contained in this paragraph of the Complaint.

292.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Akin Gump report for its full and complete contents.

293.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 13 and SFAS 27 for their full and complete contents.

294.   KPMG denies the allegations contained in this paragraph of the Complaint.

295.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to SFAS 23 for its full and complete contents.

296.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to ACC 603 for its full and complete contents.

297.   KPMG denies the allegations contained in this paragraph of the Complaint, except admits that it issued audit opinions on Xerox's financial statements for fiscal years 1997, 1998, 1999, and 2000 to which KPMG respectfully refers the Court for their full and complete contents.

298.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's June 30, 2000 Form 10-Q for its full and complete contents.

299.   KPMG denies knowledge or information sufficient to form a belief as to what Mr. Romeril said in the July 27, 2000 conference call. KPMG denies the remaining allegations contained in this paragraph of the Complaint.

300.    KPMG denies the allegations contained in this paragraph of the Complaint.

301.    KPMG denies the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's October 5, 2001 Form 8-K for its full and complete contents.

302.    KPMG denies the allegations contained in this paragraph of the Complaint, except admits that on October 4, 2001 it sent a letter to the SEC to which KPMG respectfully refers the Court for its full and complete contents.

303.    KPMG denies the allegations contained in this paragraph of the Complaint.

304.    KPMG denies the allegations contained in this paragraph of the Complaint and respectfully refers the Court to the SEC Complaint, the AICPA Audit Risk Alert 98-2, and the October 2000 letter from the SEC to AICPA for their full and complete contents.

305.    KPMG denies the allegations contained in this paragraph of the Complaint.

306.    KPMG denies the allegations contained in the first and third sentence of this paragraph of the Complaint. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of this paragraph of the Complaint.

307.    KPMG denies the allegations contained in this paragraph of the Complaint.

308.    KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 30, 2001 Form 8-K and 2000 Form 10-K for their full and complete contents.

309. KPMG denies the allegations contained in this paragraph of the Complaint.

310. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that Ronald Safran testified before the SEC in March of 2001 in connection with the SEC's investigation of Xerox.

311. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 2000 Form 10-K for its full and complete contents.

312. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to AU § 316 for the full and complete contents of that document.

313. KPMG denies the allegations contained in this paragraph of the Complaint.

314. KPMG denies the allegations contained in this paragraph of the Complaint.

315. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 6, 2002 edition of *The Wall Street Journal* for its full and complete contents.

316. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that KPMG and Michael Conway received Wells Notices from the SEC.

317. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 6, 2002 edition of *The Wall Street Journal* for its full and complete contents.

318. KPMG denies the allegations contained in this paragraph of the Complaint, except admits that PwC succeeded it as Xerox's outside auditor and respectfully refers the Court to Xerox's October 5, 2001 Form 8-K for its full and complete contents.

319. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to AU § 110.01 for its full and complete contents.

320. KPMG admits the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

321. KPMG admits the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

322. KPMG admits the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

323. KPMG admits the allegations contained in this paragraph of the Complaint and respectfully refers the Court to Xerox's 2000 Form 10-K for its full and complete contents.

324. KPMG denies the allegations contained in this paragraph of the Complaint.

325. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's January 23, 1998 announcement for its full and complete contents.

326. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

327. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

328. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

329. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

330. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

331. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

332. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1997 Form 10-K for its full and complete contents.

333. KPMG denies the allegations contained in this paragraph of the Complaint.

334. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 22, 1998 announcement for its full and complete contents.

335. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 24, 1998 press release for its full and complete contents.

336. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 24, 1998 report by *Dow Jones* for its full and complete contents.

337. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 12, 1998 report by Morgan Stanley for its full and complete contents.

338. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 13, 1998 for its full and complete contents.

339. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 13, 1998 for its full and complete contents.

340. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 13, 1998 for its full and complete contents.

341. KPMG denies the allegations contained in this paragraph of the Complaint.

342. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's July 23, 1998 press release for its full and complete contents.

343. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 13, 1998 for its full and complete contents.