344. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 13, 1998 for its full and complete contents.

345. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 13, 1998 for its full and complete contents.

346. KPMG denies the allegations contained in this paragraph of the Complaint.

347. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the September 24, 1998 report issued by Merrill Lynch for its full and complete contents.

348. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's October 22, 1998 announcement for its full and complete contents.

349. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 10, 1998 for its full and complete contents.

350. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 10, 1998 for its full and complete contents.

351. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 10, 1998 for its full and complete contents.

352. KPMG denies the allegations contained in this paragraph of the Complaint.

353. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the December 2, 1998 report by Morgan Stanley for its full and complete contents.

354. KPMG denies the allegations contained in this paragraph of the Complaint, except denies knowledge or information sufficient to form a belief as to the truth of the allegations concerning the valuation of Brazil's currency in January of 1999.

355. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's January 26, 1999 announcement for its full and complete contents.

356. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 27, 1999 edition of the *Orange County Register* for its full and complete contents.

357. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the February 1, 1999 issue of *Barron's* for its full and complete contents.

358. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

359. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

360. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

361. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

362. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

363. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

364. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

365. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

366. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1998 Form 10-K for its full and complete contents.

367. KPMG denies the allegations contained in this paragraph of the Complaint.

368. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 22, 1999 press release for its full and complete contents.

369. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 22, 1999 press release for its full and complete contents.

370. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 14, 1999 for its full and complete contents.

371. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 14, 1999 for its full and complete contents.

372. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 14, 1999 for its full and complete contents.

373. KPMG denies the allegations contained in this paragraph of the Complaint.

374. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 14, 1999 edition of *Dow Jones Business News* for its full and complete contents.

375. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 17, 1999 report by Merrill Lynch for its full and complete contents.

376. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 22, 1999 press release for its full and complete contents.

377. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's May 22, 1999 press release for its full and complete contents.

378. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 11, 1999 for its full and complete contents.

379. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 11, 1999 for its full and complete contents.

380. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 11, 1999 for its full and complete contents.

381. KPMG denies the allegations contained in this paragraph of the Complaint.

382. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the September 23, 1999 report by PaineWebber for its full and complete contents.

383. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's October 18, 1999 press release for its full and complete contents.

384. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 12, 1999 for its full and complete contents.

385. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 12, 1999 for its full and complete contents.

386. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 12, 1999 for its full and complete contents.

387. KPMG denies the allegations contained in this paragraph of the Complaint.

388. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's December 10, 1999 press release for its full and complete contents.

389. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the December 13, 1999 edition of *The Wall Street Journal* for its full and complete contents.

390. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the December 13, 1999 edition of *AFX News* for its full and complete contents.

391. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers

the Court to the December 13, 1999 edition of the *Dow Jones Business News* for its full and complete contents.

392.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Registration Statement in Form S-8 filed on December 21, 1999 for its full and complete contents.

393.   KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Registration Statement in Form S-8 filed on December 21, 1999 for its full and complete contents.

394.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 18, 2000 edition of *Newsbyte News Networks* for its full and complete contents.

395.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's January 25, 2000 press release for its full and complete contents.

396.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the *AFX News* report for its full and complete contents.

397.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 25, 2000 edition of the *Dow Jones Business News* for its full and complete contents.

398. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's February 14, 2000 press release for its full and complete contents.

399. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on February 23, 2000 for its full and complete contents.

400. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

401. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

402. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

403. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

404. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

405. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

406. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

407. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's 1999 Form 10-K for its full and complete contents.

408. KPMG denies the allegations contained in this paragraph of the Complaint.

409. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 25, 2000 announcement for its full and complete contents.

410. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's April 25, 2000 announcement for its full and complete contents.

411. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 26, 2000 edition of *The Wall Street Journal* for its full and complete contents.

412. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 26, 2000 edition of *The Wall Street Journal* for its full and complete contents.

413. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers

the Court to the April 26, 2000 edition of *The Wall Street Journal* for its full and complete contents.

414. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the April 26, 2000 report by CSFB for its full and complete contents.

415. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the May 11, 2000 announcement by Xerox for its full and complete contents.

416. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 12, 2000 for its full and complete contents.

417. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 12, 2000 for its full and complete contents.

418. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 12, 2000 for its full and complete contents.

419. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on May 12, 2000 for its full and complete contents.

420. KPMG denies the allegations contained in this paragraph of the Complaint.

421. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Xerox's June 16, 2000 Form 8-K for its full and complete contents.

422. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Xerox's June 16, 2000 Form 8-K for its full and complete contents.

423. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.

424. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the statement by James Corrdidore of Standard & Poor's Equity Group for its full and complete contents and to the Dow Jones historical stock prices for the price of Xerox's stock.

425. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 19, 2000 report by CSFB for its full and complete contents.

426. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the June 19, 2000 report by Ryan, Beck-Southeast for its full and complete contents.

427. KPMG denies the allegations contained in this paragraph of the Complaint.

428. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's June 29, 2000 press release for its full and complete contents.

429. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's July 26, 2000 announcement for its full and complete contents.

430. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Romeril's statements in the July 27, 2000 conference call for their full and complete contents.

431. KPMG denies the allegations contained in this paragraph of the Complaint.

432. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Allaire's July 26, 2000 statement for its full and complete contents.

433. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the Dow Jones historical stock prices for the price of Xerox's stock and Xerox's credit rating.

434. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the August 3, 2000 report by Merrill Lynch for its full and complete contents.

435. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 14, 2000 for its full and complete contents.

436. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 14, 2000 for its full and complete contents.

437. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 14, 2000 for its full and complete contents.

438. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 14, 2000 for its full and complete contents.

439. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on August 14, 2000 for its full and complete contents.

440. KPMG denies the allegations contained in this paragraph of the Complaint.

441. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on October 2, 2000 for its full and complete contents.

442. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the October 3, 2002 statement by Mr. Allaire for its full and complete contents.

443. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's October 11, 2000 press release for its full and complete contents.

444. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Fitch's October 13, 2000 rating of Xerox's debt for its full and complete contents.

445.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's October 24, 2000 press release for its full and complete contents.

446.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the October 25, 2000 report by PaineWebber for its full and complete contents.

447.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 8-K filed on November 3, 2000 for its full and complete contents.

448.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 14, 2000 for its full and complete contents.

449.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 14, 2000 for its full and complete contents.

450.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 14, 2000 for its full and complete contents.

451.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's Form 10-Q filed on November 14, 2000 for its full and complete contents.

452.   KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the November 17, 2000 report by Bloomberg for its full and complete contents.

453. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Moody's Investor Services December 1, 2000 rating of Xerox's debt and to the Dow Jones historical stock prices for the price of Xerox's stock for their full and complete contents.

454. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's January 29, 2001 press release for its full and complete contents.

455. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 30, 2001 report by Salomon Smith Barney for its full and complete contents.

456. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to the January 30, 2001 report by UBS Warburg for its full and complete contents.

457. KPMG denies the allegations contained in this paragraph of the Complaint.

458. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's February 1, 2001 press release for its full and complete contents.

459. KPMG denies the allegations contained in this paragraph of the Complaint, and respectfully refers the Court to Xerox's February 1, 2001 press release for its full and complete contents.

460. KPMG denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph of the Complaint.