## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. | ) | 3:00-CV-1621 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MASTER CASE | ) | |
| | ) | |
| Florida State Board of Admin., et al. | ) | 3:02-CV-1303 (AWT) |
| v. | ) | |
| Xerox Corp., et al. | ) | |
| | ) | |
| MEMBER CASE. | ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1.    The Xerox Defendants shall file any Rule 12(b) motion to dismiss claims based on issues uniquely related to the plaintiffs in Florida State Board of Admin., et al. v. Xerox Corp., et al. (No. 3:02-CV-1303) (AWT) ("FSB") no later than December 9, 2005;

2.    The FSB plaintiffs shall file, no later than January 31, 2006, any opposition to such motion;

3.    The Xerox Defendants shall file any reply brief no later than February 28, 2006;

4.    Thereafter, the Xerox Defendants shall, as contemplated by and in accordance with the Stipulation and Order dated July 25, 2005, as granted and so ordered on September 7, 2005, serve answers to those factual allegations unique to the Amended Complaint in FSB; and

5.      The filing of a motion pursuant to the above briefing schedule shall not

effect a stay of discovery in <u>FSB</u> or in <u>Carlson, et al. v. Xerox Corp., et al.</u> (No. 3:00-CV-1621)

(AWT).

October 28, 2005

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Ivy Thomas McKinney
Xerox Corporation
800 Long Ridge Road
P.O. Box 1600
Stamford, CT 06904

By: _____
Attorneys for defendant Xerox Corporation

Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

By: _____
Attorneys for individual defendants
Philip Fishbach, G. Richard Thoman and
Anne M. Mulcahy

Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037

Daly & Pavlis, LLC
107 John Street
Southport, CT 06490

By: _____
Attorneys for individual defendants Paul
Allaire, Barry Romeril and Gregory Tayler

Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Ruben, Johnson & Morgan, P.C.
249 Pearl Street 3rd Fl.
Hartford, CT 06103

By: _Geoffrey C. Jarvin /KJO_
Attorneys for FSB plaintiffs

SO ORDERED THIS ____ day of _____, 2005:

_____
Alvin W. Thompson
United States District Judge

-3-

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing Motion on Consent to Establish a Briefing Schedule and the attachment thereto were sent by Federal Express courier service, postage prepaid, this 28th day of October 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Stuart J. Baskin, Esq.
Kenneth M. Kramer, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Elizabeth M. Lasorte