UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 31, 2005 |

## DISCLOSURE STATEMENT

Defendant Xerox Corporation states that it has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By  /s/ Sandra C. Goldstein
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Karin A. DeMasi (phv0584)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
(203) 968-3000
Attorney for Xerox Corporation

CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was sent by United Parcel Service courier service, postage prepaid, on the 31st day of October 2005, to:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Leslie R. Stern, Esq.
Berman DeValerio Pease Tabacco
　　Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3290

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz, Sagarin & Slossberg, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

Melvyn I. Weiss, Esq.
Brad Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss Bershad
　　& Schulman LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

W. Sidney Davis, Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

      And by Federal Express courier service, postage prepaid, this 1st day of November 2005, to:

| | |
|---|---|
| Thomas D. Goldberg, Esq.<br>Terence J. Gallagher, Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901 | Andrew N. Vollmer, Esq.<br>Heather A. Jones, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2445 M Street, NW<br>Washington, DC 20037 |

Alfred U. Pavlis, Esq.
Daly & Pavlis LLC
107 John Street
Southport, CT 06490

                                                                                                            */s/ Kevin J. Orsini*
                                                                                                            Kevin J. Orsini