254

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Russell Carlson, et al. ) | 3:00-CV-1621 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | 2005 OCT 28 P 2: 13 |
| ) | |
| MASTER CASE ) | DISTRICT COURT |
| ) | HARTFORD, CT. |
| Florida State Board of Admin., et al. ) | 3:02-CV-1303 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | |
| ) | October 28, 2005 |
| MEMBER CASE. ) | |

## MOTION ON CONSENT TO ESTABLISH A BRIEFING SCHEDULE

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, and as contemplated by the Stipulation and Order dated July 26, 2005, as granted and so ordered on September 7, 2005, to establish a briefing schedule for the Xerox Defendants to move to dismiss claims based on issues uniquely related to the plaintiffs in Florida State Bd. of Admin., et al., v. Xerox Corp., et al. ("FSB"). To accommodate this briefing schedule, the Xerox Defendants also move for an extension of time to answer the factual allegations uniquely presented in the Amended Complaint in FSB ("Complaint"), as contemplated by and in accordance with the Stipulation and Order dated July 25, 2005, as granted and so ordered on September 7, 2005.

The Xerox Defendants submit that there is good cause for the briefing schedule and extension agreed upon by the parties, as a motion to dismiss may serve to narrow the issues in the case and conserve judicial resources. The stipulated briefing schedule proposed by the

**GRANTED. It is so ordered.**

**NO ORAL ARGUMENT REQUESTED**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/2/05