UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al. ) | 3:00-CV-1621 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | |
| ) | |
| MASTER CASE ) | |
| ) | |
| Florida State Board of Admin., et al. ) | 3:02-CV-1303 (AWT) |
| v. ) | |
| Xerox Corp., et al. ) | |
| ) | |
| MEMBER CASE. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1.  The Xerox Defendants shall file any Rule 12(b) motion to dismiss claims based on issues uniquely related to the plaintiffs in Florida State Board of Admin., et al. v. Xerox Corp., et al. (No. 3:02-CV-1303) (AWT) ("FSB") no later than December 9, 2005;

2.  The FSB plaintiffs shall file, no later than January 31, 2006, any opposition to such motion;

3.  The Xerox Defendants shall file any reply brief no later than February 28, 2006;

4.  Thereafter, the Xerox Defendants shall, as contemplated by and in accordance with the Stipulation and Order dated July 25, 2005, as granted and so ordered on September 7, 2005, serve answers to those factual allegations unique to the Amended Complaint in FSB; and

5.  The filing of a motion pursuant to the above briefing schedule shall not effect a stay of discovery in <u>FSB</u> or in <u>Carlson, et al. v. Xerox Corp., et al.</u> (No. 3:00-CV-1621) (AWT).

October 28, 2005

    Cravath, Swaine & Moore LLP
    Worldwide Plaza
    825 Eighth Avenue
    New York, NY 10019

    Ivy Thomas McKinney
    Xerox Corporation
    800 Long Ridge Road
    P.O. Box 1600
    Stamford, CT 06904

    By: _____
        Attorneys for defendant Xerox Corporation

    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, CT 06901

    By: _____
        Attorneys for individual defendants
        Philip Fishbach, G. Richard Thoman and
        Anne M. Mulcahy

    Wilmer Cutler Pickering Hale and Dorr LLP
    2445 M Street, N.W.
    Washington, D.C. 20037

    Daly & Pavlis, LLC
    107 John Street
    Southport, CT 06490

    By: _____
        Attorneys for individual defendants Paul
        Allaire, Barry Romeril and Gregory Tayler

        Grant & Eisenhofer, P.A.
        1201 N. Market Street, Suite 2100
        Wilmington, DE 19801


        Ruben, Johnson & Morgan, P.C.
        249 Pearl Street 3rd Fl.
        Hartford, CT 06103

        By: _Geoffrey C. Jarvis /KJO_
            Attorneys for FSB plaintiffs


SO ORDERED THIS 2nd day of November, 2005:


        _____
        Alvin W. Thompson
        United States District Judge

CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing Motion on Consent to Establish a Briefing Schedule and the attachment thereto were sent by Federal Express courier service, postage prepaid, this 28th day of October 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Stuart J. Baskin, Esq.
Kenneth M. Kramer, Esq.
Tai H. Park, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

*Elizabeth Lasorte*
Elizabeth M. Lasorte