# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On    :
Behalf Of All Others Similarly Situated,     :
           :

       Plaintiff,           :      Civil Action No. 3:00-cv-01621 (AWT)
           :

v.                 :      **ALL CASES**
           :

XEROX CORPORATION, KPMG, LLP,    :
PAUL ALLAIRE, G. RICHARD THOMAN,   :
ANN MULCAHY, BARRY ROMERIL,     :
GREGORY TAYLER and PHILIP       :
FISHBACH,              :      November 11, 2005
           :

       Defendants.       :

## APPEARANCE

Please enter the appearance of Nancy A. Kulesa in the above-entitled action on behalf of

Lead Plaintiffs.

                  Respectfully submitted,

                  **THE PLAINTIFFS**

                  By: *Nancy C. Kulesa*

                  Andrew M. Schatz ct00603
                  Jeffrey S. Nobel ct04855
                  Justin S. Kudler ct25167
                  Nancy A. Kulesa ct25384
                  Schatz & Nobel, P.C.
                  One Corporate Center
                  20 Church Street  Suite 1700
                  Hartford, Connecticut  06103-3290
                  (860) 493-6292

# CERTIFICATION

I hereby certify that on November ___11___, 2005, a copy of the foregoing was sent, via first class U.S. mail, postage prepaid, to:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7415
(212) 765-0677 (fax)

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901-2047
(203) 977-7301 (fax)

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut  06103
(860) 249-0012 (fax)

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022
(212) 848-4133 (fax)

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut  06490
(203) 255-1953 (fax)

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC  20037-1420
(202) 663-6363 (fax)

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street  Suite 2100
Wilmington, Delaware  19801
(302) 622-7100 (fax)

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut  06103
(860) 275-6884 (fax)

_Nancy A. Kulesa_

Nancy A. Kulesa