UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, : : : | |
| Plaintiff, : : | Civil Action No. 3:00-cv-01621 (AWT) |
| v. : : | **ALL CASES** |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, : : : : : | November 11, 2005 |
| Defendants. | |

## MOTION FOR ADMISSION OF VISITING ATTORNEY BRYAN A. WOOD

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Bryan A. Wood to represent the Plaintiff and other class members in the above-captioned class action. In support of this motion, the Declaration of Attorney Wood is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

Dated: November 11, 2005

SCHATZ & NOBEL, P.C.

*/s/ Nancy A. Kulesa*

Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)

                                          Nancy A. Kulesa  (ct 25384)
                                        One Corporate Center
                                        20 Church Street, Suite 1700
                                        Hartford, CT 06103
                                        Tel: (860) 493-6292
                                        Fax: (860) 493-6290

G:\Securities\Xerox\Pleading\pro hac vice_wood_motion_FINAL.wpd

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, : : : Plaintiff, : : v. : : XEROX CORPORATION, KPMG, LLP, : PAUL ALLAIRE, G. RICHARD THOMAN, : ANN MULCAHY, BARRY ROMERIL, : GREGORY TAYLER and PHILIP : FISHBACH, : : Defendants. : | Civil Action No. 3:00-cv-01621 (AWT) ALL CASES |

## AFFIDAVIT OF BRYAN A. WOOD

I, Bryan A. Wood, under penalty of perjury, state as follows:

1.  I am an associate of Berman DeValerio Pease Tabacco Burt & Pucillo, located at One Liberty Square, Boston, MA 02109; telephone (617) 542-8300; facsimile (617) 542-1194; e-mail bwood@bermanesq.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2.  I am admitted to the bars of Massachusetts and Pennsylvania.

3.  I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Bryan A. Wood

Subscribed and sworn to before me this _10_ day of November 2005.

_____
Notary Public (My Commission Expires _2/4/2011_)