UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, : : : | |
| Plaintiff, : : | Civil Action No. 3:00-cv-01621 (AWT) |
| v. : : | ALL CASES |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, : : : : : | November 11, 2005 |
| Defendants. | |

**MOTION FOR ADMISSION OF VISITING ATTORNEY LESLIE STERN**

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Leslie Stern to represent the Plaintiff and other class members in the above-captioned class action. In support of this motion, the Declaration of Attorney Stern is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

Dated: November _11_, 2005

SCHATZ & NOBEL, P.C.

*/s/ Nancy A. Kulesa*

Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)
Nancy A. Kulesa  (ct 25384)

                                    One Corporate Center
                                    20 Church Street, Suite 1700
                                    Hartford, CT 06103
                                    Tel: (860) 493-6292
                                    Fax: (860) 493-6290

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : <br> : <br> : |
| Plaintiff, | : Civil Action No. 3:00-cv-01621 (AWT) <br> : |
| v. | : **ALL CASES** <br> : |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

### AFFIDAVIT OF LESLIE STERN

I, Leslie Stern, under penalty of perjury, state as follows:

1. I am a member of the law firm Berman DeValerio Pease Tabacco Burt & Pucillo, located at One Liberty Square, Boston, MA 02109; telephone (617) 542-8300; facsimile (617) 542-1194; e-mail lstern@bermanesq.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bar of Massachusetts.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Leslie Stern

Subscribed and sworn to before me
this __10__ day of November 2005.

_____
Notary Public (My Commission Expires 2/4/2011