UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** |

### AFFIDAVIT OF JAMES F. CONWAY, III IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING LAWYER

I, James F. Conway, III, declare and state as follows:

1. I am an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403; telephone (802) 862-0030; facsimile (802) 862-0060; e-mail address jconway@jpclasslaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf for admission as a visiting attorney to represent Lead Plaintiffs and the putative class in the above-captioned litigation.

2. I have been admitted to the bars of the Commonwealth of Massachusetts and the State of Vermont, as well as the bars of the United States District Courts for the District of Massachusetts and the District of Vermont.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Date: 11/16/05

_____
James F. Conway, III

Subscribed and sworn to before me
this 16th Day of November, 2005

_____
Peter J. McDougall
Notary Public

My Commission Expires
February 10, 2007

2

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid this 17th day of November, 2005 to:

James F. Stapleton
Thomas D. Goldberg
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Evan R. Chesler
Sandra C. Goldstein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Steven D. Ecker
Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut 06103

Kenneth M. Kramer
Tammy P. Bieber
John Gueli
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Michael D. Donovan
Donovan Searles LLC
1845 Walnut Street  Suite 1100
Philadelphia, Pennsylvania 19103

Jack G. Fruchter
Fruchter & Twersky
60 East 42nd Street  47th Floor
New York, New York 10165

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

Deborah R. Gross
Law Office Of Bernard M. Gross, P.C.
1500 Walnut Street  6th Floor
Philadelphia, Pennsylvania 19102

Myron Harris, Esq.
S106 Parktowne Place
22nd & Benjamin Franklin Parkway
Philadelphia, Pennsylvania 19130

Joshua Hersh
Hersh & Fowler-Cruz LLP
One North Broadway  Suite 800
White Plains, New York 10601

Frederic S. Fox
Kaplan Kilsheimer & Fox LLP
805 Third Avenue
New York, New York 10022

Ira M. Press
Kirby McInerney & Squire LLP
830 Third Avenue
New York, New York 10022

Bruce G. Murphy
Law Offices Of Bruce G. Murphy
265 Llwyd's Lane
Vero Beach, Florida 32963

Ira Richards
Trujillo, Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East  Suite 400
Bala Cynwyd, Pennsylvania 19004

Andrew Groher
Riscassi & Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, Connecticut 06126-1557

Jeffrey C. Block
Michael G. Lange
Berman, DeValerio & Pease LLP
One Liberty Square 8th Floor
Boston, Massachusetts 02109

Jody Anderman
LeBlanc Maples & Waddell, LLC
The Essen Centre Suite 420
5353 Essen Lane
Baton Rouge, Louisiana 70809

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
One Boca Place
2255 Glades Road Suite 421A
Boca Raton, Florida 33431

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center - Baltimore
401 East Pratt Street Suite 2525
Baltimore, Maryland 21202

Mark McNair
Law Office of Mark McNair
1819 H Street, N.W. Suite 550
Washington, DC 20006

Thomas P. Willcutts
Thomas P. Willcutts & Associates
21 Oak Street Suite 602
Hartford, Connecticut 06106

Adam J. Teller
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
East Hartford, Connecticut 06018

Roy B. Thompson
Roy B. Thompson, P.C.
15938 SW Quarry Road Suite B-6
Lake Oswego, OR 97035

Karl J. Stoecker
Law Offices of Karl J. Stoecker
275 Madison Avenue
New York, New York 10016

Klari Neuwelt
Law Office of Klari Neuwelt
110 E. 59th Street 29th Floor
New York, New York 10022

David B. Kahn
David B. Kahn & Associates, Ltd.
One Northfield Plaza Suite 100
Northfield, Illinois 60093

Paul Scarlato
Weinstein Kitchenoff Scarlato
  & Goldman, Ltd.
1845 Walnut Street Suite 1100
Philadelphia, Pennsylvania 19103

_____
Wayne T. Boulton