UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | Case No. 3:00-CV-1621 (AWT) **ALL CASES** |
| v. | : : | |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL, | : : : : : : | |
| Defendants. | : : | November 17, 2005 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Jeffrey S. Nobel, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of attorney Peter J. McDougall to represent the Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito and other class members in the above-captioned securities class action and any action in which this action may be consolidated. In support of this motion, the undersigned states as follows:

1.   Visiting attorney Peter J. McDougall is an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, South Burlington, Vermont 05403; telephone (802) 862-0030.

2.   Attorney McDougall is admitted to the bars of the Commonwealth of Massachusetts, the State of Vermont and the United States District Court for the District of Vermont.

3. By the Court's January 10, 2001 Order, Attorney McDougall's law firm was approved as Lead Counsel in this action.

4. Based upon a representation by Attorney McDougall, the undersigned states that Attorney McDougall is in good standing with the bars to which he is admitted, and he has not been denied admission or disciplined by any Court.

5. A check for $25.00 accompanies this motion.

6. Service of all papers shall be made upon Jeffrey S. Nobel, at Schatz & Nobel, P.C., 20 Church Street, Hartford, CT 06103.

THE LEAD PLAINTIFFS

By: _____
Jeffrey S. Nobel ct04855
**SCHATZ & NOBEL, P.C.**
20 Church Street, 17th Floor
Hartford, Connecticut 06103
(860) 493-6292

**Co-Liaison Counsel**

## CERTIFICATION OF SERVICE

  I hereby certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid this 17th day of November, 2005 to:

James F. Stapleton
Thomas D. Goldberg
Jonathan B. Tropp
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Evan R. Chesler
Sandra C. Goldstein
Cravath, Swaine & Moore
825 Eighth Avenue
New York, NY 10019

Steven D. Ecker
Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut 06103

Kenneth M. Kramer
Tammy P. Bieber
John Gueli
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Michael D. Donovan
Donovan Searles LLC
1845 Walnut Street Suite 1100
Philadelphia, Pennsylvania 19103

Jack G. Fruchter
Fruchter & Twersky
60 East 42nd Street 47th Floor
New York, New York 10165

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106

Deborah R. Gross
Law Office Of Bernard M. Gross, P.C.
1500 Walnut Street 6th Floor
Philadelphia, Pennsylvania 19102

Myron Harris, Esq.
S106 Parktowne Place
22nd & Benjamin Franklin Parkway
Philadelphia, Pennsylvania 19130

Joshua Hersh
Hersh & Fowler-Cruz LLP
One North Broadway Suite 800
White Plains, New York 10601

Frederic S. Fox
Kaplan Kilsheimer & Fox LLP
805 Third Avenue
New York, New York 10022

Ira M. Press
Kirby McInerney & Squire LLP
830 Third Avenue
New York, New York 10022

Bruce G. Murphy
Law Offices Of Bruce G. Murphy
265 Llwyd's Lane
Vero Beach, Florida 32963

Ira Richards
Trujillo, Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033

Marc A. Topaz
Schiffrin & Barroway, LLP
Three Bala Plaza East Suite 400
Bala Cynwyd, Pennsylvania 19004

Andrew Groher
Riscassi & Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, Connecticut 06126-1557

Jeffrey C. Block
Michael G. Lange
Berman, DeValerio & Pease LLP
One Liberty Square 8th Floor
Boston, Massachusetts 02109

Jody Anderman
LeBlanc Maples & Waddell, LLC
The Essen Centre Suite 420
5353 Essen Lane
Baton Rouge, Louisiana 70809

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
One Boca Place
2255 Glades Road Suite 421A
Boca Raton, Florida 33431

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center - Baltimore
401 East Pratt Street Suite 2525
Baltimore, Maryland 21202

Mark McNair
Law Office of Mark McNair
1819 H Street, N.W. Suite 550
Washington, DC 20006

Thomas P. Willcutts
Thomas P. Willcutts & Associates
21 Oak Street Suite 602
Hartford, Connecticut 06106

Adam J. Teller
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
East Hartford, Connecticut 06018

Roy B. Thompson
Roy B. Thompson, P.C.
15938 SW Quarry Road Suite B-6
Lake Oswego, OR 97035

Karl J. Stoecker
Law Offices of Karl J. Stoecker
275 Madison Avenue
New York, New York 10016

Klari Neuwelt
Law Office of Klari Neuwelt
110 E. 59th Street 29th Floor
New York, New York 10022

David B. Kahn
David B. Kahn & Associates, Ltd.
One Northfield Plaza Suite 100
Northfield, Illinois 60093

Paul Scarlato
Weinstein Kitchenoff Scarlato
    & Goldman, Ltd.
1845 Walnut Street Suite 1100
Philadelphia, Pennsylvania 19103

_____
Wayne T. Boulton