UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH<br><br>　　　　Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES** |

## AFFIDAVIT OF STACEY K. PORTER IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING LAWYER

I, Stacey K. Porter, declare and state as follows:

1.　I am an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403; telephone (802) 862-0030; facsimile (802) 862-0060; e-mail address sporter@jpclasslaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf for admission as a visiting attorney to represent Lead Plaintiffs and the putative class in the above-captioned litigation.

2.　I have been admitted to the bars of the Commonwealth of Massachusetts and the State of New York.

3.　I am in good standing with the bars to which I am admitted, and I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct.

Date: 11/16/05

Stacey K. Porter

Subscribed and sworn to before me
this 16th Day of November, 2005

Peter J. McDougall
Notary Public

My Commission Expires
February 10, 2007

2

## CERTIFICATION OF SERVICE

  I hereby certify that a copy of the foregoing was sent by U.S. Mail, postage prepaid this 17th day of November, 2005 to:

James F. Stapleton  
Thomas D. Goldberg  
Jonathan B. Tropp  
Day, Berry & Howard LLP  
One Canterbury Green  
Stamford, Connecticut  06901-2047  

Evan R. Chesler  
Sandra C. Goldstein  
Cravath, Swaine & Moore  
825 Eighth Avenue  
New York, NY 10019  

Steven D. Ecker  
Thomas J. Murphy  
Cowdery, Ecker & Murphy, L.L.C.  
750 Main Street  
Hartford, Connecticut  06103  

Kenneth M. Kramer  
Tammy P. Bieber  
John Gueli  
Shearman & Sterling  
599 Lexington Avenue  
New York, New York 10022  

Michael D. Donovan  
Donovan Searles LLC  
1845 Walnut Street  Suite 1100  
Philadelphia, Pennsylvania  19103  

Jack G. Fruchter  
Fruchter & Twersky  
60 East 42nd Street  47th Floor  
New York, New York  10165  

Eliot B. Gersten  
Gersten & Clifford  
214 Main Street  
Hartford, Connecticut  06106  

Deborah R. Gross  
Law Office Of Bernard M. Gross, P.C.  
1500 Walnut Street  6th Floor  
Philadelphia, Pennsylvania  19102  

Myron Harris, Esq.  
S106 Parktowne Place  
22nd & Benjamin Franklin Parkway  
Philadelphia, Pennsylvania  19130  

Joshua Hersh  
Hersh & Fowler-Cruz LLP  
One North Broadway  Suite 800  
White Plains, New York  10601  

Frederic S. Fox  
Kaplan Kilsheimer & Fox LLP  
805 Third Avenue  
New York, New York  10022  

Ira M. Press  
Kirby McInerney & Squire LLP  
830 Third Avenue  
New York, New York  10022  

Bruce G. Murphy  
Law Offices Of Bruce G. Murphy  
265 Llwyd's Lane  
Vero Beach, Florida  32963  

Ira Richards  
Trujillo, Rodriguez & Richards, LLC  
8 Kings Highway West  
Haddonfield, NJ 08033  

Marc A. Topaz  
Schiffrin & Barroway, LLP  
Three Bala Plaza East  Suite 400  
Bala Cynwyd, Pennsylvania  19004

Andrew Groher
Riscassi & Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, Connecticut 06126-1557

Jeffrey C. Block
Michael G. Lange
Berman, DeValerio & Pease LLP
One Liberty Square 8th Floor
Boston, Massachusetts 02109

Jody Anderman
LeBlanc Maples & Waddell, LLC
The Essen Centre Suite 420
5353 Essen Lane
Baton Rouge, Louisiana 70809

Paul J. Geller
Cauley Geller Bowman & Coates, LLP
One Boca Place
2255 Glades Road Suite 421A
Boca Raton, Florida 33431

Charles J. Piven
Law Offices of Charles J. Piven, P.A.
The World Trade Center - Baltimore
401 East Pratt Street Suite 2525
Baltimore, Maryland 21202

Mark McNair
Law Office of Mark McNair
1819 H Street, N.W. Suite 550
Washington, DC 20006

Thomas P. Willcutts
Thomas P. Willcutts & Associates
21 Oak Street Suite 602
Hartford, Connecticut 06106

Adam J. Teller
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
East Hartford, Connecticut 06018

Roy B. Thompson
Roy B. Thompson, P.C.
15938 SW Quarry Road Suite B-6
Lake Oswego, OR 97035

Karl J. Stoecker
Law Offices of Karl J. Stoecker
275 Madison Avenue
New York, New York 10016

Klari Neuwelt
Law Office of Klari Neuwelt
110 E. 59th Street 29th Floor
New York, New York 10022

David B. Kahn
David B. Kahn & Associates, Ltd.
One Northfield Plaza Suite 100
Northfield, Illinois 60093

Paul Scarlato
Weinstein Kitchenoff Scarlato
  & Goldman, Ltd.
1845 Walnut Street Suite 1100
Philadelphia, Pennsylvania 19103

_____
Wayne T. Boulton