UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES |

## CERTIFICATE OF SERVICE

I, Dennis J. Johnson, hereby certify that on November 18, 2005, I caused to be served on the parties listed below, true and correct copies of the Rule 26(f) Report of Parties' Planning Meeting and the Joint Motion for Entry of Confidentiality Order and Incorporated Memorandum of Fact and Law, via facsimile transmission and U.S. Mail on:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
  Burt & Pucillo
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market St., #2100
Wilmington, DE 19801

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

| | |
|---|---|
| Thomas D. Goldberg, Esq.<br>Terrence J. Gallagher Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901 | Andrew N. Vollmer, Esq.<br>Heather A. Jones, Esq.<br>Wilmer Cutler Pickering Hale<br>  and Dorr LLP<br>2445 M Street, NW<br>Washington, DC 20037 |
| Stuart J. Baskin, Esq.<br>Tammy P. Bieber, Esq.<br>Seth M. Kean, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Ave.<br>New York, NY 10022-6069 | W. Sidney Davis, Jr., Esq.<br>George A. Salter, Esq.<br>M. Gavan Montague, Esq.<br>Hogan & Hartson, LLP<br>875 3rd Ave.<br>New York, NY 10022 |

and by filing the same with the Clerk of this Court.

DATED: November 18, 2005.

Dennis J. Johnson (CT 22090)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060