UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : |
| Plaintiff, | : Civil Action No. 3:00-cv-01621-(AWT) |
| v. | : ALL CASES |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : October 24, 2005 |
| Defendants. | |

### MOTION FOR ADMISSION OF VISITING ATTORNEY BETH KASWAN

Justin S. Kudler, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Beth Kaswan to represent the Plaintiff and other class members in the above-captioned class action. In support of this motion, the Declaration of Attorney Kaswan is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Justin S. Kudler at Schatz & Nobel, P.C., One Corporate

**GRANTED.** It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/1/05