

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 28 P 1: 29
DISTRICT COURT
HARTFORD, CT.

———————————————————— x
RUSSELL CARLSON, INDIVIDUALLY   :
AND ON BEHALF OF ALL OTHERS     :
SIMILAR SITUATED,               :
                    Plaintiffs,    :   Case No.: 3:00-CV-1621 (AWT):
                                       :   ALL CASES
     v.                        :
                                       :
XEROX CORPORATION, KPMG LLP,    :
PAUL ALLAIRE, G. RICHARD THOMAN,:
ANN MULCAHY, BARRY ROMERIL,     :
GREGORY TAYLER and PHILIP       :
FISHBACH,                       :
                                       :   October 28, 2005
                Defendants.    :
———————————————————— x

## MOTION FOR ADMISSION OF
## MARK J. LEMIRE, ESQ. AS VISITING LAWYER

Pursuant to Local Rule 83.1(d)1, the undersigned member of the bar of this Court hereby moves that Mark J. Lemire, Esq. be permitted to appear in this matter as a visiting lawyer on behalf of KPMG LLP. The accompanying Affidavit of Mark J. Lemire, Esq. in support of this motion, see Tab A, sets forth Mr. Lemire's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. Based on that affidavit, undersigned counsel represents that Mr. Lemire appears to satisfy all of the Court's requirements to be permitted to represent KPMG LLP in this matter. Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Lemire as a visiting lawyer for that purpose.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

**GRANTED.** It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/1/05