00CV1621mt



257

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 31 P 3: 57

US DISTRICT COURT
HARTFORD CT

| Russell Carlson, et al. | 3:00-CV-1621 (AWT) |
|---|---|
| v. | |
| Xerox Corp., et al. | |
| MASTER CASE | |
| Florida State Board of Admin., et al. | 3:02-CV-1303 (AWT) |
| v. | |
| Xerox Corp., et al. | October 31, 2005 |
| MEMBER CASE. | |

GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford CT 12/1/05

**MOTION ON CONSENT TO ESTABLISH A BRIEFING SCHEDULE**

Defendant KPMG LLP ("KPMG") hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Rule 7 of the Local Civil Rules of the United States District Court for the District of Connecticut, and as contemplated by the Stipulation and Order dated July 26, 2005, as granted and so ordered on September 7, 2005, to establish a briefing schedule to move to dismiss claims based on issues uniquely related to the plaintiffs in Florida State Bd. of Admin., et al. v. Xerox Corp., et al. ("FSB"). To accommodate this briefing schedule, KPMG also moves for an extension of time to answer the factual allegations uniquely presented in the Amended Complaint in FSB ("Complaint"), as contemplated by and in accordance with the Stipulation and Order dated July 25, 2005, as granted and so ordered on September 7, 2005.

KPMG submits that there is good cause for the briefing schedule and extension agreed upon by the parties, as a motion to dismiss may serve to narrow the issues in the case and conserve judicial resources. The stipulated briefing schedule proposed by the parties will allow counsel adequately to address unique legal claims presented in the Complaint. The parties agree that the filing of any motion pursuant to the proposed briefing schedule should not stay discovery