

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

RUSSELL CARLSON, Individually And On  :
Behalf Of All Others Similarly Situated,  :

2005 NOV 14 A II: 32

      Plaintiff,  :       DISTRICT COURT

                    :     Civil Action No. 3:00-cv-01621 (AWT)

v.  :  **ALL CASES**

                    :

XEROX CORPORATION, KPMG, LLP,  :
PAUL ALLAIRE, G. RICHARD THOMAN,  :
ANN MULCAHY, BARRY ROMERIL,  :
GREGORY TAYLER and PHILIP  :
FISHBACH,  :     November 11, 2005

      Defendants.

---

### MOTION FOR ADMISSION OF VISITING ATTORNEY BRYAN A. WOOD

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves,

pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Bryan A. Wood to

represent the Plaintiff and other class members in the above-captioned class action.  In support of

this motion, the Declaration of Attorney Wood is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion.  Service of all papers shall be made upon

Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One

Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut  06103.

Dated: November 11, 2005

**GRANTED.**    It is so ordered.


**Alvin W. Thompson,**
**Hartford, CT**  12/1/05

           **SCHATZ & NOBEL, P.C.**

           Andrew M. Schatz (ct00603)
           Jeffrey S. Nobel (ct04855)
           Justin S. Kudler (ct25167)