UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 NOV 14 A 11: 32
U.S. DISTRICT COURT
HARTFORD, CT

RUSSELL CARLSON, Individually And On
Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

XEROX CORPORATION, KPMG, LLP,
PAUL ALLAIRE, G. RICHARD THOMAN,
ANN MULCAHY, BARRY ROMERIL,
GREGORY TAYLER and PHILIP
FISHBACH,

    Defendants.

Civil Action No. 3:00-cv-01621 (AWT)

ALL CASES

November 11, 2005

## MOTION FOR ADMISSION OF VISITING ATTORNEY LESLIE STERN

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Leslie Stern to represent the Plaintiff and other class members in the above-captioned class action. In support of this motion, the Declaration of Attorney Stern is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

Dated: November 11, 2005

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.
Hartford, CT 12/1/05

SCHATZ & NOBEL, P.C.

/s/ Nancy A. Kulesa

Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)
Nancy A. Kulesa (ct 25384)