# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated, | 2005 NOV 18 A 11: 41 |
| Plaintiff, | Case No. 3:00-CV-1621 (AWT) |
| v. | **ALL CASES** |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL, | |
| Defendants. | November 17, 2005 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Jeffrey S. Nobel, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of attorney James F. Conway, III to represent the Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito and other class members in the above-captioned securities class action and any action in which this action may be consolidated. In support of this motion, the undersigned states as follows:

1. Visiting attorney James F. Conway, III is an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, South Burlington, Vermont 05403; telephone (802) 862-0030.

2. Attorney Conway is admitted to the bars of the Commonwealth of Massachusetts and the State of Vermont as well as the bars for the United States District Courts for the District of Massachusetts and the District of Vermont.

**GRANTED.** It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/1/05