267

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
2005 NOV 18 A 11: 41
DISTRICT COURT

| | |
|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated, | : |
| Plaintiff, | : Case No. 3:00-CV-1621 (AWT) |
| v. | : **ALL CASES** |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL, | : |
| Defendants. | : November 17, 2005 |

### MOTION FOR ADMISSION OF VISITING ATTORNEY

Jeffrey S. Nobel, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of attorney Peter J. McDougall to represent the Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito and other class members in the above-captioned securities class action and any action in which this action may be consolidated. In support of this motion, the undersigned states as follows:

1. Visiting attorney Peter J. McDougall is an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, South Burlington, Vermont 05403; telephone (802) 862-0030.

2. Attorney McDougall is admitted to the bars of the Commonwealth of Massachusetts, the State of Vermont and the United States District Court for the District of Vermont.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/1/05