# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually and
On Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

XEROX CORPORATION, KPMG LLP,
PAUL ALLAIRE, G. RICHARD
THOMAN, ANN MULCAHY, and
BARRY ROMERIL,

    Defendants.

Case No. 3:00-CV-1621 (AWT)
**ALL CASES**

November 17, 2005

FILED 2005 NOV 18 A 11:40

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Jeffrey S. Nobel, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of attorney Stacey K. Porter to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito and other class members in the above-captioned securities class action and any action in which this action may be consolidated. In support of this motion, the undersigned states as follows:

1. Visiting attorney Stacey K. Porter is an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, South Burlington, Vermont 05403; telephone (802) 862-0030.

2. Attorney Porter is admitted to the bars of the Commonwealth of Massachusetts and the State of New York.

3. By the Court's January 10, 2001 Order, Attorney Porter's law firm was approved as Lead Counsel in this action.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/1/05