UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-cv-01621 (AWT)<br><br>ALL CASES<br><br><br>November 30, 2005 |

### MOTION FOR ADMISSION OF VISITING ATTORNEY CHARLES J. PIVEN

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Charles J. Piven to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned class action. In support of this motion, the Declaration of Charles J. Piven is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

SCHATZ & NOBEL, P.C.

*/s/ Nancy A. Kulesa*
_____
Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)

Justin S. Kudler (ct25167)
Nancy A. Kulesa (ct 25384)
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------X
In Re: Xerox Corp. Securities Litigation   X    No. 00-CV-1621
-------------------------------------------------------X    ALL CASES

### AFFIDAVIT OF CHARLES J. PIVEN

Charles J. Piven, being first duly sworn, hereby deposes and says:

1. I am the owner of the firm Law Offices Of Charles J. Piven, P.A. with an office at The World Trade Center-Baltimore, 401 East Pratt Street, Suite 2525, Baltimore, Maryland 21202; Telephone 410/332-0030; Facsimile 410/685-1300; Email Address piven@pivenlaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf of admission as a visiting attorney to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned litigation.

2. I am in good standing in the bar of the State of Maryland; the United States District Court for the Districts of Maryland and Colorado; the United States Tax Court; the United States Court of Appeals for the 4th Circuit; and the United States Court of Federal Claims.

3. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut, and I have not been denied admission or disciplined by any other Court.

4. I make this affidavit in support of the motion for my admission *pro hac vice* to permit me to represent plaintiffs as visiting counsel in connection with the above captioned action.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct.

Dated: 11/29/05

_____
Charles J. Piven

Subscribed and sworn to
before me this 29th day of
November, 2005.

_____
Mary M. Hoffman
Notary Public

My Commission Expires: 01/01/09

## **CERTIFICATION**

Copies of the foregoing document were sent via first class mail, this 30th day of November 2005, to the following parties or counsel of record:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7415

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut  06103
(860) 249-0012 (fax)

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street  Suite 2100
Wilmington, Delaware 19801
(302) 622-7100 (fax)

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut 06103

              _____
              Nancy A. Kulesa