# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE<br><br>Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:00-CV-1621 (AWT)<br><br><br><br>3:02-CV-1303 (AWT)<br><br>October 31, 2005 |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the parties herein, that:

1. KPMG LLP ("KPMG") shall file any Rule 12(b) motion to dismiss claims based on issues uniquely related to the Plaintiffs in Florida State Bd. of Admin., et al., v. Xerox Corp., et al. (No. 3:02-CV-1303) (AWT) ("FSB") no later than December 9, 2005;

2. The FSB plaintiffs shall file, no later than January 31, 2006, any opposition to such motion;

3. KPMG shall file any reply brief no later than February 28, 2006;

4. Thereafter, KPMG shall, as contemplated by and in accordance with the Stipulation and Order dated July 27, 2005, as granted and so ordered on September 8, 2005, serve answers to those factual allegations unique to the Amended Complaint in FSB; and

NYDOCS04/436000.1

5.  The filing of a motion pursuant to the above briefing schedule shall not effect a stay of discovery in <u>FSB</u> or in <u>Carlson, et al. v. Xerox Corp., et al.</u> (No. 3:00-CV-1621) (AWT).

Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703

Stuart J. Baskin (ct25986)
Tai H. Park (ct25826)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

By: *Stuart J. Baskin /TJM*
Attorneys for defendant KPMG LLP

Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Ruben, Johnson & Morgan, P.C.
249 Pearl Street 3rd Fl.
Hartford, CT 06103

By: *Geoffrey Jarvis /TJM*
Attorneys for FSB plaintiffs

SO ORDERED THIS 1st day of December, 2005:

Alvin W. Thompson
United States District Judge

## CERTIFICATION

I hereby certify that a true copy of the foregoing Motion on Consent to Establish a Briefing Schedule and Stipulation and Order was mailed, postage prepaid, this 31st day of October, 2005, to:

Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg, Esq.
Day, Berry & Howard, LLP
One Canterbury Green
Stamford, CT 06901

Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Elizabeth A. Berney, Esq.
Milberg, Weiss, Bershad, Hynes & Lerach, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Suite 1700
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Glen DeValerio, Esq.
Berman DeValerio Pease Tobacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew N. Vollmer, Esq.
Gordon Pearson, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, DC 20037

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490

Jay W. Eisenhofer, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street, 3rd Floor
Hartford, CT 0610

_____
Thomas J. Murphy