UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE<br><br>Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:00-CV-1621 (AWT)<br><br><br><br><br>3:02-CV-1303 (AWT)<br><br><br><br>December 12, 2005 |
|---|---|

**KPMG LLP'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

KPMG LLP ("KPMG") respectfully moves to dismiss Counts VI, VII and XI of the amended complaint filed by Florida State Board of Administration ("FSBA"), Teachers' Retirement System of Louisiana ("TRSL"), Franklin Mutual Advisers, LLC ("Franklin"), and PPM America, Inc. ("PPM") (collectively, "plaintiffs") and those portions of Counts II and IV that are based on purchases prior to January 4, 1999 pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, KPMG respectfully refers the Court to the memorandum of law filed herewith and also incorporates the partial motion to dismiss and supporting memorandum of law filed by the Xerox Defendants on December 9, 2005 (document number not yet assigned).

WHEREFORE, KPMG respectfully requests that the Court enter an order (i) dismissing Counts VI, VII and XI with prejudice, (ii) to the extent they are based on purchases of Xerox securities before January 4, 1999, dismissing Counts II and IV as time-barred, (iii) awarding KPMG its costs and attorneys' fees, and (iv) granting KPMG such other and further relief as the

Court deems necessary.

                              Respectfully submitted,

By: _____
Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 524-0012
E-mail: tmurphy@cemlaw.com

Stuart J. Baskin (ct25986)
Tammy P. Bieber (ct22089)
Seth M. Kean (ct24587)
Panagiotis Katsambas (ct25719)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
E-mail: sbaskin@shearman.com

W. Sidney Davis
George A. Salter
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
E-mail: gasalter@hhlaw.com

*Attorneys for KPMG LLP*

2

## CERTIFICATION

I hereby certify that a true copy of the foregoing KPMG LLP's Motion to Dismiss Plaintiffs' Amended Complaint was mailed, postage prepaid, this 12th day of December, 2005, to:

Glen DeValerio (CT 22582)
Jeffrey C. Block (CT 22583)
Berman DeValerio Pease
    Tabacco Burt & Pucillo
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss, Esq.
Brad N. Friedman (CT 24910)
Beth Kaswan (CT 21415)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 294-5300

Andrew M. Schatz (CT 00603)
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103
(860) 493-6292

J. Daniel Sagarin (CT 00603)
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, Connecticut 06460
(203) 877-8000

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
(302) 622-7000

Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
Karin A. DeMasi (phv 0584)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019
(212) 474-1000

Thomas D. Goldberg (CT 04386)
Terrence J. Gallagher (CT 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Andrew N. Vollmer (CT 04386)
Heather A. Jones (CT 22415)
Wilmer Cutler Pickering Hale and Dorr LLP
2445 "M" Street, N.W.
Washington, DC 20037
(202) 663-6000

_____
Thomas J. Murphy