UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al.<br>v.<br>Xerox Corp., et al.<br><br>MASTER CASE<br><br>Florida State Board of Admin., et al.<br>v.<br>Xerox Corp., et al.<br><br>MEMBER CASE. | 3:00-CV-1621 (AWT)<br><br><br><br><br>3:02-CV-1303 (AWT)<br><br><br><br>December 12, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that Defendant KPMG LLP has manually filed a Compendium of Unreported Authority Cited in KPMG LLP's Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint. This compendium cannot be filed electronically because the electronic file size of the documents exceeds 1.5 megabytes. The Compendium has been manually served on all parties

Respectfully submitted,

By: _____
Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 524-0012
E-mail: tmurphy@cemlaw.com

        Stuart J. Baskin (ct25986)
        Tammy P. Bieber (ct22089)
        Seth M. Kean (ct24587)
        Panagiotis Katsambas (ct25719)
        Shearman & Sterling LLP
        599 Lexington Avenue
        New York, New York  10022-6069
        Telephone:  (212) 848-4000
        Facsimile:  (212) 848-7179
        E-mail:  sbaskin@shearman.com

        W. Sidney Davis
        George A. Salter
        Hogan & Hartson L.L.P.
        875 Third Avenue
        New York, New York  10022
        Telephone:  (212) 918-3000
        Facsimile:  (212) 918-3100
        E-mail:  gasalter@hhlaw.com

        *Attorneys for KPMG LLP*

## CERTIFICATION

      I hereby certify that a true copy of the foregoing Notice of Manual Filing was mailed, postage prepaid, this 12th day of December, 2005, to:

Glen DeValerio (CT 22582)
Jeffrey C. Block (CT 22583)
Berman DeValerio Pease
      Tabacco Burt & Pucillo
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss, Esq.
Brad N. Friedman (CT 24910)
Beth Kaswan (CT 21415)
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 294-5300

Andrew M. Schatz (CT 00603)
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, Connecticut 06103
(860) 493-6292

J. Daniel Sagarin (CT 00603)
Hurwitz & Sagarin, LLC
147 North Broad Street
Milford, Connecticut 06460
(203) 877-8000

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801
(302) 622-7000

Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
Karin A. DeMasi (phv 0584)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eight Avenue
New York, New York 10019
(212) 474-1000

Thomas D. Goldberg (CT 04386)
Terrence J. Gallagher (CT 22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Andrew N. Vollmer (CT 04386)
Heather A. Jones (CT 22415)
Wilmer Cutler Pickering Hale and Dorr LLP
2445 "M" Street, N.W.
Washington, DC 20037
(202) 663-6000

_____
Thomas J. Murphy