UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Russell Carlson, et al. ) | |
| v. ) | |
| Xerox Corp., et al. ) | 3:00-CV-1621 (AWT) |
| ) | |
| MASTER CASE ) | |
| ) | 3:02-CV-1303 (AWT) |
| Florida State Board of Admin., et al. ) | |
| v. ) | |
| Xerox Corp., et al. ) | December 9, 2005 |
| ) | |
| MEMBER CASE. ) | |

## XEROX DEFENDANTS' PARTIAL MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (the "Individual Defendants", and with Xerox, the "Xerox Defendants") hereby move, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and as contemplated by the Stipulation and Order dated October 28, 2005, so ordered on November 2, 2005, to dismiss certain claims based on issues uniquely related to the plaintiffs in Florida State Bd. of Admin., et al., v. Xerox Corp., et al. ("FSB"), for the reasons set forth in the Xerox Defendants' written memorandum of law.

**ORAL ARGUMENT REQUESTED**

Pursuant to Rule 7(a) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Xerox Defendants are filing herewith their memorandum of law, a compendium of unpublished authority cited in their memorandum of law and the declaration of Kevin J. Orsini with attached exhibits.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By /s/ Sandra C. [signature]
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Karin A. DeMasi (phv0584)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

DEFENDANTS PHILIP FISHBACH, G. RICHARD THOMAN, AND ANNE MULCAHY

By /s/ Thomas Goldberg [signature]
Thomas D. Goldberg (ct 04386)
Terence J. Gallagher (ct 22415)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

- 3 -

DEFENDANTS PAUL A. ALLAIRE,
BARRY D. ROMERIL, AND GREGORY
TAYLER

By _____
Andrew N. Vollmer (ct 23728)
Heather A. Jones (ct 24194)
WILMER CUTLER PICKERING
HALE and DORR LLP
2445 M Street, NW
Washington, DC 20037
(202) 663-6000

Alfred U. Pavlis (ct 08603)
DALY & PAVLIS, LLC
107 John Street
Southport, CT 06490
(203) 255-6700

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
800 Long Ridge Road
Stamford, CT 06904
(203) 968-3000
Attorney for Xerox Corporation

## CERTIFICATION

THIS IS TO CERTIFY THAT a true and correct copy of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint was sent by Federal Express courier service, postage prepaid, this 9th day of December 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

_____
Elizabeth M. Lasorte