UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. | ) | |
| v. | ) | |
| Xerox Corp., et al. | ) | 3:00-CV-1621 (AWT) |
| MASTER CASE | ) | |
| | ) | 3:02-CV-1303 (AWT) |
| Florida State Board of Admin., et al. | ) | |
| v. | ) | |
| Xerox Corp., et al. | ) | December 9, 2005 |
| MEMBER CASE. | ) | |

Please take notice that Defendants have manually filed the following documents:

(1) Declaration of Kevin J. Orsini with supporting exhibits; and

(2) Compendium of Unreported Authority Cited in Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint.

These documents have not been filed electronically because:

[ ] the documents cannot be converted to an electronic format
[X] the electronic file size of the document(s) exceeds 1.5 megabytes
[ ] the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document by Court order.

These documents have been manually served on all parties.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By /s/ 
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Karin A. DeMasi (phv0584)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

CERTIFICATION

THIS IS TO CERTIFY THAT a true and correct copy of the foregoing was sent by Federal Express courier service, postage prepaid, this 9th day of December 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

_Elizabeth Lasorte_
Elizabeth M. Lasorte