UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 DEC -9 P 2: 56

US DISTRICT COURT
HARTFORD CT

| Russell Carlson, et al. | ) | |
|---|---|---|
| v. | ) | |
| Xerox Corp., et al. | ) | 3:00-CV-1621 (AWT) |
| | ) | |
| MASTER CASE | ) | |
| | ) | 3:02-CV-1303 (AWT) |
| Florida State Board of Admin., et al. | ) | |
| v. | ) | |
| Xerox Corp., et al. | ) | December 9, 2005 |
| | ) | |
| MEMBER CASE. | ) | |

## DECLARATION OF KEVIN J. ORSINI

KEVIN J. ORSINI, declares as follows:

1. I am an associate at Cravath, Swaine & Moore LLP, attorneys for Xerox Corporation ("Xerox") in this action. I respectfully submit this declaration in support of defendants Xerox Corporation, Paul Allaire, G. Richard Thoman, Barry D. Romeril, Gregory Tayler and Philip Fishbach's Partial Motion to Dismiss the Amended Complaint.

2. I attach as Exhibit A a true and correct copy of the Stipulation and Order dated October 28, 2005, so ordered on November 2, 2005, permitting the Xerox Defendants to move to dismiss the Amended Complaint in this action based on issues unique to this action.

3. I attach as Exhibit B a true and correct copy of the Amended Complaint in this action, <u>Florida State Board of Admin., et al. v. Xerox Corp., et al.</u>, 3:02-CV-1303 (AWT) (D. Conn.), dated October 3, 2002.

4. I attach as Exhibit C a true and correct copy of the Original Complaint in this action, <u>Florida State Bd. of Admin., et al. v. Xerox Corp., et al.</u>, 3:02-CV-1303 (AWT), originally filed in the Northern District of Florida under Civil Action No. 02CV00008 SPM on January 4, 2002.

5. I attach as Exhibit D a copy of the February 6, 2001, <u>Wall Street Journal</u> article referenced in the Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint, as downloaded from the <u>Wall Street Journal</u> website on December 8, 2005.

6. I attach as Exhibit E a true and correct copy of the November 3, 2000, Complaint, as served on Xerox Corporation, in <u>Bingham v. Xerox Corp. et al.</u>, Conn. Super. Ct., Judicial District of Stamford/Norwalk.

7. I attach as Exhibit F a copy of the February 22, 2001, <u>Wall Street Journal</u> article referenced in the Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint, as downloaded from the <u>Wall Street Journal</u> website on December 8, 2005.

8. I attach as Exhibit G a copy of the April 3, 2001, <u>Wall Street Journal</u> article referenced in the Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint, as downloaded from the <u>Wall Street Journal</u> website on December 8, 2005.

9. I attach as Exhibit H a copy of the June 1, 2001, <u>Wall Street Journal</u> article referenced in the Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint, as downloaded from the <u>Wall Street Journal</u> website on December 8, 2005.

10. I attach as Exhibit I a copy of the June 28, 2001, <u>Wall Street Journal</u> article referenced in the Memorandum in Support of Xerox Defendants' Partial Motion to Dismiss the Amended Complaint, as downloaded from the <u>Wall Street Journal</u> website on December 8, 2005.

11. I attach as Exhibit J a true and correct copy of the April 16, 2001, Consolidated Amended Complaint filed in <u>Carlson, et al. v. Xerox Corp. et al.</u>, No. 03:00-CV-1621 (AWT) (D. Conn.).

12. I attach as Exhibit K a true and correct copy of the March 28, 2001, Amended Complaint, as served on Xerox Corporation, in <u>Bingham v. Xerox Corp. et al.</u>, D:N CV 00-0181177 S, Conn. Super. Ct., Judicial District of Stamford/Norwalk.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2005.

_Kevin J. Orsini_
Kevin J. Orsini

## CERTIFICATION

THIS IS TO CERTIFY THAT a true and correct copy of the Declaration of Kevin J. Orsini with supporting exhibits was sent by Federal Express courier service, postage prepaid, this 9th day of December 2005, to:

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

*Elizabeth Lasorte*
Elizabeth M. Lasorte