# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,

    Defendants.

Civil Action No. 3:00-cv-01621 (AWT)

**ALL CASES**

November 30, 2005

## MOTION FOR ADMISSION OF VISITING ATTORNEY CHARLES J. PIVEN

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Charles J. Piven to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned class action. In support of this motion, the Declaration of Charles J. Piven is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/15/05

SCHATZ & NOBEL, P.C.

/s/ Nancy A. Kulesa

Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)