UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2005 DEC 23  A 9 40

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : |
| Plaintiff, | : Civil Action No. 3:00-cv-01621 (AWT) |
| v. | : |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH | : |
| Defendants | : |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Plaintiff in this case.

Dated: 12/21/05

LAW OFFICES OF CHARLES J. PIVEN, P.A.

_____
Charles J. Piven, Esquire
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: 410/332-0030
Facsimile: 410/685-1300
E-Mail Address: piven@pivenlaw.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this 21st day of December, 2005 to the following:

Clerk, United States District Court for the
  District of Connecticut
450 Main Street
Hartford, CT 06103

Glen DeValerio
Jeffrey C. Block
**Berman, DeValerio, Pease, Tabacco
  Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg Weiss Bershad & Shulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

J. Daniel Sagarin
**Hurwitz & Sagarin LLC**
147 N. Broad Street
Milford, CT 06460

W. Sidney Davis, Jr.
George A. Salter
M. Gavan Montague
**Hogan & Hartson LLP**
875 3rd Avenue
New York, NY 10022

Stacey K. Porter
**Johnson & Perkinson**
1690 Williston Road
P. O. Box 2305
South Burlington, VT 05403

Andrew M. Schatz
Jeffrey S. Nobel
Justin S. Kudler
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
**Cravath, Swaine & Moore**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg
**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, CT 06901

Thomas J. Murphy
**Cowdery, Ecker & Murphy LLC**
750 Main Street
Hartford, CT 06103

Kenneth M. Kramer
Tammy P. Bieber
**Shearman & Sterling**
599 Lexington Avenue
New York, NY 10022

Alfred U. Pavlis
**Daly & Pavlis LLC**
107 John Street
Southport, CT 06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
**Wilmer, Cutler & Pickering**
2445 M Street, NW
Washington, DC 20037

Jay W. Eisenhofer
Geoffrey C. Jarvis
**Grant & Eisenhofer, P.A.**

1201 N. Market Street, Suite 2100
Wilmington, DE 19801

Lisa Kelly Morgan
**Ruben, Johnson & Morgan, P.C.**
City Place II
185 Asylum Street
Hartford, CT 06103

Charles J. Piven

3