UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br><br><br><br><br><br><br>December 21, 2005 |

## STIPULATED MOTION TO DESIGNATE AS AN ELECTRONIC FILING CASE

Pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Section I.D of this Court's Electronic Filing Policies and Procedures, and this Court's November 1, 2005 publication entitled "Tips for Successful CMECF EFiling," counsel to all parties hereby stipulate and respectfully move the Court to designate the above-captioned action for electronic filing.

DATED: December 21, 2005

PLAINTIFFS,
By their attorneys,

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
jconway@jpclasslaw.com

Glen DeValerio (CT 22582)
Jeffrey C. Block (CT 22583)
**Berman DeValerio Pease Tabacco
 Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300


Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Beth Kaswan (CT 21415)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York  10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292


J. Daniel Sagarin (CT 00603)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

FSBA Plaintiffs
By their attorneys,

DATED: December 21, 2005

Geoffrey C. Jarvis
**Grant & Eisenhofer, P.A.**
Chase Manhattan Centre
1201 North Market St., Ste. #2100
Wilmington, DE  19801

2

(302) 622-7000

Xerox Corporation
By its attorneys,

DATED: December 21, 2005

*Sandra C. Goldstein /JPCTD*
Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
Karin A. DeMasi (phv 0584)
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Defendants Philip Fishbach, G. Richard
Thoman and Anne Mulcahy
By their attorneys,

DATED: December 21, 2005

*Terence J. Gallagher /JPCTD*
Thomas D. Goldberg (CT 04386)
Terence J. Gallagher (CT 22415)
**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Defendants Paul A. Allaire, Barry D.
Romeril and Gregory Tayler
By their attorneys,

DATED: December 21, 2005

*Andrew N. Vollmer /JPCTD*
Andrew N. Vollmer (CT 23728)
Heather A. Jones (CT 24194)
**Wilmer Cutler Pickering Hale
  and Dorr LLP**
2445 M Street, NW
Washington, District of Columbia 20037
(202) 663-6000

3

                                  Defendant KPMG LLP
                                  By its attorneys,

DATED: December 21, 2005

                                  W. Sidney Davis, Jr. (phv0738)
                                  George A. Salter (phv0741)
                                  M. Gavan Montague (phv0740)
                                  **Hogan & Hartson LLP**
                                  875 Third Avenue
                                  New York, New York 10022
                                  (212) 918-3000

                                  Stuart J. Baskin (CT 25986)
                                  Tammy P. Bieber (CT 22089)
                                  Seth M. Kean (CT 24587)
                                  **Shearman & Sterling LLP**
                                  599 Lexington Avenue
                                  New York, New York 10022-6069
                                  (212) 848-4000