UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>  Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES |

## CERTIFICATE OF SERVICE

I, James F. Conway, III, hereby certify that on December 21, 2005, I caused true and correct copies of the Stipulated Motion to Designate as an Electronic Filing Case to be served on the parties listed below, via U.S. Mail:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
 Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market St., #2100
Wilmington, DE 19801

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

Thomas D. Goldberg, Esq.
Terrence J. Gallagher Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Heather A. Jones, Esq.
Wilmer Cutler Pickering Hale
 and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Seth M. Kean, Esq.
Shearman & Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson, LLP
875 3rd Ave.
New York, NY 10022

and by filing the same with the Clerk of this Court.

DATED: December 21, 2005.