UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>        Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>        Defendants. | 3:00-CV-01621 (AWT)<br>ALL CASES |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel on behalf of Plaintiffs and other class members in the above-referenced action.

Dated: January 3, 2006

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

By: _____
Leslie Stern, Esq.
One Liberty Square
Boston, MA 02109
(T) 617-542-8300
(Fax) 617-542-1194
E-mail: lstern@bermanesq.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>    Defendants. | 3:00-CV-01621 (AWT)<br>ALL CASES |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following documents were served upon the attached service list via First Class Mail on this 3rd day of January, 2006.

1. Notice of Appearance of Leslie R. Stern, Esq.

2. Notice of Appearance of Bryan A. Wood, Esq.

*/s/ Veronica McAllister*
Veronica McAllister

XEROX CORPORATION
SERVICE LIST

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York  10019-7415

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut  06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut  06103
(860) 249-0012 (fax)

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC  20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street  Suite 2100
Wilmington, Delaware  19801
(302) 622-7100 (fax)

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut  06103

George A. Salter, Esq.
Hogan & Hartson
875 Third Avenue
New York, NY  10022