UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> ALL CASES <br><br><br><br><br><br> January 5, 2006 |

## STIPULATED MOTION TO MODIFY RULE 26(f) REPORT

The parties hereby stipulate and agree to modify Paragraph V.E.18 of the Rule 26(f) Report of the Parties' Planning Meeting by extending the agreed due date for Plaintiffs' Motion for Class Certification by 14 days, to January 19, 2006, with corresponding extensions of 14 days for the Defendants' Opposition and Plaintiffs' Reply as set forth in Plaintiffs' Position, and a corresponding extension for Defendants' document requests concerning Class Certification issues.

As such, Paragraph V.E.18 of the Rule 26(f) Report will be amended to state as follows:

### Plaintiffs' Position:

18. Carlson Plaintiffs shall file their Motion for Class Certification by January 19, 2006. Defendants' Opposition shall be due by May 19, 2006. Carlson Plaintiffs' Reply Memorandum shall be due by June 19, 2006.

### Defendants' Position:

Carlson Plaintiffs shall file their Motion for Class Certification by January 19, 2006. Defendants shall serve document requests

concerning class certification issues no later than 10 days following service of Plaintiffs' Motion for Class Certification. Upon the substantial completion of Carlson Plaintiffs' document production in response to such requests, Defendants shall conduct depositions concerning class certification issues for a period of sixty days. Defendants' Oppositions to the Motion for Class Certification shall be due 30 days after the completion of the final deposition on class certification issues. Carlson Plaintiffs' Reply Memorandum shall be due 30 days after Defendants' Opposition is filed.

Dated: January __, 2006         So Ordered: _____
                                Honorable Alvin W. Thompson
                                United States District Court
                                District of Connecticut

                                PLAINTIFFS,
                                By their attorneys,

DATED: January 5, 2006          _____/s/ Nancy A. Kulesa_____
                                Andrew M. Schatz (CT 00603)
                                Jeffrey S. Nobel (CT 04855)
                                Nancy A. Kulesa (CT 25384)
                                **Schatz & Nobel, P.C.**
                                One Corporate Center
                                20 Church Street
                                Hartford, CT 06103
                                (860) 493-6292

                                **Co-Liaison Counsel**

                                Dennis J. Johnson (CT 22090)
                                Jacob B. Perkinson (CT 22091)
                                James F. Conway, III (phv0744)
                                **Johnson & Perkinson**
                                1690 Williston Road
                                P.O. Box 2305
                                South Burlington, Vermont 05403
                                Tel: (802) 862-0030
                                Fax: (802) 862-0060

                                Glen DeValerio (CT 22582)
                                Jeffrey C. Block (CT 22583)
                                Leslie Stern
                                **Berman DeValerio Pease Tabacco
                                   Burt & Pucillo**

One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Beth Kaswan (CT 21415)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 00603)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

DATED: January 5, 2006

/s/ Karin A. DeMasi
Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
Karin A. DeMasi (phv 0584)
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Defendants Philip Fishbach, G. Richard
Thoman and Anne Mulcahy
By their attorneys,

DATED: January 5, 2006

/s/ Terence J. Gallagher
Thomas D. Goldberg (CT 04386)
Terence J. Gallagher (CT 22415)

3

**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Defendants Paul A. Allaire, Barry D. Romeril and Gregory Tayler
By their attorneys,

DATED: January 5, 2006  /s/ Andrew N. Vollmer
Andrew N. Vollmer (CT 23728)
Heather A. Jones (CT 24194)
**Wilmer Cutler Pickering Hale and Dorr LLP**
2445 M Street, NW
Washington, District of Columbia 20037
(202) 663-6000


Defendant KPMG LLP
By its attorneys,

DATED: January 5, 2006  /s/ George A. Salter
W. Sidney Davis, Jr. (phv0738)
George A. Salter (phv0741)
M. Gavan Montague (phv0740)
**Hogan & Hartson LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000

Stuart J. Baskin (CT 25986)
Tammy P. Bieber (CT 22089)
Seth M. Kean (CT 24587)
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

4

## CERTIFICATE OF SERVICE

I, Nancy A. Kulesa, hereby certify that on January 5, 2006, I caused to be served on the parties listed below, a true and correct copy of the Parties' Stipulated Motion To Modify Rule 26 (f) Report, via U.S. Mail on:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
  Burt & Pucillo
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Andrew M. Schatz, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market St., #2100
Wilmington, DE 19801

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

Thomas D. Goldberg, Esq.
Terrence J. Gallagher Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Heather A. Jones, Esq.
Wilmer Cutler Pickering Hale
  and Dorr LLP
2445 M Street, NW
Washington, DC 20037

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Seth M. Kean, Esq.
Shearman & Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson, LLP
875 3rd Ave.
New York, NY 10022

_____
Nancy A. Kulesa