# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br><br><br><br><br>December 21, 2005 |

## STIPULATED MOTION TO DESIGNATE AS AN ELECTRONIC FILING CASE

Pursuant to Rule 5(e) of the Federal Rules of Civil Procedure, Section I.D of this Court's Electronic Filing Policies and Procedures, and this Court's November 1, 2005 publication entitled "Tips for Successful CMECF EFiling," counsel to all parties hereby stipulate and respectfully move the Court to designate the above-captioned action for electronic filing.

PLAINTIFFS,
By their attorneys,

DATED: December 21, 2005

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
jconway@jpclasslaw.com

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  1 / 6 / 06