UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br> January 19, 2006 |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs hereby move this Court pursuant to Fed. R. Civ. P. 23 for an Order: (i) certifying this action as a class action; (ii) certifying a class consisting of all persons and/or entities who purchased Xerox common stock and/or bonds during the period from February 17, 1998 through June 28, 2002 and who were damaged thereby ("the Class"); (iii) designating Dr. Paul Dantzig, Thomas Zambito, the Louisiana State Employees' Retirement System, Joseph DiNardo, Fernan Cepero, Leonard Nelson, John Stutsman, and Sol Sachs as the representatives of the Class; and (iv) appointing Johnson & Perkinson, Berman DeValerio Pease Tabacco Burt & Pucillo, and Milberg Weiss Bershad & Schulman LLP as Class Counsel for the Class. Plaintiffs' [Proposed] Order is filed concurrently herewith.

PLAINTIFFS,
By their attorneys,

DATED: January 19, 2006.

/s/ Dennis J. Johnson
Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)

James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: djohnson@jpclasslaw.com

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco**
  **Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Beth Kaswan (CT 21415)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza  49th Floor
New York, New York  10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurtwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

2

## Certificate of Service

  I hereby certify that on January 19, 2006, a copy of the foregoing Plaintiffs' Motion for Class Certification, along with copies of Plaintiffs' Memorandum of Law in Support thereof and a [Proposed] Order, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these filings through the court's CM/ECF System.

                /s/ Dennis J. Johnson
                Dennis J. Johnson (CT 22090)
                1690 Williston Road
                P.O. Box 2305
                South Burlington, VT 05403
                Phone: (802) 862-0030
                Fax: (802) 862-0060
                E-mail: djohnson@jpclasslaw.com