UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br><br> **ALL CASES** |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Class Certification and the memoranda of law submitted in support thereof and in opposition thereto, IT IS HEREBY ORDERED THAT:

1. This action shall be maintained as a class action pursuant to Rule 23(a), and 23(b)(3) of the Federal Rules of Civil Procedure.

2. The following plaintiff class is certified against all defendants herein:

   All persons and/or entities who purchased Xerox common stock and/or bonds during the period from February 17, 1998 through June 28, 2002 ("the Class Period") and who were damaged thereby.

3. Lead Plaintiffs Dr. Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System, as well as Joseph DiNardo, Fernan Cepero, Leonard Nelson, John Stutsman, and Sol Sachs are certified as representatives of the Class.

4. Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, counsel for the proposed class representatives, Johnson & Perkinson, Berman DeValerio Pease Tabacco Burt &

Pucillo, and Milberg Weiss Bershad & Schulman, LLP are designated as Class Counsel.

DATED: _____    _____
Alvin W. Thompson
United States District Judge