UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | Civil Action No. 3:00-cv-01621 (AWT) |
| v. | : : | **ALL CASES** |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : : : : : | January 24 , 2006 |
| Defendants. | | |

**MOTION FOR ADMISSION OF VISITING ATTORNEY STEVEN B. SINGER**

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Steven B. Singer to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned class action. In support of this motion, the Declaration of Attorney Singer is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

**SCHATZ & NOBEL, P.C.**

/s/ Nancy A. Kulesa
_____
Andrew M. Schatz (ct00603)

Jeffrey S. Nobel (ct04855)

Justin S. Kudler (ct25167)

Nancy A. Kulesa (ct 25384)

One Corporate Center

20 Church Street, Suite 1700

Hartford, CT 06103

Tel: (860) 493-6292

Fax: (860) 493-6290

A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : : : |
| Plaintiff, | : : |
| v. | Civil Action No. 3:00-cv-01621 (AWT) : : **ALL CASES** |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : : : : : : |
| Defendants. | : |

### AFFIDAVIT OF STEVEN B. SINGER

I, Steven B. Singer, under penalty of perjury, state as follows:

1. I am a partner of Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, New York, NY 10019, (212) 554-1400. My email is steven@blbglaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bar of both the Southern and Eastern Districts of New York since March, 1992.

3. I am in good standing with the bar to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Steven B. Singer

Subscribed and sworn to before me
this 23rd day of January 2006.

_____
Notary Public (My Commission Expires 6/19/2006)

```
LAURA MARIONI
Notary Public - State of New York
NO. 01MA6043496
Qualified in Queens County
My Commission Expires 6/19/2006
```

**CERTIFICATE OF SERVICE**

    I hereby certify that correct copies of the foregoing document were sent via U.S. Mail, this 24th day of January 2006, to the following parties or counsel of record:

| | |
|---|---|
| Glen DeValerio, Esq.<br>Jeffrey C. Block, Esq.<br>Berman DeValerio Pease Tabacco<br>   Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109 | Melvyn I. Weiss, Esq.<br>Brad N. Friedman, Esq.<br>Beth Kaswan, Esq.<br>Milberg Weiss Bershad & Schulman, LLP<br>One Pennsylvania Plaza, 49th Fl.<br>New York, NY 10119-0165 |
| Andrew M. Schatz, Esq.<br>Schatz & Nobel, P.C.<br>One Corporate Center<br>20 Church Street<br>Hartford, CT 06103 | J. Daniel Sagarin, Esq.<br>Hurwitz & Sagarin, LLC<br>147 N. Broad Street<br>Milford, CT 06460 |
| Geoffrey C. Jarvis, Esq.<br>Grant & Eisenhofer, P.A.<br>Chase Manhattan Centre<br>1201 N. Market St., #2100<br>Wilmington, DE 19801 | Evan R. Chesler, Esq.<br>Sandra C. Goldstein, Esq.<br>Karin A. DeMasi, Esq.<br>Cravath, Swaine & Moore, LLP<br>Worldwide Plaza, 825 Eighth Ave.,<br>New York, NY 10019 |
| Thomas D. Goldberg, Esq.<br>Terrence J. Gallagher Esq.<br>Day, Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901 | Andrew N. Vollmer, Esq.<br>Heather A. Jones, Esq.<br>Wilmer Cutler Pickering Hale<br>   and Dorr LLP<br>2445 M Street, NW<br>Washington, DC 20037 |
| Stuart J. Baskin, Esq.<br>Tammy P. Bieber, Esq.<br>Seth M. Kean, Esq.<br>Shearman & Sterling, LLP<br>599 Lexington Ave.<br>New York, NY 10022-6069 | W. Sidney Davis, Jr., Esq.<br>George A. Salter, Esq.<br>M. Gavan Montague, Esq.<br>Hogan & Hartson, LLP<br>875 3rd Ave.<br>New York, NY 10022 |

*/s/ Nancy A. Kulesa*
Nancy A. Kulesa