**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, : : : | |
|      Plaintiff,   : | Civil Action No. 3:00-cv-01621 (AWT) |
| : | |
| v.   : | **ALL CASES** |
| : | |
| XEROX CORPORATION, KPMG, LLP,  : | |
| PAUL ALLAIRE, G. RICHARD THOMAN, : | |
| ANN MULCAHY, BARRY ROMERIL,  : | |
| GREGORY TAYLER and PHILIP  : | |
| FISHBACH,   : | January 24 , 2006 |
|      Defendants. | |

**MOTION FOR ADMISSION OF VISITING ATTORNEY ABIGAIL ROMEO**

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves,

pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Abigail Romeo to

represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul

Dantzig and Thomas Zambito in the above-captioned class action.   In support of this motion, the

Declaration of Attorney Romeo is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion.  Service of all papers shall be made upon

Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One

Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut  06103.

**SCHATZ & NOBEL, P.C.**

Andrew M. Schatz (ct00603)

Jeffrey S. Nobel (ct04855)

Justin S. Kudler (ct25167)

Nancy A. Kulesa  (ct 25384)

One Corporate Center

20 Church Street, Suite 1700

Hartford, CT 06103

Tel: (860) 493-6292

Fax: (860) 493-6290

A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually And On : <br> Behalf Of All Others Similarly Situated, : <br> : <br>     Plaintiff, : <br> : <br> v. : <br> : <br> XEROX CORPORATION, KPMG, LLP, : <br> PAUL ALLAIRE, G. RICHARD THOMAN, : <br> ANN MULCAHY, BARRY ROMERIL, : <br> GREGORY TAYLER and PHILIP : <br> FISHBACH, : <br> : <br>     Defendants. : | Civil Action No. 3:00-cv-01621 (AWT) <br><br> **ALL CASES** |

**AFFIDAVIT OF ABIGAIL ROMEO**

    I, Abigail Romeo, under penalty of perjury, state as follows:

    1.    I am an associate of Berman DeValerio Pease Tabacco Burt & Pucillo, located at One Liberty Square, Boston, MA 02109; telephone (617) 542-8300; facsimile (617) 542-1194; e-mail aromeo@bermanesq.com.  Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

    2.    I am admitted to the bar of Massachusetts.

    3.    I am in good standing with the bar to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

    4.    I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Abigail Romeo

Subscribed and sworn to before me
this _20_ day of January 2006.


_Vennea M'Allister_
Notary Public (My Commission Expires _2/4/11_)

## CERTIFICATE OF SERVICE

I hereby certify that correct copies of the foregoing document were sent via U.S. Mail, this 24th day of January 2006, to the following parties or counsel of record:

Glen DeValerio, Esq.  
Jeffrey C. Block, Esq.  
Berman DeValerio Pease Tabacco  
   Burt & Pucillo  
One Liberty Square  
Boston, MA 02109  

Melvyn I. Weiss, Esq.  
Brad N. Friedman, Esq.  
Beth Kaswan, Esq.  
Milberg Weiss Bershad & Schulman, LLP  
One Pennsylvania Plaza, 49th Fl.  
New York, NY 10119-0165  

Andrew M. Schatz, Esq.  
Schatz & Nobel, P.C.  
One Corporate Center  
20 Church Street  
Hartford, CT 06103  

J. Daniel Sagarin, Esq.  
Hurwitz & Sagarin, LLC  
147 N. Broad Street  
Milford, CT 06460  

Geoffrey C. Jarvis, Esq.  
Grant & Eisenhofer, P.A.  
Chase Manhattan Centre  
1201 N. Market St., #2100  
Wilmington, DE 19801  

Evan R. Chesler, Esq.  
Sandra C. Goldstein, Esq.  
Karin A. DeMasi, Esq.  
Cravath, Swaine & Moore, LLP  
Worldwide Plaza, 825 Eighth Ave.,  
New York, NY 10019  

Thomas D. Goldberg, Esq.  
Terrence J. Gallagher Esq.  
Day, Berry & Howard LLP  
One Canterbury Green  
Stamford, CT 06901  

Andrew N. Vollmer, Esq.  
Heather A. Jones, Esq.  
Wilmer Cutler Pickering Hale  
   and Dorr LLP  
2445 M Street, NW  
Washington, DC 20037  

Stuart J. Baskin, Esq.  
Tammy P. Bieber, Esq.  
Seth M. Kean, Esq.  
Shearman & Sterling, LLP  
599 Lexington Ave.  
New York, NY 10022-6069  

W. Sidney Davis, Jr., Esq.  
George A. Salter, Esq.  
M. Gavan Montague, Esq.  
Hogan & Hartson, LLP  
875 3rd Ave.  
New York, NY 10022  

_Nancy A. Kulesa_  
Nancy A. Kulesa