UNITED STATES DISCTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, *et al.* | : | 3:00-CV-1621(AWT) |
| v. | : | |
| XEROX CORP., *et al.* | : | ALL CASES |
| MASTER CASE | : | |
| FLORIDA STATE BOARD OF ADMIN., *et al.* | : | 3:00-CV-1303(AWT) |
| v. | : | |
| XEROX CORP., *et al.* | : | |
| MEMBER CASE | : | |

## NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, PPM America, Inc. ("PPM America"), Florida State Board of Administration ("FSBA"), Teachers' Retirement System of Louisiana ("TRSL") and Franklin Mutual Advisers ("Franklin") (collectively "Plaintiffs") filed an Amended Complaint in *Florida State Board of Admin., et al. v. Xerox Corp. et al*, 3:02-CV-1303 (AWT) on October 4, 2002 (the "Amended Complaint"), asserting various claims against certain present and former officers and directors of Xerox Corp. and against KPMG (as defined in the Amended Complaint);

WHEREAS in Count VI of the Amended Complaint, FSBA asserts a claim against KPMG under the Florida Securities Investors Protection Act, Fl. Stat. 517.301 ("Count VI");

WHEREAS in Count VII of the Amended Complaint, TRSL asserts a claim against KPMG under the Louisiana Securities Act, R.S. 51: 712;

WHEREAS in Count XI of the Amended Complaint, FSBA, TRSL and Franklin assert a claim for negligent misrepresentation against KPMG; and

WHEREAS, KPMG moved to dismiss Counts VI, VII, and XI of the Amended Complaint on December 12, 2005;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs hereby voluntarily dismiss Counts VI, VII, and XI as against KPMG without prejudice.

This dismissal shall not have any effect on any other claims against KPMG or any other defendants in the Amended Complaint.

Dated: Hartford, Connecticut
       January 31, 2006

_____
Lisa Kelly Morgan (CT 02201)
RUBEN JOHNSON & MORGAN, P.C.
249 Pearl Street, Third Floor
Hartford, CT 06103
Tel: (860) 275-6885
Fax: (860) 275-6884
Email: lisa.kelly.morgan@rjmlaw.com

        Stuart M. Grant
        Megan D. McIntyre
        Michael J. Barry
        GRANT & EISENHOFER P.A.
        Chase Manhattan Centre
        1201 N. Market Street
        Wilmington, DE 19801
        Tel: (302) 622-7000
        Fax: (302) 722-7100

        *Counsel for Plaintiffs*

**SO ORDERED this** \_\_\_\_ **day of** _____.


        _____
        The Honorable
        United States District Judge

## CERTIFICATION

I hereby certify that on January 31, 2006, a copy of the foregoing was filed electronically through the Court's CM/ECF System and sent by U.S. mail, postage prepaid to the counsel of record listed on the annexed Attachment A.

                                                                        _____
                                                                         Lisa Kelly Morgan, Esq.
                                                                         Ruben, Johnson & Morgan, P.C.

## ATTACHMENT A

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
**Cravath, Swaine & Moore**
825 Eighth Avenue
Worldwide Plaza
New York, New York  10019-7415

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
**Wilmer, Cutler & Pickering**
2445 M Street, NW
Washington, DC  20037

Stuart J. Baskin
Tai H. Park
Seth M. Kean
**Shearman & Sterling**
599 Lexington Avenue
New York, NY  10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy**
750 Main Street
Suite 910
Hartford, CT  06103-4477

Thomas D. Goldberg
Terrence J. Gallagher
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT  06901-2047

Glen DeValerio
Jeffery C. Block
**Berman, DeValerio, Pease, Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA  02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg, Weiss, Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

J. Daniel Sugaring
**Hurwitz & Sugaring LLC**
147 N. Broad Street
Milford, CT 06460

W. Sidney Davis, Jr.
George A. Salter
M. Gavin Montague
**Hogan & Hart son LLP**
875 3rd Avenue
New York, NY 10022

Stacey K. Porter
Dennis Johnson
Jake Parkinson
**Johnson & Parkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Andrew M. Schatz
Jeffery S. Nobel
Justin S. Kindler
Nancy A. Kales
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Charles J. Piven
**Law Offices of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD 21202