UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated<br><br>v.<br><br>XEROX CORPORATION, ET AL. | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE<br>:<br>:<br>: ALL CASES<br>:<br>: |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.<br><br>v.<br><br>XEROX CORPORATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE<br>:<br>:<br>:<br>: JANUARY 30, 2006 |

MOTION FOR ADMISSION OF
STUART M. GRANT AS VISITING LAWYER

Lisa Kelly Morgan, Esq., a member in good standing of the bar of this Court, hereby moves pursuant to Local Rule of Civil Procedure 83.1 (d) that Attorney Stuart M. Grant be permitted to appear as a visiting lawyer on behalf of the Plaintiffs in the above-referenced member case, Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC and PPM America, Inc. In support of this motion, the Affidavit of Attorney Grant is

attached hereto as Exhibit A. The required fee of $25.00 for Attorney Grant's admission is submitted with this Motion.

    Service of all papers shall be made upon Lisa Kelly Morgan, Derek M. Johnson or Maura H. Horan at Ruben, Johnson & Morgan, PC, 249 Pearl Street, Third Floor, Hartford CT 06103.

Dated: January 30, 2006

                              **PLAINTIFFS,**
                              **FLORIDA STATE BOARD OF ADMINISTRATION; TEACHERS' RETIREMENT SYSTEM OF LOUISIANA; FRANKLIN MUTUAL ADVISERS, LLC AND PPM AMERICA, INC.**

                              By _/s/ Lisa Kelly Morgan_
                              Lisa Kelly Morgan
                              Federal Bar No. 02201
                              Ruben, Johnson & Morgan, P.C.
                              249 Pearl Street, Third Floor
                              Hartford, Connecticut 06103
                              Telephone (860) 275-6888
                              Fax (860) 275-6884
                              Email: lmorgan@rjmlaw.com

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE |
| v. | : ALL CASES |
| XEROX CORPORATION, ET AL. | : |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE |
| v. | : |
| XEROX CORPORATION, ET AL. | : JANUARY 26, 2006 |

AFFIDAVIT OF STUART M. GRANT

STATE OF DELAWARE       )
                        )      January 26, 2006
COUNTY OF NEW CASTLE    )

I, Stuart M. Grant, being duly sworn, hereby state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am a member of the law firm of Grant & Eisenhofer P.A., located at 1201 N. Market Street, Suite 2100, Wilmington, Delaware 19801; telephone (302) 622-7070; facsimile (302) 622-7100; email sgrant@gelaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I make this affidavit in support of the motion for my admission as visiting attorney in connection with the above-caption actions.

3. I am admitted to the bars of the states of Delaware, Washington, D.C., and New York and the Commonwealths of Massachusetts and Pennsylvania. I am also admitted to the bars of the US Supreme Court; the 1st, 2nd, 3rd, 4th, 6th and 11th Circuit Courts of Appeals; the District of Massachusetts; the Eastern, Southern and Northern Districts of New York; the District of Delaware; the District of the District of Columbia; the Eastern District of Pennsylvania and the Eastern District of Michigan.

4. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

By: *(signature)*
Stuart M. Grant

Subscribed and sworn to before me this 26th day of January, 2006.

*(signature)*
Notary Public
My commission expires: _____

EMILY ANN JOHNSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 26, 2006

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of January, 2006, to the counsel of record listed on the annexed Attachment A.

                                                     Lisa Kelly Morgan, Esq.
                                                     Ruben, Johnson & Morgan, P.C.

## ATTACHMENT A

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
**Cravath, Swaine & Moore**
825 Eighth Avenue
Worldwide Plaza
New York, New York  10019-7415

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
**Wilmer, Cutler & Pickering**
2445 M Street, NW
Washington, DC  20037

Stuart J. Baskin
Tai H. Park
Seth M. Kean
**Shearman & Sterling**
599 Lexington Avenue
New York, NY  10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy**
750 Main Street
Suite 910
Hartford, CT  06103-4477

Thomas D. Goldberg
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT  06901-2047

Glen DeValerio
Jeffery C. Block
**Berman, DeValerio, Pease, Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg, Weiss Bershad & Shulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

J. Daniel Sagarin
**Hurwitz & Sagarin LLC**
147 N. Broad Street
Milford, CT 06460

W. Sidney Davis, Jr.
George A. Salter
M. Gavin Montgaue
**Hogan & Hartson LLP**
875 3rd Avenue
New York, NY 10022

Stacey K. Porter
Dennis Johnson
Jake Perkinson
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Andrew M. Schatz
Jeffery S. Nobel
Justin S. Kudler
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Charles J. Piven
**Law Offices of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD 21202