UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE |
| v. | : ALL CASES |
| XEROX CORPORATION, ET AL. | |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE |
| v. | |
| XEROX CORPORATION, ET AL. | : JANUARY 30, 2006 |

NOTICE OF MANUAL FILING

Please take notice that the Plaintiffs in the above-referenced member case, Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC and PPM America, by and through their counsel, Lisa Kelly Morgan, Esq., of Ruben, Johnson & Morgan, P.C., have manually filed the following document:

**Motion for Admission of Stuart M. Grant as Visiting Lawyer**

This document has not been filed electronically because:

[X]    Plaintiff is excused from electronically filing this document because a fee is required.

The document has been manually served on all parties.

Dated: January 30, 2006

                                              PLAINTIFFS,
                                              FLORIDA STATE BOARD OF
                                              ADMINISTRATION; TEACHERS'
                                              RETIREMENT SYSTEM OF
                                              LOUISIANA; FRANKLIN MUTUAL
                                              ADVISERS, LLC AND PPM
                                              AMERICA, INC.

                                              By _____
                                              Lisa Kelly Morgan
                                              Federal Bar No. 02201
                                              Ruben, Johnson & Morgan, P.C.
                                              249 Pearl Street, Third Floor
                                              Hartford, Connecticut 06103
                                              Telephone (860) 275-6888
                                              Fax (860) 275-6884
                                              Email: lmorgan@rjmlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 30th day of January, 2006, to the counsel of record listed on the annexed Attachment A.

_____
Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.

## ATTACHMENT A

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
**Cravath, Swaine & Moore**
825 Eighth Avenue
Worldwide Plaza
New York, New York  10019-7415

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT  06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
**Wilmer, Cutler & Pickering**
2445 M Street, NW
Washington, DC  20037

Stuart J. Baskin
Tai H. Park
Seth M. Kean
**Shearman & Sterling**
599 Lexington Avenue
New York, NY  10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy**
750 Main Street
Suite 910
Hartford, CT  06103-4477

Thomas D. Goldberg
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT  06901-2047

Glen DeValerio
Jeffery C. Block
**Berman, DeValerio, Pease, Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg, Weiss Bershad & Shulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

J. Daniel Sagarin
**Hurwitz & Sagarin LLC**
147 N. Broad Street
Milford, CT  06460

W. Sidney Davis, Jr.
George A. Salter
M. Gavin Montgaue
**Hogan & Hartson LLP**
875 3rd Avenue
New York, NY 10022

Stacey K. Porter
Dennis Johnson
Jake Perkinson
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Andrew M. Schatz
Jeffery S. Nobel
Justin S. Kudler
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Charles J. Piven
**Law Offices of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD 21202