UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : : : : : | APPEARANCE<br><br>CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>MASTER CASE |
| v. | : : | ALL CASES |
| XEROX CORPORATION, ET AL. | : | |

| | | |
|---|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : : : | CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>MEMBER CASE |
| v. | : : | |
| XEROX CORPORATION, ET AL. | : | February 8, 2006 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Florida State Board of Administration, Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America, Inc.

                                      Respectfully submitted,

Dated: February 8, 2006              /s/ Megan D. McIntyre
                                              Megan D. McIntyre (phv0869)
                                              GRANT & EISENHOFER, P.A.
                                              Chase Manhattan Centre
                                              1201 N. Market Street
                                              Wilmington, DE 19801
                                              Tel: (302) 622-7000
                                              Fax: (302) 722-7100
                                              Email: mmcintyre@gelaw.com

                                              *Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*