UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : | APPEARANCE |
| | : | |
| | : | CIVIL ACTION NO. 3:00 CV-1621 (AWT) |
| | : | MASTER CASE |
| v. | : | ALL CASES |
| | : | |
| XEROX CORPORATION, ET AL. | : | |

| | | |
|---|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : | CIVIL ACTION NO. 3:02 CV-1303 (AWT) |
| | : | MEMBER CASE |
| v. | : | |
| XEROX CORPORATION, ET AL. | : | February 8, 2006 |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for: Florida State Board of Administration, Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America, Inc.

Respectfully submitted,

Dated: February 8, 2006

/s/ Megan D. McIntyre
Megan D. McIntyre (phv0869)
GRANT & EISENHOFER, P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 722-7100
Email: mmcintyre@gelaw.com

*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*