UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : APPEARANCE : : CIVIL ACTION NO. 3:00 CV-1621 (AWT) : MASTER CASE : |
| v. | : ALL CASES : |
| XEROX CORPORATION, ET AL. | : |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT) : MEMBER CASE : |
| v. | : : |
| XEROX CORPORATION, ET AL. | : February 8, 2006 |

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Megan D. McIntyre
Megan D. McIntyre (phv0869)
Grant & Eisenhofer P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, DE  19801
Phone:  302-622-7000
Fax:  302-622-7100
Email:  mmcintyre@gelaw.com