## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually and on behalf of all others similarly situated** | : | **APPEARANCE** |
| | : | |
| | : | **CIVIL ACTION NO. 3:00 CV-1621 (AWT)** |
| | : | **MASTER CASE** |
| | : | |
| **v.** | : | **ALL CASES** |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | |

_____

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)** |
| | : | **MEMBER CASE** |
| | : | |
| **v.** | : | |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | **February 8, 2006** |

_____

To the Clerk of this Court and all parties of record:

　　　　Enter my appearance as counsel in this case for:  Florida State Board of Administration,

Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America,

Inc.

　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 8, 2006　　　　　 /s/ Stuart M. Grant
　　　　　　　　　　　　　　　　Stuart M. Grant (phv0868)
　　　　　　　　　　　　　　　　GRANT & EISENHOFER, P.A.
　　　　　　　　　　　　　　　　Chase Manhattan Centre
　　　　　　　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　Tel: (302) 622-7000
　　　　　　　　　　　　　　　　Fax: (302) 722-7100
　　　　　　　　　　　　　　　　Email: sgrant@gelaw.com

　　　　　　　　　　　　　　　　*Attorney for Plaintiffs Florida State Board of*
　　　　　　　　　　　　　　　　*Administration, Teachers' Retirement System of*
　　　　　　　　　　　　　　　　*Louisiana, Franklin Mutual Advisers, LLC, and*
　　　　　　　　　　　　　　　　*PPM America, Inc.*