UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | ) ) ) ) ) ) ) | 3:00-CV-01621 (AWT) ALL CASES |
| Defendants. | ) ) ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: Louisiana State Employees'

Retirement System, Paul Dantzig, Thomas Zambito, Margolis Partnership, and Roelf Iest.

Dated: February 9, 2006

BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO

By: _____
Abigail R. Romeo, Esq. (phv0849)
One Liberty Square
Boston, MA 02109
(T) 617-542-8300
(Fax) 617-542-1194
E-mail:  aromeo@bermanesq.com