UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>  Defendants. | 3:00-CV-01621 (AWT)<br>ALL CASES |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following documents were served upon the attached service list via First Class Mail on this 9th day of February, 2006.

1. Notice of Appearance of Abigail R. Romeo.

*Veronica McAllister* (signature)
Veronica McAllister

XEROX CORPORATION
SERVICE LIST

Glen DeValerio, Esq.
Leslie R. Stern, Esq.
**Berman DeValerio Pease Tabacco
  Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
**Milberg Weiss Bershad
   & Schulman, LLP**
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Andrew M. Schatz, Esq.
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103

Geoffrey C. Jarvis, Esq.
**Grant & Eisenhofer, P.A.**
Chase Manhattan Centre
1201 N. Market St., #2100
Wilmington, DE 19801

Thomas D. Goldberg, Esq.
**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, CT 06901

Stuart J. Baskin, Esq.
Seth M. Kean, Esq.
**Shearman & Sterling, LLP**
599 Lexington Ave.
New York, NY 10022-6069

Dennis J. Johnson, Esq.
**Johnson & Perkinson**
1690 Williston Road
South Burlington, VT 05403

J. Daniel Sagarin, Esq.
**Hurwittz, Sagarin & Slossberg, LLC**
147 N. Broad Street
Milford, CT 06460

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
**Cravath, Swaine & Moore, LLP**
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

Andrew N. Vollmer, Esq.
Heather A. Jones, Esq.
**Wilmer Cutler Pickering Hale
  and Dorr LLP**
2445 M Street, NW
Washington, DC 20037

George A. Salter, Esq.
Mark J. Lemire, Esq.
**Hogan & Hartson, LLP**
875 Third Avenue
New York, NY 10022