**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : | |
| Plaintiff, | : | Civil Action No. 3:00-cv-01621 (AWT) |
| v. | : | **ALL CASES** |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : | February 9, 2006 |
| Defendants. | | |

**MOTION FOR ADMISSION OF VISITING ATTORNEY JONATHAN ADLER**

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Jonathan Adler to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned class action. In support of this motion, the Affidavit of Attorney Adler is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

**SCHATZ & NOBEL, P.C.**

/s/ Nancy A. Kulesa

Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Justin S. Kudler (ct25167)
Nancy A. Kulesa (ct 25384)
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290

# A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,

Defendants.

**Case No. 3:00-CV-1621 (AWT)**

**ALL CASES**

**AFFIDAVIT OF JONATHAN L. ADLER**

I, Jonathan L. Adler, under penalty of perjury, state as follows:

1. I am an associate at the law firm of Milberg Weiss Bershad & Schulman LLP, with an office located at One Pennsylvania Plaza, New York, New York 10119; telephone (212) 594-5300; e-mail: jadler@milbergweiss.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I submit this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bar of the State of Connecticut.

3. I am in good standing with the bar to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Jonathan L. Adler

Subscribed and sworn to before me
this 7th day of February, 2006.

Notary Public
(My Commission Expires 2006 )

ADAM J. WEINSCHEL
Notary Public, State Of New York
No. 01WE6045618
Qualified In New York County
Commission Expires July 31, 20 06

**CERTIFICATION**

Copies of the foregoing document were sent via first class mail, this 9th day of February, to the following parties or counsel of record:

Evan R. Chesler
Sandra C. Goldstein
Joseph M. Salama
Cravath, Swaine & Moore
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7415

Thomas D. Goldberg
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Thomas J. Murphy
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, Connecticut 06103
(860) 249-0012 (fax)

Kenneth M. Kramer
Tammy P. Bieber
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Alfred U. Pavlis
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06490

Andrew N. Vollmer
Gordon Pearson
Heather A. Jones
Wilmer Cutler & Pickering
2445 M Street, NW
Washington, DC 20037-1420

Jay W. Eisenhofer
Geoffrey C. Jarvis
Grant & Eisenhofer, P.A.
1201 N. Market Street Suite 2100
Wilmington, Delaware 19801
(302) 622-7100 (fax)

Lisa Kelly Morgan
Ruben, Johnson & Morgan, P.C.
CityPlace II 185 Asylum Street
Hartford, Connecticut 06103

Nancy A. Kulesa