

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, : | 2006 FEB 10 A 10: 57 |
| : | DISTRICT COURT |
| Plaintiff, : | Civil Action No. 3:00-cv-01621 (AWT) |
| : | |
| v. : | **ALL CASES** |
| : | |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, : | February 9, 2006 |
| Defendants. | |

### MOTION FOR ADMISSION OF VISITING ATTORNEY JONATHAN ADLER

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Jonathan Adler to represent Lead Plaintiffs Louisiana State Employees' Retirement System ("LASERS"), Paul Dantzig and Thomas Zambito in the above-captioned class action. In support of this motion, the Affidavit of Attorney Adler is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion. Service of all papers shall be made upon Andrew M. Schatz, Jeffrey S. Nobel, or Nancy A. Kulesa at Schatz & Nobel, P.C., One Corporate Center, 20 Church Street, Suite 1700, Hartford, Connecticut 06103.

**GRANTED.** It is so ordered.

**SCHATZ & NOBEL, P.C.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/28/06