UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

––––––––––––––––––––––––––––––––––––––x
:
RUSSELL CARLSON, Individually and on :
Behalf of All Others Similarly Situated, :
:
Plaintiffs, :
:
vs. :  3:00-CV-1621 (AWT)
:  ALL CASES
XEROX CORPORATION, KPMG LLP, :
PAUL ALLAIRE, G. RICHARD THOMAN, :
ANN MULCAHY, BARRY ROMERIL, :
GREGORY TAYLER and PHILIP :
FISHBACH, :
Defendants. :
––––––––––––––––––––––––––––––––––––––x

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: Louisiana State Employees' Retirement System, Paul Dantzig, and Thomas Zambito.

Dated: March 7, 2006

_____
Jonathan L. Adler (phv0915)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY  10119
Tel: (212) 946-9467
Fax: (212) 656-1820
E-mail: jadler@milbergweiss.com

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the foregoing Appearance was sent via First Class Mail, this 7th day of March 2006, to the following parties or counsel of record:

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Joseph M. Salama, Esq.
**Cravath, Swaine & Moore, LLP**
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

Thomas D. Goldberg, Esq.
**Day, Berry & Howard, LLP**
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Gordon Pearson, Esq.
Heather A. Jones, Esq.
**Wilmer Cutler Pickering Hale
 and Dorr, LLP**
2445 M Street, NW
Washington, DC 20037

Alfred U. Pavlis, Esq.
**Daly & Palvis, LLC**
107 John Street
Southport, CT 06490

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
**Hogan & Hartson, LLP**
875 3rd Ave.
New York, NY 10022

Kenneth M. Kramer, Esq.
Tammy P. Bieber, Esq.
**Shearman & Sterling, LLP**
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
**Cowdery, Ecker & Murphy, LLC**
750 Main Street
Hartford, CT 06103

Lisa Kelly Morgan, Esq.
**Ruben, Johnson & Morgan, PC**
249 Pearl Street
Hartford, CT 06103

Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
**Grant & Eisenhofer, PA**
Chase Manhattan Centre
1201 N. Market St. #2100
Wilmington, DE 19801

            _____
            JONATHAN L. ADLER