UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : : : |
| Plaintiff, | : Civil Action No. 3:00-cv-01621 (AWT) : |
| v. | : **ALL CASES** : |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : : : : : March 23, 2006 |
| Defendants. | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Justin S. Kudler respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Herman Krangel, James Francis, Joseph Gladke, Kenneth Mady, Lillian Krangel, Paul Dantzig, Sylvia Cohen, Louisiana State Employees' Retirement System, Thomas Zambito and all plaintiffs in the above-captioned action. Other counsel from Schatz & Nobel with appearances in this case will continue to serve as liaison counsel for the Lead Plaintiffs.

Respectfully submitted,

  /s/ Justin S. Kudler
Justin S. Kudler (ct25167)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
(860) 493-6292

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 23, 2006 a copy of foregoing Motion for Leave to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Justin S. Kudler
Justin S. Kudler (ct25167)
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
(860) 493-6292