UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XEROX CORPORATION, et al.<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: Paul A. Allaire, Barry D. Romeril, and Gregory Tayler.

Dated: April 27, 2006

Adam S. Aderton (phv0994)
WILMER CUTLER PICKERING HALE and
    DORR LLP
2445 M Street, NW
Washington, D.C. 20037
Tel: (202) 663-6399
Fax: (202) 663-6363
Email: adam.aderton@wilmerhale.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance was sent via First Class Mail, this 27th day of April 2006, to the following parties or counsel of record:

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Glen DeValerio
Jeffrey C. Block
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY 10199

Andrew M. Schatz
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103

J. Daniel Sagarin
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, CT 06460

Geoffrey C. Jarvis
**Grant & Eisenhofer, P.A.**
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Evan R. Chesler
Sandra C. Goldstein
Karin A. DeMasi
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg
Terence J. Gallagher
**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, CT 06901

W. Sidney Davis, Jr.
George A. Salter
M. Gavan Montague
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022

Stuart J. Baskin
Tammy P. Bieber
Seth M. Kean
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy LLC**
750 Main Street
Hartford, CT 06103

Lisa Kelly Morgan
**Ruben, Johnson & Morgan, PC**
249 Pearl Street
Hartford, CT 06103

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT 06490

DATED: April 27, 2006

                                        _____
                                        Adam S. Aderton