# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated, | : |
| Plaintiffs, | : |
| vs. | :     3:00-CV-1621 (AWT) <br> :     ALL CASES |
| XEROX CORPORATION, et al. | : |
| Defendants. | : |

## NOTICE OF ADDRESS CHANGE

Effective May 1, 2006, the address for Wilmer Cutler Pickering Hale and Dorr LLP has been changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C. 20006. The telephone and fax numbers remain the same.

DATED: May 3, 2006

Andrew N. Vollmer (ct 23728)
Heather A. Jones (ct 24194)
Adam S. Aderton (phv0994)
WILMER CUTLER PICKERING HALE and
    DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 633-6000
Fax: (202) 663-6363

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice was sent via First Class Mail,

this 3rd day of May 2006, to the following parties or counsel of record:


Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Glen DeValerio
Jeffrey C. Block
**Berman DeValerio Pease Tabacco Burt &**
   **Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza
New York, NY 10199

Andrew M. Schatz
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103

J. Daniel Sagarin
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, CT 06460

Geoffrey C. Jarvis
**Grant & Eisenhofer, P.A.**
Chase Manhattan Centre
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Evan R. Chesler
Sandra C. Goldstein
Karin A. DeMasi
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Thomas D. Goldberg
Terence J. Gallagher
**Day, Berry & Howard LLP**
One Canterbury Green
Stamford, CT 06901

W. Sidney Davis, Jr.
George A. Salter
M. Gavan Montague
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022

Stuart J. Baskin
Tammy P. Bieber
Seth M. Kean
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy LLC**
750 Main Street
Hartford, CT 06103

Lisa Kelly Morgan
**Ruben, Johnson & Morgan, PC**
249 Pearl Street
Hartford, CT 06103

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT 0649

DATED: May 3, 2006