UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>May 15, 2006 |

**MOTION TO WITHDRAW APPEARANCE**

**OF TIMOTHY W. BLAKELY, JOSEPH M. SALAMA AND IAN R. SHAPIRO**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned respectfully moves for leave to withdraw the appearance of Timothy W. Blakely, Joseph M. Salama and Ian R. Shapiro on behalf of Defendant Xerox Corporation as they are no longer with the law firm of Cravath, Swaine & Moore LLP.  The remaining counsel of record at the firm will continue to represent Xerox Corporation, and no hardship will be caused by this withdrawal.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By
   /s/  Sandra C. Goldstein
   Evan R. Chesler (ct 03177)
   Sandra C. Goldstein (ct 24019)
   Karin A. DeMasi (phv0584)
   Members of the Firm

   CRAVATH, SWAINE & MOORE LLP
   Worldwide Plaza
   825 Eighth Avenue
   New York, NY 10019
   (212) 474-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006, a copy of the foregoing Motion to Withdraw Appearance of Timothy W. Blakely, Joseph M. Salama and Ian R. Shapiro was filed electronically and served by mail on those parties listed below unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system as indicated on the Notice of Electronic Filing or by mail to those parties listed below unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.


Jay W. Eisenhofer, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801


   /s/ Sandra C. Goldstein
Sandra C. Goldstein (ct 24019)

Cravath, Swaine & Moore LLP
Worldwide Plaza
  825 Eighth Avenue
    New York, NY 10019
      Phone: (212) 474-1000
        Fax: (212) 474-3700
          Email: sgoldstein@cravath.com