UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE M. MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 00-CV-1621 (AWT)<br><br>ALL CASES<br><br><br>June 13, 2006 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Peter J. McDougall ("Movant") respectfully moves, in accordance with Local Rule of Civil Procedure 7(e), to withdraw his appearance in this action on behalf of Plaintiffs. Other counsel from Johnson & Perkinson will continue to serve as Co-Lead Counsel in this action. Allowing the Movant to withdraw his appearance in this action on behalf of Plaintiffs will not cause prejudice to any party and will not affect the administration of this case. Wherefore, the undersigned respectfully requests the Court allow the Movant to withdraw his appearance in this matter.

Dated:  June 13, 2006

Respectfully submitted,

/s/ Peter J. McDougall
Peter J. McDougall, Esq. (phv0342)
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
802-862-0030

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2006, a true copy of the foregoing was filed with the Court and served on all counsel of record through the Court's electronic case filing service.

/s/ Peter McDougall