UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : CIVIL ACTION NO. <br> : 3:00-CV-01621 (AWT) <br> : |
| Plaintiff, | : **ALL CASES** |
| v. | : <br> : |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : <br> : JUNE 21, 2006 <br> : <br> : |
| Defendants. | : |

### MOTION TO WITHDRAW APPEARANCE AS COUNSEL

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned hereby moves to withdraw his appearance as counsel in this action for defendants Paul Allaire, Barry Romeril, and Gregory Tayler. In support of this motion, the undersigned states that he is leaving Wilmer Cutler Pickering Hale and Dorr LLP and that other lawyers from that firm have entered appearances for and are representing defendants Allaire, Romeril, and Tayler.

WHEREFORE, the undersigned respectfully requests that his appearance be withdrawn for defendants Allaire, Romeril, and Tayler.

By /s/ Andrew N. Vollmer
Andrew N. Vollmer (ct 23728)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6202

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2006, a copy of the foregoing Motion to Withdraw Appearance as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
ADAM S. ADERTON