UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
RUSSELL CARLSON, INDIVIDUALLY :
AND ON BEHALF OF ALL OTHERS :
SIMILAR SITUATED, : Case No.: 3:00-CV-1621 (AWT)
               Plaintiffs, : ALL CASES
 :
v. :
 :
XEROX CORPORATION, KPMG LLP, :
PAUL ALLAIRE, G. RICHARD THOMAN,:
ANN MULCAHY, BARRY ROMERIL, :
GREGORY TAYLER and PHILIP :
FISHBACH, :
 : June 26, 2006
               Defendants. :
 :
---------------------------------------------x

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Tammy P. Bieber, formerly of Shearman & Sterling, LLP, hereby moves for leave to withdraw as counsel of record for KPMG LLP. Ms. Bieber has accepted other employment and is no longer involved in this case. KPMG LLP will continue to be represented by Attorneys Stuart J. Baskin, Seth M. Kean, Tai H. Park, and Panagiotis Katsambas of Shearman & Sterling, LLP, and Thomas J. Murphy of Cowdery, Ecker & Murphy, LLC, and no hardship will be occasioned by this withdrawal. A copy of this motion has been served on KPMG LLP by certified mail on this date.

THE DEFENDANT,
KPMG LLP

By: *Seth M. Kean / TJM*
Stuart J. Baskin (ct25986)
Seth M. Kean (ct24587)
Tammy P. Bieber (ct22089)
Tai H. Park (ct25826)
Panagiotis Katsambas (ct25719)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
E-mail: sbaskin@shearman.com

- and -

Thomas J. Murphy (ct07959)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103
Telephone: (860) 278-5555
Facsimile: (860) 249-0012
E-mail: tmurphy@cemlaw.com

- Its Attorneys -

## CERTIFICATE OF SERVICE

      This is to certify that on June 26, 2006, I caused a copy of the foregoing Motion to Withdraw as Counsel to be filed electronically and served on all parties to accept electronic filing. I understand that notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system and that parties may access this filing through the court's CM/ECF System. I will cause such filing to be mailed to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

      This is to further certify that a copy of the foregoing has been sent via certified mail on June 26, 2006 to the client of the undersigned, as follow:

Susan C. Cockfield, Esq.
Associate General Counsel
KPMG LLP
Office of the General Counsel
FDR Station Box 5340
New York, NY 10150-5340

_____
Thomas J. Murphy