# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | : | CIVIL ACTION NO. 3:00-CV-01621 (AWT) |
| Plaintiff, | : | **ALL CASES** |
| v. | : | |
| XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | : | JULY 13, 2006 |
| Defendants. | : | |

### DEFENDANTS' MOTION FOR ADMISSION OF JOHN A. VALENTINE AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Civil Rules of this Court, Alfred U. Pavlis, counsel to defendants Paul Allaire, Barry Romeril, and Gregory Tayler, and a member of the bar of this Court, respectfully moves that John A. Valentine, an attorney with the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, D.C. 20006, be admitted as a visiting attorney to represent, in association with the undersigned, the defendants Paul Allaire, Barry Romeril, and Gregory Tayler in the above-captioned matter.

The accompanying Affidavit states that Mr. Valentine is a member in good standing of the Bars of the District of Columbia, the State of New York, and the Commonwealth of Pennsylvania, and that Mr. Valentine has neither been denied admission nor been disciplined by this Court or any other court.

Accompanying this motion is a check in the amount of $25.00 as payment of the fee required by Local Rule 83.1(d).

DEFENDANTS PAUL ALLAIRE, BARRY ROMERIL AND GREGORY TAYLER

By __*[signature]*__
Alfred U. Pavlis (ct08603)
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06490
Telephone: 203-255-6700
Fax: 203-255-1953
apavlis@dalypavlis.com

## CERTIFICATION

I hereby certify that on July 13, 2006, a copy of foregoing Motion for Admission of Visiting Attorney was sent via First Class Mail, postage prepaid, to the following counsel of record:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
   Burt & Pucillo
One Liberty Square
Boston, MA  02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Nancy A. Kulesa, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT  06103

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street, #2100
Wilmington, DE  19801

Thomas D. Goldberg, Esq.
Terrence J. Gallagher, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT  06901

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Seth M. Kean, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY  10022-6069

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss Bershad & Schulman, LLP
One Pennsylvania Plaza, 49th Floor
New York, NY  10119-0165

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT  06460

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY  10019

Adam Aderton, Esq.
Heather A. Jones, Esq.
Wilmer Cutler Pickering Hale
   and Dorr LLP
2445 M Street, NW
Washington, DC  20037

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson, LLP
875 3rd Avenue
New York, NY  10022

_____
Alfred U. Pavlis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XEROX CORPORATION, et al.<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br>June 21, 2006 |

### AFFIDAVIT OF JOHN A. VALENTINE

I, John A. Valentine, under penalty of perjury, hereby state as follows:

1. I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP located at 1875 Pennsylvania Avenue, Washington, D.C. 20006; telephone number, 202-633-6131; facsimile number, 202-663-6363; email address, john.valentine@wilmerhale.com. Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, I submit this Affidavit in support of Defendants' Motion for Admission of Visiting Attorney John A. Valentine in the above-captioned matter.

2. I am a member in good standing of the Bars of the District of Columbia, the State of New York, and the Commonwealth of Pennsylvania.

3. I have neither been denied admission nor been disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
John A. Valentine

District of Columbia /ss

Subscribed and sworn to before me
This 21st day of June, 2006.

_____
Notary Public (My Commission Expires)

GWENDOLYN S. WILLIAMS
NOTARY PUBLIC, DISTRICT OF COLUMBIA
My Commission Expires January 14, 2008