UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE<br>:<br>: |
| v. | : ALL CASES<br>: |
| XEROX CORPORATION, ET AL. | : |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE<br>:<br>: |
| v. | :<br>: |
| XEROX CORPORATION, ET AL. | : August 10, 2006 |

## MOTION FOR ADMISSION OF CHARLES T. CALIENDO

Lisa Kelly Morgan, Esquire, a member in good standing of the bar of this Court, hereby moves pursuant to Local Rule of Civil Procedure 83.1(d) that Attorney Charles T. Caliendo be permitted to appear as a visiting lawyer on behalf of the Plaintiffs in the above-referenced member case, Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC an PPM America, Inc. In support of this motion, the Affidavit of Attorney Caliendo is attached hereto as Exhibit A. The required fee of $25.00 for Attorney Caliendo's admission is submitted with this Motion.

Service of all papers shall be made upon Lisa Kelly Morgan, Derek M. Johnson or Maura H. Horan at Ruben, Johnson & Morgan, PC, 249 Pearl Street, Third Floor, Hartford, CT 06103.

Dated: August 10, 2006                     RUBEN, JOHNSON & MORGAN, P.C.

_____
Lisa Kelly Morgan
Federal Bar No. 02201
249 Pearl Street, Third Floor
Hartford, CT 06103
Telephone: 860-275-6888
Fax: 860-275-6884
Email: lisa.kelly.morgan@rjmlaw.com

Plaintiffs,
Florida State Board of Administration;
Teachers' Retirement System of
Louisiana; Franklin Mutual
Advisers, LLC and PPM America, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on behalf of all others similarly situated<br><br>v.<br><br>XEROX CORPORATION, ET AL. | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE<br>:<br>:<br>: ALL CASES<br>:<br>: |

| | |
|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.<br><br>v.<br><br>XEROX CORPORATION, ET AL. | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE<br>:<br>:<br>:<br>:<br>: August 3, 2006 |

### AFFIDAVIT OF CHARLES T. CALIENDO

| | |
|---|---|
| **STATE OF NEW YORK**        )<br>                                               )<br>**COUNTY OF NEW YORK**   ) | August 3, 2006 |

I, Charles T. Caliendo, being duly sworn, hereby state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am Senior Counsel with the law firm of Grant & Eisenhofer P.A., located at 45 Rockefeller Center, 15th Floor, 630 Fifth Avenue, New York, New York 10111; telephone (646) 722-8500; facsimile (646) 722-8501; email ccaliendo@gelaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I make this affidavit in support of the motion for my admission as visiting attorney in connection with the above-caption actions.

3. I am admitted to the bars of the following courts: (1) State of New York; (2) U.S. District Court for the Southern District of New York; (3) U.S. District Court for the Eastern District of New York; (4) U.S. District Court for the Northern District of New York; (5) U.S. Court of Appeals for the Second Circuit; and (6) U.S. Supreme Court.

4. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

By: _____
Charles T. Caliendo

Subscribed and sworn to before me
this 3rd day of August, 2006.

_____
Notary Public
My commission expires: 12/5/09

DAGMARIS G. MENDEZ
Notary Public, State of New York
No. 01ME6137754
Qualified in New York County
Commission Expires December 5, 2009

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepared, on this 10th day of August, 2006, to the counsel of record listed on the annexed Attachment A.

                                                              *[signature]*
                                                            Lisa Kelly Morgan, Esquire
                                                            Ruben, Johnson & Morgan, P.C.

# ATTACHMENT A

Evan R. Chesler
Sandra C. Goldstein
**Cravath, Swaine & Moore**
825 Eighth Avenue, Worldwide Plaza
New York, New York 10019-7415

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, CT 06490

Adam S. Aderton
John A. Valentino
Gordon Pearson
Heather A. Jones
**Wilmer, Cutler, Pickering, Hale & Dorr**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Stuart J. Baskin
Tai H. Park
Seth M. Kean
John Gueli
**Shearman & Sterling**
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy
**Cowdery, Ecker & Murphy**
750 Main Street
Suite 910
Hartford, CT 06103-4477

Thomas D. Goldberg
Terrence J. Gallagher
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT 06901-2047

Glen DeValerio
Jeffery C. Block
Michael G. Lange
Abigail Romeo
**Berman, DeValerio, Pease, Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss
Brad N. Friedman
Beth Kaswan
Elizabeth Berney
Cary L. Talbot
Jonathan L. Adler
**Milberg Weiss Bershad & Shulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119

J. Daniel Sagarin
**Hurwitz & Sagarin LLC**
147 N. Broad Street
Milford, CT 06460

W. Sidney Davis, Jr.
George A. Salter
M. Gavin Montgaue
**Hogan & Hartson LLP**
875 Third Avenue
New York, NY 10022

Stacey K. Porter
Dennis Johnson
Jacob B. Perkinson
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403

Andrew M. Schatz
Jeffery S. Nobel
Nancy A. Kulesa
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103

Charles J. Piven
**Law Offices of Charles J. Piven, P.A.**
The World Trade Center-Baltimore
401 East Pratt St., Suite 2525
Baltimore, MD 21202