UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually** | : | APPEARANCE |
| and on behalf of all others similarly | : | |
| situated | : | CIVIL ACTION NO. 3:00 CV-1621 (AWT) |
| | : | MASTER CASE |
| | : | |
| v. | : | ALL CASES |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF** | : | CIVIL ACTION NO. 3:02 CV-1303 (AWT) |
| **ADMINISTRATION, ET AL.** | : | MEMBER CASE |
| | : | |
| v. | : | |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | November 16, 2006 |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case on behalf of Florida State Board of Administration, Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America, Inc.

                                                    Respectfully submitted,

Dated: November 16, 2006               /s/ Jill Agro
                                                Jill Agro (phv01429)
                                                GRANT & EISENHOFER, P.A.
                                                Chase Manhattan Centre
                                                1201 N. Market Street
                                                Wilmington, DE 19801
                                                Tel: (302) 622-7000
                                                Fax: (302) 722-7100
                                                Email: jagro@gelaw.com

*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually and on behalf of all others similarly situated** | : : : : : | **APPEARANCE**<br><br>**CIVIL ACTION NO. 3:00 CV-1621 (AWT)**<br>**MASTER CASE** |
| **v.** | : : | **ALL CASES** |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : : : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)**<br>**MEMBER CASE** |
| **v.** | : : | |
| **XEROX CORPORATION, ET AL.** | : | **November 16, 2006** |

CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                            /s/ Jill Agro
                                            Jill Agro (phv01429)
                                            Grant & Eisenhofer P.A.
                                            Chase Manhattan Centre
                                            1201 North Market Street
                                            Wilmington, DE  19801
                                            Phone:  302-622-7000
                                            Fax:  302-622-7100
                                            Email:  jagro@gelaw.com