UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually and on behalf of all others similarly situated** | : : : : : | **APPEARANCE** <br><br> **CIVIL ACTION NO. 3:00 CV-1621 (AWT)** <br> **MASTER CASE** |
| **v.** | : : | **ALL CASES** |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : : : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)** <br> **MEMBER CASE** |
| **v.** | : : | |
| **XEROX CORPORATION, ET AL.** | : | November 16, 2006 |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel in this case for: Florida State Board of Administration, Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America, Inc.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: November 16, 2006

　　　　　　　　　　/s/ Ananda Chaudhuri
　　　　　　　　　　Ananda Chaudhuri (phv01270)
　　　　　　　　　　GRANT & EISENHOFER, P.A.
　　　　　　　　　　Chase Manhattan Centre
　　　　　　　　　　1201 N. Market Street
　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　Tel: (302) 622-7000
　　　　　　　　　　Fax: (302) 722-7100
　　　　　　　　　　Email: achaudhuri@gelaw.com

　　　　　　　　　　*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually and on behalf of all others similarly situated** | : : : : | APPEARANCE CIVIL ACTION NO. 3:00 CV-1621 (AWT) MASTER CASE |
| v. | : : | ALL CASES |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : : : | CIVIL ACTION NO. 3:02 CV-1303 (AWT) MEMBER CASE |
| v. | : : | |
| **XEROX CORPORATION, ET AL.** | : | November ____, 2006 |

CERTIFICATE OF SERVICE

     I hereby certify that on November __, 2006, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                         /s/ Ananda Chaudhuri
                         Ananda Chaudhuri (phv01270)
                         Grant & Eisenhofer P.A.
                         Chase Manhattan Centre
                         1201 North Market Street
                         Wilmington, DE  19801
                         Phone:  302-622-7000
                         Fax:  302-622-7100
                         Email:  achaudhuri@gelaw.com