UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated, | : |
| Plaintiff, | : Case No. 3:00-CV-1621 (AWT) |
| v. | : **ALL CASES** |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL, | : |
| Defendants. | : February 21, 2007 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Ted Swiecichowski to represent the Lead Plaintiffs and other class members in the above-captioned securities class action. In support of this motion, the Affidavit of Attorney Swiecichowski is attached hereto as Exhibit A. A check for $25.00 accompanies this motion.

THE PLAINTIFFS

By: /s/ Nancy A. Kulesa
Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Nancy A. Kulesa ct 25384
**SCHATZ NOBEL IZARD, P.C.**
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292

**Co-Liaison Counsel**

Exh. A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | : : : : : : : : : : : : : : : : | Civil Action No. 3:00-cv-01621 (AWT)<br><br>**ALL CASES** |

### AFFIDAVIT OF TED SWIECICHOWSKI

STATE OF NEW YORK   )
                    :SS.:
COUNTY OF NEW YORK  )

I, Ted Swiecichowski, under penalty of perjury, state as follows:

1. I am an Associate in Milberg Weiss & Bershad LLP, located at One Pennsylvania Plaza, 49th Floor, New York, NY, 10119; telephone (212) 594-5300; facsimile (212) 868-1229; e-mail tswiecichowski@milbergweiss.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of my motion for admission as visiting attorney in connection with the above-captioned action.

2. I am admitted to the bars of the State of New York, as well as the bars of the United States District Courts for the Southern District of New York and Eastern District of New York.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

_____
Ted Swiecichowski

Sworn to this 13th day of February 2007.

_____
Notary Public

SANGEETA JOSHI
Notary Public, State of New York
01JO6156653
Qualified in Richmond County
Commission Expires on November 11, 2010

DOCS\389196v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2007, a copy of the foregoing was sent by U.S. mail, postage prepaid, to:

Evan R. Chesler
Sandra C. Goldstein
Joseph Salama
Ryan D. Junck
Timothy W. Blakely
Kevin J. Orsini
Karin A. DeMasi
**Cravath, Swaine & Moore**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019

Ivy Thomas McKinney
Associate General Counsel
**Xerox Corporation**
800 Long Ridge Road
Stamford, Connecticut 06904-1600

Thomas D. Goldberg
Terence J. Gallagher, III
**Day Pitney LLP**
One Canterbury Green
Stamford, Connecticut 06901

John A. Valentine
Heather A. Jones
**Wilmer, Cutler & Pickering**
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Alfred U. Pavlis
**Daly & Pavlis, LLC**
107 John Street
Southport, Connecticut 06490

Thomas J. Murphy
**Cowdery, Ecker & Murphy**
750 Main Street Suite 910
Hartford, Connecticut 06103-4477

Seth M. Kean
Tai H. Park
Panagiotis Katsambas
**Shearman & Sterling**
599 Lexington Avenue
New York, New York 10022

_____
Nancy A. Kulesa