UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-cv-01621 (AWT)<br><br>**ALL CASES**<br><br><br><br><br><br>Dated: March 1, 2007 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw James Shaughnessy as counsel of record for plaintiffs Thomas Zambito, Joseph Gladke, Sylvia Cohen, Paul Dantzig, Herman Krangel, Lillian Krangel, James Francis, Kenneth Mady, Louisiana State Employees. Brad N. Friedman of Milberg Weiss & Bershad LLP continues to represent the plaintiffs and no hardship will be caused by this withdrawal.

| | |
|---|---|
| Respectfully submitted, | **SCHATZ NOBEL IZARD, P.C.** |
| | /s/ Nancy A. Kulesa |
| | Andrew M. Schatz (ct00603) |
| | Jeffrey S. Nobel (ct25167) |
| | Nancy A. Kulesa (ct 25384) |
| | 20 Church Street, Suite 1700 |
| | Hartford, CT 06103 |
| | Tel: (860) 493-6292 |
| | Fax: (860) 493-6290 |

CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT ON MARCH 1, 2007 A COPY OF FOREGOING WAS FILED ELECTRONICALLY. NOTICE OF THIS FILING WILL BE SENT BY E-MAIL TO ALL PARTIES BY OPERATION OF THE COURT'S ELECTRONIC FILING SYSTEM. PARTIES MAY ACCESS THIS FILING THROUGH THE COURT'S SYSTEM. THIS DOCUMENT WILL BE SERVED BY U.S. MAIL ON ANY PARTY UNABLE TO ACCEPT SERVICE ELECTRONICALLY.

/s/ Nancy A. Kulesa
_____
Andrew M. Schatz (ct00603)
Jeffrey S. Nobel (ct04855)
Nancy Kulesa (ct25384)
SCHATZ NOBEL IZARD, PC
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103
Tel: (860) 493-6292
Fax: (860) 493-6290