**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,  )<br><br>Plaintiff,  )<br>v.  )<br><br>XEROX CORPORATION, KPMG LLP, )<br>PAUL A. ALLAIRE, G. RICHARD )<br>THOMAN, ANNE MULCAHY, )<br>BARRY D. ROMERIL, )<br>GREGORY TAYLER and )<br>PHILIP FISHBACH, )<br><br>Defendants.  ) | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br><br><br><br><br><br><br><br>March 7, 2007 |

**NOTICE OF WITHDRAWAL OF PROPOSED CLASS REPRESENTATIVES**

Lead Plaintiffs Dr. Paul Dantzig, Thomas Zambito, the Louisiana State Employees' Retirement System ("Plaintiffs") give notice that they no longer advance Sol Sachs and Leonard Nelson as proposed class representatives as previously set forth in Plaintiffs' Motion for Class Certification, filed January 19, 2006 (Docket No. 307), due to the passage of time and change in circumstances. Plaintiffs notice the withdrawal of Messrs. Sachs and Nelson without prejudice to their ability to recover as class members in the event that a class is certified and there is a recovery to the class.

|  |  |
|---|---|
|  | PLAINTIFFS,<br>By their attorneys, |
| DATED: March 7, 2007 | /s/ James F. Conway, III<br>Dennis J. Johnson (CT 22090)<br>Jacob B. Perkinson (CT 22091)<br>James F. Conway, III (phv0744)<br>**Johnson & Perkinson**<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, Vermont 05403 |

Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: jconway@jpclasslaw.com

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco
  Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Ted Swiecichowski (phv01696)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York  10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurtwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 7, 2007, a copy of the foregoing Notice of Withdrawal of Class Representatives was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access these filings through the court's CM/ECF System.

                /s/ James F. Conway, III
                James F. Conway, III (phv0744)
                Johnson & Perkinson
                1690 Williston Road
                P.O. Box 2305
                South Burlington, VT 05403
                Phone: (802) 862-0030
                Fax: (802) 862-0060
                E-mail: jconway@jpclasslaw.com