UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>    Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br><br><br><br><br><br><br><br>April 11, 2007 |

**NOTICE OF WITHDRAWAL OF PROPOSED CLASS REPRESENTATIVE**

Lead Plaintiffs Dr. Paul Dantzig, Thomas Zambito, the Louisiana State Employees' Retirement System ("Plaintiffs") give notice that they no longer advance Fernan Cepero as a proposed class representative as previously set forth in Plaintiffs' Motion for Class Certification, filed January 19, 2006 (Docket No. 307), due to the fact that his purchases were not made by him on the open market. Plaintiffs notice the withdrawal of Mr. Cepero without prejudice to his ability to recover as class members in the event that a class is certified and there is a recovery to the class.

                                                                PLAINTIFFS,
                                                                By their attorneys,

DATED: April 11, 2007                                           /s/ James F. Conway, III
                                                                Dennis J. Johnson (CT 22090)
                                                                Jacob B. Perkinson (CT 22091)
                                                                James F. Conway, III (phv0744)
                                                                **Johnson & Perkinson**
                                                                1690 Williston Road
                                                                P.O. Box 2305
                                                                South Burlington, Vermont 05403

Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: jconway@jpclasslaw.com

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco
  Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Ted Swiecichowski (phv01696)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York  10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz & Nobel, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurtwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2007, a copy of the foregoing Notice of Withdrawal of Class Representatives was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access these filings through the court's CM/ECF System.

      /s/ James F. Conway, III
James F. Conway, III (phv0744)
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: jconway@jpclasslaw.com