UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL,<br><br>Defendants. | Case No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br><br><br><br><br>April 10, 2007 |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Christopher C. Allen to represent the Lead Plaintiffs, Thomas Zambito, Paul Dantzig, the Louisiana State Employees, and other class members in the above-captioned securities class action. In support of this motion, the Affidavit of Attorney Allen is attached hereto as Exhibit A.  A check for $25.00 accompanies this motion.

THE PLAINTIFFS

By: /s/ Nancy A. Kulesa
Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Nancy A. Kulesa ct 25384
**SCHATZ NOBEL IZARD, P.C.**
20 Church Street, Suite 1700
Hartford, Connecticut 06103

Tel: (860) 493-6292
**Co-Liaison Counsel**

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br> March 27, 2007 |

## AFFIDAVIT OF CHRISTOPHER C. ALLEN IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING LAWYER

I, Christopher C. Allen, Esq., declare and state as follows:

1. I am an associate at the law firm of Johnson & Perkinson, located at 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403; telephone (802) 862-0030; facsimile (802) 862-0060; e-mail address callen@jpclasslaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf for admission as a visiting attorney to represent Lead Plaintiffs and the putative class in the above-captioned litigation.

2. I have been admitted to the bar of the State of Vermont.

3. I am in good standing with the bar to which I am admitted, and I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

1

Date: 3/27/2007

Christopher C. Allen, Esq.

Subscribed and sworn to before me
this 27th Day of March, 2007

Rachel G. Johnson
Notary Public

My Commission Expires
February 10, 2011

2

**CERTIFICATE OF SERVICE**

I hereby certify that correct copies of the foregoing document were sent via U.S. Mail, this 10th day of April 2007, to the following parties or counsel of record:

Abagail Romeo
Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
  Burt & Pucillo
One Liberty Square
Boston, MA 02109

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Beth Kaswan, Esq.
Milberg Weiss & Bershad, LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

**Keith M. Fleischman**

Francis P Karam
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York, NY 10016

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market St., #2100
Wilmington, DE 19801

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Karin A. DeMasi, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza, 825 Eighth Ave.,
New York, NY 10019

Thomas D. Goldberg, Esq.
Terrence J. Gallagher Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Andrew N. Vollmer, Esq.
Heather A. Jones, Esq.
Adam S. Aderton
Wilmer Cutler Pickering Hale
  and Dorr LLP
1875 Pennsylvania Ave. N.W.
Washington, DC 20006

Stuart J. Baskin, Esq.
Tammy P. Bieber, Esq.
Seth M. Kean, Esq.
Shearman & Sterling, LLP
599 Lexington Ave.
New York, NY 10022-6069

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson, LLP
875 3rd Ave.
New York, NY 10022

_____
Nancy A. Kulesa

Case 3:00-cv-01621-AWT    Document 375    Filed 04/11/2007    Page 7 of 7

2