UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> ALL CASES <br><br><br><br><br><br><br><br><br><br> April 26, 2007 |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Stacey K. Porter as counsel of record for Lead Plaintiffs Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System as she has separated from the law firm of Johnson & Perkinson. Johnson & Perkinson will continue to represent the plaintiffs and no hardship will be caused by this withdrawal.

Respectfully submitted,

**Johnson & Perkinson**

/s/ James F. Conway, III
Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: jconway@jpclasslaw.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 26, 2007, a copy of the foregoing Motion for Withdrawal of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these filings through the court's CM/ECF System.

                                          /s/ James F. Conway, III
                                          James F. Conway, III (phv0744)
                                          Johnson & Perkinson
                                          1690 Williston Road
                                          P.O. Box 2305
                                          South Burlington, VT 05403
                                          Phone: (802) 862-0030
                                          Fax: (802) 862-0060
                                          E-mail: jconway@jpclasslaw.com