UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>    Defendants. | APPEARANCE<br><br>3:00-CV-1621 (AWT)<br>ALL CASES<br><br><br><br><br><br><br><br>April 26, 2007 |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:  Lead Plaintiffs Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System.

Dated: April 26, 2007

Respectfully Submitted,

*/s/ Christopher C. Allen*

Christopher C. Allen (phv01823)
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Tel: (802) 862-0030
Fax: (802) 862-0060
Email: CAllen@jpclasslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2007, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these filings through the court's CM/ECF System.

Christopher C. Allen (phv01823)
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Phone: (802) 862-0030
Fax: (802) 862-0060
E-mail: CAllen@jpclasslaw.com

2