UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br> June 15, 2007 |

**SUPPLEMENTAL REPORT AND STIPULATION REGARDING
THE RULE 26(f) REPORT ON THE PARTIES' PLANNING MEETING**

The parties hereby jointly report on, and stipulate to, the following matters concerning the Rule 26(f) Report on the Parties' Planning Meeting ("Rule 26(f) Report"):

1. On February 3, 2006, this Court entered a Minute Order ("Order") stating that the:

   Rule 26(f) Report of Parties' Planning Meeting is hereby APPROVED; provided that the parties are working to resolve the areas of disagreement identified in subparagraphs 8 [deposition timing], 18 [class certification discovery and scheduling] and 19 [number and length of depositions] of part V.E.

*See* Dkt. 319. In addition, the Order directed the parties to bring any remaining disputes to the Court's attention. *Id.*

**Subparagraph 8 (Deposition Timing)**

2. Subsequent to the filing of the Rule 26(f) Report, Defendants made a voluntary

production of approximately three (3) million pages of deposition transcripts and documents produced in prior litigations and/or investigations between some or all Defendants and the United States Securities and Exchange Commission. Plaintiffs subsequently served their First Request for the Production of Documents and Things ("First Request") on the Xerox Defendants and KPMG. On April 5, 2007, Xerox produced documents in response to Plaintiffs' First Request. Plaintiffs recently have agreed not to seek any additional documents or categories of documents from Defendants in response to Plaintiffs' First Request.[1]

3. As a result, in resolution of their dispute as to Subparagraph 8 of the Rule 26(f) Report, the parties stipulate that Defendants have substantially completed document production, and thus all deposition practice may commence immediately.

## Subparagraph 18 (Class Certification)

4. Subsequent to the filing of Plaintiffs' motion for class certification on January 19, 2006, Defendants sought class certification document discovery from Plaintiffs. Plaintiffs, however, objected to several of Defendants' requests. In an attempt to resolve those disputes, the parties conducted a series of meet-and-confer negotiations on the scope of Plaintiffs' class certification document production responsibilities.

5. Upon Plaintiffs' supplemental production as a result of those negotiations and the parties' agreement that class certification document discovery is substantially complete, the parties stipulate to abide by the following class certification deposition and briefing schedule: (1) Defendants shall have sixty (60) days after substantial completion of class certification document discovery (as agreed upon by the parties) to complete class certification depositions; (2) Defendants' opposition to Plaintiffs' motion for class certification shall be due forty-five (45)

---

[1] Plaintiffs, however, have reserved the right to seek additional documents or categories of documents that may come to light as a result of future deposition testimony.

days after the last such deposition; and (3) Plaintiffs' reply shall be due forty-five (45) days after the filing of Defendants' opposition.

WHEREFORE, the parties hereby request that this Court approve this stipulation, which resolves the areas of disagreement identified in Subparagraphs 8 and 18 of the Rule 26(f) Report.

|  |  |
|---|---|
|  | PLAINTIFFS,<br>By their attorneys, |
| DATED: June 15, 2007 | /s/ Dennis J. Johnson<br>Dennis J. Johnson (CT 22090)<br>Jacob B. Perkinson (CT 22091)<br>**Johnson & Perkinson**<br>1690 Williston Road<br>South Burlington, Vermont 05403<br>Tel: (802) 862-0030<br>Fax: (802) 862-0060<br>Email: djohnson@jpclasslaw.com |
| DATED: June 15, 2007 | /s/ Bryan A. Wood<br>Glen DeValerio (CT 22582)<br>Leslie R. Stern (phv0743)<br>Bryan A. Wood (phv0742)<br>**Berman DeValerio Pease Tabacco Burt & Pucillo**<br>One Liberty Square<br>Boston, Massachusetts 02109<br>Tel: (617) 542-8300<br>Fax: (617) 542-1994<br>Email: lstern@bermanesq.com |
| DATED: June 15, 2007 | /s/ Brad N. Friedman<br>Melvyn I. Weiss (CT 04080)<br>Brad N. Friedman (CT 24910)<br>**Milberg Weiss Bershad & Schulman LLP**<br>One Pennsylvania Plaza, 49th Floor<br>New York, New York 10119-0165<br>Tel: (212) 594-5300<br>Fax: (212) 868-1229<br>Email: mweiss@milbergweiss.com<br><br>**Co-Lead Counsel** |

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

Xerox Corporation
By its attorneys,

DATED: June 15, 2007                  /s/ Evan R. Chesler
Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
Email: cravath@cravath.com

Defendants Philip Fishbach, G. Richard Thoman and Anne Mulcahy
By their attorneys,

DATED: June 15, 2007                  /s/ Thomas D. Goldberg
Thomas D. Goldberg (CT 04386)
Terence J. Gallagher (CT 22415)
**Day Pitney LLP**
One Canterbury Green
Stamford, Connecticut 06901
Tel: (203) 977-7300
Fax: (203) 977-7301
Email: tdgoldberg@daypitney.com

4

                                      Defendants Paul A. Allaire, Barry D.
Romeril and Gregory Tayler
By their attorneys,

DATED: June 15, 2007                    /s/ John A. Valentine
                                      John A. Valentine (CT 25941)
Heather A. Jones (CT 24194)
**Wilmer Cutler Pickering Hale**
  **and Dorr LLP**
1875 Pennsylvania Avenue, NW
Washington, District of Columbia 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
Email: john.valentine@wilmerhale.com

Defendant KPMG LLP
By its attorneys,

DATED: June 15, 2007                    /s/ Stuart J. Baskin
Stuart J. Baskin (CT 25986)
Seth M. Kean (CT 24587)
**Shearman & Sterling LLP**
599 Lexington Avenue
New York, New York 10022-6069
Tel: (212) 848-4000
Fax: (212) 848-7179
Email: sbaskin@shearman.com

W. Sidney Davis, Jr. (phv0738)
George A. Salter (phv0741)
Mark J. Lemire (phv0739)
**Hogan & Hartson LLP**
875 Third Avenue
New York, New York 10022
(212) 918-3000

|  |  |
|---|---|
|  | FSBA Plaintiffs<br>By their attorneys, |
| DATED: June 15, 2007 | _____/s/ Megan D. McIntyre_____<br>Megan D. McIntyre (phv0869)<br>**Grant & Eisenhofer, P.A.**<br>Chase Manhattan Centre<br>1201 North Market St., Ste. #2100<br>Wilmington, DE  19801<br>Tel:  (302) 622-7000<br>Fax:  (302) 622-7100<br>Email:  mmcintyre@gelaw.com |