UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>June 22, 2007 |

## DECLARATION OF KEVIN J. ORSINI

KEVIN J. ORSINI hereby declares the following under the penalty of perjury:

1. I am an associate at Cravath, Swaine & Moore LLP, and I respectfully submit this declaration in support of Defendants' Position Statement in Opposition to Plaintiffs' Proposal Regarding the Number and Length of Depositions in the above-entitled action.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Notice of Depositions of Vince Coleman [sic], James Bingham, Leslie Anne Coolidge and Derek Barnes, which plaintiffs served on the parties in the above-entitled action on June 13, 2007.

3. Attached hereto as Exhibit B is a true and correct list of those individuals and institutions on plaintiffs' Table of Potential Deponents (see Pl.'s Pos.

Stmt. Ex. 9) that were not deposed either in the Securities and Exchange Commission's investigation into Xerox's accounting practices or in SEC v. KPMG, No. 03-CV-0671 (DLC) (S.D.N.Y.).

    4. Attached hereto as Exhibit C is a true and correct copy of the Motion and Supporting Memorandum of the Securities and Exchange Commission to Intervene and For a Protective Order in In re Fed. Nat'l Mortgage Ass'n Sec., Derivative, and ERISA Litig. ("In re Fannie Mae"), MDL No. 1688 (D.D.C.), dated May 25, 2007, obtained from the electronic records of the United States District Court for the District of Columbia.

Dated: New York, NY
    June 22, 2007

                  _/s/ Kevin J. Orsini_
                   Kevin J. Orsini