# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>    Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES** |

## NOTICE OF DEPOSITIONS

TO:   ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the following depositions at the date(s), time and place indicated below before a notary public or some other person authorized by law to administer oaths. The deposition will be recorded by stenographic, sound and visual (videotape) means. You are invited to attend and cross-examine.

| Deponent | Date/Time | Place |
|---|---|---|
| Vince Coleman | July 24-25, 2007<br>9:00 a.m. | Milberg Weiss<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY 10119 |

| | | |
|---|---|---|
| James Bingham | July 25-26, 2007<br>9:00 a.m. | Schatz Nobel Izard, P.C.<br>20 Church Street, Suite 1700<br>Hartford, CT 06103 |
| Leslie Anne Coolidge | July 26, 2007<br>9:00 a.m. | Milberg Weiss<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY 10119 |
| Derek Barnes | August 2, 2007<br>9:00 a.m. | Milberg Weiss<br>One Pennsylvania Plaza<br>49th Floor<br>New York, NY 10119 |

Dated: June 13, 2007

By: /s/ Bryan Wood

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad Friedman (CT 24910)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel & Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

2

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**