# EXHIBIT B

| | **Individuals and Institutions Listed on Plaintiffs' Table of Potential Deponents Who Were Not Deposed in the SEC Investigation or *SEC v. KPMG*** | |
|---|---|---|
| | *Carlson, et al. v. Xerox Corporation, et al., No. 3:00-CV-1621 (AWT)* | |
| | **Name** | **Affiliation (current or former)** |
| 1 | Thomas Dolan | Xerox |
| 2 | A. Barry Rand | Xerox |
| 3 | Peter Gallagher | Xerox |
| 4 | Leslie Varon | Xerox |
| 5 | Hector Motroni | Xerox |
| 6 | Charles Hall | Xerox |
| 7 | Russell Okasako | Xerox |
| 8 | Derek Barnes | KPMG |
| 9 | Patrick Fulford | Xerox |
| 10 | Chris McWilton | KPMG |
| 11 | Don Weber | Xerox |
| 12 | Nestor Sawicki | Xerox |
| 13 | Ricardo Newark | Xerox |
| 14 | Peter Maria Brongers | Xerox |
| 15 | Carlos Pascual | Xerox |
| 16 | Terry J. Daly | Xerox |
| 17 | Marco Gutierrez | Xerox |
| 18 | Carlos Salles | Xerox |
| 19 | Timothy Young | KPMG |
| 20 | Patrick Ponchon | Xerox |
| 21 | Pierre Danon | Xerox |
| 22 | Chris Ross-Parker | Xerox |
| 23 | Joanna Osborne | KPMG |
| 24 | Haruhiko Yoshida | Fuji Xerox |
| 25 | Satoshi Yura | KPMG |
| 26 | David Bullwinkle | PwC |
| 27 | Dr. Jessica Pollner | PwC |
| 28 | Christina Van Tassel | PwC |
| 29 | Todd Morrison | PwC |
| 30 | John M. Morrissey | SEC |
| 31 | The Gartner Group | N/A |
| 32 | Heller Financial | N/A |
| 33 | Citibank, N.A. | N/A |
| 34 | Akin Gump Strauss Hauer & Feld LLP | N/A |
| 35 | Paul Weiss Rifkind Wharton & Garrison LLP | N/A |
| 36 | Skadden, Arps, Slate Meagher & Flom LLP | N/A |