UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> ALL CASES <br><br><br><br><br><br><br><br> June 27, 2007 |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' POSITION STATEMENT IN OPPOSITION TO PLAINTIFFS' PROPOSAL REGARDING NUMBER AND LENGTH OF DEPOSITIONS**

Lead Plaintiffs, Dr. Paul Dantzig, Thomas Zambito and the Louisiana State Employees' Retirement System ("LASERS") (collectively, "Plaintiffs"), respectfully submit this brief response to Defendants' Position Statement in Opposition to Plaintiffs' Proposal Regarding the Number and Length of Depositions ("Defendants' Position Statement") to clarify their position regarding multi-day depositions. Plaintiffs never intended to seek testimony of "unlimited duration," as Defendants suggest. *See* Defendants' Position Statement, at 10. Rather, as evidenced by their prior proposal to cap multi-day depositions at three (3) days (which Defendants rejected), *see* Exhibit 12 to Plaintiffs' Position Statement, at 2, Plaintiffs seek only a reasonable accommodation to ensure the fair examination of key witnesses with substantial knowledge of Plaintiffs' claims. Accordingly, Plaintiffs hereby revise their request for multi-day depositions to fifteen (15) depositions of no more than three (3) seven-hour days.

DATED: June 27, 2007

PLAINTIFFS,
By their attorneys,

*/s/ Bryan Wood*

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco
  Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
Email: bwood@bermanesq.com

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Phone: (802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
**Milberg Weiss & Bershad LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurtwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**