UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | 3:00-CV-1621 (AWT) ALL CASES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | ) ) ) ) ) ) | |
| Defendants. | ) ) | June 27, 2007 |

## CERTIFICATE OF SERVICE

I, Bryan A. Wood, hereby certify that Plaintiffs' Response to Defendants' Position Statement in Opposition To Plaintiffs' Proposal Regarding Number and Length of Depositions filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007

DATED: June 27, 2007                                     /s/ Bryan A. Wood