UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSSELL CARLSON, Individually and on behalf of all others similarly situated** | : CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE |
| v. | : ALL CASES |
| **XEROX CORPORATION, ET AL.** | : |

| | |
|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE |
| v. | : |
| **XEROX CORPORATION, ET AL.** | : June 28, 2007 |

## MOTION FOR ADMISSION OF DOMENICO G. MINERVA

Lisa Kelly Morgan, Esquire, a member in good standing of the board of this Court, hereby moves pursuant to Local Rule of Civil Procedure 83.1(d) that Attorney Domenico G. Minerva be permitted to appear as a visiting lawyer on behalf of the Plaintiffs in the above-referenced member case, Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC and PPM America, Inc. In support of this motion, the Affidavit of Attorney Minerva is attached hereto as Exhibit A. The required fee of $25.00 for Attorney Minerva's admission is submitted with this Motion.

Service of all papers shall be made upon Lisa Kelly Morgan, Derek M. Johnson or Maura H. Horan at Ruben, Johnson & Morgan, PC, 249 Pearl Street, Third Floor, Hartford, CT 06103.

Dated: June 28, 2007 RUBEN, JOHNSON & MORGAN, P.C.

_____
Lisa Kelly Morgan
Federal Bar No. 02201
249 Pearl Street, Third Floor
Hartford, CT 06103
Telephone: 860-275-6888
Fax: 860-275-6884
Email: lmorgan@rjmlaw.com

Plaintiffs,
Florida State Board of Administration;
Teachers' Retirement System of
Louisiana; Franklin Mutual
Advisers, LLC and PPM America, Inc.

EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually** and on behalf of all others similarly situated | : : : : : | **CIVIL ACTION NO. 3:00 CV-1621 (AWT)** **MASTER CASE** |
| v. | : : | **ALL CASES** |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : : : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)** **MEMBER CASE** |
| v. | : : | |
| **XEROX CORPORATION, ET AL.** | : | **June 26, 2007** |

### AFFIDAVIT OF DOMENICO G. MINERVA

**STATE OF NEW YORK**       )
                            )       **June 26, 2007**
**COUNTY OF NEW YORK**      )

I, Domenico G. Minerva, being duly sworn, hereby state as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am associated with the law firm of Grant & Eisenhofer P.A., located at 685 Lexington Avenue, 29th Floor, New York, New York 10117; telephone (646) 722-8500; facsimile (646) 722-8501; email nminerva@gelaw.com. Pursuant to Local Civil Rule of Procedure 83.1(d), I make this affidavit in support of the motion for my admission as visiting attorney in connection with the above-caption actions.

3. I am admitted to the Bar of the State of New York.

4.  I am in good standing with the Bar to which I am admitted, and I have not been denied admission or disciplined by this Court or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

By: /s/ Domenico Minerva
Domenico G. Minerva

Subscribed and sworn to before me
this 26th day of June, 2007.

/s/ Dagmaris
Notary Public
My commission expires: 12/5/09

DAGMARIS G. MENDEZ
Notary Public, State of New York
No. 01ME6137754
Qualified in New York County
Commission Expires December 5, 2009

2

## CERTIFICATION

I hereby certify that on June 28, 2007, a copy of the foregoing Motion for Admission and attached Exhibit A which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing was sent by U.S. Mail to all persons identified on the Court's CM/ECF filing system as non-registered participants.

_____
Lisa Kelly Morgan, Esquire
Ruben, Johnson & Morgan, P.C.