UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
RUSSELL CARLSON, Individually And On
Behalf Of All Others Similarly Situated,

             Plaintiff,

             v.

XEROX CORPORATION, KPMG, LLP, PAUL
ALLAIRE, G. RICHARD THOMAN, ANN
MULCAHY, BARRY ROMERIL, GREGORY
TAYLER and PHILIP FISHBACH,

             Defendants.
---------------------------------------------------x

: Civil Action No. 3:00-cv-01621 (AWT)
: ALL CASES
: July 11, 2007

## NOTICE OF CHANGE OF FIRM NAME

**PLEASE TAKE NOTICE THAT** effective July 9, 2007, Milberg Weiss & Bershad LLP changed its name to Milberg Weiss LLP. All future reference to the firm in this matter should be to Milberg Weiss LLP. The firm's and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.

Dated: July 11, 2007

             Respectfully submitted,

             MILBERG WEISS LLP

             By: /s/ Brad N. Friedman
             Brad N. Friedman (ct24911)
             Ted J. Swiecichowski (phv01696)
             One Pennsylvania Plaza - 48th Floor
             New York, NY 10119
             Tel.: (212) 594-5300
             Fax: (212) 868-1229
             bfriedman@milbergweiss.com
             tswiecichowski@milbergweiss.com
             Counsel for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,

        Plaintiff,

v.

XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,

        Defendants.

Civil Action No. 3:00-cv-01621 (AWT)

**ALL CASES**

Filed: July 11, 2007

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of Court for the United States District Court of Connecticut by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will accomplish by the CM/ECFsystem.

Dated: July 11, 2007

/S/ Brad N. Friedman
Brad N. Friedman (ct24911)
Ted J. Swiecichowski (phv01696)
One Pennsylvania Plaza- 48th Floor
New York, NY 10119
Tel: (212) 594- 5300
Fax: (212) 868-1229
bfriedman@milbergweiss.com
tswiecichowski@milbergweiss.com

Counsel for Plaintiffs and the Class

## **SERIVCE LIST**

Eliot B. Gersten
Gersten Clifford & Rome, LLP
214 Main Street
Hartford, Connecticut 06106-1881
Telephone: (860) 527-7044
Fax: (860) 527-4968

John Joseph Robacynski
Gersten, Clifford & Rome, LLP
214 Main Street
Hartford, Connecticut 06106-1881
Telephone: (860) 527-7044
Fax: (860) 527-4968

Keith M. Fleischman
Grant & Eisenhofer, P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501

Aaron Brody
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022

Mark Levine
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022

Beth A. Kaswan
Scott + Scott, LLP
75 Rockefeller Plaza
19th Floor, Suite 1915
New York, NY 10019
Telephone: (212) 710-1040
Fax: (212) 710-1041

Charles Piven
Brower Piven, A Professional Association
The World Trade Center-Baltimore
401 East Pratt Street, Suite 2525
Baltimore, Maryland 21202
Telephone: (410) 986-0036

David A.P. Brower
Brower Piven, A Professional Association
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 501-9000
Fax: (212) 501-0300)

Elias A. Alexiades
215 Church Street, 2nd Floor
New Haven, Connecticut 06510
Telephone: (203) 777-4720
Fax: (203) 777-4722

Francis P. Karam
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218

Jeffrey M. Haber
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218

Mel E. Lifshitz
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218

Nancy A. Kulesa
Schatz Nobel Izard, P.C.
One Corporate Center

20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: 860-493-6292
Fax: 860-493-6290


Jeffrey S. Nobel
Schatz Nobel Izard, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Telephone: 860-493-6292
Fax: 860-493-6290

Steven B. Singer
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Fax: (212) 554-1444

Timothy J. MacFall
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, New York 10016
Telephone: (212) 779-1414
Fax: (212) 779-3218

David A. Slossberg
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street, P.O. Box 112
Milford, Connecticut 06460-0112
Telephone: (203) 877-8000
Fax: (203) 878-9800

J. Daniel Sagarin
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street, P.O. Box 112
Milford, Connecticut 06460-0112
Telephone: (203) 877-8000
Fax: (203) 878-9800

Patrick A. Klingman
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street

Chester, CT 06412
Telephone: (860) 526-1100
Fax: (860) 526-1120

Andrew S. Groher
RisCassi and Davis, P.C.
131 Oak Street
P.O. Box 261557
Hartford, CT 06126
Telephone: (860) 522-1196
Fax: (860) 246-5847

Thomas P. Willcutts
Willcutts Law Group, LLC
Capitol Place, 21 Oak Street Suite 602
Hartford, CT 06106-8002
Telephone: (860) 524-6800
Fax: (860) 524-7766

Adam J. Teller
Leone, Throwe, Teller & Nagle
33 Connecticut Boulevard
East Hartford, CT 06108
Telephone: (860) 528-2145
Fax: (860) 282-1539

Roy B. Thompson
Thompson & Bogran P.C.
15938 SW Quarry Road, Suite B-6
Lake Oswego, OR 97035
Telephone: (503) 245-6600
Fax: (503) 244-8399
Cell: (503) 381-9945

Ananda Chaudhuri
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Fax: (302) 622-7100

Charles T. Caliendo
Grant & Eisenhofer, P.A.
485 Lexington Avenue
29th Floor

DOCS\406185v1


New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
Direct: (212) 416-6542

Derek M. Johnson
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103
Telephone: (860) 275-6888
Fax: (860) 275-6884

Frederic S. Fox
Kaplan Kilsheimer & Fox LLP
805 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Fax: (212) 687-7714

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
Telephone: (772) 231-4202
Fax: (772) 231-7222

DOCS\406185v1