UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSSELL CARLSON**, Individually and on behalf of all others similarly situated | : APPEARANCE : : CIVIL ACTION NO. 3:00 CV-1621 (AWT) : MASTER CASE : |
| v. | : ALL CASES : |
| **XEROX CORPORATION, ET AL.** | : |

| | |
|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : CIVIL ACTION NO. 3:02 CV-1303 (AWT) : MEMBER CASE : |
| v. | : : |
| **XEROX CORPORATION, ET AL.** | : July 13, 2007 |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for: Florida State Board of Administration, Teacher's Retirement Systems of Louisiana, Franklin Mutual Advisors, LLC and PPM America, Inc.

Respectfully submitted,

Dated: July 13, 2007

/s/ Domenico G. Minerva
Domenico G. Minerva (phv01994)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10117
Phone: 646-722-8500
Fax: 646-722-8501
Email: nminerva@gelaw.com

*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RUSSELL CARLSON, Individually** and on behalf of all others similarly situated | : APPEARANCE :<br>: CIVIL ACTION NO. 3:00 CV-1621 (AWT)<br>: MASTER CASE 2<br>: |
| v. | : ALL CASES : |
| **XEROX CORPORATION, ET AL.** | : |

| | |
|---|---|
| **FLORIDA STATE BOARD OF ADMINISTRATION, ET AL.** | : CIVIL ACTION NO. 3:02 CV-1303 (AWT)<br>: MEMBER CASE<br>: |
| v. | : : |
| **XEROX CORPORATION, ET AL.** | : July 13, 2007 |

CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Domenico G. Minerva
Domenico G. Minerva (phv01994)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
29th Floor
New York, NY 10117
Phone: 646-722-8500
Fax: 646-722-8501
Email: nminerva@gelaw.com

*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*