UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually** | : | **CIVIL ACTION NO. 3:00 CV-1621 (AWT)** |
| **and on behalf of all others similarly** | : | **MASTER CASE** |
| **situated** | : | |
| | : | |
| v. | : | **ALL CASES** |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF** | : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)** |
| **ADMINISTRATION, ET AL.** | : | **MEMBER CASE** |
| | : | |
| v. | : | |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | **July 20, 2007** |

### NOTICE OF FILING BY PLAINTIFFS FLORIDA STATE BOARD OF ADMINISTATION, ET AL. OF RESPONSE TO COURT'S INQUIRY REGARDING PURCHASERS OF SECURITIES

PLEASE TAKE NOTICE that Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc. (collectively, "Plaintiffs") hereby submit the following in response to the Court's inquiry during the telephonic status conference on July 18, 2007, as to whether it was Plaintiffs or funds managed by Plaintiffs that purchased the Xerox stock at issue in this case:

**A.     Florida State Board of Administration**

Florida State Board of Administration ("FSBA") is an entity created by the Florida State Constitution whose members are the Governor, the Chief Financial Officer, and the Attorney General of the State of Florida. *See* Fl. Const. Art. 4 § 4(e). As the investment arm of the Florida state government, FSBA has a statutory mandate to manage certain governmental assets,

including the trust fund established to hold the assets of the Florida Retirement System (*see* Fl. Stat. §§ 121.151, 215.44), the Lawton Chiles Endowment Fund (*see* Fl. Stat. § 215.5601(3)(a)), a state-created trust fund consisting of pooled local government funds (*see* Fl. Stat. § 218.405), and other funds required by Florida law to be invested by FSBA (*see* Fl. Stat. § 215.44).  FSBA purchased Xerox stock on behalf of such funds, in its capacity as administrator of their assets.  Certain outside investment managers that FSBA retained to assist it in managing these funds' assets also purchased Xerox stock on behalf of the funds.

FSBA has a statutory duty "to see that the moneys invested under the provisions of §§ 215.44-215.53 are at all times handled in the best interests of the state."  Fl. Stat. § 215.44 (2)(a).  FSBA has long considered its role to include the pursuit of litigation when appropriate to recover losses on its investments due to securities fraud, and in accordance with Congress's preference (expressed through the Private Securities Litigation Reform Act of 1995) for institutional investors to play active roles in securities class actions, FSBA has served as lead plaintiff in a number of such cases.  *See*, *e.g.*, *In re DaimlerChrysler AG Sec. Litig.*, Civ. No. 00-933 (D. Del.) (achieving a $300 million settlement, at the time among the top 10 securities class action settlements since the enactment of the Private Securities Litigation Reform Act); *In re Dollar General Corp. Sec. Litig.*, Nos. Civ. 3:01-0388, 3:03-0027 (M.D. Tenn.) (achieving $162 million in settlements for the class); *In re Applied Micro Circuits Corp. Sec. Litig.*, No. Civ. 01-0649 (S.D. Cal.) ($60 million).

### B.     Teachers' Retirement System of Louisiana

Teachers' Retirement System of Louisiana ("TRSL"), a public employee pension plan, purchased Xerox stock with its own assets.  Accordingly, TRSL was the beneficial owner of all Xerox stock it purchased.

### C. Franklin Mutual Advisers, LLC

Franklin Mutual Advisers, LLC ("Franklin"), an investment management company, purchased Xerox stock on behalf of certain funds that it managed. Those funds are either series of certain trusts, or sub-funds of certain companies, which trusts and companies entered into investment management agreements with Franklin, giving Franklin full decision-making authority with respect to the funds' investments. Accordingly, Franklin made the investment decisions but the managed funds were the beneficial owners of the securities.

Franklin brought this litigation on behalf of its managed funds pursuant to the authority provided in its investment management agreements. For the avoidance of doubt, Franklin has obtained written confirmations from each trust and company, confirming that Franklin's authority under those agreements includes the authority to pursue this litigation on behalf of the managed funds.

### D. PPM America, Inc.

Like Franklin, PPM America, Inc. ("PPM") is an investment management firm that purchased Xerox stock on behalf of certain funds and accounts that it managed. PPM has obtained written authorizations to pursue this litigation on behalf of those funds and accounts as their agent and attorney-in-fact.

Respectfully submitted,

 /s/ Michael J. Barry
Stuart M. Grant (phv0868)
Megan D. McIntyre (phv0869)
Michael J. Barry (CT 24174)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 722-7100

*Counsel for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL CARLSON, Individually** | : | **CIVIL ACTION NO. 3:00 CV-1621 (AWT)** |
| **and on behalf of all others similarly** | : | **MASTER CASE** |
| **situated** | : | |
| | : | |
| **v.** | : | **ALL CASES** |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | |

| | | |
|---|---|---|
| **FLORIDA STATE BOARD OF** | : | **CIVIL ACTION NO. 3:02 CV-1303 (AWT)** |
| **ADMINISTRATION, ET AL.** | : | **MEMBER CASE** |
| | : | |
| **v.** | : | |
| | : | |
| **XEROX CORPORATION, ET AL.** | : | **July 20, 2007** |

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2007, a copy of the foregoing Notice of Filing by Plaintiffs Florida State Board of Administration, et al. of Response to Court's Inquiry Regarding Purchasers of Securities was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

 /s/ Michael J. Barry
Stuart M. Grant (phv0868)
Megan D. McIntyre (phv0869)
Michael J. Barry (CT 24174)
GRANT & EISENHOFER P.A.
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 722-7100

*Attorney for Plaintiffs Florida State Board of Administration, Teachers' Retirement System of Louisiana, Franklin Mutual Advisers, LLC, and PPM America, Inc.*