UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>July 25, 2007 |

## MOTION FOR ADMISSION OF VISITING LAWYERS

The undersigned, a member of the bar of this Court, respectfully moves for the admission of Attorneys Rachel G. Skaistis and Prana A. Topper as visiting lawyers pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Ms. Skaistis is a member of the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. She is a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York. Upon information and belief, Ms. Skaistis has never been denied admission or disciplined by this Court or any other court. Ms. Skaistis's affidavit in support of this motion (attached hereto as Exhibit A) and payment to the Clerk in the amount of $25.00 accompany this application.

Ms. Topper is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. She is a member in good standing of the Bar of the State of New York and the United States District Court for the

Southern District of New York. Upon information and belief, Ms. Topper has never been denied admission or disciplined by this Court or any other court. Ms. Topper's affidavit in support of this motion (attached hereto as Exhibit B) and payment to the Clerk in the amount of $25.00 accompany this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Ms. Skaistis and Ms. Topper designate the undersigned as the member of the bar of this Court upon whom service of all papers shall also be made.

The granting of this motion will not require modification of any scheduling order.

WHEREFORE, the undersigned requests that Ms. Skaistis and Ms. Topper be admitted to appear as visiting lawyers to represent defendant Xerox Corporation.

By _____
Ivy Thomas McKinney (ct09351)
Xerox Corporation
800 Long Ridge Road
Stamford, Connecticut 06904
Tel: (203) 968-3000

Attorney for Xerox Corporation

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT a copy of the foregoing was sent by First Class Mail, postage prepaid, this 25th day of July 2007, to:

Glen DeValerio, Esq.
Leslie R. Stern, Esq.
Bryan Wood, Esq.
Berman DeValerio Pease Tabacco
   Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3290

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz Sagarin Slossberg & Knuff, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

Melvyn I Weiss, Esq.
Brad Friedman, Esq.
Ted J. Swiecichowski, Esq.
Milberg Weiss LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Jay W. Eisenhofer, Esq.
Megan D. McIntyre Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

W. Sidney Davis, Esq.
George A. Salter, Esq.
Mark J. Lemire, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Stuart J. Baskin, Esq.
Seth Kean, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Dennis J. Johnson, Esq.
James F. Conway, III, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

John Valentine, Esq.
Heather Jones, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

                                                                                    Kevin J. Orsini

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>July 24, 2007 |

## AFFIDAVIT OF RACHEL G. SKAISTIS

Rachel G. Skaistis, being duly sworn, deposes and says:

1.    I am a member of the law firm of Cravath, Swaine & Moore LLP, counsel to defendant Xerox Corporation in the above-referenced matter.

2.    I make this affidavit in support of the motion of Ivy Thomas McKinney for an order, pursuant to Local Rule 83.1(d), for my admission Pro Hac Vice to participate in all matters relating to this litigation.

3.    My office address, telephone number, fax number and email address are as follows:

        Cravath, Swaine & Moore LLP
        Worldwide Plaza
        825 Eighth Avenue
        New York, New York 10019
        T: (212) 474-1000
        F: (212) 474-3700
        rskaistis@cravath.com

- 2 -

4.  I am a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York.

5.  I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

6.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7.  The $25 fee required by Local Rule 83.1(d) accompanies this affidavit.

_____
Rachel G. Skaistis

Subscribed and sworn before me on this 24th day of July, 2007.

_____
Notary Public

KEITH S. KAPLAN
Notary Public, State of New York
No. 01KA6062463
Qualified in New York County
Commission Expires Aug. 6, 2009

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>July 24, 2007 |

**AFFIDAVIT OF PRANA A. TOPPER**

Prana A. Topper, being duly sworn, deposes and says:

1.  I am an associate with the law firm of Cravath, Swaine & Moore LLP, counsel to defendant Xerox Corporation in the above-referenced matter.

2.  I make this affidavit in support of the motion of Ivy Thomas McKinney for an order, pursuant to Local Rule 83.1(d), for my admission Pro Hac Vice to participate in all matters relating to this litigation.

3.  My office address, telephone number, fax number and email address are as follows:

> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
> T: (212) 474-1000
> F: (212) 474-3700
> ptopper@cravath.com

4. I am a member in good standing of the Bar of the State of New York and the United States District Court for the Southern District of New York.

5. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The $25 fee required by Local Rule 83.1(d) accompanies this affidavit.

_____
Prana A. Topper

Subscribed and sworn before me on
this 24th day of July, 2007.

_____
Notary Public

KEITH S. KAPLAN
Notary Public, State of New York
No. 01KA6062463
Qualified in New York County
Commission Expires Aug. 6, 2009

- 2 -