# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | 3:00-CV-1621 (AWT) **ALL CASES** |
| Plaintiff, | ) | |
| v. | ) ) | |
| XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| FLORIDA STATE BOARD OF ADMINISTRATION, et al., | ) ) ) | 3:02-CV-1303 (AWT) **MEMBER CASE** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| XEROX CORPORATION, et al. | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| IN RE XEROX CORPORATION ERISA LITIGATION | ) ) ) ) | 3:02-CV-1138 (AWT) **ALL CASES** |

## STIPULATION AND [PROPOSED] ORDER REGARDING THE SCHEDULING AND COORDINATION OF DEPOSITIONS

WHEREAS the Court held a status conference on July 18, 2007, attended by counsel for the parties to the Carlson and FSBA matters, and a status conference on July 30, 2007, attended by counsel for all parties, during which conferences the issue of coordinating depositions of witnesses common to the above cases was discussed;

WHEREAS during the July 30, 2007, conference, the parties to the above-entitled actions reached agreement on a procedure for the coordination of common depositions, which was presented to the Court at the conclusion of the conference;

WHEREAS the agreement concerning the coordination of common depositions reported to the Court by the parties resolves the remaining disputed issues regarding the Rule 26(f) Report in Carlson, et al. v. Xerox Corp., et al., 3:00-CV-1621 (AWT) and FSBA, et al. v. Xerox Corp., et al, 3:02-CV-1303(AWT) (collectively, "Carlson"); and

WHEREAS the agreement concerning the coordination of common depositions reported to the Court by the parties requires a modification to the Scheduling Order entered by the Court in In re Xerox Corporation ERISA Litigation, 3:02-CV-1138 (AWT) ("Patti") on June 12, 2007, and revised on June 19, 2007 (the "Patti Order"),

IT IS HEREBY STIPULATED AND AGREED, by and among the counsel for the undersigned, that:

1.      Each side in the Carlson litigation shall be entitled to take depositions of as many as fifty (50) different witnesses. All depositions shall be limited to one (1) day of seven (7) hours, except up to five (5) depositions may extend as long as three (3) days of seven (7) hours (for a total of up to 21 hours), and up to ten (10) depositions may extend as long as two (2) days of seven (7) hours (for a total of up to 14 hours), for a total

of fifteen (15) so-called multi-day depositions.  All multi-day depositions shall be scheduled for consecutive days to the extent practicable.  The parties shall work in good faith concerning scheduling.

2.    As provided in the <u>Patti</u> Order, dated June 12, 2007 (Docket No. 183), the <u>Patti</u> plaintiffs shall be entitled to take depositions of as many as forty-two (42) different witnesses.  As with the depositions in <u>Carlson</u>, all <u>Patti</u> depositions shall be limited to one (1) day of seven (7) hours, except up to five (5) depositions may extend as long as three (3) days of seven (7) hours (for a total of up to 21 hours), and up to ten (10) depositions may extend as long as two (2) days of seven (7) hours (for a total of up to 14 hours), for a total of fifteen (15) so-called multi-day depositions.  All multi-day depositions shall be scheduled for consecutive days to the extent practicable.  The parties shall work in good faith concerning scheduling.

3.    Defendants have submitted proposed lists of common witnesses and non-common witnesses.  Those lists are attached hereto as Exhibits A and B.  Plaintiffs will submit their own proposed modifications to the defendants' lists by August 31, 2007. The parties will work in good faith to establish mutually agreed upon lists of common witnesses and non-common witnesses.  If no such agreement is reached, then any party may submit the issue to the Court for resolution.

4.    Depositions of witnesses on the mutually agreed upon list of common witnesses shall not begin before December 1, 2007.

5.      Subject to any other limitations under applicable law, Carlson plaintiffs may begin deposing individuals listed on the mutually agreed upon list of non-common witnesses no earlier than September 4, 2007.

6.      In the event that the parties are able to reach agreement upon a non-common witness list, and the Patti plaintiffs seek to depose a witness on that list who previously was deposed by only the Carlson plaintiffs, defendants will not object to Patti plaintiffs' request on the grounds that the witness previously was deposed in Carlson.  If the Patti plaintiffs do depose such a witness, it will count as one of their 42 depositions.

7.      In the event that the parties are unable to reach an agreement upon a non-common witness list, and the Carlson plaintiffs depose a witness prior to December 1, 2007, who is listed on the non-common list submitted by plaintiffs on August 31, 2007, and also is listed on the defendants' common witness list attached hereto as Exhibit A, the Patti plaintiffs will not subsequently be able to depose that witness absent a Court order.

8.      Should the Carlson plaintiffs notice the deposition of any witness not included on the parties' lists of common and non-common witnesses, the parties shall confer in good faith regarding the proper classification of such witness as a common or non-common witness.

9.      The Carlson plaintiffs shall provide all parties, including the Patti plaintiffs, with at least twenty (20) days advance notice of the deposition of a non-common witness, and the parties will work together to establish a mutually-agreeable date and location for the deposition of that witness.  The Patti plaintiffs shall provide at

4

least ten (10) days advance notice of their intent to attend the deposition of a non-common witness, and if the <u>Patti</u> plaintiffs do in fact attend that deposition, that deposition will be treated as a coordinated deposition, and shall be measured in accordance with Paragraphs 10 through 15 below.  Questions concerning the admissibility in the <u>Patti</u> action of non-common depositions, as well as admissibility in the <u>Carlson</u> and <u>Patti</u> actions of depositions previously taken in the SEC matter, are reserved.

10.    Any deposition attended by both the <u>Carlson</u> plaintiffs and the <u>Patti</u> plaintiffs shall be treated as a coordinated deposition.  Each coordinated deposition shall count as one deposition in each of <u>Carlson</u> and <u>Patti</u>, and shall be treated as if it had been noticed in each matter.  As to any coordinated deposition, <u>Carlson</u> and <u>Patti</u> plaintiffs shall meet and confer to allocate their respective time for questioning and to schedule the date(s) and time(s) for such deposition.  Provided that all parties to both <u>Patti</u> and <u>Carlson</u> receive advanced notice of a coordinated deposition, the testimony elicited at any coordinated deposition shall be useable by both the <u>Carlson</u> and <u>Patti</u> plaintiffs in their respective actions to the same extent that such testimony would be useable were it elicited directly by each of the <u>Carlson</u> and <u>Patti</u> plaintiffs in their own actions.

11.    Regardless of whether a witness is on the list of common or non-common witnesses, if a coordinated deposition is taken, neither the <u>Carlson</u> plaintiffs nor the <u>Patti</u> plaintiffs will be permitted to depose that witness again at a later date absent Court order.

12.    Attached hereto as Exhibit C is a list of the nine "alleged fiduciaries" who are all common witnesses and will be subject to coordinated depositions.  For the

5

depositions of those nine witnesses that last more than one (1) day, the cumulative days of the examinations conducted by counsel for both the Carlson and Patti plaintiffs shall be counted by day against the Patti plaintiffs' allotment of two (2) or three (3) day depositions.  With respect to the Carlson plaintiffs, only the day(s) spent by counsel for the Carlson plaintiffs examining an alleged fiduciary shall be counted by day against the Carlson plaintiffs' allotment of two (2) or three (3) day depositions (subject to Paragraph 13 below).

13.    The Patti plaintiffs shall attempt in good faith to limit their questions during the depositions of the alleged fiduciaries to ERISA-specific issues, and the parties to the Carlson litigation shall cooperate in good faith to determine whether any of the examination of the alleged fiduciaries conducted by the Patti plaintiffs should be allotted against the total number of two (2) or three (3) day depositions in Carlson.  In the event that the Carlson plaintiffs elicit testimony during the day(s) that Patti plaintiffs are examining the witness, the parties shall determine in good faith whether that day should be allotted against the total number of two (2) or three (3) day depositions in Carlson.

14.    With respect to the coordinated depositions of any witnesses other than the alleged fiduciaries, the cumulative day(s) of the examinations conducted by counsel for both the Carlson and Patti plaintiffs shall count against the plaintiffs in each case, irrespective of how the examination time is divided between the Patti plaintiffs and the Carlson plaintiffs.

15.    No deposition in either action -- whether a coordinated deposition or not -- shall exceed three (3) days of seven (7) hours.

16.     For all depositions that are not coordinated, the only plaintiffs' counsel that may attend are counsel for plaintiffs in that action (including counsel for the FSBA plaintiffs with respect to depositions in the <u>Carlson</u> action).

17.     The <u>Carlson</u> defendants shall make a good faith effort to produce before August 17, 2007, to the <u>Patti</u> plaintiffs: (1) all investigation and litigation deposition transcripts (including exhibits) related to the SEC's investigation and/or litigation against Xerox, KPMG or any of the individual defendants in searchable format (where available); and (2) all documents produced in the <u>Carlson</u> matter in searchable format (where available).

<u>CARLSON</u> PLAINTIFFS,
By their attorneys,

DATED:  August 2, 2007            /s/ Dennis J. Johnson / KJO
                                 Dennis J. Johnson (CT 22090)
                                 Jacob B. Perkinson (CT 22091)
                                 **Johnson & Perkinson**
                                 1690 Williston Road
                                 South Burlington, Vermont 05403
                                 (802) 862-0030
                                 **Co-Lead Counsel for <u>Carlson</u> Plaintiffs**

DATED:  August 2, 2007            /s/ Glen DeValerio / KJO
                                 Glen DeValerio (CT 22582)
                                 Leslie R. Stern (phv0743)
                                 Bryan A. Wood (phv0742)
                                 **Berman DeValerio Pease Tabacco
                                    Burt & Pucillo**
                                 One Liberty Square
                                 Boston, Massachusetts 02109
                                 (617) 542-8300
                                 **Co-Lead Counsel for <u>Carlson</u> Plaintiffs**

DATED:  August 2, 2007                     /s/ Brad Friedman / KJO
                                          Melvyn I. Weiss (CT 04080)
                                          Brad Friedman (CT 24910)
                                          **Milberg Weiss LLP**
                                          One Pennsylvania Plaza, 49th Floor
                                          New York, New York 10119-0165
                                          (212) 594-5300
                                          **Co-Lead Counsel for <u>Carlson</u> Plaintiffs**

                                          Andrew M. Schatz (CT 00603)
                                          **Schatz & Nobel, P.C.**
                                          One Corporate Center
                                          20 Church Street
                                          Hartford, CT 06103
                                          (860) 493-6292

                                          J. Daniel Sagarin (CT 04289)
                                          **Hurwitz & Sagarin, LLC**
                                          147 N. Broad Street
                                          Milford, Connecticut 06460
                                          (203) 877-8000
                                          **Co-Liaison Counsel for <u>Carlson</u> Plaintiffs**


                                          <u>PATTI</u> PLAINTIFFS
                                          By their attorneys,

DATED:  August 2, 2007                     /s/ John Wylie / KJO
                                          Charles R. Watkins (CT 23936)
                                          John Wylie (CT 23937)
                                          **FUTTERMAN HOWARD WATKINS
                                          WYLIE & ASHLEY, CHTD.**
                                          122 South Michigan Avenue, Suite 1200
                                          Chicago, Illinois 60603
                                          (312) 427-3600
                                          **Co-Lead Counsel for <u>Patti</u> Plaintiffs**

DATED:  August 2, 2007

 /s/ Elizabeth A. Leland / KJO_____
Lynn Lincoln Sarko (CT 23927)
Gary Gotto (CT 23952)
Elizabeth A. Leland (phv01338)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900
**Co-Lead Counsel for Patti Plaintiffs**

John F. McKenna, Esq. (CT 00104)
**GOODMAN, ROSENTHAL & McKENNA,
PC**
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107
(860) 231-2800
**Liason Counsel for Patti Plaintiffs**

Daniel M. Harris
**LAW OFFICES OF DANIEL M. HARRIS**
150 North Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 960-1802

Sherrie Savett
Joy Clairmont
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3040

Marc A. Topaz
Joseph H. Meltzer
**SCHIFFRIN & BARROWAY**
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
**Steering Committee Counsel for Patti
Plaintiffs**

Ellen Doyle
**MALAKOFF DOYLE & FINBERG, P.C.**
The Frick Building
437 Grant Street, Suite 200
Pittsburgh, PA 15219-6003
(412) 281-8400

Brian McTigue
**McTIGUE & PORTER LLP**
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, D.C. 20015
(202) 364-6900

**Steering Committee Counsel for <u>Patti</u>
Plaintiffs (with respect to the Union Plan)**


<u>FSBA</u> PLAINTIFFS
By their attorneys,

DATED:  August 2, 2007          /s/ Megan D. McIntrye / KJO
_____
                               Megan D. McIntyre (phv0869)
                               **GRANT & EISENHOFER, P.A.**
                               Chase Manhattan Centre
                               1201 North Market St., Ste.  #2100
                               Wilmington, DE 19801
                               (302) 622-7000


DEFENDANT XEROX CORPORATION
By its attorneys in <u>Carlson</u>,

DATED:  August 2, 2007          /s/ Sandra C. Goldstein
_____
                               Evan R. Chesler (CT 03177)
                               Sandra C. Goldstein (CT 24019)
                               **CRAVATH, SWAINE & MOORE LLP**
                               Worldwide Plaza
                               825 Eighth Avenue
                               New York, New York 10019
                               (212) 474-1000

DEFENDANTS PHILIP FISHBACH, G.
RICHARD THOMAN AND ANNE
MULCAHY
By their attorneys in <u>Carlson</u>,

DATED:  August 2, 2007          /s/ Thomas D. Goldberg / KJO
                                Thomas D. Goldberg (CT 04386)
                                Terence J. Gallagher (CT 22415)
                                **DAY PITNEY LLP**
                                One Canterbury Green
                                Stamford, Connecticut 06901
                                (203) 977-7300


DEFENDANTS PAUL A. ALLAIRE,
BARRY D.
ROMERIL AND GREGORY TAYLER
By their attorneys in <u>Carlson</u>,

DATED:  August 2, 2007          /s/ John A. Valentine / KJO
                                John A. Valentine (CT 25941)
                                Heather A. Jones (CT 24194)
                                **WILMER CUTLER PICKERING HALE
                                    AND DORR LLP**
                                1875 Pennsylvania Avenue, NW
                                Washington, D.C. 20006 (202) 663-6000


<u>PATTI</u> DEFENDANTS
By their attorneys,

DATED:  August 2, 2007          /s/ Steven J. Sacher / KJO
                                Steven J. Sacher (CT 24024)
                                **JONES DAY**
                                51 Louisiana Ave., N.W.
                                Washington, D.C. 20001
                                (202) 879-5402

                                Benjamin H. Green (CT 05166)
                                **DRIER LLP**
                                One Landmark Square, 20th Floor
                                Stamford, Connecticut 06901
                                (203) 425-9500
                                **Local Counsel for <u>Patti</u> Defendants**

PATTI DEFENDANT MYRA DRUCKER
By her attorneys,

DATED:  August 2, 2007          /s/ Michael T. Hannafan / KJO
                                Michael T. Hannafan (CT 11859)
                                Blake T. Hannafan (CT 24594)
                                Hannafan & Hannafan, Ltd.
                                One East Wacker Drive, Suite 1208
                                Chicago, Illinois 60601
                                (312) 527-0055


CARLSON DEFENDANT KPMG LLP
By its attorneys,

DATED:  August 2, 2007          /s/ George A. Salter / KJO
                                W. Sidney Davis, Jr.  (phv0738)
                                George A. Salter (phv0741)
                                Mark J. Lemire (phv0739)
                                **HOGAN & HARTSON LLP**
                                875 Third Avenue
                                New York, New York 10022
                                (212) 918-3000

                                Stuart J. Baskin (CT 25986)
                                Tammy P. Bieber (CT 22089)
                                Seth M. Kean (CT 24587)
                                **SHEARMAN & STERLING LLP**
                                599 Lexington Avenue
                                New York, New York 10022-6069
                                (212) 848-4000