## EXHIBIT A

Common Witnesses

| Number | Individual | Current or Former Affiliation |
|---|---|---|
| 1 | Paul Allaire | Xerox |
| 2 | Thomas Ammer | Xerox |
| 3 | Jim Bingham | Xerox |
| 4 | William Buehler | Xerox |
| 5 | Kevin Colburn | Xerox |
| 6 | Vic Davies | Xerox |
| 7 | Phil Devon | Xerox |
| 8 | Thomas Dolan | Xerox |
| 9 | Mike Festa | Xerox |
| 10 | Philip Fishbach | Xerox |
| 11 | Independent Member of Xerox's Board of Directors | Xerox |
| 12 | Gary Kabureck | Xerox |
| 13 | Richard Lill | Xerox |
| 14 | Dan Marchibroda | Xerox |
| 15 | Patrick Martin | Xerox |
| 16 | Hector Motroni | Xerox |
| 17 | Anne Mulcahy | Xerox |
| 18 | Carlos Pascual | Xerox |
| 19 | A. Barry Rand | Xerox |
| 20 | Barry Romeril | Xerox |
| 21 | Gregory Tayler | Xerox |
| 22 | Thomas Theobald | Xerox |
| 23 | G. Richard Thoman | Xerox |
| 24 | Leslie Varon | Xerox |
| 25 | Joseph Boyle | KPMG US |
| 26 | Michael Conway | KPMG US |
| 27 | Anthony Dolanski | KPMG US |
| 28 | Paul Knopp | KPMG US |
| 29 | Ron Safran | KPMG US |
| 30 | Thomas Yoho | KPMG US |
| 31 | Scott Adams | PricewaterhouseCoopers |
| 32 | Vincent Colman | PricewaterhouseCoopers |
| 33 | Dan Dooley | PricewaterhouseCoopers |
| 34 | Harvey Kelly | PricewaterhouseCoopers |