## **EXHIBIT C**

Alleged Fiduciaries

| Number | Individual | Current or Former Affiliation |
|---|---|---|
| 1 | Paul Allaire | Xerox |
| 2 | William Buehler | Xerox |
| 3 | Independent Member of Xerox's Board of Directors | Xerox |
| 4 | Gary Kabureck | Xerox |
| 5 | Anne Mulcahy | Xerox |
| 6 | Barry Romeril | Xerox |
| 7 | Gregory Tayler | Xerox |
| 8 | Thomas Theobald | Xerox |
| 9 | G. Richard Thoman | Xerox |