# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On
Behalf Of All Others Similarly Situated,

Plaintiffs,

v.

XEROX CORPORATION, KPMG LLP,
PAUL A. ALLAIRE, G. RICHARD THOMAN,
ANNE MULCAHY, BARRY D. ROMERIL,
GREGORY TAYLER AND PHILIP
FISHBACH,

Defendants.

Civil Action No. 3:00-CV-1621 (AWT)
**ALL CASES**

August 30, 2007

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant Xerox Corporation.

Dated:  August 30, 2007

Respectfully submitted,

 /s/ Prana A. Topper             _
Prana A. Topper (phv02035)

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
Email: ptopper@cravath.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 30, 2007, a copy of the foregoing Notice of Appearance was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

 /s/ Prana A. Topper
Prana A. Topper (phv02035)

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
Email: ptopper@cravath.com