UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br> September 21, 2007 |

### NOTICE OF REVISED CERTIFICATION OF LEAD PLAINTIFFS' CLASS PERIOD TRADING

Lead Plaintiffs, Dr. Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System ("LASERS" or the "Fund") (collectively, "Lead Plaintiffs"), hereby submit their Notice of Revised Certification of Lead Plaintiffs' Class Period Trading ("Notice"). In support of this Notice, Lead Plaintiffs state as follows:

1. Although the operative complaint in this matter – the Third Amended Consolidated Complaint deemed filed on September 11, 2002 ("TAC") – alleged a class period from February 17, 1998 to June 28, 2002, the trading reflected in certifications filed in connection with Lead Plaintiffs' applications to lead this litigation was based on various class periods alleged in prior pleadings.

2. To update the trading information provided to this Court, attached as Exhibit A is a revised certification reflecting Dr. Paul Dantzig's trading in Xerox Corporation ("Xerox") securities during the anticipated class period from February 17, 1998 to June 27, 2002.[1]

3. To update the trading information provided to this Court, attached as Exhibit B is a revised certification reflecting Thomas Zambito's trading in Xerox securities during the anticipated class period from February 17, 1998 to June 27, 2002.

4. To update the trading information provided to this Court, attached as Exhibit C is a revised certification reflecting the Fund's trading in Xerox securities during the anticipated class period from February 17, 1998 to June 27, 2002.

5. The revised certification submitted by Thomas Zambito also includes trades in Xerox securities that were inadvertently omitted from Mr. Zambito's original certification.

6. The revised certification submitted by LASERS also includes trades in Xerox securities that were inadvertently omitted from the Fund's original certification. *See* Declaration of Kevin P. Torres, Esq. (then General Counsel of LASERS), attached hereto as Exhibit D (stating that his every recollection is consistent with LASERS having followed its usual protocol in providing counsel with trading records in the Xerox case). Having only recently discovered the missing trades while preparing the production in response to defendants' document requests, counsel for LASERS promptly disclosed them here to eliminate any possibility of prejudicing the parties.

---

[1] After further research, Plaintiffs have determined that the proper class period in this case is actually one day shorter than that alleged in the TAC. Plaintiffs' contemplated Motion for Class Certification will reflect the revised Class Period, from February 17, 1998 to June 27, 2002.

2

DATED: September 21, 2007

PLAINTIFFS,
By their attorneys,

_____
Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300
Email: bwood@bermanesq.com

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad Friedman (CT 24910)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel & Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**