# EXHIBIT A

## LEAD PLAINTIFF DR. PAUL DANTZIG'S AMENDMENT TO PREVIOUSLY FILED CERTIFICATION OF SECURITIES CLASS ACTION COMPLAINT

My transactions in Xerox Corp. securities during the Class Period, as defined in the Third Consolidated Amended Complaint, were as follows:

| Date: | Number of Shares Purchased/Sold: | Market Price at Time of Transaction: | Value of Transaction: |
|---|---|---|---|
| December 14, 1999 | 100,000 Shares Purchased | $24.875 | ($2,489,000) |
| April 6, 2000 | 30,000 Shares Sold | $25.125 | $753,274.87 |
| April 6, 2000 | 70,000 Shares Sold | $25.25 | $1,766,391.08 |
| July 17, 2000 | 10,400 Shares Purchased | $19.8125 | ($206,206) |
| July 17, 2000 | 39,600 Shares Purchased | $19.875 | ($787,644) |
| July 26, 2000 | 20,000 Shares Purchased | $19.0625 | ($381,550) |
| July 31, 2000 | 30,000 Shares Purchased | $15.375 | ($461,700) |
| October 6, 2000 | 100,000 Shares Sold | $12.4375 | $1,242,208.54 |

Signed under the penalties of perjury this __14__ day of August, 2007.

*Paul Dantzig*
DR. PAUL I. DANTZIG

# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Thomas L. Zambito, certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial, if necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Xerox Corporation (NYSE:XRX) I held immediately **BEFORE** the first day of the Class Period, February 17, 1998 (if any) was:_____ and the type of securities was (check one):
☐ Common Stock   ☐ Bonds   ☐ Preferred Stock   ☐ Call   ☐ Put

8. I have listed below all my transactions in the securities of Xerox Corporation (NYSE:XRX) **DURING** the Class Period as follows:

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| See Attached Schedule A | | | | |
| | | | | |
| | | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☒ General (non-retirement account)   ☐ Merger/acquisition/distribution   ☐ Gift
☒ IRA                                ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Xerox Corporation (NYSE:XRX) during the **90-day period AFTER** the Class Period:

**Sales (June 28, 2002 to 90 days later)**

| Type of Security (Common stock, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

In re: Xerox Corporation Sec. Litig., No. 3:99-CV-2374 (Dist. of Conn.)(AWT)

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __24__ day of __AUGUST__, 2007

__THOMAS L. ZAMBITO__         _[signature]_
Name (print)                    Signature

## Schedule A

### Thomas L Zambito IRA
### Transactions in Xerox Corporation (NYSE:XRX)

|      | Date       | Shares | Price    |
|------|------------|--------|----------|
| Buy  | 12/8/1999  | 3,400  | $24.7500 |
| Buy  | 12/13/1999 | 85     | $21.0000 |
| Sell | 3/13/2000  | 3,485  | $24.1250 |
| Buy  | 4/14/2000  | 4,000  | $24.5625 |
| Sell | 4/19/2000  | 4,000  | $24.9375 |
| Buy  | 6/15/2000  | 4,400  | $25.1875 |
| Sell | 6/15/2000  | 4,400  | $25.2500 |
| Buy  | 6/16/2000  | 4,000  | $21.7500 |
| Buy  | 6/16/2000  | 1,000  | $21.1250 |
| Buy  | 6/19/2000  | 175    | $20.7500 |
| Buy  | 10/6/2000  | 105    | $11.3750 |
| Sell | 1/11/2001  | 5,280  | $7.1875  |
| Buy  | 1/26/2001  | 7,000  | $7.0625  |
| Sell | 1/29/2001  | 7,000  | $7.7000  |

### Thomas & Carol Zambito JTWROS
### Transactions in Xerox Corporation (NYSE:XRX)

|      | Date       | Shares | Price    |
|------|------------|--------|----------|
| Buy  | 12/3/1999  | 10,000 | $26.2500 |
| Buy  | 12/3/1999  | 10,000 | $25.8750 |
| Sell | 12/6/1999  | 20,000 | $26.6250 |
| Buy  | 12/7/1999  | 10,000 | $25.5625 |
| Buy  | 12/8/1999  | 10,000 | $25.1250 |
| Buy  | 12/8/1999  | 10,000 | $24.8125 |
| Buy  | 12/8/1999  | 10,000 | $24.5625 |
| Buy  | 12/9/1999  | 5,000  | $23.5000 |
| Buy  | 12/9/1999  | 5,000  | $23.5625 |
| Buy  | 12/13/1999 | 20,000 | $21.0000 |
| Sell | 12/13/1999 | 20,000 | $21.3125 |
| Buy  | 12/15/1999 | 10,000 | $22.5000 |
| Buy  | 12/15/1999 | 10,000 | $22.0625 |
| Sell | 12/16/1999 | 20,000 | $22.2500 |
| Buy  | 12/17/1999 | 10,000 | $21.3750 |
| Sell | 12/27/1999 | 10,000 | $22.1250 |

|       | Date      | Shares | Price    |
|-------|-----------|--------|----------|
| Sell  | 1/3/2000  | 10,000 | $24.0000 |
| Buy   | 1/4/2000  | 10,000 | $23.6250 |
| Buy   | 1/4/2000  | 10,000 | $23.3125 |
| Sell  | 1/7/2000  | 20,000 | $23.9375 |
| Sell  | 1/7/2000  | 20,000 | $24.2500 |
| Buy   | 1/10/2000 | 10,000 | $23.8125 |
| Buy   | 1/10/2000 | 10,000 | $23.7500 |
| Buy   | 1/13/2000 | 10,000 | $23.3125 |
| Sell  | 1/13/2000 | 10,000 | $24.0625 |
| Sell  | 1/14/2000 | 20,000 | $23.9375 |
| Buy   | 1/14/2000 | 10,000 | $23.5000 |
| Buy   | 1/14/2000 | 10,000 | $23.3750 |
| Buy   | 1/19/2000 | 10,000 | $22.8750 |
| Buy   | 1/19/2000 | 10,000 | $22.3750 |
| Sell  | 1/19/2000 | 20,000 | $22.7500 |
| Buy   | 1/21/2000 | 10,000 | $22.3750 |
| Buy   | 1/21/2000 | 10,000 | $22.1250 |
| Sell  | 1/25/2000 | 1,000  | $21.9375 |
| Sell  | 1/25/2000 | 9,000  | $21.8750 |
| Sell  | 1/26/2000 | 7,000  | $22.2500 |
| Sell  | 1/26/2000 | 3,000  | $22.3125 |
| Buy   | 1/27/2000 | 10,000 | $21.2500 |
| Buy   | 1/28/2000 | 10,000 | $21.0000 |
| Buy   | 2/2/2000  | 10,000 | $20.9375 |
| Sell  | 1/27/2000 | 10,000 | $21.2500 |
| Sell  | 2/3/2000  | 8,000  | $21.3125 |
| Sell  | 2/3/2000  | 2,000  | $21.4375 |
| Sell  | 2/3/2000  | 4,000  | $21.3750 |
| Sell  | 2/3/2000  | 6,000  | $21.4375 |
| Buy   | 2/23/2000 | 10,000 | $20.7500 |
| Buy   | 2/23/2000 | 10,000 | $20.6875 |
| Buy   | 2/24/2000 | 10,000 | $20.3125 |
| Buy   | 2/25/2000 | 10,000 | $20.0625 |
| Sell  | 3/2/2000  | 10,000 | $21.1250 |
| Sell  | 3/2/2000  | 30,000 | $21.1875 |
| Sell  | 3/6/2000  | 10,000 | $21.4375 |
| Buy   | 3/6/2000  | 10,000 | $21.1250 |
| Sell  | 3/6/2000  | 10,000 | $21.2500 |
| Sell  | 3/6/2000  | 10,000 | $21.3750 |
| Buy   | 3/7/2000  | 10,000 | $20.9375 |
| Buy   | 3/7/2000  | 10,000 | $20.8125 |

|      | Date       | Shares  | Price    |
|------|------------|---------|----------|
| Buy  | 3/7/2000   | 10,000  | $20.6875 |
| Buy  | 3/8/2000   | 300     | $20.3750 |
| Buy  | 3/8/2000   | 9,700   | $20.4375 |
| Buy  | 3/8/2000   | 100     | $20.3750 |
| Buy  | 3/8/2000   | 9,900   | $20.4375 |
| Sell | 3/8/2000   | 30,000  | $21.0625 |
| Buy  | 3/9/2000   | 6,000   | $21.0000 |
| Buy  | 3/9/2000   | 4,000   | $20.9375 |
| Sell | 3/9/2000   | 10,000  | $21.3125 |
| Sell | 3/9/2000   | 6,000   | $23.0000 |
| Sell | 3/9/2000   | 4,000   | $23.0625 |
| Sell | 3/9/2000   | 100     | $22.9375 |
| Sell | 3/9/2000   | 9,900   | $22.8750 |
| Sell | 3/9/2000   | 10,000  | $23.1875 |
| Sell | 3/10/2000  | 10,000  | $23.6250 |
| Buy  | 3/13/2000  | 800     | $23.3750 |
| Buy  | 3/13/2000  | 9,200   | $23.4375 |
| Sell | 3/13/2000  | 10,000  | $23.6875 |
| Buy  | 3/14/2000  | 10,000  | $23.5000 |
| Sell | 3/15/2000  | 10,000  | $23.8750 |
| Buy  | 4/13/2000  | 10,000  | $25.8750 |
| Buy  | 4/14/2000  | 10,000  | $25.1250 |
| Buy  | 4/14/2000  | 4,000   | $24.7500 |
| Buy  | 4/14/2000  | 5,000   | $24.6875 |
| Buy  | 4/14/2000  | 6,000   | $24.5000 |
| Sell | 4/14/2000  | 7,000   | $24.8125 |
| Sell | 4/14/2000  | 3,000   | $24.8750 |
| Sell | 4/14/2000  | 10,000  | $24.8750 |
| Buy  | 4/14/2000  | 10,000  | $24.4375 |
| Buy  | 4/14/2000  | 10,000  | $24.3750 |
| Buy  | 4/14/2000  | 5,000   | $24.7500 |
| Sell | 4/17/2000  | 8,600   | $24.5000 |
| Sell | 4/17/2000  | 200     | $24.6250 |
| Sell | 4/17/2000  | 1,200   | $24.5625 |
| Sell | 4/18/2000  | 10,000  | $25.0000 |
| Sell | 4/19/2000  | 10,000  | $25.0000 |
| Sell | 4/19/2000  | 5,000   | $24.9375 |
| Sell | 4/19/2000  | 5,000   | $24.8750 |
| Buy  | 5/19/2000  | 5,000   | $25.8750 |
| Buy  | 5/22/2000  | 5,000   | $25.5625 |
| Buy  | 5/22/2000  | 2,000   | $25.1875 |

|      | Date      | Shares | Price    |
|------|-----------|--------|----------|
| Sell | 5/22/2000 | 2,000  | $25.2500 |
| Sell | 5/22/2000 | 1,600  | $25.6875 |
| Sell | 5/22/2000 | 3,400  | $25.6250 |
| Buy  | 5/23/2000 | 2,500  | $25.3750 |
| Buy  | 5/23/2000 | 2,500  | $25.3125 |
| Sell | 5/23/2000 | 5,000  | $25.5000 |
| Sell | 5/23/2000 | 5,000  | $25.5625 |
| Buy  | 6/14/2000 | 5,000  | $25.6875 |
| Buy  | 6/14/2000 | 1,000  | $25.6250 |
| Buy  | 6/15/2000 | 4,000  | $25.5000 |
| Buy  | 6/15/2000 | 2,000  | $25.3125 |
| Buy  | 6/15/2000 | 2,000  | $25.1875 |
| Buy  | 6/15/2000 | 2,000  | $25.1250 |
| Sell | 6/15/2000 | 4,000  | $25.2500 |
| Sell | 6/15/2000 | 2,000  | $25.3125 |
| Buy  | 6/16/2000 | 10,000 | $21.8125 |
| Buy  | 6/16/2000 | 10,000 | $21.3750 |
| Buy  | 6/16/2000 | 10,000 | $20.9375 |
| Buy  | 6/16/2000 | 10,000 | $20.5000 |
| Sell | 6/16/2000 | 10,000 | $20.8125 |
| Sell | 6/16/2000 | 10,000 | $21.0000 |
| Buy  | 6/16/2000 | 10,000 | $20.8750 |
| Buy  | 6/16/2000 | 10,000 | $20.6875 |
| Buy  | 6/16/2000 | 10,000 | $20.6250 |
| Buy  | 6/19/2000 | 4,000  | $20.4375 |
| Buy  | 6/22/2000 | 1,000  | $20.2500 |
| Buy  | 6/23/2000 | 1,000  | $20.1250 |
| Buy  | 6/23/2000 | 1,000  | $20.0625 |
| Buy  | 6/23/2000 | 1,000  | $20.0000 |
| Buy  | 6/23/2000 | 1,000  | $19.9375 |
| Buy  | 6/23/2000 | 1,000  | $19.8750 |
| Buy  | 6/26/2000 | 1,000  | $19.8125 |
| Buy  | 6/27/2000 | 4,000  | $19.7500 |
| Buy  | 6/29/2000 | 5,000  | $19.6875 |
| Buy  | 6/27/2000 | 5,000  | $19.3125 |
| Buy  | 6/29/2000 | 5,000  | $19.0625 |
| Sell | 6/29/2000 | 10,000 | $19.8125 |
| Buy  | 6/29/2000 | 5,000  | $19.6875 |
| Buy  | 6/29/2000 | 5,000  | $19.6250 |
| Buy  | 6/30/2000 | 10,000 | $19.0625 |
| Buy  | 6/30/2000 | 5,000  | $18.6250 |

|  | Date | Shares | Price |
|---|---|---|---|
| Sell | 6/30/2000 | 3,000 | $18.8125 |
| Sell | 6/30/2000 | 2,000 | $18.7500 |
| Sell | 6/30/2000 | 10,000 | $19.0625 |
| Sell | 6/30/2000 | 5,000 | $19.1250 |
| Sell | 6/30/2000 | 5,000 | $19.1875 |
| Sell | 6/30/2000 | 5,000 | $19.6875 |
| Buy | 6/30/2000 | 5,000 | $19.3750 |
| Sell | 6/30/2000 | 5,000 | $19.5625 |
| Sell | 6/30/2000 | 5,000 | $19.9375 |
| Sell | 7/3/2000 | 5,000 | $20.2500 |
| Buy | 7/3/2000 | 5,000 | $19.8750 |
| Sell | 7/3/2000 | 5,000 | $20.1250 |
| Buy | 7/5/2000 | 5,000 | $20.0625 |
| Buy | 7/6/2000 | 5,000 | $19.8750 |
| Buy | 7/6/2000 | 5,000 | $19.6875 |
| Buy | 7/6/2000 | 1,200 | $19.6250 |
| Buy | 7/6/2000 | 3,800 | $19.5625 |
| Sell | 7/7/2000 | 9,500 | $20.0000 |
| Sell | 7/7/2000 | 500 | $20.0625 |
| Sell | 7/7/2000 | 10,000 | $20.1250 |
| Sell | 7/10/2000 | 5,000 | $20.5000 |
| Buy | 7/11/2000 | 5,000 | $20.3125 |
| Buy | 7/11/2000 | 4,000 | $20.0625 |
| Buy | 7/11/2000 | 1,000 | $20.1250 |
| Buy | 7/11/2000 | 5,000 | $19.8750 |
| Sell | 7/11/2000 | 5,000 | $20.0000 |
| Buy | 7/12/2000 | 5,000 | $19.7500 |
| Sell | 7/12/2000 | 3,500 | $20.0000 |
| Sell | 7/12/2000 | 1,500 | $20.0625 |
| Sell | 7/12/2000 | 5,000 | $20.0625 |
| Buy | 7/12/2000 | 5,000 | $19.9375 |
| Sell | 7/14/2000 | 5,000 | $20.1250 |
| Buy | 7/14/2000 | 5,000 | $20.0000 |
| Sell | 7/12/2000 | 5,000 | $20.0625 |
| Buy | 7/17/2000 | 5,000 | $19.8750 |
| Buy | 7/18/2000 | 5,000 | $19.6875 |
| Buy | 7/18/2000 | 5,000 | $19.5000 |
| Buy | 7/18/2000 | 5,000 | $19.3750 |
| Buy | 7/19/2000 | 5,000 | $19.0625 |
| Buy | 7/19/2000 | 5,000 | $18.8125 |
| Sell | 7/20/2000 | 5,000 | $19.0000 |

|      | Date      | Shares | Price     |
|------|-----------|--------|-----------|
| Sell | 7/20/2000 | 5,000  | $19.1250  |
| Sell | 7/20/2000 | 5,000  | $19.3750  |
| Buy  | 7/21/2000 | 5,000  | $19.1250  |
| Buy  | 7/24/2000 | 5,000  | $18.7500  |
| Buy  | 7/25/2000 | 5,000  | $18.4375  |
| Buy  | 7/25/2000 | 5,000  | $18.1875  |
| Buy  | 7/26/2000 | 5,000  | $15.1875  |
| Sell | 7/26/2000 | 5,000  | $15.7500  |
| Buy  | 7/26/2000 | 9,400  | $15.8125  |
| Buy  | 7/26/2000 | 600    | $15.7500  |
| Buy  | 7/26/2000 | 5,000  | $15.6250  |
| Buy  | 7/26/2000 | 4,800  | $15.5000  |
| Buy  | 7/26/2000 | 200    | $15.4375  |
| Buy  | 7/26/2000 | 5,000  | $15.2500  |
| Sell | 7/26/2000 | 10,000 | $14.9375  |
| Sell | 7/26/2000 | 20,000 | $14.9375  |
| Sell | 7/26/2000 | 5,000  | $14.9375  |
| Sell | 7/27/2000 | 40,000 | $15.0625  |
| Sell | 8/7/2000  | 20,000 | $15.7500  |
| Sell | 8/10/2000 | 30,000 | $17.0000  |
| Buy  | 8/11/2000 | 10,000 | $16.7500  |
| Buy  | 8/15/2000 | 3,000  | $16.6875  |
| Buy  | 8/15/2000 | 7,000  | $16.6250  |
| Buy  | 8/15/2000 | 10,000 | $16.2500  |
| Sell | 8/22/2000 | 30,000 | $16.8750  |
| Buy  | 8/22/2000 | 10,000 | $16.6250  |
| Buy  | 8/23/2000 | 5,000  | $16.5000  |
| Buy  | 8/23/2000 | 5,000  | $16.5625  |
| Buy  | 8/23/2000 | 10,000 | $16.5625  |
| Sell | 8/28/2000 | 30,000 | $16.8125  |
| Buy  | 8/30/2000 | 10,000 | $16.6875  |
| Buy  | 8/30/2000 | 10,000 | $16.5000  |
| Buy  | 8/30/2000 | 10,000 | $16.5000  |
| Buy  | 9/1/2000  | 10,000 | $16.0000  |
| Sell | 9/5/2000  | 10,000 | $16.1250  |
| Buy  | 9/7/2000  | 10,000 | $15.8750  |
| Buy  | 9/8/2000  | 8,600  | $15.2500  |
| Buy  | 9/8/2000  | 1,400  | $15.1875  |
| Sell | 9/11/2000 | 7,700  | $15.5000  |
| Sell | 9/11/2000 | 2,300  | $15.5625  |
| Buy  | 9/11/2000 | 10,000 | $15.3750  |

|  | Date | Shares | Price |
|---|---|---|---|
| Sell | 9/11/2000 | 10,000 | $15.5000 |
| Buy | 9/12/2000 | 10,000 | $15.3125 |
| Sell | 9/13/2000 | 9,900 | $15.4375 |
| Sell | 9/13/2000 | 100 | $15.5625 |
| Sell | 9/13/2000 | 10,000 | $15.9375 |
| Buy | 9/13/2000 | 10,000 | $15.8125 |
| Sell | 9/14/2000 | 7,000 | $16.1250 |
| Sell | 9/14/2000 | 3,000 | $16.1875 |
| Sell | 9/15/2000 | 30,000 | $16.7500 |
| Buy | 9/19/2000 | 10,000 | $16.5625 |
| Sell | 9/20/2000 | 9,500 | $16.7500 |
| Sell | 9/20/2000 | 500 | $16.8750 |
| Buy | 9/21/2000 | 3,200 | $16.5000 |
| Buy | 9/21/2000 | 6,800 | $16.4375 |
| Buy | 9/21/2000 | 10,000 | $16.2500 |
| Buy | 9/22/2000 | 10,000 | $16.1875 |
| Buy | 9/22/2000 | 10,000 | $16.0625 |
| Sell | 9/25/2000 | 20,000 | $16.3125 |
| Sell | 9/25/2000 | 10,000 | $16.3125 |
| Buy | 9/25/2000 | 5,200 | $16.2500 |
| Buy | 9/25/2000 | 4,800 | $16.1875 |
| Buy | 9/26/2000 | 10,000 | $16.0000 |
| Buy | 9/26/2000 | 10,000 | $15.8125 |
| Buy | 9/26/2000 | 10,000 | $15.4375 |
| Buy | 9/26/2000 | 7,000 | $15.4375 |
| Buy | 10/3/2000 | 9,700 | $12.3750 |
| Buy | 10/3/2000 | 300 | $12.3125 |
| Buy | 10/3/2000 | 300 | $12.0625 |
| Buy | 10/3/2000 | 9,700 | $12.1250 |
| Buy | 10/3/2000 | 10,000 | $11.8750 |
| Buy | 10/3/2000 | 10,000 | $11.3750 |
| Buy | 10/3/2000 | 10,000 | $11.2500 |
| Buy | 10/3/2000 | 10,000 | $11.0000 |
| Sell | 10/4/2000 | 10,000 | $11.1875 |
| Sell | 10/4/2000 | 1,000 | $10.6250 |
| Sell | 10/4/2000 | 9,000 | $10.5625 |
| Sell | 10/4/2000 | 7,000 | $10.7812 |
| Buy | 10/6/2000 | 10,000 | $10.5625 |
| Sell | 10/9/2000 | 10,000 | $10.7500 |
| Buy | 10/9/2000 | 1,200 | $10.3750 |
| Buy | 10/9/2000 | 8,800 | $10.4375 |

|      | Date       | Shares | Price    |
|------|------------|--------|----------|
| Sell | 10/9/2000  | 10,000 | $10.4375 |
| Sell | 10/13/2000 | 10,000 | $10.5625 |
| Sell | 10/13/2000 | 30,000 | $10.4375 |
| Sell | 10/23/2000 | 50,000 | $9.2500  |
| Buy  | 10/24/2000 | 10,000 | $8.6875  |
| Sell | 10/24/2000 | 10,000 | $8.9375  |
| Buy  | 10/24/2000 | 10,000 | $8.8125  |
| Buy  | 10/25/2000 | 10,000 | $8.3750  |
| Buy  | 10/26/2000 | 5,000  | $8.0000  |
| Sell | 10/26/2000 | 4,900  | $8.0625  |
| Sell | 10/26/2000 | 100    | $8.1250  |
| Sell | 10/30/2000 | 10,000 | $8.3125  |
| Sell | 10/30/2000 | 10,000 | $8.4375  |
| Buy  | 11/10/2000 | 10,000 | $8.0000  |
| Buy  | 11/13/2000 | 9,800  | $8.0000  |
| Buy  | 11/13/2000 | 200    | $7.9375  |
| Sell | 11/13/2000 | 10,000 | $8.1875  |
| Sell | 11/13/2000 | 10,000 | $8.2500  |
| Buy  | 11/17/2000 | 10,000 | $8.3125  |
| Buy  | 11/20/2000 | 10,000 | $7.9375  |
| Buy  | 11/20/2000 | 10,000 | $7.8750  |
| Sell | 11/20/2000 | 20,000 | $7.9375  |
| Buy  | 11/21/2000 | 10,000 | $7.5000  |
| Buy  | 11/21/2000 | 5,000  | $7.3125  |
| Buy  | 11/27/2000 | 1,500  | $7.1250  |
| Buy  | 11/21/2000 | 3,500  | $7.1875  |
| Sell | 11/22/2000 | 2,000  | $7.2500  |
| Sell | 11/22/2000 | 8,000  | $7.1875  |
| Sell | 11/27/2000 | 9,000  | $7.5000  |
| Sell | 11/27/2000 | 1,000  | $7.5625  |
| Buy  | 11/27/2000 | 10,000 | $7.3750  |
| Buy  | 12/12/2000 | 10,000 | $5.6250  |
| Buy  | 12/13/2000 | 20,000 | $5.5000  |
| Sell | 12/19/2000 | 30,000 | $6.5000  |
| Buy  | 12/20/2000 | 10,000 | $6.1875  |
| Buy  | 12/20/2000 | 10,000 | $6.0625  |
| Buy  | 12/21/2000 | 10,000 | $5.0625  |
| Buy  | 12/21/2000 | 10,000 | $5.0000  |
| Buy  | 12/21/2000 | 5,000  | $5.0000  |
| Buy  | 12/28/2000 | 2,000  | $4.8750  |
| Buy  | 12/29/2000 | 1,000  | $4.6875  |

|       | Date       | Shares | Price   |
|-------|------------|--------|---------|
| Sell  | 1/4/2001   | 8,000  | $6.0000 |
| Sell  | 1/4/2001   | 10,000 | $6.0625 |
| Sell  | 1/4/2001   | 9,900  | $6.0625 |
| Sell  | 1/4/2001   | 100    | $6.1250 |
| Sell  | 1/5/2001   | 300    | $6.2500 |
| Sell  | 1/5/2001   | 9,700  | $6.1875 |
| Buy   | 1/5/2001   | 10,000 | $6.0625 |
| Buy   | 1/5/2001   | 10,000 | $6.0000 |
| Buy   | 1/5/2001   | 10,000 | $5.9375 |
| Sell  | 1/9/2001   | 10,000 | $6.1250 |
| Sell  | 1/9/2001   | 10,000 | $6.1250 |
| Sell  | 1/9/2001   | 1,700  | $6.0000 |
| Sell  | 1/9/2001   | 8,300  | $5.8750 |
| Sell  | 1/9/2001   | 30,000 | $5.8125 |
| Buy   | 1/24/2001  | 10,000 | $7.6875 |
| Sell  | 1/25/2001  | 9,800  | $7.5000 |
| Sell  | 1/25/2001  | 200    | $7.5625 |
| Buy   | 1/26/2001  | 10,000 | $7.1250 |
| Sell  | 1/29/2001  | 10,000 | $7.7000 |
| Buy   | 2/23/2001  | 4,000  | $6.2500 |
| Buy   | 2/23/2001  | 2,000  | $6.1600 |
| Sell  | 2/27/2001  | 6,000  | $6.3000 |
| Buy   | 2/27/2001  | 3,000  | $6.1400 |
| Buy   | 2/27/2001  | 3,000  | $6.1500 |
| Buy   | 3/1/2001   | 3,000  | $5.8500 |
| Buy   | 3/1/2001   | 2,000  | $5.7900 |
| Buy   | 3/1/2001   | 1,000  | $5.7700 |
| Sell  | 3/2/2001   | 1,000  | $6.1300 |
| Sell  | 3/2/2001   | 5,000  | $6.1400 |
| Sell  | 3/2/2001   | 1,000  | $6.5800 |
| Sell  | 3/2/2001   | 5,000  | $6.6000 |
| Buy   | 3/13/2001  | 1,000  | $5.7200 |
| Buy   | 3/13/2001  | 4,000  | $5.7400 |
| Sell  | 3/14/2001  | 5,000  | $5.8800 |
| Buy   | 3/27/2001  | 5,000  | $5.7300 |
| Sell  | 3/28/2001  | 5,000  | $5.9400 |
| Buy   | 4/6/2001   | 2,000  | $4.9600 |
| Sell  | 4/6/2001   | 2,000  | $5.0300 |

# EXHIBIT C

## LEAD PLAINTIFF LOUSIANA STATE EMPLOYEES' RETIREMENT SYSTEM'S AMENDMENT TO PREVIOUSLY FILED CERTIFICATION OF SECURITIES CLASS ACTION COMPLAINT

Louisiana State Employees' Retirement System's transactions in Xerox securities during the Class Period, as defined in the Third Amended Consolidated Complaint, were as follows:

| Date: | Number of Shares Purchased/Sold: | Market Price at Time of Transaction: | Value of Transaction: |
|---|---|---|---|

**SEE ATTACHED EXHIBIT 1**

Signed under the penalties of perjury this _10th_ day of September, 2007.

_____
Cynthia Y. Rougeou
Executive Director

*Xerox Corporation*
*Exhibit 1*

**Class Period:** 2/17/98-6/27/02

Louisiana State Employees' Retirement Association (LASERS)

| Date | Number of Shares Purchased/Sold | Market Price at Time of Transaction | Value of Transaction |
|---|---|---|---|
| 4/1/1998 | (24,500) | $109.4858 | $2,682,402.10 |
| 6/30/1998 | 13,300 | $101.6250 | ($1,351,612.50) |
| 1/6/1999 | 13,300 | $120.1758 | ($1,598,338.14) |
| 1/6/1999 | (200) | $122.5000 | $24,500.00 |
| 2/24/1999[1] | 91,900 | $0.0000 | $0.00 |
| 3/5/1999 | (2,300) | $54.2500 | $124,775.00 |
| 4/6/1999 | 6,700 | $56.0695 | ($375,665.65) |
| 4/7/1999 | 2,500 | $58.4500 | ($146,125.00) |
| 4/13/1999 | (6,100) | $56.9941 | $347,664.01 |
| 4/28/1999 | (2,300) | $59.3125 | $136,418.75 |
| 4/29/1999 | (2,300) | $58.8750 | $135,412.50 |
| 4/30/1999 | (2,200) | $59.7557 | $131,462.54 |
| 5/5/1999 | 6,900 | $60.1875 | ($415,293.75) |
| 6/18/1999 | 1,500 | $57.8146 | ($86,721.90) |
| 6/18/1999 | 9,500 | $57.5644 | ($546,861.80) |
| 7/27/1999 | (12,900) | $49.4482 | $637,881.78 |
| 7/28/1999 | (24,800) | $48.7350 | $1,208,628.00 |
| 8/26/1999 | 75,000 | $50.0333 | ($3,752,497.50) |
| 8/26/1999 | (77,700) | $49.6856 | $3,860,571.12 |
| 9/16/1999 | (47,200) | $42.8750 | $2,023,700.00 |
| 9/17/1999 | 80,400 | $42.3706 | ($3,406,596.24) |
| 9/17/1999 | 51,900 | $42.7769 | ($2,220,121.11) |
| 10/8/1999 | (141,800) | $31.7697 | $4,504,943.46 |
| 11/30/1999 | 10,700 | $27.0625 | ($289,568.75) |
| 1/31/2000 | 11,800 | $20.8750 | ($246,325.00) |
| 4/27/2000 | (400) | $27.3125 | $10,925.00 |
| 5/15/2000 | (5,600) | $26.6250 | $149,100.00 |
| 5/23/2000 | 5,800 | $25.5000 | ($147,900.00) |
| 9/29/2000 | (7,100) | $15.0625 | $106,943.75 |
| 10/26/2000 | 3,400 | $8.0625 | ($27,412.50) |
| 10/26/2000 | (11,900) | $8.0152 | $95,380.88 |
| 10/27/2000 | 2,200 | $8.2500 | ($18,150.00) |
| 11/3/2000 | 1,100 | $9.5000 | ($10,450.00) |
| 12/18/2000 | (2,400) | $6.3125 | $15,150.00 |
| 12/20/2000 | 2,800 | $6.0000 | ($16,800.00) |
| 12/29/2000 | (1,400) | $4.6250 | $6,475.00 |
| 1/19/2001 | (2,600) | $7.3894 | $19,212.44 |
| 1/26/2001 | (40,400) | $7.1212 | $287,696.48 |
| 4/5/2001 | 3,200 | $5.2600 | ($16,832.00) |
| 6/27/2001 | 4,800 | $8.5900 | ($41,232.00) |
| 6/27/2001 | 14,200 | $8.5900 | ($121,978.00) |
| 6/7/2002 | 88,800 | $8.3239 | ($739,162.32) |

[1] The shares received on 2/24/1999 are from the company's 2:1 stock split.

EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** |

### DECLARATION OF KEVIN P. TORRES, ESQ.

I, Kevin P. Torres, Esq., hereby declare as follows:

1. From March 5, 2007 to the present, I have been employed as Director of Retirement Service for the retirement systems of the City of Lakeland, Florida. Prior to that, and at all relevant times related to the preparation and submission of the lead plaintiff application (and supporting documentation) and complaint filed on behalf of LASERS in this case, I was General Counsel of the Fund. As a result, I have personal knowledge of the facts described in this declaration.

2. As General Counsel of LASERS, I was responsible for requesting the holdings and transaction data related to the Fund's trading in a particular security during a particular time period, which outside counsel periodically sought as part of their preparation of lead plaintiff applications and/or complaints filed on behalf of LASERS.

3. At all relevant times during my employment at LASERS, whenever outside counsel made such requests, LASERS used the following uniform procedure(s) to compile the requested data. First, I would draft and send an email to the Fund's Investment Division requesting the Fund's holdings and transaction data for the security in question during a particular class period. Next, a member of the Investment Division would query *Insight*, the online database of State Street Bank (our investment data custodian) to obtain the requested data for both internally and externally managed accounts. Finally, the Investment Division would download the requested data and provide it to me on an Excel spreadsheet, which I, in turn, would provide directly to outside counsel for inclusion in the relevant pleading.

4. Although I cannot recall any of the details of the steps taken at LASERS to compile the data in response to outside counsel's request related to the Fund's holdings and trading in Xerox securities during the class period in this case, I have no reason to believe that I or anyone else at LASERS did anything other than follow the procedures described in Paragraph 3 above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day July, 2007

Kevin P. Torres, Esq.

2