# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br>v. )<br>)<br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, )<br><br>Defendants. ) | 3:00-CV-1621 (AWT)<br>**ALL CASES** |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, a copy of foregoing Notice of Revised Certification of Lead Plaintiffs' Class Period Trading was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Bryan A. Wood
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
Tel: (617) 542-8300
Fax: (617) 542-1194
Email: bwood@bermanesq.com