UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>          Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>September 21, 2007 |

**MOTION TO WITHDRAW APPEARANCE
OF KARIN A. DEMASI AND RYAN D. JUNCK**

    Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned respectfully moves for leave to withdraw the appearance of Karin A. DeMasi and Ryan D. Junck on behalf of Defendant Xerox Corporation. Mr. Junck is no longer with the law firm of Cravath, Swaine & Moore LLP. Ms. DeMasi remains a member of the firm, but is no longer involved in the above-entitled matter. The remaining counsel of record at the firm will continue to represent Xerox Corporation, and no hardship will be caused by this withdrawal.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Respectfully submitted,

DEFENDANT XEROX CORPORATION

By
   /s/  Sandra C. Goldstein
Evan R. Chesler (ct 03177)
Sandra C. Goldstein (ct 24019)
Members of the Firm

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2007, a copy of the foregoing Motion to Withdraw Appearance of Karin A. DeMasi and Ryan D. Junck was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


   /s/ Sandra C. Goldstein_____
Sandra C. Goldstein (ct 24019)

Cravath, Swaine & Moore LLP
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Phone: (212) 474-1000
          Fax: (212) 474-3700
            Email: sgoldstein@cravath.com