UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Russell Carlson, et al. ) | | 3:00-CV-1621 (AWT) |
| v. ) | | |
| Xerox Corp., et al. ) | | |
| MASTER CASE ) | | |
| Florida State Board of Admin., et al. ) | | 3:02-CV-1303 (AWT) |
| v. ) | | |
| Xerox Corp., et al. ) | | |
| ) | | September 26, 2007 |
| MEMBER CASE. ) | | |

### STIPULATION AND ORDER RESOLVING MOTIONS TO DISMISS

WHEREAS plaintiffs Florida State Board of Administration ("FSBA"), Teachers' Retirement System of Louisiana ("TRSL"), Franklin Mutual Advisers, LLC ("Franklin") and PPM America, Inc. ("PPM") (collectively, "Plaintiffs") filed an amended complaint in <u>Florida State Bd. of Admin., et al. v. Xerox Corp., et al.</u>, 3:02-CV-1303 (AWT) on October 3, 2002 (the "Amended Complaint"), against Xerox Corporation, Paul Allaire, G. Richard Thoman, Barry Romeril, Anne Mulcahy, Philip Fishbach and Gregory Tayler (collectively, the "Xerox Defendants") and KPMG LLP ("KPMG");

WHEREAS on December 9, 2005, the Xerox Defendants filed a Partial Motion to Dismiss the Amended Complaint, seeking dismissal of (i) all federal claims asserted by PPM, (ii) the federal claims asserted by FSBA, TRSL and Franklin, to the extent they are based on purchases before January 4, 1999, (iii) Plaintiffs' Section 18 claims in their entirety, and (iv) Plaintiffs' Section 20(a) claim against Xerox Corporation;

WHEREAS on December 12, 2005, KPMG filed a motion to dismiss Counts VI, VII and XI of the Amended Complaint and those portions of Counts II and IV that are based on purchases prior to January 4, 1999;

WHEREAS on January 31, 2006, Plaintiffs filed a Notice of Voluntary Dismissal whereby Plaintiffs voluntarily dismissed their claims against KPMG as set forth in Counts VI, VII and XI of the Amended Complaint, without prejudice;

WHEREAS on August 17, 2007, the Xerox Defendants filed a Supplemental Memorandum regarding their Partial Motion to Dismiss, wherein they brought to this Court's attention the Second Circuit's decision in *In re WorldCom, Inc. Securities Litigation*, No. 05-6979, and withdrew their Partial Motion to Dismiss--without prejudice to their right to reassert any matters set forth therein upon a subsequent change in controlling authority or upon development of the facts in this case through discovery--except to the extent it seeks dismissal of Plaintiffs' federal claims based on purchases prior to April 16, 1998; and

WHEREAS Plaintiffs have agreed to limit their federal claims to those based on purchases on or after April 16, 1998;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, the Xerox Defendants and KPMG, through their undersigned counsel, that:

(a) Plaintiffs hereby voluntarily dismiss their federal claims in this action (as set forth in Counts I, II, III, IV, and V of the Amended Complaint) to the extent that those claims are based on purchases of Xerox securities prior to April 16, 1998;

(b) In light of Plaintiffs' dismissal of those claims, the remaining portion of the Xerox Defendants' Partial Motion to Dismiss the Amended Complaint is rendered moot and is hereby withdrawn;

(c) Defendant KPMG LLP hereby withdraws without prejudice its Motion to Dismiss Plaintiffs' Amended Complaint; and

(d) No later than November 9, 2007, Defendants shall serve answers to those factual allegations unique to the Amended Complaint, which are set forth in plaintiffs' letter of November 12, 2002, a copy of which is attached as Exhibit A to the Stipulations and Orders dated July 25, 2005 (as to the Xerox Defendants) and July 27, 2005 (as to KPMG), as granted and so ordered on September 7, 2005. Thereafter, Defendants shall serve answers to the remaining allegations in the Amended Complaint only as set forth in those Stipulations and Orders.

DATED: September 26, 2007

/s/ Lisa Kelly Morgan
Lisa Kelly Morgan (CT 02201)
RUBEN JOHNSON & MORGAN, P.C.
CityPlace II, 2nd Floor
185 Asylum Street
Hartford, CT  06103
(860) 275-6888

Megan D. McIntyre (phv0869)
Michael J. Barry (CT 24174)
GRANT & EISENHOFER, P.A.
Chase Manhattan Centre
1201 North Market St., Ste. #2100
Wilmington, DE  19801
(302) 622-7000
*Attorneys for Plaintiffs*

DATED: September 26, 2007

/s/ Sandra C. Goldstein
Evan R. Chesler (CT 03177)
Sandra C. Goldstein (CT 24019)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
(212) 474-1000
*Attorneys for Defendant Xerox Corporation*

DATED: September 26, 2007  /s/ Stuart J. Baskin
Stuart J. Baskin (CT 25986)
Seth M. Kean (CT 24587)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000

W. Sidney Davis, Jr. (phv0738)
George A. Salter (phv0741)
Mark J. Lemire (phv0739)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
(212) 918-3000
*Attorneys for Defendant KPMG LLP*

DATED: September 26, 2007  /s/ Thomas D. Goldberg
Thomas D. Goldberg (CT 04386)
Terence J. Gallagher (CT 22415)
DAY PITNEY LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300
*Attorneys for Defendants Philip Fishbach,
G. Richard Thoman and Anne Mulcahy*

DATED: September 26, 2007								/s/ John A. Valentine
									John A. Valentine (CT 25941)
									Heather A. Jones (CT 24194)
									WILMER CUTLER PICKERING HALE
									  AND DORR LLP
									1875 Pennsylvania Avenue, NW
									Washington, District of Columbia 20006
									(202) 663-6000
									*Attorneys for Defendants Paul A. Allaire,*
									*Barry D. Romeril and Gregory Tayler*


SO ORDERED THIS  27th  day of   September  , 2007:


									_____
									Alvin W. Thompson
									United States District Judge

5