UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br> October 9, 2007 |

## LEAD PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 32 TO USE DEPOSITION TESTIMONY FROM A PRIOR PROCEEDING

Lead Plaintiffs, Dr. Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System (collectively, "Plaintiffs"), hereby submit Lead Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 to Use Deposition Testimony From a Prior Proceeding. Plaintiffs seek an Order allowing them to use the sixty-eight (68) days of testimony elicited from forty-eight (48) witnesses in the litigation between the United States Securities and Exchange Commission ("SEC") and KPMG LLP ("KPMG") captioned *SEC v. KPMG LLP, et al.*, No. 03-cv-671 (DLC) (S.D.N.Y.).

In further support of their motion, Plaintiffs have submitted herewith an accompanying memorandum of law.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order pursuant to Fed. R. Civ. P. 32(a)(4) deeming the transcripts from the sixty-eight (68) days

of deposition testimony taken from forty-eight (48) witnesses in the *SEC v. KPMG* litigation usable for any purpose as if they were taken in this litigation.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: October 9, 2007 | /s/ Bryan A. Wood |

Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300
Email: bwood@bermanesq.com

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
James F. Conway, III (phv0744)
**Johnson & Perkinson**
1690 Williston Road
P.O. Box 2305
South Burlington, Vermont 05403
Phone: (802) 862-0030
Fax: (802) 862-0060

Melvyn I. Weiss (CT 04080)
Brad N. Friedman (CT 24910)
Ted Swiecichowski (phv01696)
**Milberg Weiss Bershad & Schulman LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurtwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

3