UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br> October 10, 2007 |

### RULE 37(a) AFFIDAVIT OF BRYAN A. WOOD

BRYAN A. WOOD hereby declares the following under the penalties of perjury:

1. I am an associate at the law firm of Berman DeValerio Pease Tabacco Burt & Pucillo, co-Lead Counsel for the Lead Plaintiffs in the matter captioned above, and I respectfully submit this declaration in conjunction with Lead Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 to Use Deposition Testimony From a Prior Proceeding.

2. On October 9, 2007, plaintiffs' counsel conferred with opposing counsel in a good faith effort to resolve the areas of dispute in this matter. Unfortunately, the parties were unable to eliminate or narrow the areas of dispute as a result of those discussions.

DATED: October 10, 2007

_____
Bryan A. Wood