UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br> September 24, 2007 |

### AFFIDAVIT OF GREGORY H. MATHEWS IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING LAWYER

I, Gregory H. Mathews, Esq., declare and state as follows:

1. For the purposes of the above-captioned action, I am working for the law firm of Johnson & Perkinson, located at 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403; telephone (802) 862-0030; facsimile (802) 862-0060; e-mail address gmathews@edrservices.biz. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf for admission as a visiting attorney to represent Lead Plaintiffs and the putative class in the above-captioned litigation.

2. I have been admitted to the bars of the Commonwealth of Virginia and the Commonwealth of Pennsylvania. I have been admitted to practice before the State Supreme Courts of Virginia and Pennsylvania as well as the United States District Courts for the Eastern District of Pennsylvania and the District of Colorado. I also have been admitted to practice before the United States Court of Appeals for the Third Circuit.

3. I am in good standing with the Pennsylvania bar and hold inactive status with the Virginia bar. I have not been denied admission nor disciplined by this Court or any other court.

1

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Date: September 24, 2007

Gregory H. Mathews, Esq.

Subscribed and sworn to before me
this 24th Day of September, 2007

_____
Name
Notary Public

My Commission Expires
~~February 10, 2011~~

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sharon L. Morris, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires July 26, 2010
Member, Pennsylvania Association of Notaries

2