## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RUSSELL CARLSON, Individually and On Behalf Of All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | Case No. 3:00-CV-1621 (AWT) **ALL CASES** |
| v. | : : : | |
| XEROX CORPORATION, KPMG LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, and BARRY ROMERIL, | : : : : | |
| Defendants. | : : | October 2, 2007 |

### MOTION FOR ADMISSION OF VISITING ATTORNEY

Nancy A. Kulesa, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for admission of Attorney Richard Fox to represent the Lead Plaintiffs, Thomas Zambito, Paul Dantzig, the Louisiana State Employees, and other class members in the above-captioned securities class action. In support of this motion, the Affidavit of Attorney Fox is attached hereto as Exhibit A.  A check for $25.00 accompanies this motion.

**THE PLAINTIFFS**

By:_____

Andrew M. Schatz ct00603
Jeffrey S. Nobel ct04855
Nancy A. Kulesa ct 25384
**SCHATZ NOBEL IZARD, P.C.**
20 Church Street, Suite 1700
Hartford, Connecticut 06103
Tel: (860) 493-6292
**Co-Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2007 a copy of foregoing was filed.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nancy A. Kulesa