UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br> September 21, 2007 |

### AFFIDAVIT OF RICHARD J. FOX IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING LAWYER

I, Richard J. Fox, Esq., declare and state as follows:

1. For the purposes of the above-captioned action, I am working for the law firm of Johnson & Perkinson, located at 1690 Williston Road, P.O. Box 2305, South Burlington, Vermont 05403; telephone (802) 862-0030; facsimile (802) 862-0060; e-mail address rfox@law.gwu.edu. Pursuant to Local Civil Rule of Procedure 83.1(d), I offer this affidavit in support of the motion filed on my behalf for admission as a visiting attorney to represent Lead Plaintiffs and the putative class in the above-captioned litigation.

2. I have been admitted to the bars of the State of Vermont and the Commonwealth of Massachusetts, as well as the bar of the United States District Court for Massachusetts.

3. I am in good standing with the bars to which I am admitted, and I have not been denied admission nor disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

Date: 21 SEPTEMBER 2007

_____
Richard J. Fox, Esq.

Subscribed and sworn to before me
this 21th Day of September, 2007

_____
Rachel G. Johnson
Notary Public

My Commission Expires
February 10, 2011

2