UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,

Plaintiffs,

v.

XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,

Defendants.

Civil Action No. 3:00-CV-1621 (AWT)
ALL CASES

October 16, 2007

## MOTION FOR ADMISSION OF VISITING LAWYERS

The undersigned, a member of the bar of this Court, respectfully moves for the admission of Attorneys Hector J. Valdes and Timothy F. Van Voris as visiting lawyers pursuant to the provisions of Rule 83.1(d) of the Local Rules of this Court.

Mr. Valdes is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. He is a member in good standing of the Bar of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York. Upon information and belief, Mr. Valdes has never been denied admission or disciplined by this Court or any other court. Mr. Valdes's affidavit in support of this motion (attached hereto as Exhibit A) and payment to the Clerk in the amount of $25.00 accompany this application.

Mr. Van Voris is an associate with the law firm of Cravath, Swaine & Moore LLP, which is located at 825 Eighth Avenue, New York, New York 10019. He is a member in good standing of the Bar of the State of New York. Upon information and belief, Mr. Van Voris

has never been denied admission or disciplined by this Court or any other court. Mr. Van Voris's affidavit in support of this motion (attached hereto as Exhibit B) and payment to the Clerk in the amount of $25.00 accompany this application.

Pursuant to Rule 83.1(c)(1) of the Local Rules of this Court, Mr. Valdes and Mr. Van Voris designate the undersigned as the member of the bar of this Court upon whom service of all papers shall also be made.

WHEREFORE, the undersigned requests that Mr. Valdes and Mr. Van Voris be admitted to appear as visiting lawyers to represent defendant Xerox Corporation.

By /s/ Ivy Thomas McKinney
Ivy Thomas McKinney (ct09351)
Xerox Corporation
45 Glover Avenue, XWHQ 5076
P.O. Box 4505
Norwalk, Connecticut 06856-4505
Tel: (203) 849-2354

Attorney for Xerox Corporation

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL CARLSON, Individually And On
Behalf Of All Others Similarly Situated,

                      Plaintiffs,

v.

XEROX CORPORATION, KPMG LLP,
PAUL A. ALLAIRE, G. RICHARD THOMAN,
ANNE MULCAHY, BARRY D. ROMERIL,
GREGORY TAYLER AND PHILIP
FISHBACH,

                      Defendants.

Civil Action No. 3:00-CV-1621 (AWT)
ALL CASES

October 15, 2007

## AFFIDAVIT OF HECTOR J. VALDES

Hector J. Valdes, being duly sworn, deposes and says:

       1.     I am an associate with the law firm of Cravath, Swaine & Moore LLP, counsel to defendant Xerox Corporation in the above-referenced matter.

       2.     I make this affidavit in support of the motion of Ivy Thomas McKinney for an order, pursuant to Local Rule 83.1(d), for my admission Pro Hac Vice to participate in all matters relating to this litigation.

       3.     My office address, telephone number, fax number and email address are as follows:

                Cravath, Swaine & Moore LLP
                Worldwide Plaza
                825 Eighth Avenue
                New York, New York 10019
                T: (212) 474-1000
                F: (212) 474-3700
                hvaldes@cravath.com

4. I am a member in good standing of the Bar of the State of New York and of the United States District Courts for the Southern and Eastern Districts of New York.

5. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The $25 fee required by Local Rule 83.1(d) accompanies this affidavit.

_____
Hector J. Valdes

Subscribed and sworn before me on
this  15  day of October, 2007.

_____
Notary Public

ROBERT B. ZWILLICH
Notary Public, State of New York
No. 01ZW4630959
Qualified in New York County
Commission Expires October 31, 2010

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 15, 2007 |

### AFFIDAVIT OF TIMOTHY F. VAN VORIS

Timothy F. Van Voris, being duly sworn, deposes and says:

1. I am an associate with the law firm of Cravath, Swaine & Moore LLP, counsel to defendant Xerox Corporation in the above-referenced matter.

2. I make this affidavit in support of the motion of Ivy Thomas McKinney for an order, pursuant to Local Rule 83.1(d), for my admission Pro Hac Vice to participate in all matters relating to this litigation.

3. My office address, telephone number, fax number and email address are as follows:

> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
> T: (212) 474-1000
> F: (212) 474-3700
> tvanvoris@cravath.com

4. I am a member in good standing of the Bar of the State of New York.

- 2 -

5. I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or any other court.

6. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

7. The $25 fee required by Local Rule 83.1(d) accompanies this affidavit.

_____
Timothy F. Van Voris

Subscribed and sworn before me on
this 15 day of October, 2007.

_____
Notary Public

ROBERT B. ZWILLICH
Notary Public, State of New York
No. 01ZW4630959
Qualified in New York County
Commission Expires October 31, 2010

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT a copy of the foregoing was sent by First Class Mail, postage prepaid, this 16th day of October 2007, to:

Glen DeValerio, Esq.
Leslie R. Stern, Esq.
Bryan Wood, Esq.
Berman DeValerio Pease Tabacco
   Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Justin S. Kudler, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT 06103-3290

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
Hurwitz Sagarin Slossberg & Knuff, LLC
147 N. Broad Street
P.O. Box 112
Milford, CT 06460

Melvyn I Weiss, Esq.
Brad Friedman, Esq.
Ted J. Swiecichowski, Esq.
Milberg Weiss LLP
One Pennsylvania Plaza, 49th Fl.
New York, NY 10119-0165

Jay W. Eisenhofer, Esq.
Megan D. McIntyre Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
1201 N. Market Street, Suite 2100
Wilmington, DE 19801

W. Sidney Davis, Esq.
George A. Salter, Esq.
Mark J. Lemire, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Stuart J. Baskin, Esq.
Seth Kean, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Thomas J. Murphy, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street, Suite 910
Hartford, CT 06103

Dennis J. Johnson, Esq.
James F. Conway, III, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Lisa Kelly Morgan, Esq.
Ruben, Johnson & Morgan, P.C.
249 Pearl Street
Hartford, CT 06103

Thomas D. Goldberg, Esq.
Terence J. Gallagher, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

John Valentine, Esq.
Heather Jones, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, DC 20006

*/s/ Kevin J. Orsini*
Kevin J. Orsini