UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>          Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 26, 2007 |

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in this case for defendant Xerox Corporation.

Dated:  October 26, 2007

         Respectfully submitted,

           /s/ Hector J. Valdes         _
          Hector J. Valdes (phv02199)

         Cravath, Swaine & Moore LLP
           Worldwide Plaza
            825 Eighth Avenue
             New York, NY 10019
              Phone: (212) 474-1000
               Fax: (212) 474-3700
                Email: hvaldes@cravath.com

## CERTIFICATE OF SERVICE

        I hereby certify that on October 26, 2007, a copy of the foregoing Notice of Appearance was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


    /s/ Hector J. Valdes_____
    Hector J. Valdes (phv02199)

    Cravath, Swaine & Moore LLP
      Worldwide Plaza
        825 Eighth Avenue
          New York, NY 10019
            Phone: (212) 474-1000
              Fax: (212) 474-3700
                Email: hvaldes@cravath.com