UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>          v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>                                    Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 26, 2007 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for defendant Xerox Corporation.

Dated:  October 26, 2007


                    Respectfully submitted,

                     /s/ Timothy F. Van Voris            _
                    Timothy F. Van Voris (phv02200)

                    Cravath, Swaine & Moore LLP
                        Worldwide Plaza
                        825 Eighth Avenue
                        New York, NY 10019
                            Phone: (212) 474-1000
                            Fax: (212) 474-3700
                                Email: tvanvoris@cravath.com

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, a copy of the foregoing Notice of Appearance was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


 /s/ Timothy F. Van Voris_____
Timothy F. Van Voris (phv02200)

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
Email: tvanvoris@cravath.com

- 2 -