UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>　　　　Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 30, 2007 |

## MOTION TO FILE UNDER SEAL

Defendants Xerox Corporation ("Xerox"), Paul A. Allaire, G. Richard Thoman, Anne Mulcahy, Barry D. Romeril, Gregory Tayler and Philip Fishbach (together with Xerox, the "Xerox Defendants") hereby move, pursuant to Local Rule of Civil Procedure 5(e), to file under seal: (1) the Xerox Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion Pursuant to Federal Rule of Civil Procedure 32 to Use Deposition Testimony From a Prior Proceeding; and (2) the Declaration of Kevin J. Orsini, dated October 30, 2007, both of which are being transported to the Court contemporaneously with the filing of this motion.

These documents contain or refer to materials designated as confidential under the terms of the Confidentiality Stipulation and Protective Order, entered in this action on January 25, 2006 (the "Protective Order"). Pursuant to Paragraph 8 of the Protective Order, "[a]ll

portions of briefs, pleadings or other filings with this Court that contain or refer to Confidential Material shall be filed and kept under seal until further order of this Court".

Accordingly, the Xerox Defendants respectfully request that the Court seal the documents referenced above.

    CRAVATH, SWAINE & MOORE LLP,

    by

      /s/ Sandra C. Goldstein
        Evan R. Chesler (ct 03177)
        Sandra C. Goldstein (ct 24019)
        Members of the Firm

      Worldwide Plaza
      825 Eighth Avenue
      New York, NY 10019
      (212) 474-1000

      Attorneys for Defendant
      Xerox Corporation


    DAY PITNEY LLP,

    by

     /s/ Thomas D. Goldberg / HV
       Thomas D. Goldberg (ct 04386)
       A member of the Firm
       Terence J. Gallagher (ct 22415)

      One Canterbury Green
      Stamford, CT 06901
      (203) 977-7300

      Attorneys for Defendants
      Anne Mulcahy, G. Richard Thoman
      and Philip Fishbach

                              WILMER CUTLER PICKERING HALE and DORR LLP,

    by

                /s/ John A. Valentine / HV
                         John Valentine (ct 25941)
                         A member of the Firm
                         Heather A. Jones (ct 24194)

                         1875 Pennsylvania Ave, NW
                         Washington, DC 20006
                         (202) 663-6000

                         Alfred U. Pavlis (ct 08603)
                         DALY & PAVLIS, LLC
                         107 John Street
                         Southport, CT 06890
                         (203) 255-6700

                         Attorneys for Defendants Paul A. Allaire, Barry D. Romeril and Gregory Tayler

Of counsel:
Ivy Thomas McKinney (ct 09351)
Xerox Corporation
45 Glover Avenue, XWHQ 5076
P.O. Box 4505
Norwalk, Connecticut 06856-4505
(203) 849-2354
Attorney for Xerox Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2007, a copy of the foregoing Motion to File Under Seal was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


   _/s/ Sandra C. Goldstein_____
Sandra C. Goldstein (ct 24019)

Cravath, Swaine & Moore LLP
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Phone: (212) 474-1000
         Fax: (212) 474-3700
           Email: sgoldstein@cravath.com