UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>            v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>                          Defendants. | Civil Action No. 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>October 30, 2007 |

## NOTICE OF MANUAL FILING

Please take notice that the Xerox Defendants' Memorandum Of Law In Opposition To Lead Plaintiffs' Motion Pursuant To Federal Rule Of Civil Procedure 32 To Use Deposition Testimony From A Prior Proceeding and the Declaration of Kevin J. Orsini, dated October 30, 2007, have been filed manually.

These documents have not been filed electronically because:

[X]    The documents are filed under seal pursuant to Local Rule of Civil Procedure 5(e).

The documents referenced above have been served manually on all parties.

Respectfully submitted,

  /s/ Sandra C. Goldstein
Sandra C. Goldstein (ct 24019)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Phone: (212) 474-1000
Fax: (212) 474-3700
Email: sgoldstein@cravath.com