**CERTIFICATE OF SERVICE**

        I hereby certify that on October 30, 2007, a copy of the foregoing Notice of Manual Filing and Compendium of Unreported Authority were filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

        In addition, copies of the foregoing and of the documents referenced in the Notice of Manual Filing, which are being filed under seal, were sent by Federal Express courier service, postage prepaid, this 30th day of October, 2007, to:

| | |
|---|---|
| Glen DeValerio, Esq.<br>Leslie R. Stern, Esq.<br>Bryan Wood, Esq.<br>Berman DeValerio Pease Tabacco<br>    Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109 | Andrew M. Schatz, Esq.<br>Jeffrey S. Nobel, Esq.<br>Schatz & Nobel, P.C.<br>One Corporate Center<br>20 Church Street, Suite 1700<br>Hartford, CT 06103-3290 |
| J. Daniel Sagarin, Esq.<br>David A. Slossberg, Esq.<br>Hurwitz Sagarin Slossberg & Knuff, LLC<br>147 N. Broad Street<br>P.O. Box 112<br>Milford, CT 06460 | Melvyn I Weiss, Esq.<br>Brad Friedman, Esq.<br>Ted J. Swiecichowski, Esq.<br>Milberg Weiss LLP<br>One Pennsylvania Plaza, 49th Fl.<br>New York, NY 10119-0165 |
| Stuart M. Grant, Esq.<br>Megan D. McIntyre Esq.<br>Michael J. Barry, Esq.<br>Grant & Eisenhofer, P.A.<br>1201 N. Market Street, Suite 2100<br>Wilmington, DE 19801 | W. Sidney Davis, Esq.<br>George A. Salter, Esq.<br>Mark J. Lemire, Esq.<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 |
| Stuart J. Baskin, Esq.<br>Seth Kean, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Thomas J. Murphy, Esq.<br>Cowdery, Ecker & Murphy, L.L.C.<br>750 Main Street, Suite 910<br>Hartford, CT 06103 |

| | |
|---|---|
| Dennis J. Johnson, Esq.<br>James F. Conway, III, Esq.<br>Johnson & Perkinson<br>1690 Williston Road<br>South Burlington, VT 05403 | Lisa Kelly Morgan, Esq.<br>Ruben, Johnson & Morgan, P.C.<br>249 Pearl Street<br>Hartford, CT 06103 |
| Thomas D. Goldberg, Esq.<br>Terence J. Gallagher, Esq.<br>Day Pitney LLP<br>One Canterbury Green<br>Stamford, CT 06901 | John Valentine, Esq.<br>Heather Jones, Esq.<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, DC 20006 |

  /s/ Sandra C. Goldstein_____
Sandra C. Goldstein (ct 24019)

Cravath, Swaine & Moore LLP
  Worldwide Plaza
    825 Eighth Avenue
      New York, NY 10019
        Phone: (212) 474-1000
          Fax: (212) 474-3700
            Email: sgoldstein@cravath.com