# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br>    Plaintiff, <br><br>v. <br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br>    Defendants. | APPEARANCE <br><br> 3:00-CV-1621 (AWT) <br> ALL CASES <br><br><br><br><br><br><br><br><br> October 31, 2007 |

**To the Clerk of this court and all parties of record:**

**Please enter my appearance as counsel in this case for: Lead Plaintiffs Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System.**

Dated: October 31, 2007                                    Respectfully Submitted,


                                                           /s/ Gregory H. Mathews, Esq.
                                                           Gregory Mathews (phv2185)
                                                           1100 S. Washington Ridge
                                                           West Chester, PA 19382
                                                           Tel: 610-793-3440
                                                           Fax: 610-516-1043
                                                           Email:gmathews@edrservices.biz

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2007, a copy of the foregoing Notice of Appearance was filed electronically and served by mail on any party required to be served who is unable to accept electronic filing. Notice of these filings will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access these filings through the court's CM/ECF System.

      /s/ Gregory H. Mathews, Esq.
Gregory Mathews (phv2185)
1100 S. Washington Ridge
West Chester, PA 19382
Tel: 610-793-3440
Fax: 610-516-1043
Email:gmathews@edrservices.biz