UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XEROX CORPORATION, et al.<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br>October 25, 2007 |

## DEFENDANTS' MOTION FOR ADMISSION OF
## FELIPE D. MENDOZA AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Civil Rules of this Court, Alfred U. Pavlis, counsel to defendants Paul Allaire, Barry Romeril, and Gregory Tayler, and a member of the bar of this Court, respectfully moves that Felipe D. Mendoza, an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington D.C. 20006, be admitted as a visiting attorney to represent, in association with the undersigned, the defendants Paul Allaire, Barry Romeril, and Gregory Tayler in the above-captioned matter.

The accompanying Affidavit states that Mr. Mendoza is a member in good standing of the State Bar of California, and that Mr. Mendoza has neither been denied admission nor been disciplined by this Court or any other court.

Accompanying this motion is a check in the amount of $25.00 as payment of the fee required by Local Rule 83.1(d).

DEFENDANTS PAUL ALLAIRE, BARRY ROMERIL AND GREGORY TAYLER

By _____
Alfred U. Pavlis (ct08603)
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06890
Telephone: 203-255-6700
Fax: 203-255-1953
apavlis@dalypavlis.com

CERTIFICATION

I hereby certify that on October 25, 2007, a copy of forgoing Motion for Admission of Felipe D. Mendoza as a Visiting Attorney was sent via First Class Mail, postage prepaid, to the following counsel of record:

Glen DeValerio, Esq.
Jeffrey C. Block, Esq.
Berman DeValerio Pease Tabacco
    Burt & Pucillo
One Liberty Square
Boston, MA 02109

Andrew M. Schatz, Esq.
Jeffrey S. Nobel, Esq.
Nancy A. Kulsea, Esq.
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street
Hartford, CT 06103

Jill Agro, Esq.
Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 N. Market Street, #2100
Wilmington, DE 19801

Thomas D. Goldberg, Esq.
Terrence J. Gallagher, Esq.
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901

Stuart J. Baskin, Esq.
Seth M. Kean, Esq.
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Melvyn I. Weiss, Esq.
Brad N. Friedman, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119

J. Daniel Sagarin, Esq.
Hurwitz & Sagarin, LLC
147 N. Broad Street
Milford, CT 06460

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

John A. Valentine, Esq.
Heather A. Jones, Esq.
Adam Aderton, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

W. Sidney Davis, Jr., Esq.
George A. Salter, Esq.
M. Gavan Montague, Esq.
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Dennis J. Johnson, Esq.
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

_____
Alfred U. Pavlis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| vs. | 3:00-CV-1621 (AWT) ALL CASES |
| XEROX CORPORATION, et al. | October 24, 2007 |
| Defendants. | |

## AFFIDAVIT OF FELIPE D. MENDOZA

I, Felipe D. Mendoza, under penalty of perjury, hereby state as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP located at 1875 Pennsylvania Avenue, Washington, D.C. 20006; telephone number, 202-663-6051; facsimile number, 202-663-6363; email address, felipe.mendoza@wilmerhale.com. Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, I submit this Affidavit in support of Defendants' Motion for Admission of Visiting Attorney Felipe D. Mendoza in the above-captioned matter.

2. I am a member in good standing of the State Bar of California.

3. I have neither been denied admission nor been disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Felipe D. Mendoza

District of Columbia /ss

Subscribed and sworn to before me
This 24th day of October 2007.

_____
Notary Public (My Commission Expires  June 14, 2012 )