UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, <br><br> Defendants. | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br> November 2, 2007 |

**LEAD PLAINTIFFS UNOPPOSED MOTION TO WITHDRAW
CERTAIN PAPERS AND TO FILE SAID PAPERS UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5(e), Lead Plaintiffs, Dr. Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System (collectively, "Plaintiffs"), hereby move to withdraw and to file under seal: (1) Plaintiffs' Memorandum in Support of Lead Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 to Use Deposition Testimony From a Prior Proceeding (the "Memorandum") (Docket No. 416), a redacted copy of which is attached hereto as Exhibit A; and (2) the Declaration of Bryan A. Wood with attached exhibits (the "Declaration") (Docket No. 417), a redacted copy of which is also attached hereto as Exhibit A.[1]

Plaintiffs have agreed to seek approval to file both the Memorandum and the Declaration under seal in an effort to accommodate the Individual Defendants' concern

---

[1] The parties have agreed that this motion should not in any way affect the applicable deadlines triggered by the original filing of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 to Use Deposition Testimony from a Prior Proceeding.

that both documents contain confidential material as defined by Paragraph 3 of the Confidentiality Stipulation and Protective Order, entered in this action on January 25, 2006 (the "Confidentiality Order") (Docket No. 310).  For the Court's convenience, pursuant to Local Rule of Civil Procedure 5(e) and Paragraph 8 of the Confidentiality Order, Plaintiffs have sent the Court an unredacted copy of both the Memorandum and Declaration in a marked envelope by overnight mail.

WHEREFORE, Plaintiffs respectfully request that the Court: (1) withdraw the Memorandum and Declaration from public access, including both electronic and hard copies; and (2) seal the Memorandum and Declaration pursuant to Paragraph 8 of the Confidentiality Order.

Dated: November 2, 2007

      /s/ Abigail R. Romeo_____
Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Bryan A. Wood (phv0742)
Abigail R. Romeo (phv0849)
**Berman DeValerio Pease Tabacco**
  **Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad Friedman (CT 24910)
**Milberg Weiss LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**

Case 3:00-cv-01621-AWT    Document 435    Filed 11/02/2007    Page 4 of 4