# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>　　　　Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES** |

**This envelope contains documents that are subject to an order governing discovery and the use of confidential discovery material entered by the United States District Court for the District of Connecticut in this action on January 25, 2006. This envelope shall not be opened nor the contents thereof disclosed or revealed expect by order of the Court.**

Enclosed Documents:

1. Memorandum in Support of Lead Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 to Use Deposition Testimony From a Prior Proceeding; and

2. Declaration of Bryan A. Wood with Attached Exhibits.