UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>  Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>  Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br>November 2, 2007 |

## CERTIFICATE OF SERVICE

I hereby certify that on **November 2, 2007**, a copy of the foregoing **Lead Plaintiffs Unopposed Motion To Withdraw Certain Papers And To File Said Papers Under Seal** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 2, 2007

/s/ Abigail R. Romeo
Abigail R. Romeo (phv0849)
**Berman DeValerio Pease Tabacco**
 **Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
Aromeo@bermanesq.com
(617) 542-8300