UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : : | CIVIL ACTION NO. 3:00-CV-1621 (AWT) |
| Plaintiff, | | |
| v. | | |
| XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH | | |
| | | NOVEMBER 13, 2007 |
| Defendants. | | |

**ENTRY OF APPEARANCE**

Please enter my appearance as attorney for defendants G. Richard Thoman, Anne Mulcahy and Philip Fishbach in the above-captioned action.

                               By: /s/ Rosemary Q. Barry
                                   Rosemary Q. Barry (ct20273)
                                   Day Pitney LLP
                                   One Canterbury Green
                                   Stamford, CT 06901
                                   (203) 977-7300 (telephone)
                                   (203) 977-7301 (facsimile)
                                   rqbarry@daypitney.com

71422947.1

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2007, a copy of the foregoing Notice of Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone not registered to accept electronic filings.  Parties may access this filing through the Court's system

      /s/     Rosemary Q. Barry
                Rosemary Q. Barry