# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually<br>And On Behalf Of All Others Similarly<br>Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG LLP,<br>PAUL A. ALLAIRE, G. RICHARD<br>THOMAN, ANNE MULCAHY<br>BARRY D. ROMERIL,<br>GREGORY TAYLER and<br>PHILIP FISHBACH,<br><br>    Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br><br><br><br><br><br><br>November 19, 2007 |

## MOTION TO FILE UNDER SEAL

Lead Plaintiffs, Dr. Paul Dantzig, Thomas Zambito, and the Louisiana State Employees' Retirement System (collectively, "Lead Plaintiffs") hereby move, pursuant to Local Rule 5(e), to file under seal: (1) Lead Plaintiffs' Reply to the Xerox Defendants' Opposition to Lead Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 32 To Use Deposition Testimony From A Prior Proceeding; and (2) exhibits to the Second Declaration of Bryan A. Wood, dated November 19, 2007, both of which are being transported to the Court contemporaneously with the filing of this Motion.

These documents contain or refer to materials designated as confidential under the terms of the Confidentiality Stipulation and Protective Order, entered in this action on January 25, 2006 (the "Protective Order"). Pursuant to Paragraph 8 of the Protective Order, "[a]ll portions of briefs, pleadings or other filings with this Court that contain or

refer to Confidential Material shall be filed and kept under seal until further order of this Court."

Accordingly, the Lead Plaintiffs respectfully request that the Court seal documents referenced above.

Dated: November 19, 2007 /s/ Bryan A. Wood
Bryan A. Wood (phv0742)
Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Abigail R. Romeo (phv0849)
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad Friedman (CT 24910)
**Milberg Weiss LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000
**Co-Liaison Counsel**