**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually )<br>And On Behalf Of All Others Similarly )<br>Situated, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>XEROX CORPORATION, KPMG LLP, )<br>PAUL A. ALLAIRE, G. RICHARD )<br>THOMAN, ANNE MULCAHY )<br>BARRY D. ROMERIL, )<br>GREGORY TAYLER and )<br>PHILIP FISHBACH, )<br>)<br>    Defendants. )<br>) | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br><br><br><br><br><br><br>November 19, 2007 |

**ATTN: CLERK TO HONORABLE ALVIN W. THOMPSON**

**"CONFIDENTIAL INFORMATION"**

Pursuant To the January 25, 2006 Protective Order, Plaintiffs' Reply To the Xerox Defendants' Opposition To Lead Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 32 To Use Deposition Testimony From A Prior Proceeding and Exhibits A – E to the Second Declaration of Bryan A. Wood are subject to Plaintiffs' Accompanying Motion To File Under Seal: