**FILED UNDER SEAL**
**Pursuant to Protective Order**
**Entered on January 25, 2006**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually ) <br> And On Behalf Of All Others Similarly ) <br> Situated, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> XEROX CORPORATION, KPMG LLP, ) <br> PAUL A. ALLAIRE, G. RICHARD ) <br> THOMAN, ANNE MULCAHY ) <br> BARRY D. ROMERIL, ) <br> GREGORY TAYLER and ) <br> PHILIP FISHBACH, ) <br> ) <br> Defendants. ) <br> ) | 3:00-CV-1621 (AWT) <br> **ALL CASES** <br><br><br><br><br><br><br><br><br><br><br> November 19, 2007 |

## SECOND DECLARATION OF BRYAN A. WOOD

BRYAN A. WOOD hereby declares the following under penalty of perjury:

1. I am an associate at Berman DeValerio Pease Tabacco Burt & Pucillo, and I respectfully submit this declaration in support of Lead Plaintiffs' Reply to the Xerox Defendants' Opposition to Lead Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 32 To Use Deposition Testimony From A Prior Proceeding.

2. Attached hereto as Exhibit A is a listing of true and correct excerpts from KPMG's previous Wells Notice Submissions.

3. Attached hereto as Exhibit B is a listing of true and correct excerpts from KPMG's Answer to the Complaint in *SEC v. KPMG , Joseph T. Boyle, Michael A.*

*Conway, Anthony P. Dolanski, Ronald A. Safran, and Thomas J. Yoho,* Civil Action No. 03 CV 0671 (DLC).

    4.    Attached hereto as Exhibit C is a true and correct copy of the SEC's Brief In Opposition To The Motions Of Defendants Conway, Dolanski, Safran, and Yoho For Summary Judgment that was filed in *SEC v. KPMG, Joseph T. Boyle, Michael A. Conway, Anthony P. Dolanski, Ronald A. Safran, and Thomas J. Yoho,* Civil Action No. 03 CV 0671 (DLC).

    5.    Attached hereto as Exhibit D are true and correct copies of excerpts from the deposition transcripts of Daniel Dooley, Philip Devon, and Michael Festa, taken in *SEC v. KPMG, Joseph T. Boyle, Michael A. Conway, Anthony P. Dolanski, Ronald A. Safran, and Thomas J. Yoho,* Civil Action No. 03 CV 0671 (DLC).

    6.    Attached hereto as Exhibit E is a true and correct copy of an excerpt from the deposition transcript of John Diggins, taken in *SEC v. KPMG, Joseph T. Boyle, Michael A. Conway, Anthony P. Dolanski, Ronald A. Safran, and Thomas J. Yoho,* Civil Action No. 03 CV 0671 (DLC).

Dated: November 19, 2007                      /s/ Bryan A. Wood
                                                               Bryan A. Wood