### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>XEROX CORPORATION, KPMG LLP, )<br>PAUL A. ALLAIRE, G. RICHARD )<br>THOMAN, ANNE MULCAHY )<br>BARRY D. ROMERIL, )<br>GREGORY TAYLER and )<br>PHILIP FISHBACH, )<br>)<br>Defendants. )<br>) | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br><br><br><br>November 19, 2007 |

### NOTICE OF MANUAL FILING

Please take notice that the Lead Plaintiffs' Reply to the Xerox Defendants' Opposition to Lead Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 32 To Use Deposition Testimony From A Prior Proceeding and the exhibits to the Second Declaration of Bryan A. Wood, dated November 19, 2007, have been filed manually.

These documents have not been filed electronically because:

[X]   The documents are filed under seal pursuant to Local Rule of Civil Procedure 5(e).

The documents referenced above have been served manually on all parties.

| | |
|---|---|
| Dated: November 19, 2007 | /s/ Bryan A. Wood |

                                            Bryan A. Wood (phv0742)
Glen DeValerio (CT 22582)
Leslie R. Stern (phv0743)
Abigail R. Romeo (phv0849)
**Berman DeValerio Pease Tabacco**
  **Burt & Pucillo**
One Liberty Square
Boston, Massachusetts 02109
(617) 542-8300

Dennis J. Johnson (CT 22090)
Jacob B. Perkinson (CT 22091)
**Johnson & Perkinson**
1690 Williston Road
South Burlington, Vermont 05403
(802) 862-0030

Melvyn I. Weiss (CT 04080)
Brad Friedman (CT 24910)
**Milberg Weiss LLP**
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
(212) 594-5300

**Co-Lead Counsel**

Andrew M. Schatz (CT 00603)
**Schatz Nobel Izard, P.C.**
One Corporate Center
20 Church Street
Hartford, CT 06103
(860) 493-6292

J. Daniel Sagarin (CT 04289)
**Hurwitz & Sagarin, LLC**
147 N. Broad Street
Milford, Connecticut 06460
(203) 877-8000

**Co-Liaison Counsel**