**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>    Defendants. | 3:00-CV-1621 (AWT)<br>**ALL CASES**<br><br>November 19, 2007 |

**CERTIFICATE OF SERVICE**

I, Bryan A. Wood, hereby certify that on **November 19, 2007**, a copy of the foregoing **Notice of Manual Filing** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Lead Plaintiffs' Reply to the Xerox Defendants' Opposition to Lead Plaintiffs' Motion Pursuant To Fed. R. Civ. P. 32 To Use Deposition Testimony From A Prior Proceeding and the exhibits to the Second Declaration of Bryan A. Wood, dated November 19, 2007, have been filed manually because the documents are filed under seal pursuant to Local Rule of Civil Procedure 5(e).

Dated: November 19, 2007　　　　　　　/s/ Bryan A. Wood
　　　　　　　　　　　　　　　　　　　Bryan A. Wood (phv0742)
　　　　　　　　　　　　　　　　　　　**Berman DeValerio Pease Tabacco**
　　　　　　　　　　　　　　　　　　　　**Burt & Pucillo**
　　　　　　　　　　　　　　　　　　　One Liberty Square
　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02109
　　　　　　　　　　　　　　　　　　　bwood@bermanesq.com