## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated, | ) ) ) ) | 3:00-CV-1621 (AWT) |
|  | ) | **ALL CASES** |
| Plaintiff, | ) |  |
| v. | ) ) |  |
| XEROX CORPORATION, KPMG, LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER and PHILIP FISHBACH, | ) ) ) ) ) ) ) | November 19, 2007 |
| Defendants. | ) ) ) |  |

## CERTIFICATE OF SERVICE

I, Bryan A. Wood, hereby certify that on **November 19, 2007**, a copy of the foregoing

**Motion to File Under Seal and Second Declaration of Bryan A. Wood (Exhibits Underseal)**

was filed electronically and served by mail on anyone unable to accept electronic filing. Notice

of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: November 19, 2007                    /s/ Bryan A. Wood