UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | |
| vs. | 3:00-CV-1621 (AWT) ALL CASES |
| XEROX CORPORATION, et al. | November 30, 2007 |
| Defendants. | |

### DEFENDANTS' MOTION FOR ADMISSION OF ELIZABETH K. CANIZARES AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Civil Rules of this Court, Alfred U. Pavlis, counsel to defendants Paul Allaire, Barry Romeril and Gregory Tayler, and a member of the bar of this Court, respectfully moves that Elizabeth K. Canizares, an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington D.C. 20006, be admitted as a visiting attorney to represent, in association with the undersigned, the defendants Paul Allaire, Barry Romeril and Gregory Tayler in the above-captioned matter.

The accompanying Affidavit states that Ms. Canizares is a member in good standing of the State Bar of New York, and that Ms. Canizares has neither been denied admission nor been disciplined by this Court or any other court.

Accompanying this motion is a check in the amount of $25.00 as payment of the fee required by Local Rule 83.1(d).

DEFENDANTS PAUL ALLAIRE, BARRY ROMERIL AND GREGORY TAYLER

By _____
Alfred U. Pavlis (ct08603)
Daly & Pavlis, LLC
107 John Street
Southport, Connecticut 06890
Telephone: (203) 255-6700
Fax: (203) 255-1953
apavlis@dalypavlis.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, a copy of forgoing Motion for Admission of Elizabeth K. Canizares as a Visiting Attorney was sent via First Class Mail, postage prepaid, to the following counsel of record:


Elias A. Alexiades, Esq.
215 Church Street, 2nd Floor
New Haven, CT  06510

Richard J. Fox, Esq.
PO Box 451
Shelburne, VT  05482

Bryan Scott Gowdy, Esq.
50 North Laura Street
Jacksonville, FL  32202

Roy B. Thompson, Esq.
15938 SW Quarry Road, Ste. B-6
Lake Oswego, OR  97035

Joseph W. Hatchett, Esq.
**Akerman, Senterfitt & Eidson**
PO Box 10555
Tallahassee, FL  32301

John K. Aurell, Esq.
John R. Beranek, Esq.
Martin Bruce Sipple, Esq.
**Ausley & McMullen**
PO Box 391
Tallahassee, FL  32302

Jeffrey C. Block, Esq.
Glen DeValerio, Esq.
Michael G. Lange, Esq.
Abigail Romeo, Esq.
Leslie R. Stern, Esq.
Bryan A. Wood, Esq.
**Berman DeValerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA  02109

Keith M. Fleischman, Esq.
Jeffrey M. Haber, Esq.
Francis P. Karam, Esq.
Mel E. Lifshitz, Esq.
Timothy J. MacFall, Esq.
**Bernstein Liebhard & Lifshitz LLP**
10 East 40th Street
New York, NY  10016

Steven B. Singer, Esq.
**Berstein, Litowitz, Berger & Grossmenn**
1285 Avenue of the Americas
New York, NY  10019

Steven David Ecker, Esq.
Thomas J. Murphy, Esq.
**Cowdery, Ecker & Murphy, LLC**
750 Main Street
Hartford, CT  06103

Evan R. Chesler, Esq.
Sandra C. Goldstein, Esq.
Kevin J. Orsini, Esq.
Rachel G. Skaistis, Esq.
Prana A. Topper, Esq.
Hector J. Valdes, Esq.
Timothy F. Van Voris, Esq.
**Cravath, Swaine & Moore, LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Rosemary Q. Barry, Esq.
Terence J. Gallagher, Esq.
Thomas D. Goldberg, Esq.
James F. Stapleton, Esq.
Jonathan B. Tropp, Esq.
**Day Pitney LLP**
One Canterbury Green
Stamford, CT 06901

Eliot B. Gersten, Esq.
John Joseph Robaczynski, Esq.
**Gersten, Clifford & Rome, LLP**
214 Main Street
Hartford, CT 06106

Jill Agro, Esq.
Michael J. Barry, Esq.
Ananda Chaudhuri, Esq.
Jay W. Eisenhofer, Esq.
Stuart M. Grant, Esq.
Geoffrey C. Jarvis, Esq.
Megan D. McIntyre, Esq.
Sharan Nirmul, Esq.
Dmitry Pilipis, Esq.
**Grant & Eisenhofer**
1201 North Market Street, Ste. 2100
Wilmington, DE 19801

Charles T. Caliendo, Esq.
Domenico G. Minerva, Esq.
**Grant & Eisenhofer**
485 Lexington Ave., 29th Floor
New York, NY 10117

W. Sidney Davis, Jr., Esq.
Mark J. Lemire, Esq.
M. Gavan Montague, Esq.
George A. Salter, Esq.
**Hogan & Hartson, LLP**
875 Third Avenue
New York, NY 10022

J. Daniel Sagarin, Esq.
David A. Slossberg, Esq.
**Hurwitz & Sagarin Slossberg & Knuff LLC**
147 N. Broad Street
Milford, CT 06460

Christopher C. Allen, Esq.
James F. Conway, III, Esq.
Dennis J. Johnson, Esq.
Gregory H. Mathews, Esq.
Jacob B. Perkinson, Esq.
**Johnson & Perkinson**
1690 Williston Road
PO Box 2305
South Burlington, VT 05403

Charles J. Piven
**Law of Offices of Charles J. Piven, PA**
The World Trade Center-Baltimore
401 East Pratt Street, Ste. 2525
Baltimore, MD 21202

Adam J. Teller, Esq.
**Leone, Throwe, Teller & Nagle**
33 Connecticut Blvd.
PO Box 280225
East Hartford, CT 06128

David M. Wells, Esq.
**McGuire, Woods, Battle & Boothe, LLP**
50 North Laura Street, Ste. 3300
Jacksonville, FL 32202

Brad N. Friedman, Esq.
Ted Swiecichowski, Esq.
Melvyn I. Weiss, Esq.
**Milberg Weiss LLP**
One Pennsylvania Plaza, Ste. 4915
New York, NY 10119

Andrew S. Groher, Esq.
**Riscassi & Davis, PC**
131 Oak Street
PO Box 261557
Hartford, CT 06126

Maura Hughes Horan, Esq.
Derek M. Johnson, Esq.
Lisa Kelly Morgan, Esq.
**Ruben, Johnson & Morgan**
249 Pearl Street, 3rd Floor
Hartford, CT 06103

Nancy A. Kulesa, Esq.
Jeffrey S. Nobel, Esq.
**Schatz Nobel Izard PC**
One Corporate Center
20 Church Street
Hartford, CT 06103

Kenneth M. Kramer, Esq.
**Shearman & Sterling**
599 Lexington Ave.
New York, NY 10022

Michael Gruenglas, Esq.
Jay B. Kasner, Esq.
**Skadden, Arps, Slate, Meagher & Flom**
Four Times Square
New York, NY 10036

Aaron Brody, Esq.
Jules Brody, Esq.
Mark Levine, Esq.
**Stull, Stull & Brody**
6 East 45th Street, Ste. 500
New York, NY 10017

Ivy Thomas McKinney, Esq.
**Xerox Corporation**
45 Glover Ave., XWHQ 5076
PO Box 4505
Norwalk, CT 06856

_/s/ Alfred U. Pavlis_
Alfred U. Pavlis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XEROX CORPORATION, et al.<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>ALL CASES<br><br>November 20, 2007 |

## AFFIDAVIT OF ELIZABETH K. CANIZARES

I, Elizabeth K. Canizares, under penalty of perjury, hereby state as follows:

1. I am an associate in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP located at 1875 Pennsylvania Avenue, Washington, D.C. 20006; telephone number, 202-663-6125; facsimile number, 202-663-6363; email address, elizabeth.keller@wilmerhale.com. Pursuant to Rule 83.1(d) of the Local Civil Rules of the United States District Court for the District of Connecticut, I submit this Affidavit in support of Defendants' Motion for Admission of Visiting Attorney Elizabeth K. Canizares in the above-captioned matter.

2. I am a member in good standing of the State Bar of New York.

3. I have neither been denied admission nor been disciplined by this Court or any other court.

4.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Elizabeth K. Canizares

District of Columbia /ss

Subscribed and sworn to before me
This 26th day of November 2007.


_____
Notary Public (My Commission Expires April 14, 2009 )

MARLAINE D. WILLIAMS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 14, 2009