# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:  3:00-CV-1621 (AWT)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Paul Allaire
Barry Romeril
Gregory Tayler

| | |
|---|---|
| December 12, 2007 | _(signature)_ |
| Date | Signature |
| phv02306 | Elizabeth K. Canizares |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| 202-663-6125 | 1875 Pennsylvania Ave, NW |
| Telephone Number | Address |
| 202-663-6363 | Washington, DC  20006 |
| Fax Number | |
| elizabeth.canizares@wilmerhale.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_(signature)_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, a copy of the foregoing Appearance for Elizabeth K. Canizares was filed electronically or served by mail on any party required to be served who is unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to any party required to be served who is unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Elizabeth K. Canizares (phv02306)

Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave, NW
Washington, DC 20006
Phone: (202) 663-6125
Fax: (202) 663-6363
Email: elizabeth.canizares@wilmerhale.com

USIDOCS 6480476v1