UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORPORATION, KPMG, LLP, PAUL ALLAIRE, G. RICHARD THOMAN, ANN MULCAHY, BARRY ROMERIL, GREGORY TAYLER and PHILIP FISHBACH,<br><br>Defendants. | Civil Action No. 3:00-cv-01621 (AWT)<br><br>**ALL CASES** |

## MOTION FOR WITHDRAWAL OF APPEARANCE AS COUNSEL

Pursuant to D. Conn. L. Civ. R. Rule 7(e), the undersigned hereby moves for leave to withdraw Melvyn I. Weiss as counsel of record for plaintiffs, as he has separated from the law firm formerly known as Milberg Weiss LLP, now known as Milberg LLP.  Milberg LLP continues to serve as counsel for Plaintiffs through their attorneys Brad N. Friedman and Ted J. Swiecichowski, who request that all future correspondence and papers in this action continue to be directed to them.  No hardship will be caused by this withdrawal.

Dated: March 24, 2008

                                                          Respectfully submitted,

                                                          MILBERG LLP

                                                          By: /s/ Ted J. Swiecichowski
                                                          Brad N. Friedman (ct24911)
                                                          Ted J. Swiecichowski (phv01696)
                                                          One Pennsylvania Plaza - 48th Floor
                                                          New York, NY  10119
                                                          Tel.: (212) 594-5300
                                                          Fax:  (212) 868-1229
                                                          bfriedman@milberg.com
                                                          tswiecichowski@milberg.com
                                                          Counsel for Plaintiffs and the Class

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2008, a copy of the foregoing Motion for Withdrawal of Appearance as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 /s/ Ted J. Swiecichowski

**SERVICE LIST**

**3:00-cv-1621 Notice has been electronically mailed to:**

James F. Stapleton, Esq. (jfstapleton@daypitney.com)
J. Daniel Sagarin, Esq. (dsagarin@hssklaw.com)
Adam J. Teller, Esq. (ateller@snet.net)
Andrew S. Groher, Esq. (agroher@riscassidavis.com)
Evan R. Chesler, Esq. (echesler@cravath.com)
Elias A. Alexiades, Esq. (elia@alexiades.com)
Steven David Ecker, Esq. (ecker@cemlaw.com)
Thomas D. Goldberg, Esq. (tdgoldberg@daypitney.com)
Jeffrey S. Nobel, Esq. (jnobel@snlaw.net)
Eliot B. Gersten, Esq. (egersten@gcrlaw.net)
Jules Brody, Esq. (ssbny@aol.com)
Mark Levine, Esq. (mlevine@ssbny.com)
Lisa Kelly Morgan, Esq. (lisa.kelly.morgan@rjmlaw.com)
Derek M. Johnson, Esq. (derek.johnson@rjmlaw.com)
Thomas J. Murphy, Esq. (tmurphy@cemlaw.com)
Alfred U. Pavlis, Esq. (apavlis@dalypavlis.com)
Ivy Thomas McKinney, Esq. (ivy.mckinney@xerox.com)
Thomas P. Willcutts, Esq. (tpw@willcutts.com)
Jonathan B. Tropp, Esq. (jbtropp@daypitney.com)
David A. Slossberg, Esq. (dslossberg@hssklaw.com)
John Joseph Robaczynski, Esq. (jrobacynski@gcrlaw.net)
Steven B. Singer, Esq. (steven@blbglaw.com)
Rosemary Q. Barry, Esq. (rqbarry@daypitney.com)
Francis P. Karam, Esq. (karam@bernlieb.com)
Aaron Brody, Esq. (ssbny@aol.com)
Kenneth M. Kramer, Esq. (kkramer@shearman.com)
Dennis J. Johnson, Esq. (djohnson@jpclasslaw.com)
Jacob B. Perkinson, Esq. (jperkinson@jpclasslaw.com)
Terence J. Gallagher, III, Esq. (tjgallagher@daypitney.com)
Glen DeValerio, Esq. (gdevalerio@bermanesq.com)
Michael J. Barry, Esq. (mbarry@gelaw.com)
Sandra C. Goldstein, Esq. (sgoldstein@cravath.com)
Heather A. Jones, Esq. (heather.jones@wilmerhale.com)
Nancy A. Kulesa, Esq. (nkulesa@snilaw.com)
Charles J. Piven, Esq. (piven@pivenlaw.com)
John A. Valentine, Esq. (john.valentine@wilmerhale.com)
Kevin J. Orsini, Esq. (korsini@cravath.com)
W. Sidney Davis, Jr., Esq. (wsdavis@hhlaw.com)
Mark J. Lemire, Esq. (mjlemire@hhlaw.com)
George A. Salter, Esq. (gasalter@hhlaw.com)
Bryan A. Wood, Esq. (bwood@bermanesq.com)
Leslie R. Stern, Esq. (lstern@bermanesq.com)
James F. Conway, III, Esq. (jconway@jpclasslaw.com)

    Abigail Romeo, Esq. (aromeo@bermanesq.com)
    Stuart M. Grant, Esq. (sgrant@gelaw.com)
    Megan D. McIntyre, Esq. (mmcintyre@gelaw.com)
    Sharan Nirmul, Esq. (snirmul@gelaw.com)
    Ananda Chaudhuri, Esq. (achaudhuri@gelaw.com)
    Charles T. Caliendo, Esq. (ccaliendo@gelaw.com)
    Christopher C. Allen, Esq. (callen@jpclasslaw.com)
    Domenico G. Minerva, Esq. (nminerva@gelaw.com)
    Rachel G. Skaistis, Esq. (rskaistis@cravath.com)
    Prana A. Topper, Esq. (ptopper@cravath.com)
    Gregory H. Mathews, Esq. (gmathews@edrservices.biz)
    Richard J. Fox, Esq. (rfox@law.gwu.edu)
    Hector J. Valdes, Esq. (hvaldes@cravath.com)
    Timothy F. Van Voris, Esq. (tvanvoris@cravath.com)
    Felipe D. Mendoza, Esq. (felipe.mendoza@wilmerhale.com)
    Elizabeth K. Canizares, Esq. (elizabeth.canizares@wilmerhale.com)

**3:00-cv-1621 Notice has been delivered by other means to:**

    Jill Agro, Esq.
    Grant & Eisenhofer
    1201 N. Market St.
    Suite 2100
    Wilmington, DE 19801

    John K. Aurell, Esq.
    Ausley & McMullen
    PO Box 391
    Tallahassee, FL 32302

    John R. Beranek, Esq.
    Ausley & McMullen
    PO Box 391
    Tallahassee, FL 32302

    Jeffrey C. Block, Esq.
    Berman, DeValerio, Pease, Tobacco, Burt & Puccillo
    One Liberty Square
    Boston, MA 02109

Jay W. Eisenhoffer, Esq.
Grant & Eisenhofer
1201 N. Market St.
Suite 2100
Wilmington, DE 19801

Keith M. Fleischman, Esq.
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York, NY 10016

Bryan Scott Gowdy, Esq.
50 N Laura St.
Suite 3300 Bk Of Am Twr
Jacksonville, FL 32202-3661

Michael Gruenglas, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-3897

Jeffrey M. Haber, Esq.
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York, NY 10016

Joseph W. Hatchett, Esq.
Akerman, Senterfitt & Eidson
PO Box 10555
Tallahassee, FL 32301-0503

Maura Hughes Horan, Esq.
Ruben, Johnson & Morgan
249 Pearl St. 3rd Fl.
Hartford, CT 06103

Geoffrey C. Jarvis, Esq.
Grant & Eisenhofer
1201 N. Market St.
Suite 2100
Wilmington, DE 19801

Jay B. Kasner, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-3897

Michael G. Lange, Esq.
Berman, DeValerio, Pease, Tobacco, Burt & Puccillo
One Liberty Square
Boston, MA 02109

Mel E. Lifshitz, Esq.
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York, NY 10016

MDL Panel
Judicial Panel on MDL
Office of the Clerk
Thurgood Marshall Building
One Columbus Circle, NE
Washington, DC 20002-8004

Timothy J. MacFall, Esq.
Bernstein Liebhard & Lifshitz LLP
10 East 40th St.
New York, NY 10016

M. Gavan Montague, Esq.
Hogan & Hartson - 3rd Ave NY
875 Third Avenue
New York, NY 10022

Gordon Pearson, Esq.
Wilmer, Cutler & Pickering
2445 M St., NW
Washington, DC 20037-1420

Dmitry Pilipis, Esq.
Grant & Eisenhofer
1201 N. Market St.
Suite 2100
Wilmington, DE 19801

Martin Bruce Sipple, Esq.
Ausley & McMullen
PO Box 391
Tallahassee, FL 32302

Roy B. Thompson, Esq.
15938 SW Quarry Rd.
Suite B-6
Lake Oswego, OR 97035

David M. Wells, Esq.
McGuire, Woods, Battle & Boothe, LLP
50 North Laura St.
Suite 3300
Jacksonville, FL 32202-3635