**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RUSSELL CARLSON, etc. )<br>　　　　　　　　Plaintiffs, )<br>　　　　v. )<br>XEROX CORPORATION, et al., )<br>　　　　　　　　Defendants. ) | 3:00-CV-1621 (AWT) et al. |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT, AND SETTLEMENT FAIRNESS HEARING

**If you purchased Xerox Corporation common stock and/or bonds during the period from February 17, 1998 through June 27, 2002 inclusive, and your transactions in Xerox common stock and/or bonds during this period resulted in a loss, then you could get a payment from a class action settlement.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, that the above-captioned action has been certified as a class action and that a settlement for $750 million ($670 million contributed by Xerox Corporation and $80 million contributed by KPMG LLP) has been proposed. A hearing will be held before the Honorable Alvin W. Thompson in the United States Courthouse, _____ Street, _____, Connecticut _____, at ___:_____ __.m., on _____, 2008 to determine whether the proposed settlement should be approved by the Court as fair, reasonable, and adequate, and to consider the application of Plaintiffs' Counsel for attorneys' fees and reimbursement of expenses.

IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS WILL BE AFFECTED AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND. If you have not yet received the full printed Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing and a Proof of Claim form, you may obtain copies of these documents by contacting the Claims Administrator:

*Russell Carlson, et al., v. Xerox Corporation, et al.*,
Securities Litigation
c/o Gilardi & Co. LLC, Claims Administrator
P.O. Box 808003
Petaluma, CA 94975-8003
Telephone (800)708-4103
www.gilardi.com/xeroxsettlement

Inquiries, other than requests for the forms of Notice and Proof of Claim, may be made to Plaintiffs' Co-Lead Counsel:

| | | |
|---|---|---|
| Glen DeValerio, Esq. | Dennis J. Johnson, Esq. | Brad N. Friedman, Esq. |
| Berman DeValerio Pease Tabacco Burt & Pucillo | Johnson & Perkinson | Milberg LLP |
| One Liberty Square | 1690 Williston Road | One Penn Plaza |
| Boston, MA 02109 | P.O. Box 2305 | New York, NY 10119 |
| (617) 542-8300 | South Burlington, VT 05403 | (212) 594-5300 |
| | (802) 862-0030 | |

To participate in the Settlement, you must submit a Proof of Claim no later than _____, 2008. If you are a Class Member and do not exclude yourself from the Class, you will be bound by the Order and Final Judgment of the Court. To exclude yourself from the Class, you must submit a request for exclusion postmarked no later than _____, 2008. Any objections to the proposed Settlement, Plan of Allocation or application for attorneys' fees and reimbursement of litigation expenses must be filed by _____, 2008. If you are a Class Member and do not submit a proper Proof of Claim, you will not share in the Settlement but you nevertheless will be bound by the Order and Final Judgment of the Court.

Further information may be obtained by contacting the Claims Administrator.

By Order of The Court