*WDR*

Whitham D. Reeve
P.O. Box 190225
Anchorage, Alaska 99519-0225
(907)248-1162 evening
(907)243-2262 day
Email: whit@reeve.com

April 23, 2008

Clerk of the Court
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT
Abrham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

Subject: Carlson v. Xerox Corporation, Case No. 3:00-CV-1621 (D. Conn.)(AWT) Securities Litigation

Dear Clerk of the Court:

I was a shareholder in Xerox Corporation between February, 1998 and June 2002 and therefore a class member. I was harmed by defendent's breach of fuduciary duty described in this case.

The settlement of this case is ridiculous and shameful, and I object to it. The lawyers get 20% of $670 million and $5 million for expenses for taking a couple depositions and wasting the court's time. I and the people who were actually harmed by Xerox get a few pennies,if we are lucky, that do nothing for us. This is ridiculous and shameful and illustrates a pathetically inadequate legal system in your state.

The settlement describes what the lawyers did. What a laugh - they did nothing but take a couple depositions and spent a little time going over papers. If you bother to check their time cards and billing rates, you would see how bloated both are and how ridiculous this whole thing is.

The lawyers should get a coupon book at a local rodeo and those of us who were actually harmed should get all the money. That would stop these stupid lawsuits in a hurry. These stupid class action lawsuits are a waste of the court's time.

Sincerely yours,

*W K Reeve*

Whitham D. Reeve