*Justin C Lowry*
*4201 Rock Canyon Road*
*Edmond, Oklahoma 73025*
*(405) 340 0680*

May 20, 2008

Clerk of the Court
United States District Court – District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Harford, CT   06103

Reference: Carlson v Xerox Corporation, Case No 3:00-CV-1621 (D.Conn) (AWT) Securities Litigation
Attachment: Stock Ownership Summary of The Justin C. Lowry 1993 Revocable Trust

Dear Sirs:

As a past representative owner of Xerox stock, I received a "Notice of Pendency of Class Action and Proposed Settlement, Motion for Attorneys' Fees and Settlement Fairness Hearing".

I hereby formally object to certain portions of the proposed Settlement – specifically, the high level of the proposed Attorney's Fees (20% of the total Settlement plus $5 million expenses). Based upon the documentation sent to me, I understand the proposed aggregate Attorneys fees will be approximately $150 million plus expenses.

While it is not uncommon for attorneys to receive upwards of 20% of final settlements in smaller cases, I believe the huge dollar amount associated with this case calls for a more reasonable fee. I submit to the Court that the real losers in this case are those past stock holders that invested in Xerox, thought to be a sound, profitable Company with honest and forthright management.

I lost a sizable portion of my Xerox investment during the periods noted in the Settlement documents. I am therefore very appreciative of those filing the Class Action litigation, and attorneys presenting the Plaintiff's case. However, I must strenuously object to the large amount of money proposed for the attorneys.

I believe a more reasonable Attorney Fee for this case should be in the order of 7% to 10% of the total Settlement, plus reasonable expenses. This would equate to $50 to $75 million in fees, plus expenses. In my opinion, this would provide a very profitable Fee for the Attorneys, and also remand a greater portion of the Settlement to those who were actually harmed financially.

I trust my objection and recommendation will be seriously considered by the Court. Should you have any question, please feel free to contact me.

Sincerely,

*[signature]*
Justin C. Lowry, Trustee

## Proof of Claim - XEROX Corporation Stock Transactions

### The Justin C. Lowry 1993 Revocable Trust
### Trustees - Justin C. & Regina G. Lowry

Reference - Fidelity Investment Reports

**Purchases**

| Date | Shares Purchased | Share Price | Transaction Amount | Total Shares Owned |
|---|---|---|---|---|
| 10/14/1999 | 500.000 | $32.75 | $16,394.95 | 500.000 |
| 12/14/1999 | 500.000 | $23.50 | $11,796.95 | 1000.000 |
| 1/1/2000 | 4.482 | $22.31 | $100.00 | 1004.482 |
| 4/1/2000 | 7.523 | $26.70 | $200.90 | 1012.005 |
| 7/1/2000 | 10.409 | $19.44 | $202.40 | 1022.414 |
| 8/2/2000 | 1000.000 | $14.69 | $14,702.45 | 2022.414 |
| 10/1/2000 | 26.533 | $15.24 | $404.48 | 2048.947 |
| 1/1/2001 | 20.918 | $4.90 | $102.45 | 2069.865 |
| 4/1/2001 | 17.531 | $5.90 | $103.49 | 2087.396 |

**Sales**

| Date | Shares Sold | Share Price | Transaction Amount | Total Shares Owned After Sale |
|---|---|---|---|---|
| 12/14/2001 | 500.000 | $8.51 | $4,239.90 | 1587.396 |
| 1/13/2005 | 687.000 | $16.16 | $11,093.55 | 900.396 |
| 1/13/2005 | 600.000 | $15.80 | $9,479.68 | 300.396 |
| 1/13/2005 | 100.000 | $16.13 | $1,612.94 | 200.396 |
| 1/13/2005 | 100.000 | $15.94 | $1,593.94 | 100.396 |
| 1/13/2005 | 100.000 | $15.87 | $1,586.94 | 0.396 |
| 1/13/2005 | 0.396 | | $6.33 | 0.000 |