```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-----------------------------------x
                                   :
RUSSELL CARLSON, Individually and  :
on behalf of all others similarly  :
situated,                          :
     Plaintiff,                    :
                                   :
v.                                 :      3:00CV01621(AWT)
                                   :
XEROX CORPORATION, KPMG LLP, PAUL  :
A. ALLAIRE, G. RICHARD THOMAN,     :
ANNE MULCAHY, BARRY D. ROMERIL,    :
GREGORY TAYLOR and PHILIP FISHBACH,:
     Defendants.                   :
                                   :
-----------------------------------x
```

**ORDER RE PROOF OF CLAIM FILED WITH CLERK'S OFFICE**

A Proof of Claim completed by Ms. Margaret Fratella was filed with the Clerk's Office on June 13, 2008. The Clerk is hereby directed to forward the same to Liaison Counsel, Schatz Nobel Izard P.C., at the following address:

> Attorney Nancy Kulesa
> Schatz Nobel Izard P.C.
> 20 Church Street, Suite 1700
> Hartford, CT 06103

It is so ordered.

Signed this 16th day of June, 2008 at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge