**The Vanguard Group**

**Vanguard Brokerage Services**
A Division of Vanguard Marketing Corporation


EX·A

IRA FBO  JOEL M SHAPIRO
VFTC AS CUSTODIAN
ROTH ACCOUNT
1 ORIOLE PL
RYE BROOK NY 10573-1211

(800) 992-8327     - Brokerage Services
Account number:          2716
Statement number:     009996444

| SUMMARY OF HOLDINGS | Value on 12/31/2000 | %Holdings | Value on 1/31/2001 | %Holdings |
|---|---|---|---|---|
| Stocks | $ .00 | | $ 122.55 | 6.5 |
| VBS held mutual funds | 1,554.02 | 100.0 | 1,771.66 | 93.5 |
| Total account value | $ 1,554.02 | 100.0 | $ 1,894.21 | 100.0 |

**HOLDINGS**     (This section reflects settled trades only)

|  | Balance |
|---|---|
| Long market value | $ 1,894.21 |

| Stocks | Quantity / Account type | Current price | Current value | Estimated annual income | Estimated yield | Dividend status |
|---|---|---|---|---|---|---|
| XEROX CORPORATION SecurityID: XRX | 15.00000 Cash | $ 8.170000 | $ 122.55 | $ 3.00 | 2.4% | Cash |
| Total stocks | | | $ 122.55 | $ 3.00 | 2.4% | |

| VBS held mutual funds | Quantity / Account type | Price per share | Current value | Estimated annual income | Estimated yield | Dividend status |
|---|---|---|---|---|---|---|
| FIRSTHAND TECHNOLOGY VALUE FUND SecurityID: TVFQX | 20.90700 Cash | $ 84.740000 | $ 1,771.66 | $ .00 | 0.0% | Reinvest |
| Total VBS held mutual funds | | | $ 1,771.66 | $ .00 | 0.0% | |

Vanguard Brokerage Services (VBS), member SIPC, is the introducing firm for VBS accounts.  Your VBS assets are held by VBS's clearing firm, Pershing Division of Donaldson, Lufkin & Jenrette Securities Corp., member SIPC.     Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or in accordance with the settlement procedures defined by your employer sponsored retirement plan.  Prices listed reflect quotations on the statement date.  Current prices and estimated annual income and yield are listed to help you track your account and are not suitable for tax purposes.

# Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

THE Vanguard GROUP

IRA FBO   JOEL M SHAPIRO
VFTC AS CUSTODIAN
ROTH ACCOUNT
1 ORIOLE PL
RYE BROOK NY 10573-1211

(800) 992-8327   -   Brokerage Services
Account number:          2716
Statement number:   009996444

## ACTIVITY   (This section reflects settled trades only)

All transactions sweep to and from your Vanguard Treasury Money Market Fund, account number 9934060476. Money market assets are not held by Pershing.

| Trade date | Settle date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 1/22 | 1/25 | PURCHASED | 15.00000 | XEROX CORPORATION | $ 7.500000 | $ -132.50 |
| 1/25 | 1/25 | MONEY FUND REDEMPTION | | VANGUARD US TREASURY | | 132.50 |

406C - M2

X

# PORTFOLIO SUMMARY

JOEL M SHAPIRO
5 MAIN ST APT 523
TARRYTOWN NY 10591-3666

Statement number: 009996444
(800) 662-2739  - Client Services
(800) 992-8327  - Brokerage Services
www.vanguard.com  Website
(800) 662-6273  - Tele-Account

| TOTAL OF ALL ACCOUNTS | | | Value on 12/31/2001 | Value on 9/30/2002 |
|---|---|---|---|---|
| | | | $ 1,258.92 | $ 594.16 |

| RETIREMENT PLANS | CUSIP | Ticker | Value on 12/31/2001 | Value on 9/30/2002 |
|---|---|---|---|---|
| Short-term investments | | | $ 2.22 | $ 594.16 |
| **Treasury Money Mkt Fund ( Roth IRA )** | 921948-10-5 | VMPXX | $ 2.22 | $ 594.16 |
| Stocks | | | $ 1,256.70 | $ .00 |
| **VBS stock holdings ( Roth IRA )** | 44V-132716 | | $ 1,256.70 | $ .00 |
| Total retirement plans | | | $ 1,258.92 | $ 594.16 |

| Roth IRA income year-to-date | $ 2.22 |
|---|---|
| 2002 contributions to Roth IRA | $ 0.00 |
| 2001 contributions to Roth IRA | 0.00 |
| 2002 distributions from Roth IRA | 0.00 |

| Portfolio allocation | |
|---|---|
| Short-term investments | 100.0 % |
| Bonds | 0.0 |
| Stocks | 0.0 |
| | 100.0 % |

Vanguard Brokerage Services (VBS), a division of Vanguard Marketing Corporation (VMC), member SIPC, is the introducing firm for VBS accounts. Assets listed in this statement are held by separate entities. VBS holdings are held in custody by VBS's carrying firm, Pershing Division of Donaldson, Lufkin & Jenrette Securities Corporation, A Credit Suisse First Boston company, One Pershing Plaza, Jersey City, N.J. 07399. Vanguard Funds are not protected by SIPC and are held by Vanguard, which provides Vanguard fund data. Summary data is provided solely as a service and is for informational purposes only. Pershing is not liable for Vanguard fund data or valuations. Vanguard funds are offered by prospectus only and are distributed by VMC. Portfolio allocation consists of Vanguard funds and VBS holdings. For a complete list of your VBS holdings, refer to the "Holdings" section of the statement pages titled "Vanguard Brokerage Services".

TOO MUCH MAIL?

You can quickly and easily thin out a crowded mailbox. Simply go to www.vanguard.com, click "My Profile," click "Edit", then choose electronic delivery of prospectuses and shareholder reports, or account statements, or both. We'll be happy to alert you when new online documents become available. And, you can always switch back to paper-mail delivery. Questions? Visit us at www.vanguard.com.

# Vanguard Treasury Money Market Fund

**VFTC - CUSTODIAN ROTH IRA**
**JOEL M SHAPIRO**

(800) 662-2739   -   Client Services
Fund number:              50
Account number:      ████0476
Statement number:    009996444

| ACCOUNT VALUE | On 12/31/2001 | On 9/30/2002 |
|---|---|---|
| | $ 2.22 | $ 594.16 |

Your VBS transactions are swept to and from this Portfolio. VBS assets are held in custody by Pershing. Vanguard Funds are offered by prospectus only and distributed by Vanguard Marketing Corporation, a division of The Vanguard Group, Inc.

| Trade date | Transaction | Dollar amount | Share price | Shares transacted | Total shares owned |
|---|---|---|---|---|---|
| | Balance on 12/31/2001 | | $ 1.00 | | 2.220 |
| 3/01 | Brokerage purchase | $ 0.70 | 1.00 | .700 | 2.920 |
| 6/03 | Brokerage purchase | 0.70 | 1.00 | .700 | 3.620 |
| 9/03 | Brokerage purchase | 0.70 | 1.00 | .700 | 4.320 |
| 9/25 | Brokerage purchase | 589.72 | 1.00 | 589.720 | 594.040 |
| 9/30 | Income dividend | 0.12 | 1.00 | .120 | 594.160 |
| | Balance on 9/30/2002 | | $ 1.00 | | 594.160 |

| | |
|---|---|
| Income dividends | $ 0.12 |
| 2002 contributions | $ 0.00 |
| 2001 contributions | 0.00 |
| 2002 distributions | 0.00 |

| | Annualized yield | Compound annual yield | Distribution payable date |
|---|---|---|---|
| July | 1.49 % | 1.50 % | 8/01/2002 |
| August | 1.45 | 1.46 | 9/03/2002 |
| September | 1.42 | 1.43 | 10/01/2002 |

---

**INVEST-BY-MAIL**
Do not alter this slip.
Use only to purchase additional shares in:
**Vanguard Treasury Money Market Fund**
Fund number:       50
Account number:    9934060476
Make checks payable to:
Vanguard Fiduciary Trust Company - 50

| | |
|---|---|
| 2002 Tax year contribution | $ |
| | $ |
| 2002 Rollover | $ |
| 2002 Custodial fee waived | $   XX   XX |
| Total amount enclosed | $ |

VFTC - CUSTODIAN ROTH IRA
JOEL M SHAPIRO
5 MAIN ST APT 523
TARRYTOWN NY 10591-3666

Visit www.vanguard.com or call to change your address.

**THE VANGUARD GROUP**
**PO BOX 7800**
**PHILADELPHIA PA 19101-9892**

# Vanguard Brokerage Services
A Division of Vanguard Marketing Corporation

IRA FBO  JOEL M SHAPIRO  
VFTC AS CUSTODIAN  
ROTH ACCOUNT  
5 MAIN ST    APT 523  
TARRYTOWN NY 10591-36661  

(800) 992-8327    - Brokerage Services  
Account number:            2716  
Statement number:   009996444

## HOLDINGS SUMMARY

|  | Value on 8/31/2002 | %Holdings | Value on 9/30/2002 | %Holdings |
|---|---|---|---|---|
| Stocks | $ 688.60 | 100.0 | $ .00 |  |
| Total account value | $ 688.60 | 100.0 | $ .00 |  |

## INCOME SUMMARY

|  | This period | Year-to-date |
|---|---|---|
| Dividends | $ .70 | $ 2.10 |

## ACTIVITY
(This section reflects settled trades only)

All transactions sweep to and from your Vanguard Treasury Money Market Fund, account number 9934060476. Money market assets are not held by Pershing.

| Trade date | Settle date | Transaction | Quantity | Description | Price | Amount |
|---|---|---|---|---|---|---|
| 9/03 | 9/03 | MONEY FUND PURCHASE |  | VANGUARD US TREASURY |  | $ -.70 |
| 9/03 | 9/03 | CASH DIVIDEND RECEIVED |  | 35 SHRS INTEL CORP COM RD 08/07 PD 09/01/02 |  | .70 |
| 9/20 | 9/25 | SOLD | -35.00000 | INTEL CORP COM UNSOLICITED ORDER A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 15.1000000 | 508.48 |
| 9/20 | 9/25 | SOLD | -15.00000 | XEROX CORPORATION UNSOLICITED ORDER | 6.7500000 | 81.24 |
| 9/25 | 9/25 | MONEY FUND PURCHASE |  | VANGUARD US TREASURY |  | -589.72 |

The National Association of Securities Dealers (NASD) requires that we provide the following information concerning the NASD Public Disclosure Program:  
-The NASD Public Disclosure Program hotline number is (800) 289-9999.  
-The NASD regulation web site address is www.nasdr.com.  
-An investor brochure including information describing the Public Disclosure Program may be obtained from the NASD.

Vanguard Brokerage Services (VBS), member SIPC, is the introducing firm for VBS accounts. Your assets are held by VBS's clearing firm, Pershing Division of Donaldson, Lufkin & Jenrette Securities Corporation, A Credit Suisse First Boston company, One Pershing Plaza, Jersey City, N.J. 07399.   Your VBS transactions settle through your Vanguard money market account, held separately by Vanguard or in accordance with the settlement procedures defined by your employer sponsored retirement plan. Maintaining covered put options requires that a segregated Vanguard money market fund be carried by our clearing firm.  Prices listed reflect quotations on the statement date.  Current prices and estimated annual income and yield are listed to help you track your account and are not suitable for tax purposes.