*Class Action Reports* recently completed an extensive survey of attorney fee awards from 1,120 common fund class actions (Volume 24, No. 2, March/April 2003). An excerpt appears below. The full survey—including our methodology, analysis, and case citations—is included with a hard copy or online subscription to *Class Action Reports*. A print copy of the survey, alone, is available for $100.

\* \* \* \* \* \* \*

# Attorney Fee Awards In Common Fund Class Actions[1]

## I. Introduction and Methodology

In 1990 we published an extensive survey of fee awards in securities and antitrust class actions.[2] That analysis included 404 cases, representing aggregate class recoveries of $6.3 billion for more than 2.5 million hours for which the fees were awarded. Since then, we have reported fee award data for individual cases in § 50 of each issue. Now we have an updated Survey which, unlike the 1990 Survey, includes consumer, labor, mass tort, and other types of class actions as well as securities and antitrust cases.[3] The new Survey is much larger—1,120 cases, representing aggregate class recoveries of about $41 billion for more than 5.7 million hours— although we do not have hours data for cases actually accounting for 60% of the total recoveries and 65% of the fees awarded, due to the present dominance of the percentage of recovery method for awarding fees, where no hours are reported.[4] The data for each case is itemized in Table 1 (pp. 169-193) and is summarized for each class recovery size range as follows:

| Recovery Range ($ millions) | No. of Cases | Aggregate Class Recovery ($ millions) | Fees & Costs as % | Atty Hrs. | Multiplier | Current Hourly Rate (in 2/03 $) |
|---|---|---|---|---|---|---|
| ≥ $100m | 64 | 28,424,575 | 15.1 | 1,940,902 | 4.50 | 1,396.21 |
| $75 < $100m | 26 | 2,232,434 | 20.9 | 450,753 | 3.93 | 1,182.15 |
| $50 < $75m | 37 | 2,168,715 | 23.6 | 692,429 | 2.75 | 803.40 |
| $30 < $50m | 67 | 2,496,418 | 24.8 | 495,482 | 2.32 | 679.71 |
| $20 < $30m | 65 | 1,586,256 | 25.8 | 353,296 | 1.90 | 560.06 |
| $10 < $20m | 153 | 2,171,199 | 27.9 | 678,910 | 1.97 | 554.53 |
| $5 < $10m | 217 | 1,478,543 | 30.4 | 568,985 | 1.89 | 513.39 |
| $3 < $5m | 142 | 542,235 | 31.6 | 274,591 | 1.89 | 498.28 |
| $2 < $3m | 98 | 232,727 | 30.5 | 103,495 | 1.63 | 489.90 |
| $1 < $2m | 123 | 172,466 | 31.9 | 105,740 | 1.25 | 356.27 |
| < $1m | 128 | 69,272 | 31.4 | 95,427 | 1.10 | 300.22 |
| **All Cases** | **1,120** | **41,574,841** | **18.4** | **5,760,011** | **3.89** | **1,192.43** |

\* \* \* \* \* \*