UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

APPEARANCE

RUSSELL CARLSON, Individually and
on Behalf of All Others Similarly
Situated

vs.

C.A. NO. 3:00CV1621(AWT)

XEROX CORP., ET AL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

CHARLES REINER and PETER CARFAGNA, Class Members

Date: July 1, 2008

/s/ Daniel A. Silver
Daniel A. Silver
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
Phone: (860) 225-3518
Fax:(860) 348-0612
email: Daniel@lawsilver.com
CT Federal Bar No.: 08183

CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

s/s Daniel A. Silver
Daniel A. Silver (ct08183)
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
phone: (860) 225-3518
fax: (860) 348-0612
email: Daniel@lawsilver.com