*This transaction is confirmed in accordance with the explanations and conditions stated on the reverse side.*

Exchange Code: 4
Execution Code: 9
Your Account Number: 305-047259-0-145
Cash Account
IRA Sep
Dated 04/07/92

CHARLES B REINER
2808 BRAINARD ROAD
PEPPER PIKE, OH 44124-4608

Your Financial Advisor
JOHN W WATSON
1301 EAST 9TH STREET SUITE 3100
CLEVELAND, OH     44114
(216) 241-1111

## You Bought
### Trade Date 10/15/99 for Settlement on 10/20/99

| Quantity | Price | Settlement Amount |
|---|---|---|
| 100 | 27 3/8 | |

Description:
XEROX CORP

UNSOLICITED TRADE

| | |
|---|---|
| Principal | $2,737.50 |
| Commission | 79.83 |
| H/P/I | 2.35 |
| Net Amount | $2,819.68 |

*Morgan Stanley Dean Witter is a service mark of Morgan Stanley Dean Witter & Co. Services are offered through Dean Witter Reynolds Inc., member SIPC.*

Security No. 984121103
Symbol  XRX



COPY

Exhibit A