```
ACCOUNT CARRIED BY DB ALEX. BROWN LLC

YOU BOUGHT

XEROX CORP WITH RIGHTS TO PURCHASE COMMON STK UNDER CERTAIN
CIRCUMSTANCE
UNSOLICITED

QUANTITY        PRICE           
1,000          10 15/16      1M*   1 C*

PROCESS DATE    TRADE DATE    SETTLEMENT DATE    SYMBOL
10/11/00        10/11/00      10/16/00           XRX

                                                           PRINCIPAL
                                                           10,937.50

ACCOUNT NO: 10-87168-1-8    IR: 041         CUSIP NUMBER         NET AMOUNT
                            TAX I.D. NUMBER: 51-0099493   9841211030000    10,937.50
                            FOR THE ACCOUNT OF:                   SECURITY NUMBER
                                                                  Y008075

GUARANTEE & TRUST CO TTEE FBO            IF CHECK OR SECURITIES DUE US, PLEASE MAKE PAYABLE TO AND FORWARD TO:
PETER A CARFAGNA R-IRA                   DB Alex. Brown LLC
DTD 01/11/95                             101 FEDERAL ST.
2881 SOUTH PARK BLVD                     15TH FLR.
SHAKER HEIGHTS OH 44120-1841             BOSTON, MA 02110-1846

                                         WE HEREBY CONFIRM THE PRECEDING TRANSACTION SUBJECT
024                                      TO THE AGREEMENT ON THE REVERSE SIDE HEREOF.

      RETAIN FOR INCOME TAX PURPOSES.
1-008762                                 21467H B-03
                                                          M
```

Exhibit B