## THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RUSSELL CARLSON,
individually and on behalf
of all others similarly situated

Plaintiffs

v.

XEROX CORPORATION,
KPMG LLP, PAUL A.
ALLAIRE, G.RICHARD
THOMAN, ANNE
MULCAHY, BARRY D.
ROMERIL, GREGORY
TAYLOR AND PHILIP
FISHBACH

Defendants

:

Case No. 3:00-CV-1621 (AWT)

MOTION FOR ADMISSION PRO
HAC VICE FOR EDWARD
F. SIEGEL

1.    The Objectors, Charles Reiner and Peter Carfagna, through their attorney, Daniel A. Silver, who is a member of the Bar of the District of Connecticut, and pursuant to the District of Connecticut Local Rule 83(d) respectfully move that Attorney Edward F. Siegel be admitted, pro hac vice, for the purpose of participating in the above-captioned case now pending before this Court as counsel for the above named Objectors.

2.    As indicated in the accompanying Affidavit, Attorney Edward F. Siegel has considerable national experience in class action work and has participated in numerous cases

involving issues similar to those presented in this case.  The granting of the Motion will not

require a modification of any Scheduled Order entered pursuant to Federal Rules of Civil

Procedure 16(b) or deadlines established by any standing Order in scheduling of civil cases

which may have been entered by the Court.

DANIEL A. SILVER
SILVER & SILVER LLP
One Liberty Square
New Britain, CT  06051
(860) 225-3518
Fax (860) 348-0612
Daniel@lawsilver.com
Fed # ct 08183

CERTIFICATION

The undersigned certifies that a copy of the foregoing was served by ordinary U.S. Mail, postage pre-paid and/or electronic filing, on the parties whose names and full addresses are listed below on the 1st day of July, 2008:

Glen DeValerio, Esq
BERMAN DeVALERIO PEASE TAABACCO
BURT & PUCILLO
One Liberty Sq.
Boston, MA  02109

Dennis J. Johnson, Esq.
JOHNSON & PERKINSON
1690 Williston Rd.
PO Box 2305
S. Burlington, VT  05403

Brad N. Friedman, Esq.
MILBERG LLP
One Penn Plaza
New York, NY  10119-0165

Sandra C. Goldstein, Esq.
CRAVATH SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY  10019

Thomas D. Goldberg, Esq.
DAY PITNEY LLP
One Canterbury Green
Stamford, CT  06901

John A. Valentine, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington DC 20006


George A. Salter, Esq.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY  10022

_____
Daniel A. Silver
Commissioner of the Superior Court