# THE UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RUSSELL CARLSON, individually
and on behalf of all others similarly situated,

    Plaintiffs,

v.

XEROX CORPORATION, KPMG LLP,
PAUL A. ALLAIRE, G. RICHARD
THOMAN, ANNE MULCAHY, BARRY
D. ROMERIL, GREGORY TAYLER AND
PHILIP FISHBACH

    Defendants.

Case No. 3:00-CV-1621 (AWT)

AFFIDAVIT OF EDWARD F. SIEGEL
IN SUPPORT OF HIS ADMISSION
PRO HAC VICE

_____/
DANIEL A. SILVER, fed # ct 08183
Law Office of Daniel A. Silver
Counsel for Plaintiff
One Liberty Square
New Britain, Connecticut 06050-0698
860-225-3518

Edward F. Siegel
27600 Chagrin Blvd., Ste. 340
Cleveland, Ohio 44122
(216) 831-3424
efsiegel@efs-law.com
*pending admission *pro hac vice*

    Attorney Edward F. Siegel, being first duly sworn, deposes and says for his affidavit in support of his admission *pro hac vice*, pursuant to Local Rule 83.1(d), the following:

    1.    I am an attorney who resides in the State of Ohio. The information provided below is true and accurate to the best of my personal information, knowledge and belief.

    2.    I am a full-time resident of the State of Ohio. My law office address is 27600 Chagrin Blvd., Ste. 340, Cleveland, Ohio 44122. My telephone number is (216) 831-3424, and my fax number is (216) 831-6584. My email address is efsiegel@efs-law.com.

    3.    I was admitted to the State Bar of Ohio in November 1974, and my Attorney Registration Number for the State of Ohio is #0012912.

    4.    I am admitted to practice before the United States District Courts for the Northern District of Ohio, the Southern District of Ohio, the Eastern District of Michigan and the District of Colorado.

    5.    I am admitted to practice before the United States Courts of Appeals for the Second, Third, Fifth, Sixth, Tenth and Eleventh Circuits. I was admitted to practice before the

Second Circuit on November 19, 2007; the Third Circuit on February 17, 2006; the Fifth Circuit on June 29, 2006; the Sixth Circuit on January 07, 2005; the Tenth Circuit on March 29, 2008 and the Eleventh Circuit on November 20, 2007.

6. I am a member in good standing of the Bar in each of the jurisdictions in which I have been admitted; I have never been the subject of any disciplinary proceeding by any state bar association; and I have never been denied admission to any court. To the best of my information, knowledge, and belief, there are no disciplinary proceedings pending against me in any jurisdiction in which I am authorized to practice law, nor have I ever been suspended, disbarred, or resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding by any state bar association. I have never previously sought admission to this Court, and I have never been disciplined by this Court.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

8. Good cause exists for my appearance on behalf of the Objectors, Peter Carfagna and Charles Reiner, in this matter as this case involves a complex area of law in which I have expertise. This action involves the analysis of a class action settlement and the attorneys' fees and expenses requested therein. My clients wish to file objections to various aspects of the settlement including, but not limited to, the amount, timing and manner of computation of the attorneys' fees. In addition, I have been admitted as counsel *pro hac vice* in numerous federal and state courts in actions similar to the one at bar, including those in various districts of the States of Washington, California, Georgia, Oklahoma, Texas, Pennsylvania, Florida, Missouri, New Jersey and New York.

9. If this Court permits me to appear in this matter *pro hac vice*, I will associate myself with Daniel A. Silver of One Liberty Square, New Britain, Connecticut, who is an attorney admitted in good standing to practice in this Court and who has agreed to act as co-

counsel for Objectors, Carfagna and Reiner, in the above-captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
EDWARD F. SIEGEL (0012912)
27600 Chagrin Blvd., Ste. 340
Cleveland, Ohio 44122
(216) 831-3424 – telephone
(216) 831-6584 - facsimile

Subscribed and sworn to before me this 26th day of June, 2008.

_____
Notary

<u>CERTIFICATION</u>

The undersigned certifies that a copy of the foregoing was served by ordinary U.S. Mail, postage pre-paid and/or electronic filing, on the parties whose names and full addresses are listed below on the 1st day of July, 2008:

Glen DeValerio, Esq
BERMAN DeVALERIO PEASE TAABACCO
BURT & PUCILLO
One Liberty Sq.
Boston, MA 02109

Dennis J. Johnson, Esq.
JOHNSON & PERKINSON
1690 Williston Rd.
PO Box 2305
S. Burlington, VT 05403

Brad N. Friedman, Esq.
MILBERG LLP
One Penn Plaza
New York, NY 10119-0165

Sandra C. Goldstein, Esq.
CRAVATH SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019

Thomas D. Goldberg, Esq.
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901

John A. Valentine, Esq.
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Ave., NW
Washington DC 20006

George A. Salter, Esq.
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY  10022

_____
Daniel A. Silver
Commissioner of the Superior Court