UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORP., KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILP FISHBACH | 3:00-CV-1621(AWT)<br><br>This document relates to:<br>00-cv-1758    00-cv-01908<br>00-cv-01779   00-cv-01916<br>00-cv-01792   00-cv-01967<br>00-cv-01795   00-cv-02029<br>00-cv-01824   01-cv-00244<br>00-cv-01846   01-cv-00285<br>00-cv-01883   01-cv-00341<br>01-cv-00449   01-cv-00497<br>01-cv-00583   01-cv-00584<br>01-cv-00591   01-cv-00614 |

## MOTION FOR ADMISSION PRO HAC VICE FOR JOHN J. PENTZ

1. Class member Joel Shapiro, through his attorney, Daniel A. Silver, who is a member of the Bar of the District of Connecticut, and pursuant to the District of Connecticut Local Rule 83(d) respectfully moves that Attorney John J. Pentz be admitted, pro hac vice, for the purpose of participating in the above captioned case now pending before this Court as counsel for the class member Joel Shapiro.

2.	As indicated in the accompanying Affidavit, Attorney John J. Pentz has considerable national experience in class action law and attorney's fee litigation, and has participated in numerous cases involving issues similar to those presented in this case. The granting of the Motion would not require a modification of any Scheduling Order entered pursuant to Federal Rules of Civil Procedure 16(b) or deadlines established by any standing Order in scheduling of civil cases which may have been entered by the Court.

Joel Shapiro

By_____
Daniel A. Silver
Silver & Silver LLP
One Liberty Square
New Britain, CT 06051
(860) 225-3518
fax (860) 348-0612
Daniel@lawsilver.com
Fed #ct 08183

CERTIFICATION

Service certified to the following counsel of record this 1st day of July 2008:

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Sandra C. Goldstein, Esq.
Cravath Swain & Moore LLP
Worldwide Plaza
825 Eighth Ave
New York, NY 10019

George A. Salter, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Daniel A. Silver
Commissioner of the Superior Court