# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XEROX CORP., KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILP FISHBACH | 3:00-CV-1621(AWT)<br><br>This document relates to:<br>00-cv-1758    00-cv-01908<br>00-cv-01779   00-cv-01916<br>00-cv-01792   00-cv-01967<br>00-cv-01795   00-cv-02029<br>00-cv-01824   01-cv-00244<br>00-cv-01846   01-cv-00285<br>00-cv-01883   01-cv-00341<br>01-cv-00449   01-cv-00497<br>01-cv-00583   01-cv-00584<br>01-cv-00591   01-cv-00614 |

## AFFIDAVIT OF JOHN J. PENTZ IN SUPPORT OF ADMISSION PRO HAC VICE

Attorney John J. Pentz, being first duly sworn, deposes and says for his affidavit in support of his admission *pro hac vice*, pursuant to Local Rule 83.1(d), the following:

1. I am an attorney who resides in the Commonwealth of Massachusetts. The information provided below is true and accurate to the best of my personal information, knowledge and belief.

2. I am a full-time resident of the Commonwealth of Massachusetts. My law office address is 2 Clock Tower Place, Suite 260G, Maynard, MA 01754. My telephone number is 978-461-1548, and my fax number is 707-276-2925. My email address is Clasaxn@earthlink.net.

3. I was admitted to the Bar of Massachusetts on December 18, 2992, and my Attorney Registration Number for the Commonwealth of Massachusetts is #561907.

4. I am admitted to practice before the United States District Court for the District of Massachusetts, having been admitted to the bar of that court on September 15, 1995.

5. I am admitted to practice before the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits. I was admitted to practice before the First Circuit on May 28, 2003; the Second Circuit on June 26, 2002; the Third Circuit on October 9, 2001; the Fourth Circuit on September 12, 2003; the Fifth

Circuit on June 13, 2003; the Sixth Circuit on May 16, 2005; the Seventh Circuit on January 25, 2002; the Eighth Circuit on May 27, 2005; the Ninth Circuit on April 10, 2002; the Tenth Circuit on September 14, 2006; and the Eleventh Circuit on May 20, 2002. I was also admitted to practice before the Supreme Court of the United States on October 2, 2006.

6. I am a member in good stating of the Bar in each of the jurisdictions in which I have been admitted; I have never been the subject of any disciplinary proceeding by any state or federal bar association; and I have never been denied admission to any court. To the best of my information, knowledge, and belief, there are no disciplinary proceedings pending against me in any jurisdiction in which I am authorized to practice law, nor have I ever been suspended, disbarred, or resigned from the practice of law as a result of any disciplinary charge, investigation, or proceeding by any state or federal bar association. I have never previously sought admission to this Court, and I have never been disciplined by this Court.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

8. Good cause exists for my appearance on behalf of class member Joel Shapiro, in this matter as this case involves a complex area of law in which I concentrate my practice. This action involves the issue of common fund attorney's fees in a settled class action, and in my practice I concentrate in representing individuals and businesses involved in class action litigation. I have been admitted as coucel *pro hac vice* in numerous federal courts in actions similar to the one at bar, including the Southern District of New York, the Eastern District of New York, and the District of New Jersey.

9. If this Court permits me to appear in this matter *pro hac vice*, I will associate myself with Daniel A. Silver of One Liberty Square, New Britain, Connecticut, who is an attorney admitted in good standing to practice in this Court and who has agreed to act as co-counsel for Joel Shapiro in the above-captioned matter.

FURTHER AFFIANT SAYETH NOT

Dated: June 27, 2008

*[signature]*

John J. Pentz, Esq.
Class Action Fairness Group
2 Clock Tower Place, Suite 260G
Maynard, MA 01754
Phone: (978) 461-1548
Fax: (707) 276-2925
Clasaxn@earthlink.net

Subscribed and sworn to before me this 27th day of June, 2008, by John J. Pentz.

*[signature]*

(Seal)

My Commission Expires _____
Address:
17 Nason St
Maynard, MA 01754

LINDA L. CETRONE
Notary Public
Commonwealth Of Massachusetts
My Commission Expires
February 15, 2013

## CERTIFICATION

Service certified to the following counsel of record this 1st day of July 2008:

Glen DeValerio, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
One Liberty Square
Boston, MA 02109

Sandra C. Goldstein, Esq.
Cravath Swain & Moore LLP
Worldwide Plaza
825 Eighth Ave
New York, NY 10019

George A. Salter, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

_____
Daniel A. Silver
Commissioner of the Superior Court