# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-881-7777
www.alston.com

Sean K. McMahan                 Direct Dial: 404-881-4250        E-mail: sean.mcmahan@alston.com

June 26, 2008

*VIA UPS
   OVERNIGHT DELIVERY*



Clerk of the Court
United States District Court
for the District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, CT 06103

Re:  Settlement in <u>Carlson v. Xerox Corp., et al.</u>, 3:00-CV-1621 (AWT) (D. Conn. filed Aug. 24, 2000)

Dear Sir or Madame:

As counsel for Bank of America, National Association, acting through U.S. Trust, Bank of America Private Wealth Management ("U.S. Trust"), in its role as independent fiduciary of the Xerox Corporation Savings Plan and The Savings Plan of Xerox Corporation and the Xerographic Division, UNITE HERE, as amended and restated (the "Plans"), both of which are members of the settlement class in the aforementioned action, we respectfully submit this limited objection to the proposed settlement (the "Settlement") in <u>Carlson v. Xerox Corp., et al.</u>, 3:00-CV-1621 (AWT) (D. Conn. filed Aug. 24, 2000). While U.S. Trust supports the overall settlement as provided in the Stipulation & Agreement of Settlement (Docket No. 463) entered into by the parties on March 27, 2008, it provisionally objects to the attorney's fees and reimbursement of expenses noted on page 14, section 17, of the "Notice of Pendency of Class Action and Proposed Settlement, Motions for Attorneys' Fees and Settlement Fairness Hearing" (the "Notice"). (Docket No. 463, Ex. 1.) During the Settlement class period, the Plans had significant transactions in Xerox common stock, which stock was held in trust by State Street Bank & Trust in the Xerox Corporation Trust Agreement to Fund Retirement Plans (the "Trust").

U.S. Trust has been engaged to act as an independent fiduciary on behalf of the Plans to, among other things: (i) review and evaluate the terms of the Settlement; (ii) determine whether the Plans should object to or opt out of the Settlement; and

Clerk of the Court
June 26, 2008
Page 2

(iii) participate, to the extent it deems appropriate, in any hearings scheduled with respect to the Settlement. U.S. Trust's engagement is effectively a condition of the Plans' participation in the settlement, in that the Plans' fiduciaries are required in this situation to retain an independent fiduciary pursuant to U.S. Department of Labor Prohibited Transaction Class Exemption 2003-39, 68 Fed. Reg. 75632 (2003), to authorize the Plans' participation in the Settlement.

We do not approach this issue so much as an advocate, but rather as a fiduciary whose role it is to assess the fairness of the terms of the Settlement. In that light, we recognize the achievement of Plaintiffs' Counsel in recovering $750 million. However, Plaintiffs' Counsel has not submitted their fee application or any supporting documentation. Until they do so, we are unable to evaluate the fee request. As such, in fulfilling our fiduciary duties to the Plans we feel compelled to express a provisional objection to the fee and reimbursement of expenses provision in the Notice.

In accordance with this Court's "Preliminary Order for Notice and Hearing in Connection with Settlement Proceedings" (Docket No. 464), we also are hereby notifying the Court that U.S. Trust may appear at the Settlement Fairness Hearing. After reviewing Plaintiffs' Counsel's attorney's fee application, we will supplement this letter with additional information, to the extent deemed appropriate. Alternatively, if U.S. Trust determines that the requested attorney's fees and expenses are appropriate, we will withdraw this limited objection.

In accordance with the Notice, U.S. Trust notes that the Plans had significant transactions in Xerox common stock throughout the class period. We note that as of the close of business on February 28, 1998, and June 27, 2002, respectively, the Trust held 4,724,719 shares and 27,640,477 shares of Xerox common stock. Given the volume of the Plans' transaction information, U.S. Trust is in the process of gathering data necessary to identify the specific dates, prices, and numbers of shares of all purchases and sales of Xerox common stock and/or bonds made during the class period.

Sincerely,

Sean K. McMahan
Counsel for U.S. Trust

SKM:skm
LEGAL02/30862242v1