Roger Nagel
11450 Rives Ave
Downey CA 90241

Clerk of the Court
United States District Court for the District of
Connecticut / ath Judge Thompson
Abraham Ribicoff Federal Building
450 main Street
Hartford, CT 06103
Dear Judge Thompson

I am writing with regards to the Carlson
V Xerox case. I am just a hard working
American, trusting America to do the right
thing. If I have money coming to me, I
deserve it. I feel like I am being
~~deserved~~ decieved or mislead by the paperwork
from Gilardi & Co. LLC Claims Administrator.
They ask me if I want to participate
or be excluded from the settlement.
All I know is that the stock

is down, I received a form to fill out about a class action suite, and maybe I will get compensated justly for mis representation by Xerox CEO's.

By the confusing nature of the paperwork, it seems that this is not about compensating Joe six pack but rather making the attorneys rich or richer. Your fairness in this situation will be greatly appreciated.

Thank you

Roger Morgan