## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-----------------------------------x
                                   :
    RUSSELL CARLSON, et al.        :
    v.                             : Civil No. 3:00cv01621(AWT)
    XEROX CORP., et al.            :
                                   :
MASTER CASE                        :
                                   :
    FLORIDA STATE BD. OF ADMINS.,  :
        et al.                     :
    v.                             : Civil No. 3:02cv01303(AWT)
    XEROX CORP., et al.            :
                                   :
MEMBER CASE                        :
                                   :
-----------------------------------x
```

### <u>ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE</u>

The Stipulation of Dismissal with Prejudice (Doc. No. 48 in case number 3:02cv01303(AWT), and Doc. No. 483 in case number 3:00cv01621(AWT)) is hereby APPROVED.  All claims and any counterclaims in <u>Florida State Board of Administrators, et al. v. Xerox Corporation, et al.</u>, 3:02cv01303(AWT) are hereby dismissed with prejudice by stipulation of the parties, with each party to bear its own costs and attorneys' fees.  The Clerk shall close case number 3:02cv01303(AWT).

It is so ordered.

Signed this 24th day of July, 2008 at Hartford, Connecticut.


_____/s/AWT_____
         Alvin W. Thompson
      United States District Judge