Peter Geoffrey Bowen, Ph. D.<br>
Securities Arbiter<br>
16311 Wild Plum Circle<br>
Morrison, Colorado 80465<br>
303-697-3646 Fax 697-3647<br>
Vail Office: 970-476-2701

16 August 2008

United States District Court for the District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, Connecticut 06103

May it please the Court:

As an alleged member of the class for the subject lawsuit[1], I move that the case be dismissed with prejudice, with an order that no recovery, direct or punitive be paid to any of the "plaintiffs" nor their attorneys by Xerox or other defendants.

This letter is after the proposed date for objections, but I did not receive information on the lawsuit until recently, because the entity mailing it sent it to a wrong address.

If my motion is denied and there is recovery, it is my request that anything which might be due me be given to the Loomis-Chaffee School, Windsor, Connecticut.

Regards,

*[signature: Peter G. Bowen]*

Peter G. Bowen, Ph. D.

---

[1] To expect one to keep stock records for 10 years is ludicrous; I don't keep them, and have no memory of my holdings in Xerox during the subject periods.

**Official Office Use Only**

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

*CARLSON V. XEROX CORPORATION*
Master File No. 3:00-CV-1621 (AWT)
**PROOF OF CLAIM AND RELEASE**

*Please Type or Print in the Boxes Below*
Do **NOT** use Red Ink, Pencil, or Staples

**Must be Postmarked No Later Than October 15, 2008**

# XEROX

## PART I: CLAIMANT IDENTIFICATION

Last Name (Beneficial Owner)

First Name (Beneficial Owner)

Last Name (Co-Beneficial Owner)

First Name (Co-Beneficial Owner)

○ IRA   ○ Trust   ○ Joint Tenancy   ○ UTMA/UGMA   ○ Individual   ○ Other _____ (specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (if Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number     or     Taxpayer Identification Number

Telephone Number (Day)     Telephone Number (Evening)

Email Address

## MAILING INFORMATION

Address

Address

City     State     Zip Code

Foreign Province     Foreign Zip Code     Foreign Country Name/Abbreviation

FOR CLAIMS PROCESSING ONLY   PB   PC   ○ ND   ○ NS   ○ ICI   ○ OPT   ○ EMP   DC   ○ L1
                                          ○ IHI  ○ NTIN ○ OTHER ○ MRG       ○ L2
                                                                   ○ BOTH



3

## PART II. SCHEDULE OF TRANSACTIONS IN XEROX COMMON STOCK

A. At the close of business on February 16, 1998, I owned the following number of shares of Xerox common stock (If none, write "0", if other than zero, must be documented):

Proof Enclosed? ○ Y ○ N

B. I made the following **purchases** of Xerox common stock February 17, 1998 through September 27, 2002 inclusive. (Persons who received Xerox common stock other than by purchase are not eligible to submit claims for those transactions) (must be documented):

**PURCHASES**

| | Trade Date(s) of Shares (List Chronologically) MM/DD/YYYY | Number of Shares of Common Stock Purchased | Aggregate Cost (including commissions, taxes, and fees) | Proof of Purchase Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ | ○ Y ○ N |
| 2. | / / | | $ | ○ Y ○ N |
| 3. | / / | | $ | ○ Y ○ N |
| 4. | / / | | $ | ○ Y ○ N |
| 5. | / / | | $ | ○ Y ○ N |

C. I made the following **sales** of Xerox common stock during the period February 17, 1998 through September 27, 2002 inclusive (If none, write "0", if other than zero, must be documented):

**SALES**

| | Trade Date(s) of Shares (List Chronologically) MM/DD/YYYY | Number of Shares of Common Stock Sold | Aggregate Received (net commissions, taxes, and fees) | Proof of Sales Enclosed? |
|---|---|---|---|---|
| 1. | / / | | $ | ○ Y ○ N |
| 2. | / / | | $ | ○ Y ○ N |
| 3. | / / | | $ | ○ Y ○ N |
| 4. | / / | | $ | ○ Y ○ N |
| 5. | / / | | $ | ○ Y ○ N |

D. At the close of trading on September 27, 2002, I owned the following number of shares of Xerox common stock (If none, write "0", if other than zero, must be documented):

Proof Enclosed? ○ Y ○ N

*If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.*
**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



## PART II. SCHEDULE OF TRANSACTIONS IN XEROX BONDS

**If you purchased more than one type of Xerox Bond, please make additional photocopies of this page, and complete and submit a separate page for each type of Xerox Bond you purchased in this period.**

**On this page I am making a claim for the following type of Xerox Bond
(See Exhibit A for the list of Xerox Bond types):**

| Security Type | Coupon Interest Rate | Maturity Date (Month/Day/Year) |
|---|---|---|
| B ☐ ☐ | ☐.☐☐☐ % | ☐☐/☐☐/☐☐☐☐ |

E. At the close of trading on February 16, 1998, I owned the following face amount of the above-identified Xerox Bond (If none, write "0", if other than zero, must be documented):

Face Amount of Xerox Bonds Owned on February 16, 1998
$ ☐☐☐☐☐☐☐

F. I made the following **purchases** of the above-identified type of Xerox Bond from February 17, 1998 through September 27, 2002, inclusive:

| Date(s) of Purchase (List Chronologically) MM/DD/YY | Face Amount of Xerox Bonds Purchased $ | Aggregate Cost (including commissions, taxes, and fees) (excluding interest) $ | Proof of Purchase Enclosed? |
|---|---|---|---|
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |

G. I made the following **sales** of the above-identified type of Xerox Bond from February 17, 1998 through September 27, 2002, inclusive: (If none, write "0", if other than zero, must be documented):

| Date(s) of Sale (List Chronologically) MM/DD/YY | Face Amount of Xerox Bonds Sold $ | Net Proceeds Received (after commissions, taxes, and fees) (excluding interest) $ | Proof of Sales Enclosed? |
|---|---|---|---|
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |
| ☐☐/☐☐/☐☐ | ☐☐☐☐☐☐☐ | ☐☐☐☐☐☐☐ | ○Y ○N |

H. At the close of trading on September 27, 2002, I owned the following face amount of the above-identified type of Xerox Bond (If none, write "0", if other than zero, must be documented.):

Face Amount of Xerox Bonds Owned on September 27, 2002
$ ☐☐☐☐☐☐☐

*If you require additional space, attach extra schedules in the same format as above. Sign and print your name on each additional page.*
**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**



5

THIS PROOF OF CLAIM MUST BE SUBMITTED NO LATER THAN **OCTOBER 15, 2008**, AND MUST BE MAILED TO:

*Carlson v. Xerox Corporation Securities Litigation*
c/o Gilardi & Co. LLC, Claims Administrator
P.O. Box 808003
Petaluma, CA 94975-8003

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by **October 15, 2008**, and if a postmark is indicated on the envelope and it is mailed first class, and addressed in accordance with the above instructions. In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim. Please notify the Claims Administrator of any change of address.

### PART II. Certification

I (We) declare under penalty of perjury under the laws of the United States of America that all of the information supplied on this Proof of Claim and Release form by the undersigned is true and correct.

Executed this ___15TH___ day of ___AUGUST___ in ___MORRISON, COLORADO, USA___
                                    (Month/Year)                    (City/State/Country)

___[signature]___
(Sign your name here)

___PETER G. BOWEN___
(Type or print your name here)

___(SELF)___
(Capacity of person(s) signing, e.g.,
Beneficial Purchaser, Executor or Administrator)

_____
(Sign your name here)

_____
(Type or print your name here)

_____
(Capacity of person(s) signing, e.g.,
Beneficial Purchaser, Executor or Administrator)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

Reminder Checklist:
1. Please sign the above release and declaration.
2. Remember to attach supporting documentation, if available.
3. Do not send original stock certificates.
4. Keep a copy of your claim form for your records.
5. If you desire an acknowledgment of receipt of your claim form please send it Certified Mail, Return Receipt Requested.
6. If you move, please send the Claims Administrator your new address.

