## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:

THE PROGRESSIVE CORPORATION    )
INSURANCE UNDERWRITING              )
AND RATING PRACTICES LITIGATION)

MDL Docket No. 1519
Consolidated Cases:
No.: 1:00-210; No. 5:02-2384;
No.: 3:01-1465; No. 3:02-2552;
and No. 3:03-1176.
Judge: Maurice Paul

### PLAINTIFFS' RESPONSE TO MOTION TO QUASH FILED BY
### THOMAS BELL AND MARILYN BELL

Given the Court's Order issued October 8, 2004, Plaintiffs withdraw their Notice of

Taking Deposition issued to Thomas Bell and Marilyn Bell.

Respectfully submitted,

JAMES, HOYER, NEWCOMER &
 SMILJANICH, P.A.

Terry A. Smiljanich
Florida Bar No. 145359
Kathleen Clark Ford
Florida Bar No. 047120
4830 W. Kennedy Blvd., Suite 550
Tampa, FL 33609
Telephone: (813) 286-4100
Facsimile:  (813) 286-4174

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been served upon the following by U.S. Mail this 12th day of October, 2004:

Tucker H. Byrd                                    Barry Richard
GREENBERG TRAURIG, P.A.    and    GREENBERG TRAURIG, P.A.
450 S. Orange Avenue, Suite 650         101 E. College Avenue
Orlando, FL 32801-3311                       PO Drawer 1838
                                                         Tallahassee, FL 32302


John J. Pentz
2 Clock Tower Place, Suite 260G
Maynard, MA 07154
Fax: (707) 276-2925

Terry A. Smiljanich