UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL CARLSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>XEROX CORPORATION, KPMG LLP, PAUL A. ALLAIRE, G. RICHARD THOMAN, ANNE MULCAHY, BARRY D. ROMERIL, GREGORY TAYLER AND PHILIP FISHBACH,<br><br>Defendants. | 3:00-CV-1621 (AWT)<br>This document relates to:<br>00-cv-01758  00-cv-01908  01-cv-00449<br>00-cv-01779  00-cv-01916  01-cv-00497<br>00-cv-01792  00-cv-01967  01-cv-00583<br>00-cv-01795  00-cv-02029  01-cv-00584<br>00-cv-01824  01-cv-00244  01-cv-00591<br>00-cv-01846  01-cv-00285  01-cv-00614<br>00-cv-01883  01-cv-00341 |

**COMPENDIUM OF UNREPORTED DECISIONS**

**UNREPORTED DECISIONS**

*TAB*

*Barnes v. FleetBoston Fin. Corp.*,
No. 01-10395-N6, 2006 U.S. Dist. LEXIS 71072
(D. Mass. Aug. 22, 2006) .................................................................................................. 1

*Browning v. Yahoo! Inc.*,
No. C04-1463 HRL, 2007 WL 4105971
(N.D. Cal. Nov. 16, 2007) .................................................................................................. 2

*Goss Int'l Ams., Inc. v. Man Roland, Inc.*,
No. 03-cv-513-SM, 2008 WL 879761
(D.N.H. Aug. 12, 2008) ..................................................................................................... 3

*Grays Harbor Adventist Christian Sch. v. Carrier Corp.*,
No. 05-05437 RBL, 2008 WL 1901988
(W.D. Wash. Apr. 24, 2008) .............................................................................................. 4

|   | *TAB* |
|---|---|
| *Hicks v. Morgan Stanley & Co.*, No. 01 Civ. 10071, 2005 WL 2757792 (S.D.N.Y. Oct. 24, 2005) | 5 |
| *In re Adelphia Communs. Corp. Sec. and Derivative Litig.*, No. 03 MDL 1529, 2006 WL 3378705 (S.D.N.Y. Nov. 16, 2006) | 6 |
| *In re AOL Time Warner, Inc. Sec. and "ERISA" Litig.*, No. MDL 1500, 02 Civ. 5575(SWK), 2006 WL 903236 (S.D.N.Y. Apr. 6, 2006) | 7 |
| *In re AOL Time Warner, Inc. Sec. and "ERISA" Litig.*, No. 02-cv-5575 (SWK), MDL 1500 2006 WL 3057232 (S.D.N.Y. Oct. 25, 2006) | 8 |
| *In re AOL Time Warner ERISA Litig.*, No. 02 Cv. 8853(SWK), 2007 WL 4225486 (S.D.N.Y. Nov. 28, 2007) | 9 |
| *In re Auto. Refinishing Paint Antitrust Litig.*, MDL Docket No. 1426, 2004 U.S. Dist. LEXIS 29162 (E.D. Pa. Oct. 13, 2004) | 10 |
| *In re Bristol-Myers Squibb Sec. Litig.*, No. 00-CV-06-2964, 2007 WL 2153284 (3d Cir. July 27, 2007) | 11 |
| *In re CIGNA Corp. Sec. Litig.*, No. 02-8088, 2007 WL 2071898 (E.D. Pa. July 13, 2007) | 12 |
| *In re Compact Disc Minimum Advertised Price Antitrust Litig.*, No MDL 1361, 2003 WL 22417252 (D. Me. Oct. 7, 2003) | 13 |
| *In re Critical Path, Inc.*, No. C 01-00551 WHA, 2002 WL 32627559 (N.D. Cal. June 18, 2002) | 14 |
| *In re Diet Drugs Prods. Liab. Litig.,* MDL No. 1203, 2002 WL 32154197 (E.D. Pa. Oct. 3, 2002) | 15 |

**TAB**

*In re Enron Corp. Sec., Deriv. & "ERISA" Litig.*,
No. H-01-1446, 2008 WL 4178130
(S.D. Tex. Sept. 8, 2008) ...................................................................................................... 16

*In re EVCI Career Colleges Holding Corp. Sec. Litig.*,
No. 05 Civ. 10240 (CM), 2007 WL 2230177
(S.D.N.Y. July 27, 2007) ...................................................................................................... 17

*In re Excess Value Ins. Coverage Litig.*,
No. M-21-84RMB, MDL-1339, 2004 WL 1724980
 (S.D.N.Y. July 30, 2004) ...................................................................................................... 18

*In re Gilat Satellite Networks, Ltd.*,
No. CV-02-1510, 2007 WL 1191048
(E.D.N.Y. Apr. 19, 2007) ...................................................................................................... 19

*In re Gilat Satellite Networks,Ltd.*,
No. CV-02-1510 (CPS)(SMG), 2007 WL 2743675
(E.D.N.Y. Sept. 18, 2007) ..................................................................................................... 20

*In re Indep. Energy Holdings PLC Sec. Litig.*,
No. 00 Civ. 6689, 2003 WL 22244676
(S.D.N.Y. Sept. 29, 2003) ..................................................................................................... 21

*In re Interpublic Sec. Litig.*,
02 Civ. 6527, 2004 WL 2397190
(S.D.N.Y. Oct. 26, 2004) ...................................................................................................... 22

*In re Lloyd's Am. Trust Fund Litig.*,
No. 96 Civ.1262 RWS, 2002 WL 31663577
(S.D.N.Y. Nov. 26, 2002) ..................................................................................................... 23

 *In re Metris Cos., Inc., Sec. Litig.*,
No. 02-CV-3677 JMR/FLN, 2008 WL 1947095,
(D. Minn. Apr. 24, 2008) ...................................................................................................... 24

*In re Nortel Networks Corp. Sec. Litig.*,
Docket No. 07-0757-cv, 2008 WL 3840916
(2d Cir. Aug. 19, 2008) ......................................................................................................... 25

*In re Paypal Litig.*,
No. C-02-1227-JF (PVT), 2004 WL 2445244
(N.D. Cal. Oct. 13, 2004) ...................................................................................................... 26

*TAB*

*In re Priceline.com, Inc. Sec. Litig.*,
Civ. No. 00-1884 (AVC), 2007 WL 2115592
(D. Conn. July 20, 2007) ..............................................................................................27

*In re Qwest Communs. Int'l, Inc. Sec. Litig.*,
No. 01 CV 01451 REB-CBS, 2006 U.S. Dist. LEXIS 71267
(D. Colo. Sept. 28, 2006) .............................................................................................28

*In re Qwest Communs. Int'l, Inc. Sec. Litig.*,
01-CV-01451, 2007 WL 2087536
(D. Colo. July 17, 2007) ..............................................................................................29

*In re Royal Dutch/Shell Transport Sec. Litig.*,
No. 04-374 (JAP), 2008 WL 1787032
(D.N.J. Apr. 17, 2008) .................................................................................................30

*In re Sapiens Sec. Litig.*,
No. 94 Civ. 3315 (RPP), 1996 U.S. Dist. LEXIS 17644
(S.D.N.Y. Nov. 27, 1996) ............................................................................................31

*In re Top Tankers, Inc. Sec. Litig.*,
No. 06 Civ. 13761, 2008 WL 2944620
(S.D.N.Y. July 31, 2008) .............................................................................................32

*In re Veeco Instruments Inc. Sec. Litig.*,
No. 05-MDL-01695(CM), 2007 WL 4115808
(S.D.N.Y. Nov. 7, 2007) ..............................................................................................33

*In re Veeco Instruments Inc. Secs. Litig.*,
No. 05 MDL 01695 (CM), 2007 WL 4115809
(S.D.N.Y. Nov. 7, 2007) ..............................................................................................34

*In re Visa Check/Master Money Antitrust Litig.*,
No. CV-96-5238, 2004 U.S. Dist. LEXIS 8737
(E.D.N.Y. Apr. 2, 2004)...............................................................................................35

*Ling v. Cantley & Sedacca, L.L.P.*,
No. 04 Civ. 4566(HB), 2006 WL 290477
(S.D.N.Y. Feb. 8, 2006) ...............................................................................................36

*RMED Int'l Inc. v. Sloan's Supermarkets, Inc.*,
No. 94 Civ. 5587, 2000 WL 420548
(S.D.N.Y. Apr. 18, 2000) .............................................................................................37

*TAB*

*Taft v. Ackermans*,
No. 02 Civ. 7951(PKL), 2007 WL 414493
(S.D.N.Y. Jan. 31, 2007) ................................................................................................ 38

*Tenuto v. Transworld Sys. Inc.*,
No. Civ. A. 99-4228, 2002 WL 188569
(E.D. Pa. Jan. 31, 2002) ................................................................................................ 39

*White v. First Am. Registry, Inc.*,
No. 04 Civ. 1611 (LAK), 2007 WL 703926
(S.D.N.Y. Mar. 7, 2007) ................................................................................................ 40

*Wilson v. Airborne, Inc.*,
No. 07-770, 2008 WL 3854963
(C.D. Cal. Aug. 13, 2008) .............................................................................................. 41

## SLIP OPINIONS

*In re DaimlerChrysler AG Sec. Litig.*,
No. Civ .A. 00-993, slip op.
(D. Del. Feb. 5, 2004) ................................................................................................... 42

*In re Freddie Mac Sec. Litig.*,
No. 03-CV-4261 (JES), slip op.
(S.D.N.Y. Oct. 27, 2006) ............................................................................................... 43

*In re Oxford Health Plans, Inc. Sec. Litig.*, (KPMG)
No. MDL-1222 (CLB), slip op.
(S.D.N.Y. June 12, 2003) .............................................................................................. 44

*In re Oxford Health Plans, Inc. Sec. Litig.*, (OXFORD)
No. MDL-1222 (CLB), slip op.
(S.D.N.Y. June 12, 2003) .............................................................................................. 45

*Lockwood v. Certegy Check Servs., Inc.*,
No. 8:07-cv-1434-T-23TGW, slip op.
(M.D. Fla.) (Order dated August 18, 2008) .................................................................. 46

*Lockwood v. Certegy Check Servs., Inc.*,
No. 8:07-cv-1434-T-23TGW (M.D. Fla.)
(Order dated August 20, 2008,) .................................................................................... 47

*In re Williams Sec. Litig.*,
No. 02-cv-072-SPF-FHM, slip op.
(N.D. Okla. Feb. 12, 2003) ............................................................................................ 48